E-FILED
Friday, 03 June, 2005  02:13:28 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| GEOFFREY W. BANT, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 05- 2132 |
| | ) JURY DEMANDED |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
|     Defendant. | ) |

FILED
JUN - 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

COMPLAINT

NOW COMES the Plaintiff, Geoffrey W. Bant, *pro se*, and complains of Defendant, Board of Trustees of the University of Illinois alleging as follows:

Count I

Jurisdiction

1.   This cause arises under 42 United States Code 2000c, et seq., 1988 and jurisdiction of this Court arises under 28 United States Code 1343; on or about March 3, 2005, Plaintiff received his notice of right to sue; it is attached hereto as Exhibit "A".

Parties

2.   Plaintiff, Geoffrey W. Bant, is an adult male resident of the State of Illinois.

3.   Defendant, Board of Trustees of the University of Illinois, is a department of state government formed pursuant to the statutes of the State of Illinois.

Factual Background

4.   Plaintiff began to work at Defendant in 1988.

5.   Plaintiff is a Caucasian male fifty six (56) years of age.

6.   In January, 2003, Plaintiff was terminated from employment by Defendant.

7. Plaintiff was replaced by a younger, African-American female.

8. Plaintiff's race, age and gender was a substantial, motivating factor in his termination.

## Plaintiff's Claim

9. At all times relevant hereto Plaintiff had the right to be free from discrimination based on race, age and gender.

10. Defendant's termination of Plaintiff and the replacing of him violated Plaintiff's rights as guaranteed by Title VII, 42 U.S.C. 2000c, et seq.

11. As a result of the termination and replacement of Plaintiff, Plaintiff has suffered loss of his job, wages and other fringe benefits in the amount of One Hundred Thousand Dollars ($100,000.00); he has also suffered stress, tension, humiliation, injury to reputation, interference with future earning capacity, and the inability to pursue his chosen career, wherefore, Plaintiff is entitled to compensatory damages in the amount of Three Hundred Thousand Dollars ($300,000.00).

WHEREFORE, Plaintiff, Geoffrey W. Bant, prays for judgment in his favor and against Defendant, Board of Trustees of the University of Illinois, in the amount of One Hundred Thousand Dollars ($100,000.00) lost salary and fringe benefits and Three Hundred Thousand Dollars ($300,000.00) in compensatory damages. Plaintiff further prays for legal fees and costs incurred in this litigation. Plaintiff further prays for trial by jury as to the claims for damages.

_____
Geoffrey W. Bant
*Pro Se* Plaintiff
801 W. University Ave.
Urbana, IL 61801
(217) 344-4557

Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

To: Geoffrey Bant
801 W. Pennsylvania
Urbana, IL 61801

From: Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, IL 60661-2511

Cert. No.: 7099 3400 0006 7303 7594 Cp atty.

[ ] On behalf of a person aggrieved whose
CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21BA302456 | Regina Husar, Enforcement Supervisor | (312) 353-0819 |

(See the additional information attached to this form.)

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ]  The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ]  Respondent employs less than the required number of employees.

[ ]  Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ]  The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in respond to a notice sent to your last known address.

[ ]  The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days expired since you received actual notice of this settlement offer.

[ X ]  The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -

[ X ]  **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ X ]  **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ]  **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA

*February 28, 2005*

On behalf of the Commission

*John P. Rowe*
John P. Rowe, District Director

Enclosures
Information Sheet
Copy of Charge

cc: Respondent(s)    University of Illinois - Urbana

EEOC Form 161 (Test 5/95)