**E-FILED**
Friday, 24 June, 2005  03:24:42 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 05-2132 |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLLINOIS, | ) |
| | ) |
| DEFENDANTS. | ) |

### ENTRY OF APPEARANCE

Now comes attorney NILE J. WILLIAMSON and enters his appearance on behalf of pro se plaintiff GEOFFREY W. BANT in the above cause.

GEOFFREY W. BANT, PLAINTIFF,

BY /s/Nile J. Williamson
His Attorney

NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104
TELEPHONE: (309) 677-5950