E-FILED
Thursday, 07 July, 2005 05:10:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GEOFFREY W. BANT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 05-2132 |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLLINOIS, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he sent by electronic filing this date the Certificate of Service and the Waiver of Service of Summons of the Board of Trustees of the University of Illinois in the above-captioned matter to be filed with the United States District Court, Urbana Division on this 7th day of JULY, 2005.

GEOFFREY W. BANT, PLAINTIFF,

BY   s/ **Nile J. Williamson**
         HIS ATTORNEY
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104
TELEPHONE: (309) 677-5950
E-MAIL:  nilew@aol.com