E-FILED
Monday, 11 July, 2005  11:16:13 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS, VAN ALLEN ) | |
| ANDERSON, ) | |
| ) | |
| DEFENDANTS. ) | |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

  Now comes the plaintiff GEOFFREY W. BANT by his attorney NILE J. WILLIAMSON and moves as follows:

  1.  That the pro se complaint filed by Geoffrey W. Bant on 6/03/05 failed to elucidate all factual matters necessary to form the basis for a complaint and did not contain all necessary counts based upon the facts of the case.

  2.  That the Board of Trustees of the University of Illinois is a named party defendant, has filed its waiver of service of summons but has not filed any pleading in this matter so it will not be prejudiced by the filing of an amended complaint.

  3.  That the defendant Van Allen Anderson has not yet been added as a party defendant and the statute of limitations for the cause of action stated against defendant Anderson has not tolled.

  4.  That this motion does not present a question of law requiring the filing of a memorandum in accordance with Local Court Rule 7.1(B)(1).

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
PAGE TWO


    WHEREFORE, Plaintiff GEOFFREY W. BANT, prays that he be granted leave of court instanter to file the amended complaint which is contemporaneously filed with this motion; that the defendant Van Allen Anderson be served with summons and service of process as in the statute such case made and provided and that the court enter any other orders necessary and proper.

                                          GEOFFREY W. BANT, PLAINTIFF,


                      BY__s/ NILE J. WILLIAMSON_____
                            HIS ATTORNEY
                            NILE J. WILLIAMSON
                            ATTORNEY AT LAW
                            1926 ASSOCIATED BANK PLAZA
                            PEORIA, ILLINOIS 61602-1104
                            TELEPHONE: (309) 677-5950
                            E-MAIL ADDRESS: nilew@aol.com

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
PAGE THREE

## CERTIFICATE OF SERVICE

Further pursuant to the Federal Rules of Civil Procedure, the undersigned certifies that the foregoing Motion for Leave to File Amended Complaint was electronically mailed to the United States District Clerk, Urbana Division, Champaign, Illinois on this 11th day of JULY, 2005; and, further the following counsel was also notified by electronic filing as well as mailing on the 11th day of JULY, 2005:

Keith B. Hill
Richard P. Klaus
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, Illinois 61803-0129

BY  s/ NILE J. WILLIAMSON
HIS ATTORNEY
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104
TELEPHONE: (309) 677-5950
E-MAIL ADDRESS: nilew@aol.com