# UNIVERSITY OF ILLINOIS
## AT URBANA-CHAMPAIGN

Office of the Chancellor
Swanlund Administration Building
601 East John Street
Champaign, IL 61820



January 15, 2004

Mr. Geoffrey Bant
801 West Pennsylvania
Urbana, Illinois 61801

Dear Mr. Bant:

    As you know, I asked Kathe Shinham, Assistant Vice President for Business and Finance, to review your grievance materials and provide me her observations regarding your Grievance 03-5.

    I then asked Ms. Shinham to meet with you, which she did on January 7, 2004. She explained that we would not be offering you another position within the University. However, she discussed with you the potential for the University to offer a lump sum settlement to ease your transition. Your attorney contacted us on January 9, 2004 and, after discussing the details with you, declined our offer. Accordingly, you were terminated effective the close of business on that day.

    Best wishes in your future endeavors.

Cordially,

*Nancy Cantor*

Nancy Cantor
Chancellor

c: Vera Mainz
   David Robson

Plaintiff's Exhibit B

telephone 217-333-6290 • fax (217) 244-4121