E-FILED
Monday, 11 July, 2005 03:57:54 PM
Clerk, U.S. District Court, ILCD

# CAP  Council of Academic Professionals
## University of Illinois at Urbana-Champaign

University of Illinois Extension
Springfield Center
P. O. Box 8199
Springfield, IL 62791-8199
Phone: 217-782-6515
Email: drobson@uiuc.edu

December 12, 2003

Chancellor Nancy Cantor
Swanlund Administration Building
MC-304

Dear Chancellor Cantor:

Enclosed you will find the final report of the Council of Academic Professionals on grievance 03-5 brought by Geoffrey W. Bant.

While all our grievances are serious, this one posed additional problems for us as campus administrators were involved. We feel, however, the grievance committee and CAP viewed the grievance with an open mind, looking at the facts and not the personalities or positions involved.

Please inform me or CAP's grievance officer, Vera Mainz (mainz@uiuc.edu, 244-0564) of your response to this grievant.

Please contact me if you have questions concerning this report.

Sincerely,

David Robson, Chair
Council of Academic Professionals

Cc: Geoffrey W. Bant
    Van Anderson
    Sonya Chambers
    Barb Childers
    Charles Colbert
    Donna Crotchett
    Tom Delanty
    Bob Kelly
    Kathleen Pecknold

Plaintiff's Exhibit C