05442-P7148
RPK:dkl
G:\48\P7148\P7148PMD 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS and ) | |
| VAN ALLEN ANDERSON, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS**

Defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS ("Board of Trustees"), by its attorney, Richard P. Klaus of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss the amended complaint. For its motion, the Board of Trustees states as follows:

1. On June 3, 2005, Plaintiff filed *pro se* a Complaint against the Board of Trustees. After the appearance of counsel for the Plaintiff, on July 11, 2005, this Court granted Plaintiff's motion for leave to file an amended complaint. The amended complaint was filed on July 11, 2005, and added an individual defendant, Van Allen Anderson.

2. Count I of the amended complaint purports to be a Title VII action against the Board of Trustees based upon gender discrimination. Plaintiff alleges that he was discriminated against because he is male. (Amended Complaint ¶¶ 10 and 32). Count II of the amended complaint purports to be a Title VII action against the Board of Trustees based upon

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

race discrimination. Plaintiff alleges that he was discriminated against because he is "Caucasian-Anglo Saxon." (Amended Complaint ¶¶ 10 and 34). Count III attempts to assert an ADEA claim against the Board of Trustees. (Amended Complaint ¶¶ 10 and 37).

3. Count IV attempts to assert a §1983 claim premised upon the First Amendment against both the Board of Trustees and Mr. Anderson. (Amended Complaint ¶40). Count V attempts to assert a §1983 claim premised upon due process against both the Board of Trustees and Mr. Anderson. (Amended Complaint ¶45).

4. The Board of Trustees is an arm of the State.

5. The Eleventh Amendment bars Counts IV and V as to the Board of Trustees.

6. The Board of Trustees is not a "Person" amenable to suit under §1983.

7. The ADEA claim is barred by the Eleventh Amendment.

8. Punitive damages are not permitted against the State.

9. A memorandum of law has been filed concurrently with this motion.

WHEREFORE, the Board of Trustees respectfully requests that this Court dismiss Counts III, IV, and V with prejudice, and that this Court strike all references seeking punitive against the Board of Trustees.

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS, Defendant

s/ Richard P. Klaus
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2

**PROOF OF SERVICE**

I hereby certify that on July 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

                                        s/ Richard P. Klaus
                                        Attorney for Defendants
                                        Heyl, Royster, Voelker & Allen
                                        Suite 300
                                        102 E. Main Street
                                        P.O. Box 129
                                        Urbana, IL 61803-0129
                                        217-344-0060 Phone
                                        217-344-9295 Fax
                                        E-mail: rklaus@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060