# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

URBANA DIVISION

PRIVATE PROCESS SERVICE:
TEPLITZ & COMPANY

GEOFFREY W. BANT,
    PLAINTIFF,

**SUMMONS IN A CIVIL CASE**

V.

BOARD OF TRUSTEES OF THE UNIVERSITY OF
ILLINOIS and VAN ALLEN ANDERSON,

    DEFENDANTS.

CASE NUMBER: 05-2132

TO: (Name and address of defendant)
VAN ALLEN ANDERSON
Champaign/Urbana, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
**CLERK**

JULY 28, 2005
**DATE**

s/ C. Douglas
**(BY) DEPUTY CLERK**

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  *Date*                              *Signature of Server*