E-FILED
Friday, 29 July, 2005  08:37:16 AM
Clerk, U.S. District Court, ILCD

05442-P7148
RPK:dkl
G:\48\P7148\P7148PMI 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS and ) | |
| VAN ALLEN ANDERSON, ) | |
| ) | |
| Defendants. ) | |

**RECORD OF PARTIES' PLANNING MEETING**

Plaintiff, by his attorney, Nile J. Williamson, and the Defendant, Board of Trustees of the University of Illinois, by Richard P. Klaus of Heyl, Royster, Voelker & Allen, its attorney, for their report of their Rule 26(f) Planning Meeting state:

The parties agree that it is too early to evaluate settlement possibilities at this time. The parties further agree to submit the following schedule to the Court:

1. All amendments to pleadings will be filed by December 30, 2005.

2. All additional parties will be joined by December 30, 2005.

3. The parties will exchange by October 30, 2005 all information required by Federal Rule of Civil Procedure 26(a)(1).

4. The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects: liability and damages.

    b. All discovery will be commenced in time to be completed by September 1, 2006.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

    c.    Identification and reports from any retained experts under Rule 26(a)(2) will be due from the Plaintiff by February 28, 2006

    d.    Identification and reports from any retained experts under Rule 26(a)(2) will be due from the Defendant by April 30, 2006

    e.    All dispositive motions will be filed by October 1, 2006.

5.  The parties request a trial setting of 5 days.

Respectfully Submitted,

s/ Nile J. Williamson  
Attorney for Plaintiff  
1926 Associated Bank Plaza  
Peoria, IL  61602-1104  
309-677-5852 Phone  
309-677-5852 Fax  
E-mail: nilew@aol.com

s/ Richard P. Klaus  
Attorney for Defendant  
Heyl, Royster, Voelker & Allen  
Suite 300  
102 E. Main Street  
P.O. Box 129  
Urbana, IL 61803-0129  
217-344-0060 Phone  
217-344-9295 Fax  
E-mail: rklaus@hrva.com

HEYL ROYSTER  
VOELKER  
& ALLEN

Suite 300  
102 E. Main Street  
P.O. Box 129  
Urbana, IL 61803-0129  
Fax (217) 344-9295  
(217) 344-0060

**PROOF OF SERVICE**

I hereby certify that on July 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

                                        s/ Richard P. Klaus
                                        Attorney for Defendants
                                        Heyl, Royster, Voelker & Allen
                                        Suite 300
                                        102 E. Main Street
                                        P.O. Box 129
                                        Urbana, IL 61803-0129
                                        217-344-0060 Phone
                                        217-344-9295 Fax
                                        E-mail: rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060