E-FILED
Tuesday, 09 August, 2005  04:00:14 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | )  CASE NO. 05-2132 |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, VAN ALLEN | ) |
| ANDERSON, | ) |
| | ) |
| DEFENDANTS. | ) |

### MOTION FOR LEAVE TO ADD
### ADDITIONAL PARTY DEFENDANT

Now comes the plaintiff GEOFFREY W. BANT by his attorney NILE J. WILLIAMSON and moves for leave of court to add Nancy Cantor as a party defendant as counts VI and VII. In support of said motion plaintiff states that no party to these proceedings will be prejudiced and that no memorandum of law is required under Local Rule 7.1(B)(1).

WHEREFORE, Plaintiff GEOFFREY W. BANT, prays that he be granted leave of court instanter to add Nancy Cantor as a party defendant counts VI and VII thereof which is contemporaneously filed with this motion; that the defendant Nancy Cantor be served with summons and service of process as in the statute in such case made and provided and that the court enter any other orders necessary and proper.

MOTION FOR LEAVE TO ADD ADDITIONAL
PARTY DEFENDANT
PAGE TWO

                      GEOFFREY W. BANT, PLAINTIFF,

            BY __s/_ NILE J. WILLIAMSON_____
                 HIS ATTORNEY
                 NILE J. WILLIAMSON
                 ATTORNEY AT LAW
                 1926 ASSOCIATED BANK PLAZA
                 PEORIA, ILLINOIS 61602-1104
                 TELEPHONE: (309) 677-5950
                 E-MAIL ADDRESS: nilew@aol.com

MOTION FOR LEAVE TO ADD ADDITIONAL
PARTY DEFENDANT
PAGE THREE

## CERTIFICATE OF SERVICE

    Further pursuant to the Federal Rules of Civil Procedure, the undersigned certifies that the foregoing Motion for Leave to Add Additional Party Defendant was electronically mailed to the United States District Clerk, Urbana Division, Champaign, Illinois on this 9th day of AUGUST, 2005; and, further the following counsel was also notified by electronic filing as well as mailing on the 9th day of AUGUST, 2005:

Keith B. Hill
Richard P. Klaus
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, Illinois 61803-0129

                                                BY  s/ NILE J.  WILLIAMSON
                                                      HIS ATTORNEY
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104
TELEPHONE: (309) 677-5950
E-MAIL ADDRESS: nilew@aol.com