E-FILED
Tuesday, 09 August, 2005  05:04:47 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v.     ) | CASE NO. 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS, VAN ALLEN ) | |
| ANDERSON, ) | |
| ) | |
| DEFENDANTS. ) | |

**AMENDED COMPLAINT COUNTS VI & VII**

Now comes the plaintiff GEOFFREY W. BANT by his attorney NILE J. WILLIAMSON and with leave of court having been contemporaneously sought with the filing of this amended complaint states as his cause of action against the defendant NANCY CANTOR as follows:

**Count VI (42 U.S.C. §1983 Fourteenth
Amendment Violations Against Defendant Cantor)**

50.  That Plaintiff repeats and realleges paragraphs 1 through 29 of the amended complaint as fully set forth therein.

51. That the defendant Nancy Cantor is sued in her individual capacity as former Chancellor of the University of Illinois who was the final decision maker in determining on 1/15/04 that plaintiff Bant should be terminated from his position as above-described effective 1/09/04.

PAGE TWO

52. That plaintiff enjoys the right of due process as guaranteed by the Fourteenth Amendment of the United States Constitution and 42 U.S.C. §1983.

53. That Plaintiff's due process rights were violated by Cantor not having all the information and documentation in her file; and by Cantor disregarding the recommendation of CAP that Bant's termination should be rescinded and by Cantor failing to follow the procedures and statutes in place for the termination of a year-to-year contractual UI employee.

54. That the aforementioned acts of defendant Cantor, acting under color of state law constitute unlawful violation of plaintiff's Fourteenth Amendment Rights and 42 U.S.C. §1983.

55. That the acts of defendant Cantor directly and foreseeably resulted in an unlawful, and unreasonable violation of plaintiff's Fourteenth Amendment Rights and 42 U.S.C. §1983.

56. That defendant Cantor acted maliciously, willfully and knowingly and with specific intent to deprive plaintiff of his constitutional rights, and/or deliberate and reckless indifference to plaintiff's constitutional rights.

57. That as a direct and proximate result of the violations of his constitutional rights plaintiff has been denied wages, salaries and benefits he otherwise would have earned; plaintiff will be denied wages, salaries and benefits in the future he otherwise would have earned.

PAGE THREE

WHEREFORE, plaintiff GEOFFREY BANT prays judgment against the defendant, NANCY CANTOR as follows:

A. Compensatory damages based upon plaintiff's emotional pain, suffering, inconvenience, mental anguish, humiliation and lost enjoyment of life in an amount to be determined at trial of this matter, such compensatory damages of lost wages for future earnings, emotional distress, humiliation, loss of reputation and mental anguish and punitive damages;

B. Reasonable attorney's fees, expenses and costs;

C. Pre and post judgment interest;

D. All such other relief as law and justice may require and may be appropriate.

**PLAINTIFF DEMANDS JURY TRIAL**

### COUNT VII (§42 U.S.C. 1983 FIRST AMENDMENT VIOLATIONS AGAINST DEFENDANT CANTOR)

58. That plaintiff repeats and realleges paragraphs 1 through 29 of the amended complaint as fully set forth therein.

59. That plaintiff enjoys the right of freedom of expression as guaranteed by the First Amendment of the United States Constitution and 42 U.S.C. §1983.

60. That the aforementioned acts of defendant Cantor acting under color of state law, specifically terminating plaintiff due to his expressions of unlawful conduct of UI faculty

PAGE FOUR

members and requesting cessation of such activity constitute unlawful reprisals and retaliation against plaintiff for expression of said public views in violation of plaintiff's First Amendment Rights and 42 U.S.C §1873.

61.  That the acts by defendant Cantor directly and foreseeably resulted in an unlawful and unreasonable violation of plaintiff's First Amendment rights, 42 U.S.C. §1983 and its determination as aforesaid.

62.  That defendant Cantor acted maliciously, willfully and knowingly, and with specific intent to deprive plaintiff of his constitutional rights and/or the deliberate and reckless indifference of plaintiff's constitutional rights.

63.  That as a direct and proximate result of the violation of his constitutional rights, plaintiff has suffered substantial damages, including without limitation, wages, salaries and benefits he otherwise would have earned, past, present and future pain and suffering, humiliation and emotional distress.

WHEREFORE, plaintiff GEOFFREY BANT prays judgment against the defendant, NANCY CANTOR as follows:

A.  Compensatory damages based upon plaintiff's emotional pain, suffering, inconvenience, mental anguish, humiliation and lost enjoyment of life in an amount to be determined at trial of this matter, such compensatory damages of lost wages for future earnings, emotional distress, humiliation, loss of reputation and mental anguish and punitive damages;

PAGE FIVE

   B. Reasonable attorney's fees, expenses and costs;

   C. Pre and post judgment interest;

   D. All such other relief as law and justice may require and may be appropriate.

**PLAINTIFF DEMANDS JURY TRIAL**

                        GEOFFREY W. BANT, PLAINTIFF,

BY__s/_NILE J. WILLIAMSON_____
        HIS ATTORNEY
        NILE J. WILLIAMSON
        ATTORNEY AT LAW
        1926 ASSOCIATED BANK PLAZA
        PEORIA, ILLINOIS 61602-1104
        TELEPHONE: (309) 677-5950
        E-MAIL ADDRESS: nilew@aol.com

PAGE SIX

## CERTIFICATE OF SERVICE

Further pursuant to the Federal Rules of Civil Procedure, the undersigned certifies that the foregoing document was electronically mailed to the United States District Clerk, Urbana Division, Champaign, Illinois on this 9th day of AUGUST, 2005; and, further the following counsel was also notified by electronic filing as well as mailing on the 9th day of AUGUST, 2005:

Keith B. Hill
Richard P. Klaus
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, Illinois 61803-0129

                                BY  s/ NILE J.  WILLIAMSON_____
                                         HIS ATTORNEY
                                NILE J. WILLIAMSON
                                ATTORNEY AT LAW
                                1926 ASSOCIATED BANK PLAZA
                                PEORIA, ILLINOIS 61602-1104
                                TELEPHONE: (309) 677-5950
                                E-MAIL ADDRESS: nilew@aol.com