05442-P7148
KBH:dkl
G:\48\P7148\P7148EOA 004

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 05-2132 |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and, VAN ALLEN ANDERSON, | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

NOW COMES Keith B. Hill of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the Defendant, VAN ALLEN ANDERSON. Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

VAN ALLEN ANDERSON, Defendant

s/ Keith B. Hill
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: khill@hrva.com

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Urbana, Illinois on the 22nd day of August, 2005.

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

                                                  s/ Keith B. Hill
                                                  Attorney for Defendants
                                                  Heyl, Royster, Voelker & Allen
                                                  Suite 300
                                                  102 E. Main Street
                                                  P.O. Box 129
                                                  Urbana, IL 61803-0129
                                                  217-344-0060 Phone
                                                  217-344-9295 Fax
                                                  E-mail: khill@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060