05442-P7148
RPK:dkl
G:\48\P7148\P7148EOA 003

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 05-2132 |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and, VAN ALLEN ANDERSON, | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

NOW COMES Richard P. Klaus of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the Defendant, VAN ALLEN ANDERSON. Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

VAN ALLEN ANDERSON, Defendant

s/ Richard P. Klaus
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Urbana, Illinois on the 22nd day of August, 2005.

Mr. Nile J. Williamson  
Attorney at Law  
1926 Associated Bank Plaza  
Peoria, IL 61602-1104

                                              s/ Richard P. Klaus  
                                              Attorney for Defendants  
                                              Heyl, Royster, Voelker & Allen  
                                              Suite 300  
                                              102 E. Main Street  
                                              P.O. Box 129  
                                              Urbana, IL 61803-0129  
                                              217-344-0060 Phone  
                                              217-344-9295 Fax  
                                              E-mail: rklaus@hrva.com

HEYL ROYSTER  
VOELKER  
& ALLEN  

Suite 300  
102 E. Main Street  
P.O. Box 129  
Urbana, IL 61803-0129  
Fax (217) 344-9295  
(217) 344-0060