E-FILED
Wednesday, 24 August, 2005  12:21:16 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| GEOFFREY W. BANT,                      ) | |
|             **Plaintiff,**  ) | |
| v.                                                    ) | |
|                                                          ) | Case No. 05-2132 |
| BOARD OF TRUSTEES OF              ) | |
| UNIVERSITY OF ILLINOIS,              ) | |
|                                                          ) | |
|             **Defendant.**  ) | |

### DISCOVERY ORDER

A discovery conference was held **August 19, 2005,** pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff was represented by Nile J. Williamson. Defendant Board of Trustees was represented by Richard P. Klaus. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The parties will exchange all information required by FED. R. CIV. P. 26(a)(1) by **October 30, 2005.**

2. The deadline for amendment of pleadings is **December 30, 2005.**

3. The deadline for joining additional parties is **December 30, 2005.**

4. Plaintiff shall disclose experts and provide expert reports by **February 28, 2006.**

5. Defendant shall disclose experts and provide expert reports by **April 30, 2006.**

6. All discovery, including deposition of experts, is to be completed by **September 1, 2005.**

7. The deadline for filing case dispositive motions shall be **October 1, 2006.**

8. The matter is scheduled for *final pretrial conference* by personal appearance before the undersigned on **January 22, 2007, at 1:15 p.m.**

9. The matter is scheduled for *jury selection and jury trial* before the undersigned on **February 12, 2007, at 9:00 a.m. (Case No. 1).**

ENTER this 24th day of August, 2005

                                               s/ DAVID G. BERNTHAL
                                               U.S. MAGISTRATE JUDGE