# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

URBANA DIVISION

PRIVATE PROCESS SERVICE:
TEPLITZ & COMPANY

GEOFFREY W. BANT,

    PLAINTIFF,

## SUMMONS IN A CIVIL ACTION

v.

CASE NUMBER:  05-2132

BOARD OF TRUSTEES OF THE UNIVERSITY
OF ILLINOIS AND VAN ALLEN ANDERSON,

    DEFENDANTS.


TO: (Name and Address of Defendant)

    NANCY E. CANTOR
    SYRACUSE UNIVERSITY
    TOLLEY ADMINISTRATION BUILDING
    SYRACUSE, N.Y. 13244


**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    NILE J. WILLIAMSON
    ATTORNEY AT LAW
    1926 ASSOCIATED BANK BUILDING
    PEORIA, IL 61602

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
CLERK

AUGUST 26, 2005
_____
DATE

_____
BY DEPUTY CLERK