05442-P7148
RPK:dkl
G:\48\P7148\P7148PMD 003

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GEOFFREY W. BANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 05-2132 |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS and | ) | |
| VAN ALLEN ANDERSON, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ANDERSON'S MOTION TO DISMISS**

Defendant, VAN ALLEN ANDERSON, by his attorney, Richard P. Klaus of HEYL, ROYSTER, VOELKER & ALLEN, respectfully moves this Court to dismiss Counts IV and V. For his motion, Defendant Anderson states as follows:

1. On June 3, 2005, Plaintiff filed *pro se* a Complaint against the Board of Trustees. After the appearance of counsel for the Plaintiff, on July 11, 2005, this Court granted Plaintiff's motion for leave to file an amended complaint. The amended complaint was filed on July 11, 2005, and added an individual defendant, Van Allen Anderson.

2. Count I of the amended complaint purports to be a Title VII action against the Board of Trustees based upon gender discrimination. Plaintiff alleges that he was discriminated against because he is male. (Amended Complaint ¶¶ 10 and 32). Count II of the amended complaint purports to be a Title VII action against the Board of Trustees based upon race discrimination. Plaintiff alleges that he was discriminated against because he is

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

"Caucasian-Anglo Saxon." (Amended Complaint ¶¶ 10 and 34). Count III attempts to assert an ADEA claim against the Board of Trustees. (Amended Complaint ¶¶ 10 and 37).

3. Count IV attempts to assert a §1983 claim premised upon the First Amendment against both the Board of Trustees and Mr. Anderson. (Amended Complaint ¶40). Count V attempts to assert a §1983 claim premised upon due process against both the Board of Trustees and Mr. Anderson. (Amended Complaint ¶45).

4. On July 26, 2005, the Board of Trustees filed a motion to dismiss Counts III, IV, and V. Defendant Anderson was served after the due date for the Board of Trustees' responsive pleading, which has caused there to be two separate motions to dismiss.

5. The statute of limitations bars Counts IV and V.

6. Count V must be dismissed because Plaintiff has no property interest in his employment with the Board of Trustees.

7. Count V must be dismissed because it does not allege that Defendant Anderson violated rights secured by federal law or the U.S. Constitution.

8. A memorandum of law has been filed concurrently with this motion.

WHEREFORE, the Board of Trustees respectfully requests that this Court dismiss Counts IV and V with prejudice.

        VAN ALLEN ANDERSON, Defendant

        s/ Richard P. Klaus
        Attorney for Defendants
        Heyl, Royster, Voelker & Allen
        Suite 300
        102 E. Main Street
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: rklaus@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**PROOF OF SERVICE**

I hereby certify that on August 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

                                              s/ Richard P. Klaus
                                              Attorney for Defendants
                                              Heyl, Royster, Voelker & Allen
                                              Suite 300
                                              102 E. Main Street
                                              P.O. Box 129
                                              Urbana, IL 61803-0129
                                              217-344-0060 Phone
                                              217-344-9295 Fax
                                              E-mail: rklaus@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060