E-FILED
Tuesday, 30 August, 2006 04:38:26 PM
Clerk, U.S. District Court, ILCD

**d.** *Units Organized at the University Level.* Units organized at the university level, such as institutes, councils, and divisions, may be formed for the development and operation of teaching, research, extension, and service programs which are statewide or intercampus in their scope and which cannot be developed under a campus administration. Such an organization may be proposed by a senate, a chancellor, the University Senates Conference, or the president. The president shall submit the proposal for the new organization together with the advice of the senates and chancellors and the University Senates Conference to the Board of Trustees for action.

**e.** *Campuses.* The formation of a new campus may be proposed by the president, by a senate, or by the University Senates Conference. The president shall submit the proposal for the new campus together with the advice of the senates and chancellors and the University Senates Conference to the Board of Trustees for action. If the proposal is adopted, the University Senates Conference shall serve as an advisory body to the president in developing procedures to implement the action of the board.

Back to Top

## Section 2. Changes in Existing Units

From time to time, circumstances will favor changes in academic organization such as the termination, separation, transfer, merger, change in status (e.g., department to school), or renaming of the academic units specified in Section 1. The procedures for the various changes shall be the same as those specified for formation of such a unit, except that the proposal may originate in the unit(s) or at any higher administrative level. The advice of each unit involved shall be requested. For transfer, merger, separation, and change in status, the procedures shall be those applicable to the type of unit which would result. Units affected may communicate with the Board of Trustees in accordance with Article XIII, Section 4, of these *Statutes*.

## Section 3. Academic Units Not Requiring Board of Trustees Approval

Any proposal for creation or change in organization (such as

termination, separation, transfer, merger, or change in status) of any unit engaged in academic activities the creation of which does not require Board of Trustees approval shall be referred to the executive committee of the campus senate for its information and advice prior to approval by the appropriate administrator. If the unit is not organized within one campus of the University, the proposal shall be referred to the University Senates Conference rather than to a senate executive committee. Academic staff appointments in such units may not be made to ranks subject to the provisions of Article X, Section 1, governing appointments for an indefinite term as defined in Article IX, Section 3c.

Back to Top

## ARTICLE IX. ACADEMIC AND ADMINISTRATIVE STAFFS

### Section 1. Criteria for Employment and Promotion

The basic criteria for employment and promotion of all university staff, whether or not subject to the act creating the University Civil Service System of Illinois, shall be appropriate qualifications for and performance of the specified duties. The principles of equal employment opportunity are a part of the general policy of the University. Unless otherwise provided by law, employees are to be selected and treated during employment without regard to political affiliation, relationship by blood or marriage, age, sex, race, creed, national origin, handicap, or status as a disabled veteran or veteran of the Vietnam era.

### Section 2. Employment of Relatives

No individual shall initiate or participate in institutional decisions involving a direct benefit (initial employment, retention, promotion, salary, leave of absence, etc.) to a member of the individual's immediate family. "Immediate family" includes an individual's spouse, ancestors and descendants, all descendants of the individual's grandparents, and the spouse of any of the foregoing. Each chancellor shall develop for the approval of the president campus procedures to insure against such conflict of interest.

### Section 3. Appointments, Ranks, and Promotions of the Academic and Administrative Staff

**a.** All appointments, reappointments, and promotions of the academic staff, as defined in Article IX, Section 4a, shall be made by the Board of Trustees on the recommendation of the chancellor concerned and the president. All appointments, reappointments, and promotions of the administrative staff shall be made by the Board of Trustees on the recommendation of the chancellor concerned if a campus-level officer is involved and the president.

**b.** Appointments shall be made solely on the basis of the special fitness of the individual for the work demanded in the position.

**c.** The following ranks, and only these ranks, of the academic staff as defined in Article IX, Section 4a, are subject to the provisions of Article X, Section 1: professor, associate professor, and assistant professor. Modifying terms such as "research," "adjunct," "clinical," and "visiting" may be used in conjunction with these academic ranks (e.g., "research professor," "adjunct assistant professor," "clinical associate professor," "visiting professor"); but no appointment for an indefinite term may be made in which a modifying term is used in the academic rank. Furthermore, an appointment in which a modifier is used in the title will not count toward completion of the probationary period, as provided in Article X, Section 1, unless specially recommended by the executive officer of the unit and approved by the dean and by the chancellor or an officer authorized to act for the chancellor.

Other academic ranks recognized within the academic staff are: *(1)* lecturer; *(2)* instructor; *(3)* teaching associate, research associate, and clinical associate; *(4)* teaching assistant, research assistant, and clinical assistant.

Appropriate academic rank, with the rights and privileges pertaining thereto, may be accorded members of the administrative staff. This means that in addition to being members of the administrative staff selected administrative officers may also hold appointments with academic titles chosen from the ranks listed in the two preceding paragraphs.

University of Illinois Statutes

Special classes of positions within the academic staff may be established to meet specialized professional or technical needs, in accordance with Article IX, Section 4a.

**d.** Recommendation to positions on the academic staff shall ordinarily originate with the department or in groups not organized as departments with the officers in charge of the work concerned and shall be presented to the dean of the college for transmission with the dean's recommendation to the chancellor. Whenever the appointment or promotion of members of the academic staff is involved, the dean before making a recommendation shall consult the chair or the head of the department after confirming that intra-departmental consultation procedures have been satisfied; if the college has no departments, the dean shall consult the executive committee of the college. If the appointment involves a person who may be expected to offer courses carrying graduate credit, the dean of the college shall consult the dean of the Graduate College, who shall have the right to make an independent recommendation to the chancellor, and to the president.

**e.** In determining appointments to, and salaries and promotion of the academic staff, special consideration shall be given to the following: *(1)* teaching ability and performance; *(2)* research ability and achievement; and *(3)* ability and performance in continuing education, public service, committee work, and special assignments designed to promote the quality and effectiveness of academic programs and services.

Back to Top

## Section 4. Principles Governing Employment of Academic and Administrative Staffs

The following principles shall govern the employment of the academic and administrative staffs of the University.

**a.** The academic staff which conducts the educational program shall consist of the teaching, research, scientific, counseling, and extension staffs; deans and directors of colleges, schools, institutes, and similar campus units; editors, librarians, and such other members of the staff as are designated by the president and the chancellors.

**b.** The members of the academic and administrative staffs shall be employed and salaries fixed by the Board of Trustees, except that members of the academic staff below the rank of assistant professor may be employed by the president of the University who shall report such appointments to the board.

**c.** Minimum salaries for the various ranks shall be determined by the Board of Trustees. The minimum for eleven months' service shall be approximately two-ninths greater than the minimum for the academic year.

**d.** The terms of employment for all members of the academic and administrative staffs shall be stated explicitly in the contract of employment.

**e.** The academic year shall consist of that period of the year so determined by the appropriate senate and approved by the appropriate chancellor, the president, and the Board of Trustees.

Back to Top

### Section 5. Services Rendered The University

**a.** No person employed on a full-time basis on the instructional or administrative staffs of the University shall be assigned any other university work which does not naturally come within the scope of that person's duties and for which additional compensation is to be paid without the prior approval of the chancellor.

**b.** No person employed by the University shall have any interests incompatible with that person's obligations to the University.

**c.** Full-time employees shall not receive compensation for services with the University in excess of a normal schedule except for a reasonable amount of instruction in continuing education and public service programs or for the grading of special examinations (outside regular course work) stipulated by the University, all to be done at a time that does not conflict with other university duties. Exceptions may be made to this rule in special cases which are approved by the dean of the college of which the employee is a member provided that if

such additional payments exceed a nominal amount the advance approval of the chancellor shall be secured. These exceptions shall be held to a minimum.

**d.** The responsibilities to the University of full-time members of the academic staff are fulfilled by the performance appropriate to rank and terms of appointment of teaching, scholarly research, continuing education and public service, and committee work and special assignments. Such staff members may carry on some professional or business activities of an income-producing character so long as such activities are compatible and not in conflict with University interests. The head of the department of which the employee is a member should know and approve of these activities outside the University.

## Section 6. Severe Sanctions Other Than Dismissal For Cause

**a.** Severe sanctions other than dismissal for cause may be imposed on a member of the faculty, as defined in Article II, Section 3a (1) of the *Statutes*, provided that procedures on a campus adopted by the campus chancellor in consultation with that campus senate are followed. In all cases, the chancellor or the chancellor's designee shall exercise the duties assigned to the president for academic staff who are members of campus units, and in all cases the process to be followed will be that of the campus on which the unit resides.

**b.** Campus procedures shall include, at a minimum,

> **(1)** A determination by the provost, in consultation with a committee identified by the senate, that cause exists to initiate proceedings that may result in the imposition of serious sanctions,

> **(2)** Notice to the faculty member of the charges and initiation of the sanction proceedings,

> **(3)** Opportunity for a hearing before an elected committee specified by the senate,

> **(4)** Provision that a recommendation by the elected committee against sanction will be final,

**(5)** The opportunity for the faculty member to file an appeal with the chancellor within 20 days following the provost's decision to impose sanctions,

**(6)** An appeal process encompassing both substantive and procedural objections, and

**(7)** A process wherein the chancellor's decision on the merits of an appeal is final.

These campus procedures are the exclusive process for determining whether severe sanctions other than dismissal for cause may be imposed.

**c.** The campus procedures will be initiated only after discussions are held between the faculty member and appropriate administrative officers looking toward a mutual settlement. The initiation or pendency of proceedings under this Section 6 shall not be deemed to prevent or delay the University or any other person from pursuing any other remedy available to such person against the faculty member for conduct allegedly violating Section 6d below.

**d.** Adequate due cause for severe sanctions other than dismissal shall be restricted to actions clearly related to University activities and shall be limited to the following:

**(1)** Engaging in professional misconduct in the performance of University duties or academic activities,

**(2)** Neglecting or refusing to perform reasonable assigned academic duties,

**(3)** Violating senate-approved campus or University regulations or policies related to conduct of academic duties,

**(4)** Acting outside the appropriate exercise of University responsibilities so as willfully to physically harm, threaten physical harm to, harass or intimidate a visitor or a member of the University community with the effect of interfering with that person's performance of University duties or academic activities,

(5) Willfully damaging, destroying or misappropriating property owned by the University or any property used in connection with a University function or approved activity, or

(6) Conviction in a court of law for a felony that is clearly related to the performance of University duties or academic activities.

Findings of fact made in prior proceedings under policies established by the president with the advice of the senates and University Senates Conference under procedures described in Article XIII, Section 8 of the *Statutes* shall be presumed to have been established subject to rebuttal on grounds *inter alia* of the thoroughness and fairness of the proceeding giving rise to them.

e. When misconduct is determined to have occurred, a severe sanction other than dismissal consists of suspension with or without salary (full or partial) for a period not to exceed one-half of the individual's normal appointment period. During the suspension period, health and retirement benefits shall be maintained.

### Section 7. Leaves of Absence for Members of the Faculty

a. On the recommendation of the head or chair of a department with the concurrence of the dean of the college or on recommendation of the dean or director of an independent campus unit and subject to approval by the chancellor, the president, and the Board of Trustees a member of the faculty who has the rank of professor, associate professor, or assistant professor and who has served the University for the periods indicated below on full-time appointment as an assistant professor or in higher rank since the faculty member's original appointment or since the termination of that faculty member's last leave on salary is eligible to apply for and may be granted a sabbatical leave of absence with pay for the purpose of study, research, or other pursuit, the object of which is to increase the faculty member's usefulness to the University. The following options are available:

(1) After completion of eight appointment years of full-

University of Illinois Statutes

time service:

**Two semesters at 2/3 salary**

**or**

**One semester at full salary**

**(2)** After completion of six appointment years of full-time service:

**Two semesters at 1/2 salary**

**or**

**One semester at full salary**

Back to Top

**(3)** After completion of three or four appointment years of full-time service, in cases where the interest of the department and the University would clearly be served thereby, and provided that granting of leave does not involve expense to the University in excess of the portion of salary which is released in consequence of taking such leave, the following options are available:

**After three years: One semester at 1/2 salary**

**After four years: One semester at 2/3 salary**

**(4)** Faculty on "Y" (11 month) appointments may be granted sabbatical leaves, subject to the other general conditions of this section as follows: After completion of nine years of full-time service, three-fourths of an appointment year at full pay; after completion of eight years of full-time service, one appointment year at two-thirds pay or two-thirds of an appointment year at full pay; after completion of six years of full-time service, one appointment year at half pay or one-half appointment year at full pay; after completion of four years, one-half

appointment year at two-thirds pay; after completion of three years, one-half appointment year at half pay or one-fourth appointment year at full pay.

**b.** In recommending a leave with pay according to any of the options provided above, it shall be understood by all recommending officers concerned that the department in which the applicant is teaching or working undertakes, so far as is practicable, to carry on during the applicant's absence without increase in the departmental budget such part of the applicant's work as the interests of the department and of the University require to be continued without interruption during the period of absence.

**c.** Service credit for leave of absence with pay is not cumulative unless otherwise provided for in special cases. Each person who has been on leave of absence shall on the termination of the leave make a report through the usual official channels of communication to the chancellor concerning the nature of the studies, research, or other work undertaken during the period of absence.

**d.** A member of the faculty to whom any such leave of absence has been granted shall agree to return to the University on the expiration of the leave and to remain in its service for at least one year thereafter; and the University, on its part, shall agree to retain the faculty member in its service for the period of one year after the faculty member's return.

**e.** Leaves of absence granted in accordance with the foregoing terms and conditions, with the privileges pertaining thereto, are given to members of the faculty primarily for the purpose of enabling them to acquire additional knowledge and competency in their respective fields. No one to whom a leave of absence with pay has been granted shall be permitted while on such leave to accept remunerative employment or engage in professional practice or work for which pecuniary compensation is received. This prohibition, however, shall not be construed to forbid a faculty member while on leave from giving a limited number of lectures or doing a limited amount of work. But, in such cases, the approval of the chancellor to the giving of the lectures or the doing of other work shall be required. Nor shall the prohibition be interpreted to forbid the acceptance by a faculty member, while on leave, of a

scholarship or fellowship carrying a stipend for the purpose of study, research, or scientific investigation or the acceptance of a grant of money made for such purposes, provided that the acceptance of the grant does not impose on the recipient duties and obligations the performance of which would be incompatible with the pursuit of the general purpose for which leaves of absence are granted.

**f.** The president shall establish regulations and procedures necessary for the administration of these provisions and is authorized to make appropriate adjustments in the terms of leave with pay to ensure equitable benefits for members of the faculty in exceptional cases where special consideration is warranted.

**g.** Leaves of absence without pay. On the recommendation of the head or chair of a department with the concurrence of the dean of the college or on the recommendation of the dean or director of an independent campus unit, a member of the faculty may be granted a leave of absence without pay by the chancellor for a period of one year or less. Such a leave may be renewed in special circumstances ordinarily for not more than one year. As recommended and agreed upon in advance, time spent on a leave of absence without pay under circumstances which allow for the pursuit of academic activities ordinarily counts toward the probationary period of a faculty member on definite tenure, while time spent on a leave of absence without pay under circumstances which do not allow for the pursuit of academic activities does not ordinarily count toward the probationary period of a faculty member on definite tenure. As recommended and agreed upon in advance, time spent on a leave of absence without pay under circumstances which do not provide service to this University does not ordinarily count in establishing eligibility for a sabbatical leave with pay.

Back to Top

## Section 8. Graduate Work of Academic Staff Members

No person shall be admitted to candidacy for an advanced degree in a department or division of the University who holds an appointment as professor, associate professor, or assistant professor in that department or division. Likewise, no person

while engaged in graduate study shall be appointed to the rank of assistant professor or higher in the department or division of that graduate study.

A person in or accepting the rank of assistant professor or higher on a campus of the University may continue in or be admitted to advanced degree candidacy in a department or unit other than the person's appointing department or unit upon the special approval of the executive officer of each department or unit involved and the executive committee of the Graduate College if one exists on the campus.

### Section 9. Privileges of Retired Members of the Academic Staff

**a.** A retired staff member who is provided with research assistance shall at the end of each academic year report to the chancellor, in at least general terms, on the work accomplished during the year. In no case may a research assistant be provided to a retired staff member for a longer period than one year at a time and such assistant may be continued only if the annual report of work shows progress or promise.

**b.** With the approval of the department head or chair and of the dean of the Graduate College and of the chancellor, a retired faculty member may offer conferences with graduate students if such retiree had offered similarly related graduate courses before retirement.

**c.** Retired faculty members may participate in meetings of their college or school faculties but shall have no vote.

### Section 10. Dismissal of Administrative Officers

**a.** In the exercise of its authority to dismiss or request the resignation of administrative officers from their administrative positions, the Board of Trustees may take such action in respect to such officer prior to the expiration of the term for which the individual was appointed only after presentation by the board to the officer affected of a statement of the reasons accompanied by the facts in support thereof upon which the proposed action is based, together with notice served by registered mail of the time and place of the hearing thereon which shall be not less than 30 days after the date of notice. A

copy of the statement and notice shall be sent by registered mail to each member of the Board of Trustees at least 30 days prior to the hearing.

**b.** The officer shall have the right to appear at the hearing, with counsel if desired, to comment on the reasons and to present evidence. The board shall not be bound by formal or technical rules of evidence and its decision shall be final.

**c.** In designating the effective date of dismissal or requested resignation, the board shall give due consideration to the time reasonably required for the adjustment of the officer's personal affairs.

Back to Top

## Section 11. Nonreappointment of Academic Professional Staff

Notice of nonreappointment to the full-time academic professional staff, as defined in Article II, Section 5, shall be given as follows:

**a.** Except as provided in 10b and 10c below, written notice of nonreappointment shall be given by the Board of Trustees to academic professional employees in accordance with the following schedule:

| Length of Full-Time Service to the University (in full appointment years completed) | Minimum Notice of Nonreappointment |
| --- | --- |
| Less than 4 years | 6 Months |
| 4 years or over | 12 Months |

**b.** Written notice of nonreappointment shall be given by the Board of Trustees to an academic professional employee on an appointment which notes that it is subject to receipt of funds in accordance with the following schedule:

| Length of Full-Time Service to the University | Minimum Notice of |
| --- | --- |

| (in full appointment years completed) | Nonreappointment |
|---|---|
| Less than 4 years | 2 Months |
| 4 years completed | 6 Months |

plus 1 additional month for each additional full appointment year of service to a maximum of 12 months' notice

| 10 years | 12 Months |
|---|---|

**c.** Written notice of nonreappointment shall be given by the Board of Trustees to an academic professional employee who is the director of intercollegiate athletics or a coach of an intercollegiate athletic team in accordance with the following schedule:

| Length of Full-Time Service to the University (in full appointment years completed) | Minimum Notice of Nonreappointment |
|---|---|
| Less than 4 years | 3 Months |
| 4 years or over | 6 Months |

**d.** In cases where the time remaining in the appointment year is less than the required minimum notice period, the notice of nonreappointment shall be accompanied by an offer from the Board of Trustees of a terminal contract for an additional appointment which will extend the current appointment through the period of minimum notice, *viz.*, 2 months, 6 months or 7-12 months.

**e.** Computation of length of service will be on the basis of continuous employment in campus academic administrative and professional positions (or similar service at the university level for employees of the university administration). On a case-by-case basis, credit may be given for all or part of their relevant experience in other University of Illinois positions.

**f.** Excepted from the above provisions are the following administrative officers: President of the University; chancellors, provosts, and vice chancellors; officers of the Board of Trustees who are University employees; other university officers; and deans, directors, heads, and chairs of

academic units. Academic professional staff whose title includes "visiting," "acting," "interim," or "adjunct" are also excepted from the above provisions.

Back to Top

## ARTICLE X. ACADEMIC FREEDOM AND TENURE

### Section 1. Tenure of Academic Staff

**a.** Except under unusual circumstances evidenced by a special written agreement approved by the President of the University and the appointee, the tenure status for the academic ranks of professor, associate professor, and assistant professor shall be as provided in this section. The parts of Article X, Sections 1a and 1b, hereof relating to the probationary period or indefinite tenure do not apply to academic ranks other than those mentioned in the preceding sentence; nor to appointments at any rank which involve no salary or obligation to render services; nor to appointments for fifty percent (50%) or less of full-time service at ranks other than professor or associate professor; nor to appointments for less than seventy-five percent (75%) of full-time service during any period when the appointee is a candidate for a degree at this University.

In the case of academic-staff positions authorized in Article IX, Sections 3c and 4a, other than the ranks of professor, associate professor, and assistant professor appointments shall be for not longer than one year and shall be renewable.

**(1)** An appointment as professor or associate professor shall be for an indefinite term except that first appointments or temporary appointments may be made for shorter periods. An appointment at either of these ranks for fifty percent (50%) or less of full-time service shall be for an indefinite term at the specified percentage except that such first appointments or temporary appointments may be for definite terms.

**(2)** During the probationary period defined in Article X, Section 1b (1), an appointment as assistant professor shall be for not more than two years.

**(3)** An appointment for an indefinite term may require

full-time service or some percentage of full-time service by the appointee. Completion of a probationary period shall entitle the appointee to indefinite tenure status at the lowest percentage (more than 50%) of full-time service counted toward completion of the probationary period. An appointee for an indefinite term and the Board of Trustees may at any time agree in writing to increase or to decrease the percentage of full-time service to be required of the appointee and the indefinite tenure status shall then apply to the new percentage of full-time service. An agreement that a full-time appointee for an indefinite term shall thereafter serve on a part-time basis shall specify either *(a)* that the appointment for an indefinite term will thereafter relate solely to service on the agreed part-time basis; or *(b)* that the appointee will return to full-time service for an indefinite term on a specified date.

These agreements are subject to modification by written consent of the appointee and the Board of Trustees. An appointee who has previously been on indefinite tenure status at this University shall not be required to serve a probationary period in order to regain that status.

This subsection, 1a (3), does not apply to sabbatical leaves of absence or to leaves of absence without pay.

**(4)** An appointment with the rank of clinical assistant, research assistant, or teaching assistant shall be for not longer than one year and notice of nonreappointment is not required. Appointments at these ranks may be conditional upon the availability of funds if so specified in the notice of appointment.

**(5)** Appointments which include in the title the terms "adjunct," "clinical," or "visiting," as authorized in the first paragraph of Article IX, Section 3c shall be for not longer than one year. Notice of nonreappointment is not required in such cases. An appointment with the rank of lecturer or instructor likewise shall be considered a temporary appointment for not longer than one year and notice of nonreappointment is not required.

**(6)** An appointment with the rank of teaching associate,

research associate, or clinical associate shall be for not longer than one year. In the case of nonsalaried appointees and all appointments at these ranks conditional upon the receipt of nonappropriated funds as specified in the notice of appointment, notice of nonreappointment is not required. Otherwise, written notice of nonreappointment of full-time employees at these ranks is required. The notice need not be accompanied by an offer of a terminal contract if the notice is given not later than six months before the end of an annual appointment or by March 1 in the case of an academic-year appointment; if notice of nonreappointment in such cases is given later than six months before the end of an annual appointment or after March 1 in the case of an academic-year appointment it shall be accompanied by an offer from the Board of Trustees of a terminal contract for one additional year of service.

(7) The tenure of other special classes of academic staff members authorized under Article IX, Sections 3c and 4a, shall be governed by the conditions prescribed in the preceding subparagraph, 1a(6).

Back to Top

b. Upon the completion of a probationary period as hereafter defined, any reappointment shall be for an indefinite term, subject to the following:

(1) An appointee receiving a first contract for more than fifty percent (50%) of full-time service at this University as assistant professor enters a probationary period not to exceed seven academic years of service except when, by special written agreement between the appointee, the unit administrator and the campus chancellor, the appointee is granted a one-year interruption of the probationary period before the year in which a decision on the appointment to indefinite tenure is expected to be made. Ordinarily no more than two such interruptions will be granted. Prior academic service at other academic (or equivalent) institutions may be counted up to a maximum of three years toward the fulfillment of the probationary period. The amount of any such service counted may be

negotiated as may other terms of the appointment and shall be stated in the first appointment contract, as provided for all contracts for definite terms in subparagraph 1b(5) below. An initial appointment that begins after the eighth week of the academic year ordinarily does not count toward the probationary period of a faculty member on definite tenure nor does it ordinarily count as service in establishing eligibility for a sabbatical leave with pay, unless recommended and agreed upon in advance.

**(2)** No appointment at the rank of assistant professor shall be for an indefinite term.

**(3)** An appointee for a definite term shall be given in the sixth year of the probationary period either written notice offering appointment for an indefinite term or written notice of nonreappointment no later than August 15 at all three campuses.

**(4)** At any time except during the last year of the probationary period, an assistant professor on a definite-term appointment may be given written notice of nonreappointment. Except in the case of an assistant professor who is in the first year of academic service at this University, *(a)* written notice of nonreappointment shall be given not less than twelve months before the expiration of the appointment; or *(b)* if given less than twelve months before the expiration of the appointment, written notice of nonreappointment shall be accompanied by an offer from the Board of Trustees of a terminal contract for one additional year of academic service. In the case of an assistant professor on a definite-term appointment who is in the first year of academic service at this University, written notice of nonreappointment shall be given not later than March 1 and need not be accompanied by an offer of a terminal contract; if written notice of nonreappointment is given after March 1, it shall be accompanied by an offer from the Board of Trustees of a terminal contract for one additional year of service.

**(5)** The total amount of service counted toward completion of the probationary period, including both

service at other institutions and prior service at this University, shall be stated in every contract for academic service for a definite term. In the event that an appointee for a definite term is not given notice of appointment for an indefinite term or notice of nonreappointment as required by subparagraph lb(3) above, but instead is given notice of reappointment for a definite term beginning after or extending beyond the expiration of the probationary period, such reappointment shall be for a term extending to the end of the academic year following the academic year in which either *(a)* the Board of Trustees gives the appointee written notice of nonreappointment as specified above in subparagraph lb (4), or *(b)* the appointee gives written notice to the dean or department head that the appointee is about to complete or has completed the probationary period and either is or will be entitled to have any reappointment be for an indefinite term.

**(6)** An appointment for a definite term does not carry any guarantee or implication that the Board of Trustees will renew the appointment even though the duties of the appointee may have been discharged satisfactorily. An appointment for a definite term, if accepted, must be accepted with this stipulation.

**c.** Tenure may be terminated by *(1)* honorable retirement; *(2)* acceptance of resignation; *(3)* dismissal for due cause.

**d.** Due cause for dismissal shall be deemed to exist only if *(1)* a faculty member has been grossly neglectful of or grossly inefficient in the performance of the faculty member's university duties and functions; or *(2)* with all due regard for the freedoms and protections provided for in Article X, Section 2, of these *Statutes*, a faculty member's performance of university duties and functions or extramural conduct is found to demonstrate clearly and convincingly that the faculty member can no longer be relied upon to perform those university duties and functions in a manner consonant with professional standards of competence and responsibility; or *(3)* a faculty member has while employed by the University illegally advocated the overthrow of our constitutional form of government by force or violence.

<u>Back to Top</u>

**e.** Proceedings seeking the dismissal before the expiration of the term of appointment of an appointee to the academic staff who is on definite tenure or of an appointee to the academic staff who is on indefinite tenure shall comply with the procedures described in the following provisions of this section:

**(1)** *Charges.* When it shall appear to the president that cause for the dismissal of an appointee may exist, the president shall consult with the Faculty Advisory Committee. The president, after such consultation, shall determine whether dismissal proceedings should be instituted. Charges looking to dismissal shall be preferred by statement in writing by the president or the president's designee and shall be filed with the clerk or secretary of the senate within thirty days after the consultation with the Faculty Advisory Committee. The statement shall be sufficiently specific reasonably to inform the appointee of the nature of the charges and enable the appointee to present a defense to them.

**(2)** *Service.* The clerk or secretary of the senate shall cause a copy of the statement of the charges and a copy of Article X, Sections 1 and 2, of the *Statutes* to be delivered to the appointee personally or mailed to the appointee's last known post office address by registered mail within five days after they have been filed with the clerk or secretary of the senate.

**(3)** *Request for Hearing.* Within fifteen days after such service of a copy of the statement of charges, the appointee may file with the clerk or secretary of the senate a request for a hearing before the Committee on Academic Freedom and Tenure of the appropriate campus; and within ten days after filing such request, the appointee shall file with the clerk or secretary of the senate a detailed written answer to the statement of grounds for dismissal. The clerk or secretary of the senate shall promptly transmit the statement of charges, the answer thereto, and the request for a hearing to the chair of the Committee on Academic Freedom and Tenure and copies of the answer and request for a hearing to the

president.

**(4)** *Notice of Hearing.* Notice of the time and place of the
hearing before the Committee on Academic Freedom and
Tenure, which hearing shall be not less than twenty days
after the filing of the appointee's request, shall be
delivered on the same date to the appointee and the
president, either personally or by registered mail. The
date of the hearing shall be not less than fifteen days from
the date of such delivery or of such mailing of the notice
of hearing.

**(5)** *Hearing.* At the time and place fixed, the Committee
on Academic Freedom and Tenure shall hold a closed
hearing on the charges. No member of that committee
shall sit in a case that involves a colleague of that
committee member's department, school, institute, or
division, whichever represents the smallest administrative
unit, nor shall a member sit in a case if the member has
previously acted on another committee while it
considered the pending matter. A majority of the
members of the committee shall constitute a quorum for
the conduct of the hearing and the chair of the committee
may appoint another member of the committee to preside
over the hearing. If vacancies occur, as many members as
are necessary to constitute a quorum shall be appointed in
accordance with the bylaws of the appropriate senate.
Except as hereinbefore or hereinafter provided, the
hearing shall be conducted according to such rules as the
committee may from time to time establish. The
committee shall not be bound by technical rules of
evidence, but all findings, conclusions, and
recommendations of the committee shall be supported by
and be in accord with substantial evidence. The appointee
shall be entitled to be present at all sessions of the
committee when evidence is being received and to be
accompanied by an adviser of the appointee's choice who
may act as counsel. Likewise, the president or the
president's designee, together with counsel if the
president desires counsel, shall be entitled to be present at
all sessions of the committee when evidence is being
received. Each party shall have the right within
reasonable limits to question witnesses and, when all the
evidence has been received, to make an argument in

University of Illinois Statutes

support of its position, either in person or by counsel. A
full stenographic transcript shall be made of the hearing
unless both parties agree to the making of a record in a
briefer form.

**(6)** *Findings, Conclusions, and Recommendations.*
Following the conclusion of the hearing, the committee
shall promptly make its explicit findings of fact on each
charge, its conclusions, and its recommendations.
Reasonable opportunity shall be given to each party to
file a written statement setting forth objections to these
findings, conclusions, and recommendations and setting
forth the grounds for such objections. A copy of one
party's objections shall be given to the other party. The
originals of the findings, conclusions, and
recommendations, and of the hearing transcript shall be
forwarded by the committee to the president and copies
shall be promptly transmitted by the committee to the
appointee.

If ultimately the appointee requests a hearing before the
Board of Trustees, the originals or copies of the statement
of charges filed by the president or the president's
designee with the clerk or secretary of the senate, the
request for a hearing, the answer to the statement of
charges, the notice of the time and place of hearing, the
transcript or briefer record of the hearing, any exhibits
received in evidence, the findings, conclusions, and
recommendations of the committee, and any objections to
such findings, conclusions, and recommendations shall
constitute the record before the Committee on Academic
Freedom and Tenure to be submitted to the board. The
record shall be available to the Board of Trustees, to
counsel for the appointee, and to counsel for the
University, but shall not be available to other persons
prior to the hearing before the board. If the committee
recommends that charges be dropped and the president
concurs, the case shall be considered closed.

**(7)** *Hearing by Board of Trustees.* Within thirty days
after transmittal of the findings, conclusions, and
recommendations of the Committee on Academic
Freedom and Tenure, or if the appointee filed no request
for a hearing before that committee within fifteen days

after the expiration of the period specified in
subparagraph 1e (3) for the filing of such a request, the
president may cause the charges to be filed with the
Secretary of the Board of Trustees along with the
findings, conclusions, and recommendations, if any, of
the Committee on Academic Freedom and Tenure and
the record of the hearing before the committee, if one was
held. Notice of such filing of charges shall be delivered to
the appointee personally or shall be mailed to the
appointee by the Secretary of the Board of Trustees by
registered mail within five days after such filing. Within
ten days after such delivery or mailing of notice of the
filing of the charges with the Secretary of the Board of
Trustees, the appointee may file with the Secretary of the
Board a written request for a hearing before the Board of
Trustees. Notice of the time and place of the hearing
which hearing shall be not less than twenty days after the
date of the filing of the appointee's request shall be
delivered to the appointee personally or mailed to the
appointee by registered mail. The date of the hearing
shall be not less than fifteen days from the date of such
delivery or mailing of the notice of hearing to the
appointee. The appointee shall have the right to appear at
the hearing, with counsel if desired, to reply to the
charges and to present evidence. Counsel for the
University shall represent the university administration at
the hearing and shall have the right to present evidence in
support of the charges. The board shall not be bound by
technical rules of evidence in hearing and deciding the
case.

The board will give due consideration to the findings,
conclusions, and recommendations of the Committee on
Academic Freedom and Tenure, and the remainder of the
record relevant to the charges before said committee, and
in all cases where a report was made by the committee
will invite a member of the committee designated by its
chair to attend the hearing and make a statement before
the board.

If the board concludes that the appointee should be
dismissed or asked to resign, the effective date of such
dismissal or resignation shall not be less than one year
from the date of the board's decision unless the board, in

its discretion, determines that an earlier effective date is justified by the gravity of the appointee's conduct in question.

**(8)** *Reassignment of Duties.* Under exceptional circumstances and when such action is clearly necessary and justified, the president may direct that a faculty member be relieved of some or all of the faculty member's university duties and functions and reassigned to others without prejudice and without loss of compensation pending the final decision of the case, subject to the following provisions: *(a)* the president may reassign duties before the filing of any charges only after giving notice to the chair or in the absence of the chair from the University to some member of the Faculty Advisory Committee that the president believes that cause for dismissal may exist; *(b)* if the president reassigns duties after so giving notice to the chair or some member of the Faculty Advisory Committee, such reassignment shall terminate within thirty days after that committee has made its recommendations to the president unless the president initiates dismissal proceedings by the filing of charges for dismissal within that thirty-day period; and *(c)* if the president initiates dismissal proceedings by filing charges for dismissal, the president may reassign duties or extend a previous reassignment of duties until the termination of those proceedings or until the effective day of dismissal if the proceedings should result in dismissal.

**(9)** *Publicity.* So far as possible public statements about a case under consideration should be avoided until completion of the proceedings.

Back to Top

### Section 2. Academic Freedom

**a.** It is the policy of the University to maintain and encourage full freedom within the law of inquiry, discourse, teaching, research, and publication and to protect any member of the academic staff against influences, from within or without the University, which would restrict the member's exercise of these freedoms in the member's area of scholarly interest. The

right to the protection of the University shall not, however, include any right to the services of the university counsel or the counsel's assistants in any governmental or judicial proceedings in which the academic freedom of the staff member may be in issue.

**b.** As a citizen, a faculty member may exercise the same freedoms as other citizens without institutional censorship or discipline. A faculty member should be mindful, however, that accuracy, forthrightness, and dignity befit association with the University and a person of learning and that the public may judge that person's profession and the University by the individual's conduct and utterances.

**c.** If, in the president's judgment, a faculty member exercises freedom of expression as a citizen and fails to heed the admonitions of Article X, Section 2b, the president may publicly disassociate the Board of Trustees and the University from and express their disapproval of such objectionable expressions.

**d.** A staff member who believes that he or she does not enjoy the academic freedom which it is the policy of the University to maintain and encourage shall be entitled to a hearing on written request before the Committee on Academic Freedom and Tenure of the appropriate campus senate. Such hearing shall be conducted in accordance with established rules of procedure. The committee shall make findings of facts and recommendations to the president and, at its discretion, may make an appropriate report to the senate. The several committees may from time to time establish their own rules of procedure.

Back to Top

## ARTICLE XI. STUDENT AFFAIRS AND DISCIPLINE

### Section 1. Student Affairs

**a.** The senates shall be responsible for the development of appropriate recommendations regarding policies on student affairs at their respective campuses. Each senate shall ensure the opportunity for substantial student involvement in the development of these recommendations.

**b.** Upon recommendation of the chancellor and the president, the Board of Trustees may appoint annually a vice chancellor or other officer who shall have general supervision over those services provided on that campus to assist students in their personal and social development. The responsibility and authority of this officer shall be determined by the campus chancellor. On the occasion of each appointment of any such officer, the chancellor shall seek the advice of the executive committee of the campus senate. The executive committee shall ensure the opportunity for substantial student involvement in the development of its advice.

**c.** Under the general supervision of the officer provided for in Section 1b above, the Graduate College, the College of Law, the College of Veterinary Medicine, the College of Medicine, and other colleges comprised of post-baccalaureate students shall be responsible respectively for the supervision of student affairs excluding discipline in those colleges.

## Section 2. Student Discipline

**a.** Each senate shall establish a committee or other body concerned with student discipline. This body may appoint one or more subcommittees on which unless the senate determines otherwise there shall be voting student representatives. These subcommittees shall have original jurisdiction to hear and render decisions in all disciplinary cases unless the body determines to exercise original jurisdiction. The decision of a subcommittee not appealed to the body shall be final. The body shall hear and take action for the senate in cases in which it exercises original jurisdiction and in cases appealed to it from its subcommittees. The body shall formulate and adopt after consultation with the legal counsel disciplinary and hearing procedures which shall be followed in all undergraduate student disciplinary proceedings. In hearing and deciding any appeal, this body may conduct a hearing *de novo* or may act solely upon the record in the case before the subcommittee as the body, in its discretion, may determine.

**b.** Discipline for students enrolled in graduate and graduate-professional colleges shall be administered by this body which, after consulting the dean of the college concerned, shall appoint a subcommittee on discipline for the students enrolled in that college. These subcommittees are to act in accordance

with the provisions of Article XI, Section 2a.

**c.** In disciplinary proceedings stemming from group infractions involving more than one category of student (undergraduate, graduate, professional), the hearing and review bodies as well as the procedures employed shall be common to all categories of students involved.

## ARTICLE XII. RESEARCH AND PUBLICATION

### Section 1. Campus Research Board

**a.** The Campus Research Board shall consist of eight to twelve members appointed by the chancellor after consultation with the vice chancellor responsible for research, the dean of the graduate college, and with the leadership of that campus's senate. The vice chancellor responsible for research shall chair the committee. The appointment process to and membership on the Campus Research Board may differ in campuses without a graduate college.

**b.** The functions of the board include: *(1)* making recommendations concerning policies for distribution of research board funds; *(2)* making assignments of research board funds to individual and group research projects; *(3)* advising the chancellor and the vice chancellor responsible for research on any other matters submitted to the board.

### Section 2. Sponsored Research, Gifts, and Grants

**a.** It is the policy of the University to encourage research on the part of all persons and groups within the several faculties. Such encouragement includes the endorsement and support of acceptable proposals for outside contracts or grants.

**b.** Such outside support must be integrated with the regular educational and research functions of the University. The acceptance of contracts or grants involves substantial indirect costs, physical plant operating costs, and the use of departmental, college, and general university facilities. Funds to meet these indirect costs must be provided either by the sponsors or by tax funds. In the latter case, because such activities come into direct competition for funds with other interests within the University, careful consideration shall be

given the acceptance of such contracts.

Back to Top

## Section 3. Patents on Inventions

The results of research or development carried on at the University by any of its faculty, employees, students, or other users of its facilities and having the expenses thereof paid from university funds or from funds under the control of the University, belong to the University and are to be used and controlled in ways to produce the greatest benefit to the University and to the public.

An inventor whose discovery or invention is subject to the conditions of the previous paragraph is required to disclose the discovery or invention to the University and may be required to patent the discovery or invention and to assign the patent to the University, the expenses connected therewith to be borne by the University.

This section shall not apply to questions of ownership of inventions made by members of the staff outside of their regular duties and without the use of university funds or funds under the control of the University and without the use of university facilities.

## Section 4. Scientific and Scholarly Publications and Creative Work

It is the policy of the University to foster the publication of scientific and scholarly periodicals which are edited, published, and subsidized by the University. Authors and artists who are members of the academic ranks recognized in Article IX, Section 3, may copyright their works except works specifically commissioned by the University in writing and works prepared under terms of a university grant or contract which provides otherwise.

## Section 5. Rules about Research, Patents, and Publications

***The General Rules Concerning University Organization and Procedure*** shall contain rules and regulations governing patents, copyrightable works, recordings, sponsored

periodicals, and the acceptance of contracts, gifts, and grants
for research, and the procedures to be followed.

Proposed changes in *The General Rules* related to patents,
copyrightable works, or recordings shall be sent to the
University Senates Conference which shall move as
expeditiously as practicable and, if necessary, reconcile the
views of the senates and advise the president and through the
president the Board of Trustees before such a rule change is
adopted.

Back to Top

## ARTICLE XIII. GENERAL PROVISIONS

### Section 1. Exchange Professors

On the recommendation of the head or the chair of a
department and with the approval of the dean, the chancellor,
the president, and the Board of Trustees, a professor, associate
professor, or assistant professor may be permitted for a period
of not more than one year to exchange positions with a
professor of approximately equal rank in another university
provided the arrangement does not involve substantial increase
in the cost of instruction. The professor with whom the
exchange is made shall during the period of service to this
University be subject to the rules governing appointments and
conditions of service applicable to regular members of the
faculty.

### Section 2. Privileges for Scholars from Other Universities

The chancellors of the University may extend the privilege of
working without charge in the various laboratories or libraries
of the respective campus to members of the faculties of other
colleges or universities, provided that they are recognized as
authorities in their respective fields and come to the campus
with written credentials from the faculties of their institutions
or from their governments asking that they be received as
guests.

### Section 3. Annual Reports

On or before the first day of September in each year, each dean

and director and the chief executive officer of each department or equivalent unit on each campus shall make to the chancellor an annual report, treating fully the work of the college, school, institute, division, or department. Any of these officers may make reports or advance suggestions at any time and shall report to the chancellor and to the president whenever requested to do so. Officers of the university-level administration and chancellors shall make such reports as the president shall require.

## Section 4. Reports and Communications

**a.** Members of the academic staff have the obligation to respond to requests for information from the Board of Trustees and from administrators to whom they have responsibilities. Ordinarily, intermediary administrators should be made aware of these requests. Unless the requestor has directed otherwise, a written response shall be transmitted through and by the intermediary administrators so that they may be properly informed and may comment. If the response contains recommendations, the staff member shall be informed of all comments with respect thereto and may append additional comments to the recommendations.

**b.** Academic staff may initiate direct communication with any member of the administration. Ordinarily, intermediary administrators shall be kept informed about such communications so that they may be properly informed and may comment. Whenever appropriate, the academic staff member shall be informed of all comments and may respond to them.

**c.** Proposals which originate from academic units, as enumerated in Article VIII, shall be promptly considered and transmitted to the final authority through and by appropriate intermediaries. Academic units affected by the proposal shall be kept informed of comments, revisions, and recommendations by intermediary authorities so that they may respond to them.

**d.** All communications from members of the staff to be presented as part of the agenda at a meeting of the Board of Trustees or transmitted to the Board of Trustees or any committee thereof shall first be presented to the chancellor

University of Illinois Statutes

where appropriate and to the president for their examination, comment, and recommendation. Whenever appropriate, the staff member shall be informed of all such reactions and may respond to them.

## Section 5. Rules of Procedure

Unless otherwise specified by a deliberative body of the University, the latest revision of *Robert's Rules of Order* shall govern.

## Section 6. Recommendations of Committees and Councils

Whenever these *Statutes* provide for the advice or recommendations of a committee or council as a basis for or aid to officer or agency decision, the advice or recommendation shall be secured only through a meeting of the committee or council duly convened in group session.

Back to Top

## Section 7. Reservation of Powers

The Board of Trustees is charged by law with full responsibility for administering the University. Although the board may properly delegate authority to its duly designated officers and agencies, as indeed it has done since the establishment of the University in practical recognition of its own limitations to determine and resolve, in the first instance, complex and continuing problems of internal organization and educational policy, it cannot divest itself of the ultimate responsibility, imposed upon it by law, of governance of the University. Accordingly, the board expressly reserves to itself the power to act on its own initiative in all matters affecting the University, notwithstanding that such action may be in conflict or may not be in conformance with the provisions of these *Statutes*. However, the board will not so act upon its own initiative in any case in which senate participation and recommendation is provided for by these *Statutes* until it has first sought the advice and recommendation of the appropriate senate, or senates, the University Senates Conference and the president.

## Section 8. Amendments

**a.** *Initiation by a Senate.* Each of the senates by vote of a majority of all members present and voting at a regular or special meeting may propose amendments to these *Statutes*. No final senate action shall be taken on a proposed amendment until the next meeting following the one at which it was introduced. The secretary of a senate shall notify the secretary of the other senates and the secretary of the University Senates Conference of the text of a proposed amendment promptly after the meeting at which it is introduced. The proposed amendment shall be referred to the University Senates Conference for its consideration and transmission to the other senates for action; the conference may append its comments and recommendations.

The proposed amendment shall be placed promptly on the agenda of the other senates. If every senate acts affirmatively on the proposed amendment and concurs as to its text, the conference shall send the proposed amendment to the president for transmission to the Board of Trustees; the conference may append its comments. If the senates do not agree as to the proposed amendment, the conference shall endeavor to promote agreement of the senates; where agreement cannot be effected within a reasonable period of time, the conference shall send the proposals of the senates and its own recommendations to the president for transmission to the Board of Trustees and shall simultaneously notify the senates of its action. A senate may record and send its further comments to the president for transmission to the Board of Trustees.

**b.** *Initiation by the Board of Trustees.* The Board of Trustees may initiate proposals to amend the *Statutes*, but the board shall not finally adopt any such proposal without first seeking the advice of the president, the senates, and the University Senates Conference. Any proposal to amend the *Statutes* which is initiated by the Board of Trustees shall be transmitted through the president to the University Senates Conference and transmitted by the conference, with its recommendations, to the senates for consideration and advice. The proposed amendment shall be placed promptly on the agenda of each of the senates. If the senates do not agree in their advice concerning the proposed amendment, the conference shall endeavor to promote agreement; where agreement cannot be achieved within a reasonable period of time, the conference

shall send the advice of the senates and its own recommendations to the president for transmission to the Board of Trustees and shall simultaneously notify the senates of its action. A senate may record and send its further comments to the president for transmission to the Board of Trustees.

**c.** An amendment shall become effective when approved by the Board of Trustees or at such later time as the board may specify.



University of Illinois at Chicago
Search UIC

University of Illinois at Springfield
Search UIS

University of Il Urbana-Champ
Search UIUC

Copyright © 2004 The Board of Trustees of the University of Illinois.
Web Privacy Statement