05442-P7148
RPK:dkl
G:\48\P7148\P7148PMI 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS and ) | |
| VAN ALLEN ANDERSON, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW

Richard P. Klaus of Heyl, Royster, Voelker & Allen, respectfully moves this Court for leave to withdraw as counsel of record for the Defendants. For his motion, Richard P. Klaus states as follows:

1.     Richard P. Klaus has been appointed an associate circuit judge for the Sixth Judicial Circuit, Champaign County, Illinois. The appointment was certified by the Administrative Office of the Illinois Courts on September 13, 2005. Pursuant to the Order of the Presiding Judge of the Sixth Judicial Circuit, the appointment becomes effective on September 30, 2005.

2.     Pursuant to the Illinois Code of Judicial Conduct, as of September 30, 2005, Richard P. Klaus is required to devote full time to the duties of associate circuit judge, and is further obligated to cease practicing law.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

WHEREFORE, Defendants respectfully request that this Court enter an Order granting Richard P. Klaus leave to withdraw his appearance.

> Respectfully submitted:
>
> BOARD OF TRUSTEES OF THE
> UNIVERSITY OF ILLINOIS, Defendants
>
>
> s/  Richard P. Klaus
> Attorney for Defendants
> Heyl, Royster, Voelker & Allen
> Suite 300
> 102 E. Main Street
> P.O. Box 129
> Urbana, IL 61803-0129
> 217-344-0060 Phone
> 217-344-9295 Fax
> E-mail:  rklaus@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

 

                                      s/  Richard P. Klaus
                                      Attorney for Defendants
                                      Heyl, Royster, Voelker & Allen
                                      Suite 300
                                      102 E. Main Street
                                      P.O. Box 129
                                      Urbana, IL 61803-0129
                                      217-344-0060 Phone
                                      217-344-9295 Fax
                                      E-mail:  rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060