E-FILED
Tuesday, 20 September, 2005  11:04:52 AM
Clerk, U.S. District Court, ILCD

05442-P7148
EMW/slc
G:\48\P7148\P7148EOA 005

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No.: 05-2132 |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS and, | ) |
| VAN ALLEN ANDERSON, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

NOW COMES Edward M. Wagner of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the defendants, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and VAN ALLEN ANDERSON. Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

        BOARD OF TRUSTEES OF THE UNIVERSITY
        OF ILLINOIS and VAN ALLEN ANDERSON,
        Defendants

        s/Edward M. Wagner
        Attorney for Defendants
        Heyl, Royster, Voelker & Allen
        Suite 300
        102 E. Main Street
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: ewagner@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson  
Attorney at Law  
1926 Associated Bank Plaza  
Peoria, IL 61602-1104

                              s/Edward M. Wagner  
                              Attorney for Defendants  
                              Heyl, Royster, Voelker & Allen  
                              Suite 300  
                              102 E. Main Street  
                              P.O. Box 129  
                              Urbana, IL 61803-0129  
                              217-344-0060 Phone  
                              217-344-9295 Fax  
                              E-mail: ewagner@hrva.com

HEYL ROYSTER  
VOELKER  
& ALLEN

Suite 300  
102 E. Main Street  
P.O. Box 129  
Urbana, IL 61803-0129  
Fax (217) 344-9295  
(217) 344-0060