**E-FILED**
Monday, 03 October, 2005  02:33:03 PM
Clerk, U.S. District Court, ILCD

NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104

309-677-5950

FAX 309-677-5952
EMAIL nilew@aol.com

LICENSED ILLINOIS
IOWA (INACTIVE)
U.S. SUPREME COURT

RECEIVED SEP 13 2005 U.S. MAGISTRATE URBANA, ILLINOIS

September 12, 2005

The Honorable David G. Bernthal
U.S. District Courthouse
201 S. Vine Street
Urbana, IL 61801

RE: **Bant v. Board of Trustees of University of Illinois**
     **U.S. District Court #05-2132**

Dear Judge Bernthal:

I have reviewed the Motion and Memorandum filed by the defendant Van Allen Anderson in the above captioned matter to dismiss those portions of the amended complaint relating to him. It appears to me that the arguments are substantially similar to those made by Mr. Klaus in supporting his Motion to Dismiss on behalf of the Board of Trustees of the University of Illinois. In order to avoid duplicitous material I do not intend to file a further response to the Motion to Dismiss of defendant Van Allen Anderson.

Very truly yours,

NILE J. WILLIAMSON
NJW/skt
cc. Richard Klaus