E-FILED
Wednesday, 12 October, 2005  10:12:53 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GEOFFREY W. BANT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 05-2132 |
| | ) | |
| FRANCES G. CARROLL, KENNETH D. | ) | |
| SCHMIDT, DAVID V. DORRIS, DEVON | ) | |
| C. BRUCE, NIRANJAN S. SHAH, ROBERT | ) | |
| Y. SPERLING, LAWRENCE C. EPPLEY, | ) | |
| MARJORIE E. SODEMANN, & ROBERT | ) | |
| F. VICKREY, in their individual capacity, | ) | |
| as members of the Board of Trustees of the | ) | |
| University of Illinois, VAN ALLEN ANDERSON, | ) | |
| individually, NANCY CANTOR, individually, | ) | |
| as former Chancellor of the University of Illinois | ) | |
| Board of Trustees of the University of Illinois, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### SECOND AMENDED COMPLAINT

Now comes the plaintiff GEOFFREY W. BANT by his attorney NILE J. WILLIAMSON and with leave of court having been given by order of October 3, 2005, files this Second Amended Complaint Count V as a cause of action against the defendants FRANCES G. CARROLL, KENNETH D. SCHMIDT, DAVID V. DORRIS, DEVON C. BRUCE, NIRANJAN S. SHAH, ROBERT Y. SPERLING, LAWRENCE C. EPPLEY, MARJORIE E. SODEMANN, ROBERT F. VICKREY, in their individual capacity, as members of the Board of Trustees of the University of Illinois, and VAN ALLEN ANDERSON, individually, as follows:

### COUNT V DUE (PROCESS 42 U.S.C.§1983)

SECOND AMENDED COMPLAINT
PAGE TWO

44. That plaintiff enjoys the right of due process as guaranteed by the Fourteenth Amendment of the United States Constitution and 42 U.S.C. Section 1983.

45. That UI did not abide by its own procedures and regulations when it terminated plaintiff and specifically Chancellor Canton did not follow the recommendations of CAP which was the only substantive investigation conducted regarding plaintiff's grievance. Plaintiff's due process rights were violated by not having all the information and documentation in his file, by denying plaintiff a review process that was procedurally and substantially adequate, and by Cantor disregarding the recommendation of CAP that plaintiff's termination should be rescinded.

46. That the aforementioned acts of defendants Frances G. Carroll, Kenneth D. Schmidt, David V. Dorris, Devon C. Bruce, Niranjan S. Shah, Robert Y. Sperling, Lawrence C. Eppley, Marjorie E. Sodemann, and Robert F. Vickrey, in their individual capacity, as members of the Board of Trustees of the University of Illinois, who ratified the actions of Anderson and Cantor, all of whom were acting under color of state law constitute unlawful violation(s) of plaintiff's Fourteenth Amendment Rights and 42 U.S.C. Section 1983.

47. That the acts by the employees under the administration of UI including defendants Anderson and Cantor, individually, and Frances G. Carroll, Kenneth D. Schmidt, David V. Dorris, Devon C. Bruce, Niranjan S. Shah, Robert Y. Sperling, Lawrence C. Eppley, Marjorie E. Sodemann, and Robert F. Vickrey, in their individual capacity, as members of the Board of Trustees of the University of Illinois, directly and

SECOND AMENDED COMPLAINT
PAGE THREE

foreseeably resulted in an unlawful and unreasonable violation(s) of plaintiff's Fourteenth Amended Rights and 42 U.S.C. Section 1983.

48. That defendants acted maliciously, willfully, and knowingly and with specific intent to deprive plaintiff of his constitutional rights, and/or the deliberate and reckless indifference to plaintiff's constitutional rights.

49. That as a direct and proximate result of the violations of his constitutional rights plaintiff has been and will be denied wages, salaries, and benefits he otherwise would have earned; has and will continue to suffer emotional pain, suffering, mental anguish and humiliation and lost enjoyment of life.

WHEREFORE, plaintiff GEOFFREY BANT prays judgment against the defendants FRANCES G. CARROLL, KENNETH D. SCHMIDT, DAVID V. DORRIS, DEVON C. BRUCE, NIRANJAN S. SHAH, ROBERT Y. SPERLING, LAWRENCE C. EPPLEY, MARJORIE E. SODEMANN, ROBERT F. VICKREY, in their individual capacity, as members of the Board of Trustees of the University of Illinois, and VAN ALLEN ANDERSON, individually, as follows:

A. Compensatory damages based upon plaintiff's emotional pain, suffering, inconvenience, mental anguish, humiliation, and lost enjoyment of life in an amount to be determined at trial of this matter, such compensatory damages as lost wages for future earnings, emotional distress, humiliation, loss of reputation, and mental anguish;

B. Punitive damages as to defendant Anderson;

C. Reasonable attorney's fees, expenses, and costs;

SECOND AMENDED COMPLAINT
PAGE FOUR

    D. Pre and post judgment interest;

    E. All such other relief as law and justice may require and may be appropriate.

**PLAINTIFF DEMANDS JURY TRIAL**

                      GEOFFREY W. BANT, PLAINTIFF

        BY____/s/ NILE J. WILLIAMSON_____
                HIS ATTORNEY
                NILE J. WILLIAMSON
                ATTORNEY AT LAW
                1926 ASSOCIATED BANK PLAZA
                PEORIA, ILLINOIS 61602-1104
                TELEPHONE: (309) 677-5950
                E-MAIL ADDRESS : nilew@aol.com

SECOND AMENDED COMPLAINT
PAGE FIVE

## CERTIFICATE OF SERVICE

Further pursuant to the Federal Rules of Civil Procedure, the undersigned certifies that the foregoing document was electronically mailed to the United States District Clerk, Urbana Division, Champaign, Illinois, on this 12th day of October, 2005; and further the following counsel will also be notified by electronic filing as well by mailing on the 12th day of October, 2005:

Keith B. Hill
Heyl, Royster, Voelker, and Allen
102 E. Main Street, Suite 300
PO Box 129
Urbana, Illinois 61803-0129

```
                              BY     /s/NILE J. WILLIAMSON
                                  HIS ATTORNEY
                                  NILE J. WILLIAMSON
                                  ATTORNEY AT LAW
                                  1926 ASSOCIATED BANK PLAZA
                                  PEORIA, ILLINOIS 61602-1104
                                  TELEPHONE: (309) 677-5950
                                  E-MAIL ADDRESS: nilew@aol.com
```