05442-P7148
KBH:dkl
G:\48\P7148\P7148PMI 003

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

GEOFFREY W. BANT,                         )
                                          )
    Plaintiff,                            )
                                          )
        vs.                               )        No.: 05-2132
                                          )
BOARD OF TRUSTEES OF THE                  )
UNIVERSITY OF ILLINOIS and                )
VAN ALLEN ANDERSON,                       )
                                          )
    Defendants.                           )

## MOTION FOR CLARIFICATION/EXTENSION OF TIME

Defendants, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS ("Board

of Trustees") and VAN ALLEN ANDERSON, by their attorneys, Edward M. Wagner and

Keith B. Hill of HEYL, ROYSTER, VOELKER & ALLEN, respectfully move for an extension

of time for the Defendant, VAN ANDERSON, to file a responsive pleading to Plaintiff's Second

Amended Complaint, and as to the Defendant, BOARD OF TRUSTEES, clarification, or in the

alternative an extension of time to file a responsive pleading to Plaintiff's Second Amended

Complaint.  For their Motion, Defendants state as follows:

    1.     On July 11, 2005, Plaintiff filed his Amended Complaint against the Board of

Trustees and Van Anderson.

    2.     On July 26, 2005, the Board of Trustees filed its motion to dismiss, and on

August 3, 2005, this Court entered an order granting in part and denying in part the Board of

Trustees' Motion to Dismiss, and granting leave to Plaintiff to file an amended complaint.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3.     On August 30, 2005, Van Anderson filed his Motion to Dismiss, and on October 5, 2005, this Court entered an Order granting in part and denying in part Van Anderson's Motion to Dismiss.

4.     In neither this Court's August 3, 2005 order or its August 5, 2005 Order did this Court set a deadline for the Board of Trustees and or Van Anderson to Answer those Counts that survived their respective Motions to Dismiss.  However, defense counsel presumed that it had to file an answer on behalf of the Board of Trustees within 10 business days of August 3, 2005, and an answer on behalf of Van Anderson within 10 days of August 5, 2005.

5.     However, on October 12, 2005 and prior to the Board of Trustees and Anderson filing their respective Answers, Plaintiffs filed his Second Amended Complaint.  Plaintiff's Second Amended Complaint includes only an amended Count V against Anderson and nine members of the Board of Trustees ("Board Members").  However, it is apparent that Plaintiff's Second Amended Complaint is intended to incorporate Counts I and II against the Board of Trustees, and Count IV against Anderson to the extent it was not previously dismissed by this Court.  Additionally, as it appears that Plaintiff has not opted to renumber his counts, Plaintiff's Second Amended Complaint does not include a Count III.

6.     Defense counsel intends to enter their appearance on behalf of the nine newly named Board Members and has today (October 20, 2005) received a waiver of service of process with respect to them.  These Defendants have 60 days from the date upon which the request was sent to file a responsive pleading and it is defense counsel's intention to file a motion to dismiss on behalf of all the Board Members.

7.     With respect to Anderson who was also included as a named Defendant in amended Count V, defense counsel intends to file a motion to dismiss Anderson from amended

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

Count V based on this Court's October 5, 2005 Order. It is defense counsel's understanding that Anderson's motion to dismiss should be filed within 10 days of October 12, 2005.

8.    Additionally, Plaintiff has filed another amended complaint stating Counts VI and VII against another defendant.

9.    Defense counsel believes that it is in this Court's and the parties' best interests to proceed with the complaint as a whole rather than piecemeal.

10.    In an effort to avoid piecemeal litigation, Defendants request that this Court enter an Order extending the deadline for Anderson to file a responsive pleading to Plaintiff's Second Amended to ten days after this Court has ruled on any motions to dismiss Plaintiff's Second Amended Complaint, and as to the Board of Trustees, clarifying, or in the alternative extending, the deadline to file a responsive pleading to Plaintiff's Second Amended Complaint to ten days after this Court has ruled on any motions to dismiss Plaintiff's Second Amended Complaint.

11.    Defense counsel, Keith Hill, has contacted Nile Williamson, Plaintiff's counsel, to inquire whether he had any objection to Defendants' Motion for Clarification/Extension of Time; however, Mr. Williamson was not in his office. As of filing, Mr. Williamson has not returned Mr. Hill's call.

12.    There will be no unfair prejudice or advantage gained or lost by any party by the Court's granting of this motion and it will serve the interest of justice by avoiding piecemeal litigation.

WHEREFORE, Defendants respectfully request that this Court enter an Order extending the deadline for Anderson to file a responsive pleading to Plaintiff's Second Amended to ten days after this Court has ruled on any motions to dismiss Plaintiff's Second Amended Complaint, and as to the Board of Trustees, clarifying, or in the alternative extending, the

**HEYLROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

deadline to file a responsive pleading to Plaintiff's Second Amended Complaint to ten days after

this Court has ruled on any motions to dismiss Plaintiff's Second Amended Complaint.

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS, Defendants


s/ Keith B. Hill
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: khill@hrva.com

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 20, 2005, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104


                                                    s/ Keith B. Hill
                                                    Attorney for Defendants
                                                    Heyl, Royster, Voelker & Allen
                                                    Suite 300
                                                    102 E. Main Street
                                                    P.O. Box 129
                                                    Urbana, IL 61803-0129
                                                    217-344-0060 Phone
                                                    217-344-9295 Fax
                                                    E-mail: khill@hrva.com

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060