E-FILED
Thursday, 17 November, 2005  10:08:57 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |  |
|---|---|---|
| GEOFFREY W. BANT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 05-2132 |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS and | ) | |
| VAN ALLEN ANDERSON, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that the foregoing RULE 26 INITIAL DISCLOSURES were served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the **17th** day of **November, 2005**, to:

Mr. Edward M. Wagner
Mr. Keith B. Hill
Heyl, Royster, Voelker, & Allen
102 E. Main St., Suite 300
Urbana, IL 61803-0129

As requested by the Federal Court of the Central District of Illinois, the originals of said RULE 26 INITIAL DISCLOSURES were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

GEOFFREY W. BANT, Plaintiff


 s/ Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY FOR PLAINTIFF
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602
TELEPHONE: (309) 677-5950
E-MAIL: nilew@aol.com