05442-P7148
KBH/dkl
G:\48\P7148\P7148PMD 005

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GEOFFREY W. BANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 05-2132 |
| | ) | |
| FRANCES G. CARROLL, KENNETH D. SCHMIDT, DAVID V. DORRIS, DEVON C. BRUCE, NIRANJAN S. SHAH, ROBERT Y. SPERLING, LAWRENCE C. EPPLEY, MARJORIE E. SODEMANN, AND ROBERT F. VICKREY, in their individual capacity, as members of the Board of Trustees of the University of Illinois, VAN ALLEN ANDERSON, individually, NANCY CANTOR, individually, as former Chancellor of the University of Illinois Board of Trustees of the University of Illinois, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT NANCY CANTOR'S MOTION TO DISMISS
COUNTS VI AND VII OF PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant, NANCY CANTOR, individually, as former Chancellor of the University of Illinois Board of Trustees of the University of Illinois, by her attorneys, Edward M. Wagner and Keith B. Hill of HEYL, ROYSTER, VOELKER & ALLEN, respectfully moves this Court to dismiss Counts VI and VII of Plaintiff's Second Amended Complaint. For her motion, Defendant states as follows:

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1. The procedural history of this case is as follows:

   a. On June 3, 2005, Plaintiff, Geoffrey Bant, filed pro se a complaint (#1) against the Board of Trustees of the University of Illinois ("Board of Trustees"). Subsequently, Plaintiff retained counsel and filed an amended complaint, adding Van Allen Anderson as a defendant.

   b. In his Amended Complaint (#8), Plaintiff alleged that he was employed as Director of Printing at the University of Illinois ("University"); that on December 2, 2002, he was given a letter of intent to terminate; that on December 17, 2002, he was required to turn in his keys and phone and was told not to return to the building; that until December 18, 2002, the Office of Printing Services was under his direction; and that on January 9, 2004, he was terminated from payroll of the University. [Second Am. Compl. (#8) ¶¶ 21, 27, 28].[1]

   c. Plaintiff's Amended Complaint alleged five counts as follows: Count I and II, against the Board of Trustees, alleged discrimination in violation of Title VII, based on sex and race, respectively. Count III against the Board of Trustees, alleged discrimination based on age in violation of the ADEA. Count IV, against the Board of Trustees and Anderson, alleged that Defendants violated Plaintiff's constitutional rights under the First Amendment pursuant to § 1983. Count V, against the Board of Trustees and Anderson, alleged Defendants violated Plaintiff's constitutional rights to due process

---

[1] Plaintiff pleads six counts through three different complaints (#8, 17, 30). To avoid confusion, reference is made only to Plaintiff's most recent complaint (#30), which is presumed to incorporate rather than abandon the surviving counts of Plaintiff's previous two complaints (#8, 17), but the document number of the complaint containing the cited paragraph(s) is provided for this Court's convenience. This motion addresses Counts VI and VII, contained within the complaint filed August 9, 2005 (#17).

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2

under the Fourteenth Amendment pursuant to § 1983.

    d.    On July 26, 2005, the Board of Trustees filed a motion to dismiss Counts III, IV and V. Thereafter, Anderson was served, and on August 30, 2005, Anderson filed a motion to dismiss Counts IV and V.

    e.    On August 9, 2005, Plaintiff filed his "Amended Complaint Counts VI & VII" (#17), stating two counts against former University Chancellor Nancy Cantor. Count VI alleged that Cantor violated Plaintiff's constitutional rights to due process under the Fourteenth Amendment pursuant to § 1983, and Count VII alleged that Cantor violated Plaintiff's constitutional rights under the First Amendment pursuant to § 1983.

    f.    On October 3, 2005 and October 5, 2005, this Court ruled on the motions to dismiss filed by the Board of Trustees and Anderson, respectively. In its orders (#28, 29), this Court, inter alia, dismissed with prejudice Plaintiff's due process claims against the Board of Trustees and Anderson (Count V), and granted Plaintiff leave to amend his complaint to state claims against the individual Board members.

    g.    On October 12, 2005, Plaintiff filed his Second Amended Complaint (#30). Plaintiff's Second Amended Complaint includes only amended due process claims (Count V) against Anderson and nine members of the Board of Trustees ("Board members"). Presumably, Plaintiff's Second Amended Complaint incorporates Plaintiff's Title VII claims (Counts I and II) against the Board of Trustees, Plaintiff's First Amendment claim (Count IV) against Anderson to the extent it was not previously dismissed by this Court, and Plaintiff's due process (Count VI) and First Amendment claims (Count VII) against Cantor. As Plaintiff has not opted to renumber his counts, Plaintiff's Second Amended Complaint does not include a Count III.

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2.      Plaintiff's due process claim against Cantor (Count VI) should be dismissed with prejudice because Plaintiff has no property interest in his employment.

3.      Plaintiff's due process claim against Cantor (Count VI) should be dismissed with prejudice because it is barred by the two-year statute of limitations.

4.      Plaintiff's due process claim against Cantor (Count VI) should be dismissed with prejudice because it rests on an alleged violation of state law rather than a sufficiently alleged violation of constitutional due process: Plaintiff's Second Amended Complaint shows that he received all the due process that was due.

5.      Plaintiff's First Amendment claim against Cantor (Count VII) should be dismissed with prejudice because it is barred by the two-year statute of limitations.

6.      Cantor has concurrently filed her Memorandum of Law in Support of Motion to Dismiss Counts VI and VII of Plaintiff's Second Amended Complaint, and incorporates the same herein by reference.

WHEREFORE, Defendant, NANCY CANTOR, respectfully requests that this Court dismiss Count VI and VII with prejudice.

> NANCY CANTOR, individually, and as former Chancellor of the University of Illinois Board of Trustees of the University of Illinois, Defendants

| s/ Edward M. Wagner | s/ Keith B. Hill |
|---|---|
| Attorney for Defendants | Attorney for Defendants |
| Heyl, Royster, Voelker & Allen | Heyl, Royster, Voelker & Allen |
| Suite 300 | Suite 300 |
| 102 E. Main Street | 102 E. Main Street |
| P.O. Box 129 | P.O. Box 129 |
| Urbana, IL 61803-0129 | Urbana, IL 61803-0129 |
| 217-344-0060 Phone | 217-344-0060 Phone |
| 217-344-9295 Fax | 217-344-9295 Fax |
| E-mail: ewagner@hrva.com | E-mail: khill@hrva.com |

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

 

                                                s/ Keith B. Hill
                                                Attorney for Defendants
                                                Heyl, Royster, Voelker & Allen
                                                Suite 300
                                                102 E. Main Street
                                                P.O. Box 129
                                                Urbana, IL 61803-0129
                                                217-344-0060 Phone
                                                217-344-9295 Fax
                                                E-mail: khill@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060