University of Illinois Statutes

EXHIBIT "B"

UNIVERSITY OF ILLINOIS  Always Thinking  3 distinct  1 campus es great university
CHICAGO · SPRINGFIELD · URBANA-CHAMPAIGN

text only | About the
navigation | University    | Trustees    | President    | Administration    | find people | every
                                                                              contact | site map

About the University

## Policies

Home

Information for
Prospective
Students
Faculty & Staff
Alumni
Donors
Media

**Statutes**

Updated: September 5, 2003
Amended: July 18, 2002

Boa
Tru

The regulations of the Board of Trustees for the guidance of
the staff of the University were called Bylaws until 1901,
when the term *Statutes* was applied. In 1908, the board
adopted a revision of the *Statutes* which was much more
comprehensive than anything that preceded it; from 1908 to
1931, separate articles were amended and new articles were
added, but no general consideration was given to the
regulations as a whole. During the period of 1931 to 1934, the
board adopted certain statutes relating particularly to the
educational and administrative organization of the University.
In 1935, the Board of Trustees appointed a committee of its
members to consider the *Statutes*, including various
administrative regulations which had been adopted from time
to time, as a whole, and to present a revised code. This
compilation was approved by the Board of Trustees on March
10, 1936, as the University of Illinois *Statutes*, and all
previous editions were declared to be superseded.

On January 16, 1957, the Board of Trustees adopted a revised
version of the *Statutes*, upon recommendation of the
University Senate and the President of the University.
Preliminary to this formal action, a special committee of the
Board of Trustees worked with a committee of the University
Senate in preparing the final draft.

 Preliminary drafts of the present *Statutes* were prepared
cooperatively by committees of the three senates and
administrative officers. The final draft, adopted on May 17,
1972, by the Board of Trustees upon recommendation of the

senates, the University Senates Conference, and the President of the University superseded all previous versions and editions of all corresponding *Statutes*. This edition contains all amendments approved since May 17, 1972.

NONDISCRIMINATION STATEMENT

PREAMBLE

ARTICLE I. UNIVERSITY ADMINISTRATION
      Section 1. Functions of the Board of Trustees
      Section 2. The President of the University
      Section 3. The University Officers
      Section 4. Other University Administrative Officers
      Section 5. Campus Chancellors
      Section 6. The General Rules Concerning University
      Organization and Procedure

ARTICLE II. LEGISLATIVE ORGANIZATION

      Section 1. Campus Senates
      Section 2. University Senates Conference
      Section 3. Faculty Role in Governance
      Section 4. Faculty Advisory Committee
      Section 5. Professional Advisory Committee

ARTICLE III. CAMPUSES, COLLEGES, AND SIMILAR
CAMPUS UNITS
      Section 1. The Campus
      Section 2. The College
      Section 3. The Dean
      Section 4. The School and Similar Campus Units
      Section 5. The Dean or Director of a School or Similar
      Campus Unit

ARTICLE IV. DEPARTMENTS
      Section 1. The Department
      Section 2. Department Organized with a Chair
      Section 3. Department Organized with a Head
      Section 4. Change of Departmental Organization

ARTICLE V. GRADUATE COLLEGES
      Section 1. The Campus Graduate College
      Section 2. Special Units of the Graduate College

ARTICLE VI. THE CAMPUS LIBRARY

ARTICLE VII. SPECIALIZED UNITS
        Section 1. General Considerations
        Section 2. University Press
        Section 3. Councils on Teacher Education
        Section 4. Agricultural Experiment Station
        Section 5. Cooperative Extension Service in Agriculture
        and Home Economics

ARTICLE VIII. CHANGES IN ACADEMIC
ORGANIZATION
        Section 1. Formation of New Units
        Section 2. Changes in Existing Units
        Section 3. Academic Units Not Requiring Board of
        Trustees Approval

ARTICLE IX. ACADEMIC AND ADMINISTRATIVE
STAFFS
        Section 1. Criteria for Employment and Promotion
        Section 2. Employment of Relatives
        Section 3. Appointments, Ranks, and Promotions of the
        Academic and Administrative Staff
        Section 4. Principles Governing Employment of
        Academic and Administrative Staffs
        Section 5. Services Rendered The University
        Section 6. Severe Sanctions Other Than Dismissal For
        Cause
        Section 7. Leaves of Absence for Members of the Faculty
        Section 8. Graduate Work of Academic Staff Members
        Section 9. Privileges of Retired Members of the
        Academic Staff
        Section 10. Dismissal of Administrative Officers
        Section 11. Nonreappointment of Academic Professional
        Staff

ARTICLE X. ACADEMIC FREEDOM AND TENURE
        Section 1. Tenure of Academic Staff
        Section 2. Academic Freedom

ARTICLE XI. STUDENT AFFAIRS AND DISCIPLINE
        Section 1. Student Affairs
        Section 2. Student Discipline

ARTICLE XII. RESEARCH AND PUBLICATION
    Section 1. Campus Research Board
    Section 2. Sponsored Research, Gifts, and Grants
    Section 3. Patents on Inventions
    Section 4. Scientific and Scholarly Publications and
    Creative Work
    Section 5. Rules about Research, Patents, and
    Publications

ARTICLE XIII. GENERAL PROVISIONS
    Section 1. Exchange Professors
    Section 2. Privileges for Scholars from Other Universities
    Section 3. Annual Reports
    Section 4. Reports and Communications
    Section 5. Rules of Procedure
    Section 6. Recommendations of Committees and
    Councils
    Section 7. Reservation of Powers
    Section 8. Amendments

Back to Top

**University of Illinois**

## NONDISCRIMINATION STATEMENT

**Revised by the Policy Council: March 10, 2004**

The commitment of the University of Illinois to the most
fundamental principles of academic freedom, equality of
opportunity, and human dignity requires that decisions
involving students and employees be based on individual merit
and be free from invidious discrimination in all its forms.

The University of Illinois will not engage in discrimination or
harassment against any person because of race, color, religion,
sex, national origin, ancestry, age, marital status, disability,
sexual orientation, unfavorable discharge from the military or
status as a protected veteran and will comply with all federal
and state nondiscrimination, equal opportunity and affirmative
action laws, orders and regulations. This nondiscrimination
policy applies to admissions, employment, access to and
treatment in University programs and activities.

· University complaint and grievance procedures provide
employees and students with the means for the resolution of
complaints that allege a violation of this Statement.

## PREAMBLE

The University of Illinois, as a state university, is subject to the
control of the Illinois General Assembly. The General
Assembly, subject to the limitations of the state constitution
and to such self-imposed restraints as are essential to the
maintenance of a free and distinguished University, exercises
control by virtue of its authority to change the laws pertaining
to the University and its power to appropriate funds for the
maintenance and improvement of the University. Under
existing state law the University of Illinois is a public
corporation, the formal corporate name of which is "The Board
of Trustees of the University of Illinois."

Within the limits fixed by the Illinois constitution and laws,
the Board of Trustees exercises final authority over the
University. For the proper use of funds appropriated by the
General Assembly and for the proper administration and
government of the University, the board is responsible to the
people of Illinois, on whose behalf its members are appointed.
The board is the governing body of the University and
exercises jurisdiction in all matters except those for which it
has delegated authority to the president, other officers, or
bodies of the University.

The educational policy, organization, and governance of the
University as delegated by the Board of Trustees are
promulgated in these *Statutes*. When acting on such matters,
the board relies upon the advice of the university senates
transmitted to it by the President of the University. In these
matters each senate has a legitimate concern which justifies its
participation in the enactment and amendment of the *Statutes*.
The Board of Trustees reserves the power to initiate and make
changes in the *Statutes*, but before making any change it will
seek the advice of the senates.

*The General Rules Concerning University Organization and
Procedure* document supplements the *Statutes*. *The General
Rules* are subordinate to the *Statutes* and deal with

administrative organization, with the powers, duties, and responsibilities of officers of the University, and with various administrative matters.

The Board of Trustees delegates to the President of the University the authority to promulgate regulations and rules implementing *The General Rules Concerning University Organization and Procedure*. These are printed in the *Business and Financial Policies and Procedures* manual and other documents subordinate to the *Statutes* and *The General Rules* setting forth established policies and procedures.

Back to Top

## *STATUTES*

## ARTICLE I. UNIVERSITY ADMINISTRATION

### Section 1. Functions of the Board of Trustees

The Board of Trustees formulates university policies but leaves the execution of those policies to its administrative agents, acting under its general supervision. It is the responsibility of the board to secure the needed revenues for the University and to determine the ways in which university funds shall be applied.

### Section 2. The President of the University

The president is the chief officer of the University and a member of the faculty of each college, school, institute, division, and academic unit therein. The president shall be elected by the Board of Trustees, and the president's term of office shall be at the pleasure of the board. The president shall attend the meetings of the board and participate in its deliberations; may act with freedom within the lines of general policy approved by the board; shall prepare the annual budgets for presentation to the board; and shall recommend to the board suitable persons for positions in the University, including appointments to appropriate administrative positions, other than academic, which are not provided for in the *Statutes*. In case of exigencies, it is within the proper

jurisdiction of the president to make appointments so that the work of the University shall not be interrupted, but such appointments shall be subject to confirmation by the board. The president is responsible for the enforcement of the rules and regulations of the University; shall make such recommendations to the board and to the senates as the president may deem desirable for the proper conduct and development of the University; and shall issue diplomas conferring degrees, but only on the recommendation of the appropriate senate and by authority of the Board of Trustees. The president may designate the administrative officer(s) who shall exercise the functions of the president during the absence of the president from duty, which designation(s) shall be subject to change by the Board of Trustees.

Back to Top

### Section 3. The University Officers

The university officers are identified in *The General Rules Concerning University Organization and Procedure*. Prior to recommending to the Board of Trustees the initial appointment of any university officer except the president and the chancellors the president shall seek the advice of the University Senates Conference. On the occasion of the reappointment of any university officer, the University Senates Conference may submit its advice if it so elects.

### Section 4. Other University Administrative Officers

There may be additional administrative officers with university-wide responsibilities and duties as delegated by the President of the University. The president may make changes in titles and assignment of responsibilities of officers and may recommend to the Board of Trustees additional administrative positions as provided for in Section 2 of this Article.

### Section 5. Campus Chancellors

There shall be a chancellor at each campus of the University. The chancellor, under the direction of the president, shall serve as the chief executive officer for the campus. The chancellor shall perform such duties as may be delegated and assigned by the president and as may be consistent with the *Statutes* of the

University, *The General Rules*, and actions of the Board of Trustees.

The chancellor shall be appointed annually by the Board of Trustees on the recommendation of the president. On the occasion of the appointment of a new chancellor, the president shall have the advice of a committee selected by the senate of the campus concerned. On the occasion of a reappointment, the senate may submit its advice if it so elects.

### Section 6. The General Rules Concerning University Organization and Procedure

*The General Rules* supplement the *Statutes*. *The General Rules* are subordinate to the *Statutes* and deal with administrative organization, with the powers, duties, and responsibilities of officers of the University, and with university employment policies, property, and other matters. *The General Rules* are adopted by the Board of Trustees acting on the advice of the President of the University. The board reserves the right to make changes in *The General Rules* after consultation with the president. Before providing such advice or consultation, the president shall consult with the University Senates Conference, with due regard for the provisions of Article XII, Section 5. However, consultation with the conference is not required when because of exceptional circumstances a proposed action of the Board of Trustees would authorize a deviation from *The General Rules* for a specific transaction.

Back to Top

## ARTICLE II. LEGISLATIVE ORGANIZATION

### Section 1. Campus Senates

**a.** A senate shall be constituted at each campus of the University. The basic structure of a senate, including its composition, shall be provided for in its constitution. The constitution and any amendments thereto shall take effect upon adoption by the senate concerned and approval thereof by the Board of Trustees.

**b.** Each senate may exercise legislative functions in matters of

educational policy affecting the University as a whole or its own campus only. No such senate action shall take effect until it has been submitted to the University Senates Conference as provided in Article II, Section 2, and either approved by the Board of Trustees itself or approved in a manner agreed to by the board.

**c.** Except as otherwise provided in these *Statutes*, each senate shall determine for its campus matters of educational policy including but not limited to: requirements for admission to the several colleges, schools and other teaching divisions; general requirements for degrees and certificates; relations among colleges, schools and other teaching divisions; the academic calendar; and educational policy on student affairs. Neither the powers conferred on the senates by this paragraph (c) nor the powers conferred by Article II, Section 1b shall extend to matters over which the college is given jurisdiction by Article III, Section 2c.

**d.** Each senate shall recommend candidates for honorary degrees and shall determine for its campus the manner in which the faculty shall recommend candidates for earned degrees, diplomas, and certificates to be conferred by the president under the authority of the Board of Trustees.

**e.** No new line of work involving questions of general educational policy shall be established on any campus except upon approval of the senate concerned and except as elsewhere provided in these *Statutes*.

**f.** Each senate may propose amendments to these *Statutes* through the University Senates Conference to the president and the Board of Trustees as provided in Article XIII, Section 8.

**g.** Each senate shall adopt bylaws which shall govern except as otherwise provided in these *Statutes* its procedures and practices, including such matters as committee structure and duties, calling of meetings and establishment of agenda, and selection of officers. The bylaws of each senate shall provide for committees or other bodies to exercise those statutory duties specified in other sections of these *Statutes*, e.g., academic freedom and tenure, student discipline, and student affairs. The bylaws and any changes thereto shall be reported to the Board of Trustees through the chancellor and the

president.

Back to Top

## Section 2. University Senates Conference

### a. *Organization*

**(1)** The University Senates Conference shall be made up of twenty members. The basic representation shall be two members from each senate. Additional members shall be apportioned to each senate, at least one from each senate, in numbers proportional to the number of faculty members on each campus. The apportionment shall be recalculated every five years. Each senate shall elect its own representatives from its membership.

**(2)** Senators whose senatorial terms expire before their conference terms expire shall complete their conference terms. Any faculty senator or faculty senator-elect shall be eligible for election to the conference except that no member shall serve more than two full terms consecutively. The term of office shall be three years beginning on the September 1 following election. Approximately one-third of the conference members from each senate shall be elected annually.

**(3)** A quorum for conference meetings shall consist of a simple majority of the total membership of the conference. If a quorum cannot be obtained otherwise, the conference members from a senate may designate as many as two alternates from the faculty members of their own senate to serve at a specific meeting.

**(4)** The conference officers shall be a chair and a secretary, who shall be elected for one-year terms by and from the conference and shall not be from the same senate. The chair shall not be from the same senate in two consecutive years.

**(5)** The executive committee of the conference shall consist of two members from each senate: the conference chair, the conference secretary, and four additional members elected annually by and from the conference.

The conference may authorize the executive committee to act on behalf of the conference between scheduled meetings.

### b. *Functions*

The University Senates Conference shall review all matters acted upon by each senate. The conference shall determine whether senate actions requiring implementation or further consideration by officials or other groups within the University have been referred to the appropriate officials or groups. The conference itself may make any original or additional referral it deems advisable, and may append its comments and recommendations. Should the conference find a matter acted upon by one of the senates to be of concern to another senate, it shall refer the matter and the action to that senate. If two or more senates have acted differently on a subject, the conference shall attempt to promote agreement or consistency. Where agreement or consistency cannot be effected within a reasonable period of time, the conference shall transmit the related actions of the senates together with its own recommendations to the appropriate officials or groups within the University and shall simultaneously notify the secretary of each senate of its action. Any senate may record and transmit its further comments to the same addressees and to the conference.

The University Senates Conference shall assist the senates to communicate with one another, with University and campus administrative officials, and with the Board of Trustees (through the president), and may develop and implement procedures to enhance such communication.

**c.** The conference may act and may authorize its executive committee to act as an advisory group to the Board of Trustees (through the president), the president, other administrative officials, and the several senates on matters of university-wide concern. It shall be a special concern of the conference executive committee to aid in maintaining harmonious relations among such officers and the units of the University.

Back to Top

### Section 3. Faculty Role in Governance

**a.**

(1) The faculty of the University and any of its units
except for the Graduate College consists of those
members of the academic staff with the rank or title in
that unit of professor, associate professor, or assistant
professor who are tenured or receiving probationary
credit toward tenure, and those administrators in the
direct line of responsibility for academic affairs (persons
who hold the title director or dean in an academic unit,
provost, chancellor and president). Administrative staff
members not in the direct line of responsibility for
academic affairs are members of the faculty only if they
also hold faculty appointments. The bylaws of any
academic unit may further mandate a minimum percent
faculty appointment in that unit for specified faculty
privileges, such as voting privileges.

(2) The bylaws of a unit may grant specified faculty
privileges to selected faculty of other units. The bylaws
may also grant specified faculty privileges to members of
the academic staff of the unit or of other units who are
not included in subsection 1 above (i.e., neither tenured
nor receiving probationary credit toward tenure), and
who have the rank or title of professor, associate
professor, assistant professor, instructor, or lecturer. The
bylaws may also grant specified faculty privileges to
members of the academic staff of the unit or of other
units who have the rank or title of professor, associate
professor, assistant professor, instructor, or lecturer
modified by the terms "research," "adjunct," "clinical,"
"visiting" and/or "emeritus" (e.g., "research professor,"
"adjunct assistant professor," "clinical associate
professor," "visiting professor"). Only academic staff
with titles listed above may be extended faculty
privileges. Voting on these provisions of the bylaws is
limited to those named in subsection 1 above.

**b.** As the responsible body in the teaching, research, and
scholarly activities of the University, the faculty has inherent
interests and rights in academic policy and governance. Each
college or other academic unit shall be governed in its internal
administration by its faculty, as defined in Section 3a (1)
above. Governance of each academic unit shall be based on

unit bylaws established and amended by the faculty of that unit. The bylaws shall provide for the administrative organization and procedure of the unit, including the composition and tenure of executive or advisory committees. Except that they may not conflict with these *Statutes*, or other specific actions of the Board of Trustees, or with the bylaws of a unit which encompasses it, the details of the bylaws are left to the faculty of the unit.

Back to Top

## Section 4. Faculty Advisory Committee

Faculty advice and recommendations on University governance are traditionally provided to the administration through standing and ad hoc committees and representation in the senate. In addition, at each campus the faculty shall elect a Faculty Advisory Committee. The committee shall consist of nine faculty members on the Chicago and Urbana-Champaign campuses, three of whom shall be elected each year. The committee shall consist of seven faculty members on the Springfield campus, two of whom shall be elected each year and the seventh every third year. The three-year terms will commence on the first day of the academic year following the election.

Each campus senate shall determine eligibility for membership on the Faculty Advisory Committee for its campus from among the members of the Faculty Advisory Committee electorate, excluding those who hold administrative appointments. Any eligible person may be nominated as a committee member by a petition signed by three members of the electorate and filed with the clerk or secretary of the senate. The deadline for filing shall be set by each campus senate. The clerk or secretary of the senate shall conduct the election as soon as possible thereafter. The eligible nominees for the number of seats to be filled receiving the highest number of votes shall be declared elected. If vacancies arise between regular elections, the eligible nominee with the next highest number of votes at the most recent election shall be declared a member of the committee. In the absence of any such nominee willing and able to serve, the vacancy shall be filled at the next regular election.

No more than two members of the committee may hold paid appointments in the same college or in the same unit organized independently of a college.

The committee shall elect its own chair at its first meeting of each academic year. The committee shall adopt its rules of procedure, copies whereof shall be sent to all members of the academic staff (as defined in Article IX, Sections 4a and 3c) and to the chancellor and the president. The committee shall make such reports to the chancellor, the president, the senate, and the faculty as it deems appropriate at least once a year.

The committees shall provide for the orderly voicing of suggestions for the good of the University, afford added recourse for the consideration of grievances, and furnish a channel for direct and concerted communication between the academic staff (as defined in Article IX, Sections 4a and 3c) and the administrative officers of the University, its colleges, schools, institutes, divisions, and other administrative units on matters of interest or concern to the academic staff (as defined in Article IX, Sections 4a and 3c) or any member of it. Academic staff members who are members of the Professional Advisory Committee electorate shall use the procedures outlined in Section 5 of Article II.

In performing its functions, the committee upon the request of the chancellor, the president, or any member of the academic staff (as defined in Article IX, Sections 4a and 3c), or upon its own initiative shall make such investigations and hold such consultations as it may deem to be in the best interest of the University. A member of the academic staff (as defined in Article IX, Sections 4a and 3c) or a retired member shall be entitled to a conference with the committee or with any member of it on any matter properly within the purview of the committee.

Back to Top

## Section 5. Professional Advisory Committee

At each campus, the academic professional staff whose appointments as academic professionals require at least 50 percent (50%) of full-time service shall elect a Professional Advisory Committee. The academic professional staff consists

of those staff members on academic appointment whose positions have been designated by the president and the chancellor as meeting specialized administrative, professional, or technical needs in accordance with Article IX, Sections 3a, 3c, and 4a.

Any member of the Professional Advisory Committee electorate shall be eligible for membership on the committee. University-level administration staff shall be members of the electorate of the campus at which their principal office is located. Each chancellor (or the president in the case of university-level administration staff) after consultation with the Professional Advisory Committee may identify senior administrative officers to be excluded from the electorate.

Committee bylaws and articles of procedure covering such matters as nomination and election of members and officers, size of the committee, and terms of office shall be developed at each campus and after approval by the chancellor made available to the members of the electorate.

The committee shall provide for the orderly voicing of suggestions for the good of the University, afford added recourse for the consideration of grievances, and furnish a channel for direct and concerted communication between the academic professional staff and the administrative officers of the University, its colleges, schools, institutes, divisions, and other administrative units on matters of interest or concern to the academic professional staff or any member of it. The committee shall report to the chancellor, the president, and the academic professional staff at least once a year.

In performing its functions, the committee upon the request of the chancellor, the president, or any member of the academic professional staff, or upon its own initiative shall make such investigations and hold such consultations as it may deem to be in the best interest of the University. Any member or retired member of the academic professional staff shall be entitled to a conference with the committee or with any member of it on any matter properly within the purview of the committee.

Back to Top

## ARTICLE III. CAMPUSES, COLLEGES, AND SIMILAR

## CAMPUS UNITS

### Section 1. The Campus

**a.** The campus is the largest educational and administrative group. It is composed of colleges, schools, institutes, and other educational units in conjunction with administrative and service organizations.

**b.** The legislative body for the campus shall be the campus senate, as provided in Article II, Section 1.

**c.** The transfer of any line of work or any part thereof from one campus to another shall be made on the recommendation of the senates and chancellors of the campuses involved, the University Senates Conference and the president upon approval by the Board of Trustees.

**d.** The chancellor, under the direction of the president, shall be the chief executive officer of the campus, as provided in Article I, Section 5.

**e.** There shall be a provost and vice chancellor for academic affairs or equivalent officer at each campus who shall be the chief academic officer under the chancellor for the campus and will serve as chief executive officer in the absence of the chancellor.

**f.** There may be additional vice chancellors with campus-wide responsibilities and other administrative officers with responsibilities and duties as delegated by the chancellor.

**g.** Vice chancellors shall be appointed annually by the Board of Trustees on the recommendation of the chancellor and the president. The chancellor shall on the occasion of each appointment seek the advice of the executive committee of the campus senate. The executive committee may seek the counsel of other campus bodies in preparing its advice.

Back to Top

### Section 2. The College

**a.** The college is an educational and administrative group comprised of departments and other units with common

educational interests.

**b.** The faculty of a college shall be constituted as specified in Article II, Section 3a (1). The college shall be governed in its internal administration by its faculty under bylaws established by the faculty, as specified in Article II, Section 3b.

**c.** Subject to the jurisdiction of the senates as provided in Article II, Section 1, the college shall have jurisdiction in all educational matters falling within the scope of its programs, including the determination of its curricula, except that proposals which involve budgetary changes shall become effective only when the chancellor has approved them. The college has the fullest measure of autonomy consistent with the maintenance of general university educational policy and correct academic and administrative relations with other divisions of the University. In questions of doubt concerning the proper limits of this autonomy between the college and the senate, the college shall be entitled to appeal to the chancellor for a ruling.

**d.** The transfer of any line of work or any part thereof to or from a college or to or from some other educational or administrative group within a campus shall be made on the recommendation of the appropriate senate and chancellor and on approval of the president.

**e.** The faculty shall elect its secretary and committees.

**f.** An executive committee of two or more members elected annually by and from the faculty of the college by secret written ballot shall be the primary advisory committee to the dean of the college. It shall advise the dean on the formulation and execution of college policies and unless otherwise provided by the faculty of the college on appointments, reappointments, nonreappointments, and promotions and shall transact such business as may be delegated to it by the faculty. The faculty may determine the size of its executive committee and may choose to elect its members for two- or three-year staggered terms. Not more than one-half of the membership of the executive committee shall be from one department or comparable teaching unit of the college. The dean is *ex officio* a member and chair of the committee. While the executive committee is in session to prepare its advice on appointment of

the dean or to review the dean's performance, the dean shall
not be a member and the committee shall be chaired by a
committee member elected by the committee for that purpose.

Back to Top

### Section 3. The Dean

**a.** The dean is the chief executive officer of the college,
responsible to the chancellor for its administration, and is the
agent of the college faculty for the execution of college
educational policy.

**b.** The dean shall be appointed annually by the Board of
Trustees on recommendation by the chancellor and the
president. On the occasion of each recommendation, the
chancellor shall seek the prior advice of the executive
committee of the college concerned. The performance of the
dean shall be evaluated at least once every five years in a
manner to be determined by the college faculty.

**c.** On recommendation of the dean and the chancellor, the
president may appoint annually associate or assistant deans as
required.

**d.** The dean shall *(1)* call and ordinarily preside at meetings of
the college faculty to consider questions of college and
departmental governance and educational policy at such times
as the dean or the executive committee may deem necessary
but not less frequently than once in each academic year; *(2)*
formulate and present policies to the faculty for its
consideration, but this shall not be interpreted to abridge the
right of any member of the faculty to present any matter to the
faculty; *(3)* make reports on the work of the college; *(4)*
oversee the registration and progress of the students in the
college; *(5)* be responsible for the educational use of the
buildings and rooms assigned to the college and for the general
equipment of the college as distinct from that of the separate
departments; *(6)* serve as the medium of communication for all
official business of the college with other campus authorities,
the students, and the public; *(7)* represent the college in
conferences, except that additional representatives may be
designated by the dean for specific conferences; *(8)* prepare
the budget of the college in consultation with the executive

committee of the college; and *(9)* recommend the appointment, reappointment, nonreappointment, and promotion of members of the academic staff. Regarding appointments, reappointments, nonreappointments, and promotions, the dean shall consult with the appropriate departmental chair(s) and executive committee(s), or department head(s) who shall provide the dean with the advice of the advisory committee or other appropriate committee as specified in the department bylaws. Recommendations to positions on the academic staff shall ordinarily originate with the department, or in the case of a group not organized as a department with the person(s) in charge of the work concerned and shall be presented to the dean for transmission with the dean's recommendation to the chancellor. In case a recommendation from a college is not approved by the chancellor, the dean may present the recommendation to the president, and, if not approved by the president, the dean with the consent of the Board of Trustees may present the recommendation in person before the Board of Trustees in session.

Back to Top

## Section 4. The School and Similar Campus Units

**a.** In addition to colleges and departments, there may be other units of a campus, such as a school, institute, center, hospital, and laboratory, of an intermediate character designed to meet particular needs.

**b.** Such a unit organized independently of a college shall be governed in the same manner as a college.

**c.** The school organized within a college is an educational and administrative unit composed primarily of academic subunits. The subunits are related and have common interests and objectives but emphasize academically distinct disciplines or functions. The faculty of each subunit shall have the power to determine such matters as do not so affect relations with other subunits of the school or with units outside the school that those relations properly come under the supervision of larger administrative units.

**d.** Governance of schools and similar campus units within a college:

(1) The internal structure, administration, and governance of a school within a college shall be determined by its faculty under bylaws established by the faculty. Bylaws of the school shall be consistent with those of the college.

(2) The school has the fullest measure of autonomy consistent with the maintenance of general college and university educational policy and with appropriate academic and administrative relations with other divisions of the University. In questions of doubt concerning the proper limits of this autonomy, the school may appeal directly to the dean and the executive committee of the college and shall be entitled to appeal subsequently to the chancellor.

(3) An executive committee selected according to the bylaws of the school shall be the primary advisory body to the director of the school. The director is *ex officio* a member and chair of the committee. The executive committee shall advise the director on the formulation and execution of school policies and unless otherwise provided by the faculty of the school on appointments, reappointments, nonreappointments, and promotions. It shall advise the director on the preparation of the budget. The committee shall provide for the orderly voicing of suggestions for the good of the school, recommend procedures and committees that will encourage faculty participation in formulating policy, and perform such other tasks as may be assigned to it by the faculty of the school. Any faculty member shall be entitled to a conference with the executive committee or with any member of it on any matter properly within the purview of the committee. If the committee is in session to prepare its advice on appointment of the director or to review the director's performance, the director shall not be a member, and the committee shall be chaired by a committee member elected by the committee for that purpose.

(4) Departments within a school shall be governed as specified in Article IV except that communications and recommendations to the college, campus or the University shall be transmitted through the school for approval, comment, or information as appropriate. Other

subunits shall be governed by regulations set forth in the school bylaws.

**(5)** Executive officers of departments or subunits of a school shall be evaluated at least once every five years in a manner to be determined by the faculty of the school and college.

**(6)** An intermediate unit within a college, such as an institute, center, hospital, or laboratory in which academic staff appointments are made in accordance with Article X, Section 1, shall be governed as a department as specified in Article IV. Other intermediate units within a college shall be governed as stated in the bylaws of the college.

Back to Top

### Section 5. The Dean or Director of a School or Similar Campus Unit

**a.** In a school or similar campus unit independent of a college, the chief executive officer shall be a dean or director appointed annually by the Board of Trustees on the recommendation of the chancellor and the president. On the occasion of each recommendation, the chancellor shall seek the prior advice of the executive committee of the faculty concerned. Within the school or similar campus unit, the duties of a director or a dean shall be the same as those of the dean of a college. The performance of the dean or director shall be evaluated at least once every five years in a manner to be determined by the faculty of the unit.

**b.** In a school or similar campus unit included within a college, the chief executive officer shall be a director appointed annually by the Board of Trustees on the recommendation of the dean of the college, the chancellor, and the president. On the occasion of each recommendation, the dean shall seek the prior advice of the executive committee of the unit. The director shall *(1)* call and ordinarily preside at meetings of the school faculty to consider questions of school and subunit governance and educational policy at such times as the director or the executive committee may deem necessary but not less frequently than once in each academic year; *(2)* formulate and

present policies to the faculty for its consideration, but this shall not be interpreted to abridge the right of any member of the faculty to present any matter to the faculty; *(3)* make reports on the work of the school; *(4)* have general supervision of the work of students in the school; *(5)* be responsible for the educational use of the buildings and rooms assigned to the school and for the general equipment of the school as distinct from that of the separate subunits; *(6)* serve as the medium of communication for all official business of the school with the college, the students, and the public; *(7)* represent the school in conferences except that additional representatives may be designated by the director for specific conferences; *(8)* prepare the budget of the school in consultation with the executive committee of the school; and *(9)* recommend the appointment, reappointment, nonreappointment, and promotion of members of the academic staff. Regarding recommendations of appointments, reappointments, nonreappointments, and promotions of the members of the faculty, the director shall consult with the department's or subunit's executive officer who shall provide the director with the advice of the appropriate committee(s). Such recommendations shall ordinarily originate with the subunit or in the case of a group not organized as a subunit with the person(s) in charge of the work concerned and shall be presented to the director for transmission with the director's recommendation to the dean of the college. The performance of the director shall be evaluated at least once every five years in a manner to be determined by the faculty of the school and college.

Back to Top

## ARTICLE IV. DEPARTMENTS

### Section 1. The Department

**a.** The department is the primary unit of education and administration within the University. It is established for the purpose of carrying on programs of instruction, research, and public service in a particular field of knowledge. The staff of a department includes persons of all ranks who upon the recommendation of its head or chair are appointed or assigned to it. The faculty of a department shall be as specified in Article II, Section 3a of these *Statutes*. All appointments which carry academic rank, title, or tenure indicative in any

way of departmental association shall be made only after concurrence of the department(s) concerned.

**b.** The department has the fullest measure of autonomy consistent with the maintenance of general college and university educational policy and correct academic and administrative relations with other divisions of the University. Should a dispute arise between the department and another unit of the campus concerning the proper limits of this autonomy, the department may appeal for a ruling directly to the dean and the executive committee of the college and when the chancellor considers it proper to the chancellor, who shall make a decision after appropriate consultation.

**c.** A department may be organized either with a chair or with a head.

### Section 2. Department Organized with a Chair

**a.** The chair shall be appointed annually by the Board of Trustees on recommendation of the chancellor and the president after consultation with the dean of the college and with the executive committee of the department concerned. The performance of the chair shall be evaluated at least once every five years. As one component of this evaluation, views shall be solicited from the entire department faculty.

**b.** In each department organized with a chair, the executive committee shall recommend individuals for academic appointment in the department. With the consent of the executive committee or as specified in the department bylaws, persons who are not members of the department faculty may be invited by the chair to attend meetings of the department faculty but such persons shall have no vote.

**c.** The faculty of the department shall have power to determine such matters as do not so affect relations with other departments or colleges that they properly come under the supervision of larger administrative units.

**d.** In each department organized with a chair, there shall be an executive committee elected annually by and from the faculty of the department by secret written ballot. At least one-half of the members of the departmental executive committee shall be

elected from those faculty members who have at least a 50-percent salaried appointment in the University. The faculty may choose to elect members of the executive committee for staggered two- or three-year terms. The chair of the department is *ex officio* a member and chair of the executive committee. The chair and the executive committee are responsible for the preparation of the budget and for such matters as may be delegated to them by the faculty of the department. In a department which has a faculty of not more than five members, the executive committee shall consist of the entire faculty. In all other cases, the size of the executive committee shall be determined by the faculty of the department. If the executive committee is in session to evaluate the chair's performance, the chair shall not be a member and the committee shall be chaired by a committee member elected by the committee for that purpose.

**e.** In each department organized with a chair, that officer shall be responsible for the formulation and execution of departmental policies and the execution of University and college policies insofar as they affect the department. The chair shall have power to act independently in such matters as are delegated to the chair by the executive committee. The chair shall *(1)* report on the teaching and research of the department; *(2)* have general oversight of the work of students in the department; *(3)* collaborate with the executive committee in the preparation of the budget and be responsible for the expenditure of departmental funds for the purposes approved by the executive committee; and *(4)* call and preside at meetings of the executive committee and at meetings of the department faculty of which there shall be not fewer than one in each academic year for consideration of questions of departmental governance and educational policy. The chair together with the executive committee is responsible for the organization of the work of the department and for the quality and efficient progress of that work. Any faculty member shall be entitled to a conference with the executive committee or with any member of it on any matter properly within the purview of the committee.

**f.** In the administration of the office, the chair shall recognize the individual responsibility of other members of the department for the discharge of the duties committed to them by their appointments and shall allow proper scope to the

ability and initiative of all members of the department.

Back to Top

### Section 3. Department Organized with a Head

**a.** The head of a department shall be appointed without specified term by the Board of Trustees on recommendation by the chancellor and the president after consultation with the dean of the college and all members of the department faculty. The head may be relieved of title and duties as head of the department by the chancellor on the recommendation of the dean of the college. The performance of the head shall be evaluated at least once every five years. As one component of this evaluation, views shall be solicited from the entire department faculty.

**b.** In each department organized with a head, the head in consultation with the advisory committee shall recommend individuals for academic appointment in the department. In consultation with the advisory committee or as specified in the department bylaws, the head may invite other persons who are not members of the department faculty to attend meetings of the department faculty, but such persons shall have no vote.

**c.** The head of the department shall have the power to determine such matters as do not affect other departments or properly come under the supervision of larger administrative units.

**d.** In each department organized with a head, the head shall have general direction of the work of the department. The head shall *(1)* consult with the departmental advisory committee in regard to departmental policy; *(2)* consult with each member of the department regarding the nature and scope of the work in the charge of that member; *(3)* call and preside at meetings of the departmental faculty for explanation and discussion of departmental policies, educational procedure, and research, of which there shall be at least one in each academic year for consideration of departmental governance and educational policy; *(4)* be responsible for the organization of the work of the department, for the quality and efficient progress of that work, for the formulation and execution of departmental policies, and for the execution of University and college

policies insofar as they affect the department; *(5)* report on the teaching and research of the department; *(6)* have general supervision of the work of students in the department; *(7)* prepare the departmental budget in consultation with the departmental advisory committee; and *(8)* be responsible for the distribution and expenditure of departmental funds and for the care of departmental property.

**e.** In the administration of the office, the head shall recognize the individual responsibility of other members of the department for the discharge of the duties committed to them by their appointments and shall allow proper scope to the ability and initiative of all members of the department.

**f.** In each department organized with a head, there shall be an advisory committee elected annually by and from the faculty of the department by secret written ballot. The department faculty may choose to elect members of the advisory committee for staggered two- or three-year terms. In a department which has a faculty of not more than five members, the advisory committee shall consist of the entire faculty. In all other cases, the size of the advisory committee shall be determined by the faculty of the department. The functions of the committee shall be to provide for the orderly voicing of suggestions for the good of the department, to recommend procedures and committees that will encourage faculty participation in formulating policy, and to perform such other tasks as may be assigned to it. Any faculty member shall be entitled to a conference with the committee or with any member of it on any matter properly within the purview of the committee. If the advisory committee is in session to evaluate the head's performance, the head shall not be a member, and the committee shall be chaired by a committee member elected by the committee for that purpose.

Back to Top

## Section 4. Change of Departmental Organization

On the written request of at least one-fourth of the faculty of the department, as defined in Article II, Section 3a(1), and in no case fewer than two faculty members that the form of the organization of the department be changed, the dean shall call a meeting to poll the departmental faculty by secret written

ballot. The names of those making the request shall be kept confidential by the dean. The dean shall transmit the results of the vote to the departmental faculty and to the chancellor together with the dean's recommendation. If a change of organization is voted, the chancellor shall thereupon transmit this recommendation to the president for recommendation to the Board of Trustees. Faculty of the department may communicate with the Board of Trustees in accordance with Article XIII, Section 4 of these *Statutes*.

## ARTICLE V. GRADUATE COLLEGES

### Section 1. The Campus Graduate College

**a.** On a campus with a Graduate College, the Graduate College shall have jurisdiction over all programs leading to graduate degrees as determined by senate action and approved by the Board of Trustees. It is the responsibility of the Graduate College to develop and safeguard standards of graduate work and to promote and assist in the advancement of research in all fields.

**b.** Except as otherwise provided in this section, the Graduate College shall be governed by the same regulations as govern other colleges.

**c.** The faculty of the Graduate College consists of the president, the chancellor, the provost or equivalent officer, the dean, and all those who on the recommendation of the departments or of other teaching or research divisions have been approved by the executive committee and the dean of the Graduate College to assume appropriate academic responsibilities in programs leading to graduate degrees. Other administrative staff are members of the faculty of the Graduate College only if they also hold faculty appointments and have been recommended and approved as provided above.

**d.** An executive committee shall be the primary advisory committee to the dean of the Graduate College. It shall advise the dean on the formulation and execution of policies and on other activities of the Graduate College. The executive committee consists of fourteen members holding office for staggered two-year terms: eight elected members, four elected

annually for two-year terms by the faculty of the Graduate
College and six members, three appointed each year for two-
year terms by the chancellor on the recommendation of the
dean of the Graduate College in consultation with the members
elected that year. The dean of the Graduate College is *ex
officio* a member and chairs the committee. When meeting to
give advice on the appointment of the dean, the senior faculty
member (in terms of service at the University) on the executive
committee shall be chair and the dean shall not be a member of
the committee.

**e.** The principal administrative head of the Graduate College is
the dean, who shall be appointed in the same manner as are the
deans of other colleges.

**f.** On the recommendation of the dean of the Graduate College
and the chancellor, the president may appoint annually
associate or assistant deans of the Graduate College as
required.

**g.** On a campus with a Graduate College, the recommendation
of its dean shall be secured for the appointment to or
promotion on the staff of any campus unit of a person who
may be expected to assume or who has academic
responsibilities in programs leading to graduate degrees.

**h.** On a campus without a Graduate College, the provost shall
be responsible for the functions of the graduate dean.

Back to Top


## Section 2. Special Units of the Graduate College

**a.** On the recommendation of the Campus Research Board, the
executive committee and the dean of the Graduate College
with approval by the president and the chancellor, the Board of
Trustees may create special units of the Graduate College for
the purpose of carrying on or promoting research in areas
which are broader than the responsibility of any one
department. Any such unit may be abolished by similar action.

**b.** Persons shall be appointed to the staff of such special units

by the Board of Trustees on the recommendation of the unit
concerned, the dean of the Graduate College, the chancellor,
and the president. Appointments of persons who already have
academic rank and title indicative of departmental association
shall be made only after consultation with the department
concerned. Appointments which carry academic rank and title
indicative of departmental association of persons who do not
already have departmental association shall be made only after
concurrence of the department concerned.

Back to Top

## ARTICLE VI. THE CAMPUS LIBRARY

**a.** The campus library is an academic unit serving the entire
campus. Its collection includes all books, pamphlets, serials,
maps, music scores, photographs, prints, manuscripts, micro-
reproductions, and other materials purchased or acquired in
any manner and preserved and used by it to support instruction
and research. Such materials may include sound, electronic
and magnetic recordings, motion picture films, slides, film
strips, other appropriate audiovisual aids, and computer files.

**b.** The campus library shall be in the charge of the campus
librarian who, as the chief executive officer of the library, is
responsible to the chancellor for its administration and service.

**c.** As specified in Article II, Section 3, the library shall be
governed internally under bylaws established by its faculty.
Except as otherwise stated in this Article, the library shall be
governed by the same provisions as govern a college.

**d.** With the approval of the chancellor, the campus librarian
may establish branches on the campus when efficiency in
reference work, circulation, cataloging, ordering, and other
matters of library service and administration, and the general
welfare of the campus, college, school, department, or other
unit will thereby be promoted. Appointments to the academic
staff of branch libraries established under this subsection and
the advancement of such staff will be recommended to the
chancellor with the advice of the executive officer(s) of the
unit(s) served by such libraries.

**e.** The campus librarian shall be appointed annually by the

Board of Trustees on the recommendation of the chancellor with the concurrence of the President of the University. On the occasion of each such appointment, the chancellor shall seek the advice of the library committee of the campus senate and of the library executive committee. The performance of the campus librarian shall be evaluated at least once every five years in a manner to be determined by the faculty of the campus library and the library committee of the campus senate. As part of the evaluation, views shall be solicited from the library committee of the campus senate, from other concerned faculty, and from the entire faculty of the campus library.

**f.** The library committee of the campus senate shall advise the campus librarian regarding the allocation of book funds and other policies of the campus library.

Back to Top

## ARTICLE VII. SPECIALIZED UNITS

### Section 1. General Considerations

In addition to the campus units described in the previous Articles, there are special purpose educational and administrative units whose responsibilities and roles extend substantially beyond one campus. The organization and mission of such units, including clearly defined lines of responsibility to University or campus officers, shall be specified in these *Statutes*, in *The General Rules Concerning University Organization and Procedure*, or in such other documents as shall be deemed appropriate by the president. These specialized units may include but need not be limited to organizations designated as bureaus, councils, departments, divisions, institutes, and services. The staffs of these units shall have campus membership and status upon recommendation of the appropriate chancellor or chancellors subject to the *Statutes* and *The General Rules* governing the campus operations.

### Section 2. University Press

**a.** The University Press is responsible for developing and conducting the University's program of publishing books,

monographs, and journals.

**b.** The director of the University Press shall be appointed annually by the Board of Trustees on the recommendation of the president. The director shall be the principal administrative officer of the press and shall be responsible to the president.

**c.** There shall be a University Press Board composed of the director of the press, the deans of the Graduate Colleges or their representatives, and six appointed faculty members. Appointments to the board shall be made by the president after consultation with the director of the University Press and the vice president for academic affairs. The University Press Board shall advise the director of the press regarding policies and administration. The chair shall be elected from among the faculty membership.

Back to Top

### Section 3. Councils on Teacher Education

**a.** At each campus engaged in teacher education, there shall be a Council on Teacher Education composed of the deans and directors of the respective colleges, schools, and similar units at that campus which offer curricula in the preparation of teachers for the elementary and secondary schools. The chair of the council shall be named by the campus chancellor.

**b.** The duties of the council are to formulate policies and programs of student selection, retention, guidance and preparation, and placement in elementary and secondary schools in conformity with educational policies established by the campus senate.

**c.** At each campus, the council is authorized to appoint area-of-specialization committees in each of the major teaching fields, committees on teacher placement, and such other committees as may be needed. These committees shall be composed of representatives from the College of Education or comparable campus program and from major subject-matter fields represented in any given curriculum.

The area-of-specialization committees shall be responsible for the improvement of their respective teacher-education

curricula, counseling procedures in their areas, and other activities related thereto. Each committee shall recommend action to the Council on Teacher Education on its campus.

**d.** Students shall not be eligible for university approval of their status as prospective teachers unless they have elected a curriculum approved by the campus Council on Teacher Education.

**e.** All curricula in teacher education shall be approved by the area-of-specialization committee, by the departments, by the respective colleges offering the curricula, by the appropriate Council on Teacher Education, and by the respective senates.

### Section 4. Agricultural Experiment Station

The Agricultural Experiment Station shall be administered by a director, who shall be appointed annually by the Board of Trustees on the recommendation of the president.

The Agricultural Experiment Station of the University of Illinois was established in 1888, under the provisions of acts of Congress, "to aid in acquiring and diffusing among the people of the United States useful and practical information in subjects connected with agriculture, and to promote scientific investigation and experiment respecting the principles and applications of agricultural science."

Back to Top

### Section 5. Cooperative Extension Service in Agriculture and Home Economics

**a.** The Cooperative Extension Service in Agriculture and Home Economics shall be administered by a director appointed annually by the Board of Trustees on the recommendation of the president, concurred in by the Secretary of Agriculture.

**b.** Under the provisions of the Smith-Lever Act, approved by the President of the United States on May 8, 1914, and of subsequent acts of Congress, and under the provisions of a concurring joint resolution of the Illinois General Assembly, the University is designated the agency in Illinois responsible

for cooperative agricultural and home economics extension work.

This work shall consist of the giving of instruction and practical demonstrations in agriculture and home economics to persons not attending the University and of imparting to such persons information on these subjects through field demonstrations, publications, and otherwise. This work shall be carried on in such a manner as may be mutually agreed upon by the Secretary of Agriculture and the University.

Back to Top

## ARTICLE VIII. CHANGES IN ACADEMIC ORGANIZATION

### Section 1. Formation of New Units

**a.** *Departments.* The formation of a new department or similar academic unit within a school or college may be proposed by the faculty or executive officer of that school or college. The president shall submit the proposal for the new unit together with the advice of the faculty of the school or college of each higher unit, of the appropriate senate and chancellor, and of the University Senates Conference to the Board of Trustees for action.

**b.** *Intermediate Units.* An academic unit of intermediate character, such as a school organized within a college, may be proposed by the faculty or the executive officer of the higher unit. The president shall submit the proposal for the intermediate unit together with the advice of the higher unit, of the appropriate senate and chancellor, and of the University Senates Conference to the Board of Trustees for action.

**c.** *Colleges and Independently Organized Campus Units.* A college or other independently organized campus unit, such as a school, institute, center, or similar campus unit not within a school or college, may be proposed by the appropriate senate or chancellor. The president shall submit the proposal for the unit together with the advice of the senate and chancellor and the University Senates Conference to the Board of Trustees for action.