E-FILED
Tuesday, 29 November, 2005  02:52:36 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **GEOFFREY W. BANT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO. 05-2132** |
| | ) | |
| **BOARD OF TRUSTEES OF THE** | ) | |
| **UNIVERSITY OF ILLINOIS and** | ) | |
| **VAN ALLEN ANDERSON,** | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF FILING SERVICE OF SUMMONS

Mr. Keith B. Hill
Mr. Edward M. Wagner
Heyl, Royster, Voelker, & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129


You will hereby take notice that the plaintiff's counsel filed a returned Summons in a

Civil Case upon NANCY CANTOR this **29**[th] day of **November, 2005.**


                        BY      s/ Nile J. Williamson
                            NILE J. WILLIAMSON, ATTORNEY

**PROOF OF SERVICE**

   I hereby certify that on November 29, 2005, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following:

Mr. Keith B. Hill  
Mr. Edward M. Wagner  
Heyl, Royster, Voelker, & Allen  
102 E. Main Street, Suite 300  
P.O. Box 129  
Urbana, IL 61803-0129  
(217)344-0060  

                 s/Nile J. Williamson  
                 NILE J. WILLIAMSON  
                 ATTORNEY AT LAW  
                 1926 ASSSOCIATED BANK PLAZA  
                 PEORIA, ILLINOIS 61602  
                 TELEPHONE: (309)677-5950  
                 E-MAIL: nilew@aol.com