E-FILED
Tuesday, 29 November, 2005  02:57:46 PM
Clerk, U.S. District Court, ILCD

# United States District Court

**CENTRAL DISTRICT OF ILLINOIS**

URBANA DIVISION

GEOFFREY W. BANT,

    PLAINTIFF,

V.

BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS AND VAN ALLEN ANDERSON,

    DEFENDANTS.

PRIVATE PROCESS SERVICE:
TEPLITZ & COMPANY

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-2132

**TO:** (Name and Address of Defendant)

NANCY E. CANTOR
SYRACUSE UNIVERSITY
TOLLEY ADMINISTRATION BUILDING
SYRACUSE, N.Y. 13244

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK BUILDING
PEORIA, IL 61602

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE: AUGUST 26, 2005

BY DEPUTY CLERK