# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | November 02, 2005 @ 11:20 a.m. |
| NAME OF SERVER  Joyce Abold | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's ~~dwelling house~~ usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Cindy Berrie-Administrative Specialist

☐ Returned unexecuted: _____ (stated she would accept service on behalf of Nancy Cantor in her absence)

☐ Other (specify): The Administrative/Chancellor's Offices moved from Trollet Hall to 900 South Crouse Ave. Crouse Hinds Hall, Suite 600 Syracuse University, Syracuse, New York

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date              Signature of Server
                                JOYCE ABOLD
                                P.O. Box 3003
                                Address of Server Liverpool, New York 13089

PATRICIA A. VANDERWERKEN
Notary Public, State of New York
Qualified in Onondaga County
No. 01VA...
Commission Expires June 25, 20__

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.