05442-P7148
EMW/EM/dkl
G:\48\P7148\P7148PMD 007

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
|  ) | |
|    Plaintiff, ) | |
|  ) | |
|    vs. ) | No.: 05-2132 |
|  ) | |
| FRANCES G. CARROLL, KENNETH D. ) | |
| SCHMIDT, DAVID V. DORRIS, DEVON ) | |
| C. BRUCE, NIRANJAN S. SHAH, ) | |
| ROBERT Y. SPERLING, LAWRENCE ) | |
| C. EPPLEY, MARJORIE E. SODEMANN, ) | |
| AND ROBERT F. VICKREY, in their ) | |
| individual capacity, as members of the ) | |
| Board of Trustees of the University of ) | |
| Illinois, VAN ALLEN ANDERSON, ) | |
| individually, NANCY CANTOR, ) | |
| individually, as former Chancellor of the ) | |
| University of Illinois Board of Trustees ) | |
| of the University of Illinois, ) | |
|  ) | |
|    Defendants. ) | |

**DEFENDANTS BOARD MEMBERS AND ANDERSON'S MOTION TO DISMISS**

     Defendants, FRANCES G. CARROLL, KENNETH D. SCHMIDT, DAVID V. DORRIS, DEVON C. BRUCE, NIRANJAN S. SHAH, ROBERT Y. SPERLING, LAWRENCE C. EPPLEY, MARJORIE E. SODEMANN, AND ROBERT F. VICKREY, in their individual capacity, as members of the Board of Trustees of the University of Illinois, and VAN ALLEN ANDERSON, by their attorney, Edward M. Wagner of HEYL, ROYSTER, VOELKER & ALLEN, respectfully move this Court, per Federal Rule of Civil Procedure 12(b)(6), to dismiss Count V of the Second Amended Complaint against them. For their motion, Defendants state as follows:

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1.  On June 3, 2005, Plaintiff filed *pro se* a Complaint against the Board of Trustees. After the appearance of counsel for the Plaintiff, this Court granted Plaintiff's Motion for Leave to file an Amended Complaint. An Amended Complaint was filed on July 11, 2005, and added an individual defendant, Van Allen Anderson.

    a.  On July 26, 2005, the Board of Trustees filed a Motion to Dismiss Counts III, IV, and V.

    b.  On August 9, 2005, Plaintiff filed another Amended Complaint adding Counts VI (due process) and VII (free speech) against Nancy Cantor.

    c.  On August 30, 2005, Defendant Anderson filed a separate motion to dismiss, having been served after the due date for the Board of Trustees' responsive pleading.

    d.  On October 3, 2005, this Court ruled on the Board's motions to dismiss. Among other things, this Court dismissed with prejudice Plaintiff's due process claim (Count V) against the Board of Trustees on the basis of sovereign immunity. The Court granted Plaintiff leave to amend his complaint to attempt any possible state claims against individual Board members.

    e.  On October 5, 2005, the Court dismissed Plaintiff's due process claim (Count V) against Anderson because the court found that Plaintiff did not have the required property interest to support a due process claim.

    f.  On October 12, 2005, Plaintiff filed a Second Amended Complaint bringing a due process claim in an Amended Count V against nine newly named individual members of the Board of Trustees, sued in their individual capacities. Plaintiff also brought the Amended Count V against Defendant Anderson.

2.  Count V of the Second Amended Complaint is properly dismissed against Defendant Anderson, because the Court has already dismissed Count V as to Anderson.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3. Count V of the Second Amended Complaint is properly dismissed against Defendant David V. Dorris because he was first appointed to the Board of Trustees of the University of Illinois effective March 28, 2005. There are no allegations arising on or after that date.

4. Count V of the Second Amended Complaint is properly dismissed against all individually named Board members because the Plaintiff's only suggestion of participation by the individual Board members in a due process violation is by their ratification of actions by administrators, but ratification could occur, if at all, only through action of the Board by majority vote. No individual Board member has the power to ratify anything. Only the Board can so act, but this Court has already dismissed Count V (due process) as to the Board.

5. Count V is also properly dismissed against all individually named Board members on three other grounds, namely, (1) Plaintiff has no property interest in his employment with the Board of Trustees; (2) the statute of limitations has run; and (3) Count V improperly rests solely on allegations that internal state procedures were not followed rather than sufficiently alleging denial of constitutional due process (the complaint allegations show that Plaintiff received all the constitutional process he was due).

6. A Memorandum of Law has been filed concurrently with this motion.

WHEREFORE, the Defendants, FRANCES G. CARROLL, KENNETH D. SCHMIDT, DAVID V. DORRIS, DEVON C. BRUCE, NIRANJAN S. SHAH, ROBERT Y. SPERLING, LAWRENCE C. EPPLEY, MARJORIE E. SODEMANN, AND ROBERT F. VICKREY, in their individual capacity, as members of the Board of Trustees of the University of Illinois and VAN ALLEN ANDERSON, respectfully request that this Court dismiss Count V against all parties Defendant with prejudice.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

FRANCES G. CARROLL, KENNETH D. SCHMIDT, DAVID V. DORRIS, DEVON C. BRUCE, NIRANJAN S. SHAH, ROBERT Y. SPERLING, LAWRENCE C. EPPLEY, MARJORIE E. SODEMANN, AND ROBERT F. VICKREY, in their individual capacity, as members of the Board of Trustees of the University of Illinois, and VAN ALLEN ANDERSON, Defendants

s/Edward M. Wagner
 Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: ewagner@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**PROOF OF SERVICE**

I hereby certify that on December 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

 

            s/Edward M. Wagner
            Attorney for Defendants
            Heyl, Royster, Voelker & Allen
            Suite 300
            102 E. Main Street
            P.O. Box 129
            Urbana, IL 61803-0129
            217-344-0060 Phone
            217-344-9295 Fax
            E-mail: ewagner@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060