12/09/2005 09:56 IFAX HPARKS@HRVA.COM → Kim Rutledge ☑004/006
2:05-cv-02132-DGB # 39-2 Page 1 of 10
211 524 1577 GOV. OFFICE BOARDS UNIVERSITY COUNSEL 10:36:14 a.m. 03-28-2005 2/3 ☑004
E-FILED
Thursday, 15 December, 2005 12:03:10 PM
Clerk, U.S. District Court, ILCD

EXHIBIT "A"



## OFFICE OF THE GOVERNOR
207 STATE CAPITOL, SPRINGFIELD, ILLINOIS 62706

**ROD BLAGOJEVICH**
GOVERNOR

FILED
INDEX DEPARTMENT
MAR 2 5 2005
IN THE OFFICE OF
SECRETARY OF STATE

March 25, 2005

The Honorable Jesse White
Secretary of State
Index Division
Springfield, Illinois 62706

Re: Temporary appointment of David V. Dorris
as a member of the University of Illinois Board of Trustees

Dear Secretary White:

Effective March 28, 2005 and upon filing the Oath of Office with the Secretary of State, I have made the temporary appointment of the following person as Acting member, who shall execute the powers and discharge the duties vested by law in the University of Illinois Board of Trustees. Upon confirmation by the Senate, David V. Dorris becomes a member of the University of Illinois Board of Trustees.

| NAME & ADDRESS | SALARY | EXP DATE | FORMER MEMBER |
|---|---|---|---|
| David V. Dorris<br>23788 East 800 North Road<br>LeRoy, IL 61751 | Expenses | 1/10/11 | Jeffrey Gindorf |

Sincerely,

Rod Blagojevich

ROD BLAGOJEVICH
Governor



text only navigation | About the University | Trustees | President | Administration | find people | everything a-z | c

Organization Bylaws
Meet the Trustees
Agendas & Materials
Public Comment at Meetings
Search Meeting Minutes
Commercial Contracts

**Information For**

Prospective Students
Faculty & Staff
Alumni
Donors
Media

**Home**

# TRUSTEES // MEET THE TRUSTEES

If you would like to communicate with the Trustees, please send mail in care of:

**Trustee Name**
Board of Trustees Office
352 Henry Administration Building
506 South Wright Street
Urbana, IL 61801

E-mail: UIBOT@uillinois.edu


David V. Dorris


Kenneth D. Schmidt


Frances G. Carroll


Lawrence C. Eppley


Marjorie E. Sodemann


Robert F. Vickrey


Devon C. Bruce


Niranjan S. Shah


Robert Y. Sperling







Shumail Alam, UIC    Carrie Bauer, UIS

Nicholas W. Klitzing, UIUC

## Student Trustees: July 1, 2005 through June 31, 20

### Devon C. Bruce

**Current Term**
2003-2009

**First Appointed By Governor**
2003

**Professional Experience**
Power Rogers & Smith, P.C., Chicago
Attorney, December 1994-present

Law Clerk to the Honorable Moses W. Harrison, II, Chief Justice of the Illinois Supreme Court, 1993-1

**Education**
J.D., University of Illinois College of Law, 1993
B.A., University of Illinois, 1990
University College Cork, Cork, Ireland, 1988

**Activities / Community Service**
*Illinois State Bar Association*
Former Chairman, Young Lawyers Division

*Illinois Trial Lawyers Association*
Member, Board of Advocates
Member, Supreme Court Appeals Committee
Member, Amicus Curiae Committee
Member, Legislative Committee

American Bar Association

Appellate Lawyers Association

Association of Trial Lawyers of America

Chicago Bar Association

*University of Illinois College of Law*
Former Chairman, Alumni Advisory Board
Former Chairman, Fundraising Committee
Member, Cribbet Society, 1998-present

*Trial Lawyers for Public Justice*
Member, Lead Paint Committee

*Chicago Inn of Court*
Former Member 1997-1998

**Party Affiliation**
Democrat

# Frances G. Carroll

**Current Term**
2005-2011

**First Appointed By Governor**
2003

**Professional Experience**
DePaul University, School Achievement Structure, Chicago, IL
Instructional Supervisor

Group 17 Education Consultants, Inc., Chicago, IL
Vice President

Carroll Family Foundation, Chicago, IL
President

**Teaching Experience**
*Chicago Public Schools, K--12*
*Professional Advancement Courses for Chicago Public Schools*
*City Colleges of Chicago*
*Roosevelt University*
*Chicago State University*
*Governor's State University*

**Administrative Experience**
Principal - Nancy Jefferson Alternative School
(Formerly Cook County Juvenile Temporary Detention Center)

*Chicago Public Schools*
Director, Division of Coordination and Assistance
Director, Staff Development for Special Education Teachers
Coordinator, Evaluation and Diagnostic Unit
Coordinator, Educable Mentally Handicapped Programs
Staff Assistant, Urban Teacher Corps
Staff Assistant, School Mental Health Program
Elementary School Counselor

*Consortium of Colleges and Universities*
Director, Inter-Institutional Teacher Training Program
for Early Childhood Education

**Education**
Ed.D., University of Sarasota, Sarasota, FL
M.Ed., Chicago Teachers College, Chicago, IL
B.A., Roosevelt University, Chicago, IL

**Professional/Civic Affiliations, Activities/Community Service**
National Black Caucus of Special Educators-Council for Exceptional Children, President
Chicago Council for Exceptional Children, President
Illinois Council for Exceptional Children, President
Council for Exceptional Children-Pioneers Division, President Elect-2004
National Sorority of Phi Delta Kappa
Alpha Kappa Alpha Sorority, Inc.
Chicago Principals and Administrators Association

*Member, Executive Boards*
Chicago Area Alliance of Black School Educators
Youth Guidance, Vice President/Secretary, and Member of Board of Directors

Cook County Commission on Women's Issues, Commissioner
Theta Omega Foundation, Alpha Kappa Alpha Sorority, Inc., Vice President
Akarama Foundation, Alpha Kappa Alpha Sorority, Inc.
Director of Christian Education/General Superintendent Church School

**Awards**
1995, Chicago Public Schools Principal of Excellence Award
1996, Illinois State University-College of Education External Service Award
1996, Mary Herrick Award-Distinguished Lifetime Achievement
1997, Plano Child Development Center-Service to Children Award
1998, Ida B. Wells at Risk Award-National Alliance of Black School Educators
1998, Joseph Cali Memorial Award-Exemplary Services to Youth and Community
1998, Distinguished Educators Award-Chicago Academy for School Leadership
1998, Chicago Public Schools Outstanding Principal-School Leadership Award
1999, Build Inc.-Builder of the Year Award
2000, National Council of Negro Women-Bethune Award
2001, Youth Guidance-Lawrence Unsung Hero Memorial Award
2002, Youth Guidance, Board of Directors-Most Valuable Player Award

**Party Affiliation**
Democrat

### David V. Dorris

**Current Term**
2005-2011

**First Appointed By Governor**
2005

**Professional Experience**
Dorris Law Firm, P.C., 1999-present
Harlan Heller, Ltd., 1977
Jerome Mirza & Associates, Ltd., 1974-1999
McLean County Assistant State's Attorney, 1973-74

**Education**
J.D., University of Illinois College of Law, 1973
B.A., Blackburn College, 1969

**Professional/Civic Affiliations, Activities/Community Service**
Editor, Illinois State Bar Journal
Chair, Tort Law Section, Civil Practice Section Councils of ISBA
Chair, Continuing Legal Education Committee, ISBA
Member, Board of Illinois Institute of Continuing Legal Institute
Member, Board of McLean County Historical Society
Past President, ITLA

**Awards**
Distinguished Graduate of the Month for December 2002, University of Illinois College of Law

**Party Affiliation**
Democrat

### Lawrence C. Eppley

**Current Term**
2001-2007

**First Appointed By Governor**
2001

**Chair of the Board**
2003, 2004, 2005

**Professional Experience**
Bell, Boyd and Lloyd LLC, Chicago
J.D., CPA; Member, Corporate Department
1985-present

**Education**
J.D., University of Illinois at Urbana-Champaign, Order of the Coif, Magna Cum Laude, 1985
M.A.S., Accountancy, 1982
B.S., Accountancy, High Honors, 1982

**Activities/Community Service**
Board of Directors, Metropolitan Capital Bank, Chicago, Illinois

**Party Affiliation**
Independent

## Kenneth D. Schmidt, M.D.

**Current Term**
2005-2011

**First Appointed By Governor**
1999

**Professional Experience**
Holy Family Medical Center, Des Plaines, IL
Senior Attending Physician, Department of Medical Imaging
Section Director, Nuclear Medicine

Rush Medical College
Department of Diagnostic Radiology and Nuclear Medicine
Assistant Professor, 1998-Present

Rush Medical College
Associate Dean, 1992-Present

State of Illinois, Medical Center Commission
1991-Present and 1978-1988
Secretary, 1982-1988
President, 1992-Present

Rush System for Health
Clinical Council, Chairman, 1997-1999

Holy Family Medical Center, Des Plaines, IL
Vice President, Medical Affairs, 1992-1998
President, Medical/Dental Staff, 1986-1987
Planning Committee Member, Medical/Dental Staff, 1976-1985

Illinois Local Board 14
Illinois Selective Service Commission
Medical Advisor, 1970-1972

University of Illinois at Chicago College of Medicine
Department of Radiology
Instructor, 1971-1973

**Education**
M.D., University of Illinois at Chicago College of Medicine, 1967

B.S., University of Illinois at Urbana-Champaign, 1965

**Activities/Community Service**
University of Illinois State Scholarship
Yearly, 1960-1967

Omega Beta Pi, Pre-Medical Scholastic Honorary
Washington University, St. Louis
Research Fellowship, Summer, 1964

University of Illinois at Chicago
Chicago Research Fellowships, 1965, 1966, 1967

St. Joseph Hospital, Chicago
Intern of the Year, 1967-1968

Rush-Presbyterian-St. Luke's Hospital,
Fellowship in Radiology, Pillsbury Foundation, 1970-1971

Near West Side Conservation Council
City of Chicago, 1972-1976

National Trust for Historic Preservation

Life Member, University of Illinois Alumni Association

University of Illinois President's Council

Member, University of Illinois Foundation

National Advocate, University of Illinois

President & Director, Chicago Foundlings Home

Chicago Medical Society
Public Service Award for 2001

**Party Affiliation**
Republican

### Niranjan S. Shah

**Current Term**
2003-2009

**First Appointed By Governor**
2003

**Professional Experience**
Chairman and Chief Executive Officer Globetrotters Engineering Corporation
1974-present

**Education**
M.S., Civil Engineering, University of Mississippi, Oxford, MI, 1971
O.P.M. (Executive Education Program), Harvard Business School, Cambridge, MA, 1991

**Activities/Community Service**
Vice Chair, Chicago-Delhi Sister Cities Program
Appointed by Mayor Richard M. Daley, 2002

Member, Illinois Board of Regents
Appointed by Governor Jim Edgar, 1991-1995

Board Member, Goldwater Scholarship, Foundation for Excellence in Education

Appointed by President Bill Clinton, 1994-2000

Member, Governing Board, Laboratory Schools, University of Chicago
Invited to Serve by President Hanna Gray, 1990-1995

Member, University of Chicago's Visiting Committee on University-School Relations
Invited to Serve by University of Chicago Hannah Gray, 1990-1995

Member, Economic Development Commission of Chicago
Appointed by Mayor Richard M. Daley, 1992-1996

Member, Transition Team for Governor James Edgar of Illinois
November 1989-January 1990

Vice Chairman, Asian American Advisory Committee of US Senator Paul Simon
Appointed by Senator Simon, 1991-1994

Member, Governing Board of Mt. Sinai Hospital
1990-1995

**Party Affiliation**
Democrat

### Marjorie E. Sodemann

**Current Term**
2001-2007

**First Appointed By Governor**
2001

**Professional Experience**
Office of the Governor
Policy Development Staff
Senior Advisor for Local Governments and Office on Aging
1999-2000

Secretary of State's Office:
Index Department, Director, 1997-1999
Manager, Vehicle Services--Customer Service
Representatives, 1994-1997
Department of Accounting Revenue, Private Sector Auditor, 1991-1994

Member, Champaign County Board, 1978-1991

Supervisor, Champaign Township, 1977-1991

**Activities/Community Service**
University of Illinois President's Council

Illinois Council on Aging

Green Meadows Girl Scout Board of Directors

Past Vice President and Treasurer, Junior League of Champaign-Urbana

Past Chair and Treasurer, RWPAC
State Central Committeeman
19th Congressional District, 1990-1994

**Party Affiliation**
Republican

### Robert Y. Sperling

**Current Term**
2003-2009

**First Appointed By Governor**
2003

**Professional Experience**
Winston & Strawn, Chicago
Partner, July 2002-present

*Katten Muchin Zavis Rosenman*
Partner, June 1977-July 2002
Associate, January 1977-June 1977
Member of the Board of Directors
Member of the Executive Committee
Litigation Partner

Foran, Wiss & Schultz
Associate, August 1972-January 1977

**Education**
J.D., DePaul University, 1972
A.B., University of Illinois, 1969

**Activities/ Community service**
*American Bar Association*
Antitrust Law and Litigation Sections

*Illinois State Bar Association*
Antitrust Law Section
Civil Practice and Procedure Section
Local Government Law Section
Real Estate Law Section
State Taxation Section

Chicago Bar Association

**Party Affiliation**
Independent

### Robert F. Vickrey

**Current Term**
2001-2007

**First Appointed By Governor**
2001

**Professional Experience**
Miller Group Media, LaSalle, IL
Vice President of Legislative Affairs and Economic Development
1968-Present

**Education**
Illinois Valley Community College
Oglesby, IL

Dana College
Blair, NE

**Activities/Community Service**
Vice President of Governmental Affairs
Daytime Broadcaster's Association

Board Member, Transportation Chairman
Illinois Valley Chamber of Commerce

Chairman, Congressman Hastert's Committee
on Transportation and Infrastructure, 1986-1990

Member, Illinois Gaming Board, 1992-2000

Founder and President
Illinois Economic Development Council

Member, Illinois Press Association

Member, Inland Dailey Press Association

County Chairman
LaSalle County Republican Central Committee

Deputy State Central Committeeman
Illinois Republican Party for 11th Congressional District

**Party Affiliation**
Republican

Board of Trustees Office
352 Henry Administration Building, MC-350
506 South Wright Street
Urbana, IL 61801

University of Illinois at Chicago
Search UIC

University of Illinois at Springfield
Search UIS

University of Illinois at Ur
Search UIUC

© Copyright 2004 The Board of Trustees of the Universityof Illinois | Web Privacy Statement