2:05-cv-02132-DGB # 39-3 Page 1 of 22
E-FILED
Thursday, 15 December, 2005 12:04:12 PM
Clerk, U.S. District Court, ILCD
University of Illinois
Page 1 of 22

EXHIBIT "B"

text only navigation | About the University | Trustees | President | Administration | find people | everything a-z | c

Organization Bylaws
Meet the Trustees
Agendas & Materials
Public Comment at Meetings
Search Meeting Minutes
Commercial Contracts

**Also See**

Statutes
General Rules
Nondiscrimination
Ethics Officer
Board of Trustees

**Information For**

Prospective Students
Faculty & Staff
Alumni
Donors
Media

**Home**

# ABOUT THE UNIVERSITY // POLICIES

## The General Rules Concerning University Organization and Proced

Amended at Board of Trustees Meeting: **September 9, 2004**

ARTICLE I. UNIVERSITY ORGANIZATION

SECTION 1. THE UNIVERSITY AND THE CAMPUS
SECTION 2. FUNCTIONS OF THE UNIVERSITY ADMINISTRATION

ARTICLE II. BUSINESS ORGANIZATION AND POLICIES

SECTION 1. THE COMPTROLLER
SECTION 2. THE VICE PRESIDENT FOR ADMINISTRATION
SECTION 3. BUSINESS POLICIES AND PROCEDURES
SECTION 4. AWARD AND EXECUTION OF UNIVERSITY CONTRACTS
SECTION 5. DRAFTING AND APPROVAL OF UNIVERSITY CONTRACTS
SECTION 6. RESEARCH GIFTS, GRANTS, AND CONTRACTS
SECTION 7. OTHER GIFTS AND GRANTS, SCHOLARSHIPS AND ENDOWMENTS, NONI GIFTS
SECTION 8. TECHNICAL TESTS
SECTION 9. DELEGATION OF SIGNATURES

ARTICLE III. INTELLECTUAL PROPERTY
SECTION 1. OBJECTIVES
SECTION 2. DEFINITIONS
SECTION 3. APPLICATION
SECTION 4. COPYRIGHTS
SECTION 5. OTHER INTELLECTUAL PROPERTY
SECTION 6. TRADEMARKS
SECTION 7. INTELLECTUAL PROPERTY ADMINISTRATION
SECTION 8. PROCEEDS DISTRIBUTION

ARTICLE IV. EMPLOYMENT POLICIES
SECTION 1. TERMS OF EMPLOYMENT OF ACADEMIC AND ADMINISTRATIVE STAFF
SECTION 2. TERMS OF EMPLOYMENT OF CIVIL SERVICE EMPLOYEES
SECTION 3. WAGES OF STUDENT EMPLOYEES
SECTION 4. RETIREMENT, DEATH, SURVIVOR, DISABILITY, AND SICK LEAVE BENEFIT
SECTION 5. REGISTRATION OF STAFF MEMBERS IN UNIVERSITY CLASSES
SECTION 6. GRIEVANCE PROCEDURES FOR COMPLAINTS OF DISCRIMINATION

ARTICLE V. UNIVERSITY PROPERTY
SECTION 1. USE OF UNIVERSITY PREMISES AND FACILITIES
SECTION 2. CUSTODIANSHIP OF PROPERTY
SECTION 3. PRIVATE USE OF UNIVERSITY PROPERTY FORBIDDEN
SECTION 4. NAMING OF BUILDINGS, STREETS, AND DRIVES

http://www.uillinois.edu/trustees/rules.html 8/30/2005

ARTICLE VI. GENERAL PROVISIONS
SECTION 1. UNIVERSITY COUNCILS AND COMMITTEES
SECTION 2. ADMINISTRATIVE COMMITTEES
SECTION 3. ADVISORY COMMITTEES
SECTION 4. UNIVERSITY ARCHIVES

ARTICLE VII. AMENDMENTS

Back to Top

**ARTICLE I. UNIVERSITY ORGANIZATION**

**SECTION 1. THE UNIVERSITY AND THE CAMPUS**

The role of the University of Illinois in the state as a leader in public graduate and professional educai its organic wholeness. It is not a loose federation of universities, nor is it a system of totally independ mission to which the University is committed, and upon which its development thus far has been base an emphasis on the fundamental responsibility of the University as a whole. The specific contribution campus makes to the university's mission are diverse, since they reflect the needs and methodologie different settings; but the campuses are alike in the broad nature of their public responsibilities, in the educational policies, and in their institutional quality; and they are integrated by a university-wide orga designed to maximize their educational effectiveness and the efficient use of their academic resource

The campuses of the University of Illinois share common goals, even though each makes a highly dif contribution to the university's mission. The campuses are assisted and strengthened by intercampus and by university-wide services, while carrying out their academic functions with a high degree of del authority. The campuses are expected to achieve intercampus cooperation, to avoid unnecessary du develop missions responsible to their particular orientation and setting, and to build upon and to foste staff strengths and initiatives. The campuses are encouraged to operate at qualitatively equivalent le though each of them provides different services for varied clientele.

**SECTION 2. FUNCTIONS OF THE UNIVERSITY ADMINISTRATION**

(a) The university administration has general responsibility for the entire operation of the University ar following specific functions to be executed consonant with the policies and actions of the Board of Tr

(1) The enunciation of the mission of the University of Illinois; the development of long-range, plans for the attainment of that mission; and the development of a plan of evaluation on a reg success of the University in meeting that mission.

(2) Seek to obtain the resources necessary to permit the support of plans and the developme meet the mission of the University.

(3) Recommend the allocation of resources, as available, to the campuses and to other units University within the requirements and the priorities of the long-range, comprehensive plan fo of the mission of the University.

(4) The development of relationships both within Illinois and elsewhere to ensure that the Uni appropriate role as a member of the larger educational community.

(5) The coordination of the operation of the various components of the University to ensure th University functions as an organic university rather than as an aggregation of unrelated camp capitalizes upon the advantages of its resources as a system.

(6) The administration of university-wide education and support programs. Examples include Government and Public Affairs and the University Press.

(7) The management of tasks which should be accomplished at the university level either for ensure the consistency necessary to permit the University and the Board of Trustees to meet responsibilities.

(8) The development of public information programs to accomplish understanding of and sup| mission and activities of the University of Illinois.

(b) In addition to the president, the university officers are the vice presidents, including the vice presic academic affairs, the vice president for economic development and corporate relations, the vice presi administration, the chancellors, the university counsel, the secretary of the University, all of whom rep the president, and such additional administrative officers as shall be designated by the president afte with the University Senates Conference. Prior to recommending to the Board of Trustees the initial ap any university officer except for the president and the chancellors, the president shall seek the advice University Senates Conference. On the occasion of the reappointment of any university officer, the Ui Senates Conference may submit its advice if it so elects.

(c) Functioning under authority delegated by the president, the vice president for academic affairs is t academic officer of the University, serving as advisor to the president on matters of educational polic programs, academic personnel actions, capital and operating budget developments; including the est criteria for judgments as to priorities for resource allocation; and on such other matters as the preside designate. The vice president for academic affairs is responsible for the overall coordination of planni budgeting at the University and also works closely with academic leaders on each campus and with c officers to assist in the advancement of academic programs and to ensure overall coordination.

(d) Reporting directly to the president, the vice president for technology and economic development is officer of the University serving as an advisor to the president on matters of intellectual property, tech commercialization, and related economic development activities. The vice president for technology ar development is responsible for coordinating and managing the University's technology commercializa economic development initiatives including relevant offices, policies, and programs, and, in so doing, line authority over the University's major offices and entities involved in technology commercialization economic development.

(e) The chancellor, under the direction of the president, is the chief executive officer for the campus. ' has responsibilities and performs duties delegated by the president of the University. Among those re and duties are: participation in the university's overall planning, allocation, and evaluation operations; university-wide policies; review of academic programs and policies; student affairs; and safety of pers property.

(f) There may be additional administrative officers with university-wide responsibilities and duties as d president of the University. The president may make changes in titles and assignment of responsibilit and may recommend to the Board of Trustees additional administrative positions as provided for in A 2 of the University Statutes.

Back to Top

**ARTICLE II. BUSINESS ORGANIZATION AND POLICIES**

**SECTION 1. THE COMPTROLLER**

As an officer of the Board of Trustees, and in accordance with the Bylaws of the board, the comptroll

(a) Approve for the board all expenditures for which a general or specific appropriation has been mad

(b) Assist the finance and audit committee of the board in matters pertaining to the handling of funds investments.

(c) Report to the board quarterly the financial condition and operation of the University and on other n as the board may direct.

(d) Sign contracts to which the University is a party unless otherwise ordered by the board in specific

(e) Perform such other functions as may be assigned by the Board of Trustees.

**SECTION 2. THE VICE PRESIDENT FOR ADMINISTRATION**

Functioning under authority delegated by the president, the vice president for business and finance sl

(a) Be the general business officer of the University and be responsible for the business functions of t the University.

(b) Devise and install suitable systems for the administrative functions of the University.

(c) Designate the place and manner in which administrative records shall be maintained.

Back to Top

**SECTION 3. BUSINESS POLICIES AND PROCEDURES**

(a) No financial obligation shall be entered into except on authority of the board and after a general or appropriation has been made by the board allocating funds therefore, as evidenced by its records, an been approved by the vice president for business and finance. All allocations of funds made by the B Trustees, including those made from funds appropriated to the University by the State of Illinois, shall end of the fiscal year, June 30, unless otherwise especially ordered.

(b) For accounting purposes, the fiscal year of the University shall begin with the first day of July of ea end on the thirtieth day of June next succeeding.

(c) No department or unit shall receive any monies directly unless authorized by the vice president fo finance to do so. All monies shall be accounted for and paid over in such manner as the vice presider and finance shall direct.

(d) The vice president for business and finance is authorized to establish and administer petty cash fu necessary for the prompt and efficient handling of university business provided that no single fund of $1,000 may be established without specific action of the Board of Trustees. The board shall designat which petty cash funds in excess of $1,000 may be deposited.

(e) The vice president for business and finance is permitted to act as treasurer of student and other o affiliated with the University, but in so doing shall not thereby create any liability on the part of the Boa of the University of Illinois. In all cases, the accounts of these organizations shall be kept separate fro accounts, and the funds of such organizations shall be kept apart from university funds.

(f) All employees shall be bonded in adequate amount and form, to be determined by the board, the e to be paid by the University.

**SECTION 4. AWARD AND EXECUTION OF UNIVERSITY CONTRACTS**

(a) Purchases, construction contracts, and other contracts shall be awarded by the Board of Trustees with applicable state and federal law and with regulations adopted by the Board of Trustees. Contract major changes in or deviations from university policy shall be approved specifically by the Board of Tı

(b) All contracts, other than purchase orders, shall be executed at least in duplicate, and the original t filed with the secretary of the Board of Trustees and remain in the custody of the secretary. A report s be made to the Board of Trustees by the comptroller of all contracts executed on behalf of the Univer board may require.

(c) Contracts relating to appointments to the staff may be executed by the secretary of the Board of T Agreements providing for the appointments of resident physicians and dentists may be executed by tl of the University of Illinois Hospital. Purchase orders issued pursuant to awards made by the Board o be signed by the university official in charge of the purchasing activity as designated by the vice presi business and finance. Unless otherwise ordered by the Board of Trustees in specific cases, other cor the University is a party shall be signed by the comptroller of the Board of Trustees and attested to by of the Board of Trustees.

(d) Procurement contracts involving expenditures of university funds are governed by *Procurement R Chief Procurement Officer for Public Institutions of Higher Education* as adopted and amended from t the Board of Trustees. Other university contracts may be awarded to any business entity, including th university officer or employee (or members of their immediate families) serve as major officers or prin

thereof or hold a significant equity interest therein, if such contract is deemed in the best interests of t and has the approval of the president or the president's designee. Documentation of such approval sl the contract.

(e) When purchases or contracts are to be awarded by the University on the basis of sealed bids, suc opened in the presence of at least one member or officer of the Board of Trustees or a designated re|

(f) Purchases, contracts, change orders, and leases involving payments by the University in one fisca of such dollar amounts as the Board of Trustees may specify from time to time shall be specifically au Board of Trustees unless in the opinion of the president of the University necessity requires immediat which case the president shall act to approve the transaction on behalf of the Board of Trustees and r promptly to the board. If the amount involved in such an emergency transaction is in excess of $500,( more than $1,000,000 the president will not approve the transaction without first consulting individuall members of the executive committee of the board who can reasonably be contacted before the emer; must be taken. Similar consultation must occur with all board members who can reasonably be conta presidential action on an emergency transaction of over $1,000,000.

(g) The vice president for administration is authorized to approve on behalf of the Board of Trustees p contracts, leases, and contract change orders not requiring prior specific board authorization and sha approvals to the board as the board may direct. The requirement for specific board approval above do the Board of Trustees may specify does not apply to the execution of or supersede previous actions c authorizing the execution of those types and classes of purchases, leases, and contracts which the B Trustees has authorized to be executed without its prior specific approval, such as farm leases, purch products, grain, livestock, fertilizer, natural gas, generic commodities purchased on joint bids with oth institutions, purchases for resale to students and others, and other commodities which the board may cultural and entertainment presentations, subcontracts under contracts for research, gifts or grants, U publications, and any other transactions which the board may specify.

(h) The seal of the University shall be in the custody of the secretary of the Board of Trustees.

(i) The comptroller and secretary are authorized to delegate to responsible members of the staff of th authority to execute and attest to contracts in the name of the comptroller and the secretary of the bo:

(j) All bids received for a specific item or project may be rejected, without referral to the Board of Trus are considered to be excessive or unsatisfactory as follows:

(1) By a director of purchases, when received as a result of bids solicited by such director for goods, services, equipment or commodities, such rejections to be reported to the vice preside administration.

(2) By the president, on buildings and construction, upon the recommendation of the vice pre administration, on items over $25,000, such rejections to be reported to the Board of Trustee: may require.

(3) By the vice president for business and finance, on buildings and construction on items un such rejections to be reported to the Board of Trustees as the board may require.

(k) The comptroller is authorized to execute subcontracts for research if the costs are to be paid entir contract funds and the subcontracts have been approved by the University's prime contractor. In eacl subcontract shall be reported to the Board of Trustees as the board may require.

Back to Top

**SECTION 5. DRAFTING AND APPROVAL OF UNIVERSITY CONTRACTS**

(a) Contracts shall be drafted in tentative form by the university officer best acquainted with the subje thereof and in whose department lies the responsibility for performance and approved by the vice pre administration unless otherwise provided by the Statutes of the University or by other action of the Bc

(b) All contracts prior to the execution thereof shall be approved as to legal form and validity by the ur counsel. Such approval is to be endorsed in writing on the contract, provided that such approval and shall not be required with respect to individual contracts or extensions or renewals thereof if the form approval by the university counsel as a standard and contains no substantive changes or additions ot pertaining solely to the description of the project, the amount involved, and the term of the contract or

**SECTION 6. RESEARCH GIFTS, GRANTS, AND CONTRACTS**

(a) Research conducted under the auspices of the University may be supported in whole or in part thı provided by outside entities in the form of research gifts, research grants, or research contracts. Such must be approved before acceptance by the president or the president's designee. Staff members mε preliminary negotiations with prospective supporters of research with the prior knowledge and approv department head or other appropriate administrative officer and the dean or director if required by col have no authority to bind the University to enter into a contract. Such research programs shall be con directed by the University and shall be conducted within the appropriate department(s) by members c staff. The administrative coordination of such programs shall be under the Agricultural Experiment St the College of Agricultural, Consumer and Environmenal Sciences; and the Engineering Experiment in the College of Engineering at the Urbana-Champaign campus, and the Campus Research Board fc of the Urbana-Champaign campus, and all units of other campuses. On a campus without a Campus Board, the Provost shall be responsible for such administrative coordination.

(b) Contracts for research shall specify that the results of scientific research conducted by the Univer inventions and discoveries, are the property of the University, to be used for the benefit of the Univers public, but the sponsor may receive preferential consideration in the disposition of the invention or dis provided in Article III, Section 7(p).

(c) Except as may be otherwise specified by the Board of Trustees, the University shall not enter into with a sponsor which will give a sponsor permanently the exclusive benefits of the results of such inve research. The original records of any investigation shall be held by the University, but reports or copie records may be furnished to the sponsor. The University shall have the exclusive right to publish, at it results of scientific investigation and research unless provided otherwise in contracts with agencies o States Government. No account of a cooperative research project or reprints of scientific articles resu investigation shall be published by the sponsor or by any other agency except with the consent of the sponsor shall not use the name of the University in any advertisement, whether with reference to a cc investigation or otherwise, without the prior approval of the president of the University or the presiden

(d) If conditions imposed by the sponsor require the waiver of established university policies with resp reimbursement of indirect costs or rights of publication, such conditions may be accepted by the Univ by Federal law or regulation. Similar conditions may be accepted by the University for any other spon committee specified in paragraph (f) below determines such acceptance to be clearly in the interests and the public.

(e) The University accepts funds for research from sponsors outside the University by an outright gift, by a written contract.

(1) **Research Gifts.** Gifts for research which are limited in amount may be arranged by inform and correspondence between the sponsor and the staff member who will carry on the researc acceptance as hereinafter provided. The chancellor at each campus is delegated by the pres and accept such gifts for the University. Financial arrangements for gifts shall be reviewed an the Office of Business Affairs. Consideration of the direct and indirect costs to the University account of the acceptance of gifts shall be made at the time of budgeting the funds to be rece

(2) **Research Grants.** Grants for research are ordinarily made to the University by foundatior or other agencies which are governmental or nonprofit in character. A research grant is differ gift in that a grant usually carries certain conditions imposed by the sponsor. Applications for be prepared by the staff member who will supervise the research, approved by the head or cl department and the dean or director if required by college policy, and presented to the Office Affairs for review and approval of financial details. Applications should be accompanied by a

shall give consideration to all direct and indirect costs involved. After approval by the Office o Affairs, applications for grants shall be considered for approval by the chair of the Campus R of the Urbana-Champaign and Chicago campuses. Grants carrying conditions the legality of questionable shall also be referred to the university counsel.

(3) **Research Contracts**. Contracts for research shall be used when required by the sponsor desirable to set forth the specific conditions under which funds are to be received and admini university standard cooperative agreement contract form shall normally be used for projects sponsors. Contracts prepared by the sponsors may be used for projects with agencies of the Government, state governments, and in some cases private sponsors.

After informal negotiations with the sponsor, the staff member who is to supervise the project shall pr proposal specifying in detail the research work to be carried on and the financial and other conditions be prepared which will provide for all direct costs of the project and the indirect costs to be reimburse University. Such a proposal and accompanying budget shall be approved by the head or chair of the the dean or director if required by college policy and submitted to the Office of Business Affairs. After approval by the Office of Business Affairs, it shall be submitted for approval to the vice chancellor for a position exists on the campus. It shall then be returned to the Office of Business Affairs for submiss sponsoring agency, such submission to constitute the formal offer of the University to carry on the res to the university's requirements for execution of a formal contract.

If the contract is with a private sponsor and the amount involved is relatively small, the university stan form may be completed by the staff member and submitted with accompanying budget for university accordance with procedures stated above. A proposal shall not be required under such conditions.

Contracts prepared by sponsors shall be referred to the Office of Business Affairs for examination as terms and conformance with university policy.

After a proposed contract has been negotiated and reviewed by the Office of Business Affairs, it shall by the department which is to conduct the investigation, the vice president for business affairs, the un counsel, and signed by the comptroller and attested to by the secretary of the Board of Trustees who responsible members of their staffs to execute contracts on their behalf.

(f) Gifts, grants, and contracts for research may provide for all or a part of the costs of a research proj funds from the sponsor are to cover all or substantially all of the costs, the following items should be the preparation of the budget: salaries and wages, employer's contribution to the State Universities R System, allowance for Worker's Compensation and Occupational Disease liability, expendable suppli travel expenses, other direct costs, and an allowance for indirect costs to the University. The amount indirect costs in any proposed project shall be reviewed and approved by a committee composed of t chancellor for research if such a position exists on the campus, if not, the provost; a representative of research unit or department carrying on the project; and a representative of the Office of Business Af determining the amount to be budgeted for indirect costs, the committee shall give consideration to th benefits which will be received from the investigation by the sponsor, the University, and the public. T of funds received as reimbursement for indirect costs of research or other university activities, as cos allowances, as general-support grants ("institutional grants," "general research- support grants," etc.) category of gift or grant not restricted as to use by the donor or by other regulations of the Board of T authorization by the Board of Trustees. This may be done either by: (1) approval as part of the univer budgets for operations or for capital improvements, or (2) approval during the fiscal year as an additic budget for operations or for capital improvements.

(g) The University is often requested to accept grants and contracts providing for extension work or te services. Policies and procedures set forth in this section and in Section 7 shall apply to such grants except that funds appropriated by the United States Government to the Agricultural Experiment Static Cooperative Extension Service shall be administered by the College of Agricultural, Consumer and E Sciences.

Back to Top

**SECTION 7. OTHER GIFTS AND GRANTS, SCHOLARSHIPS AND ENDOWMENTS, NONMONET**

(a) **Gifts and Grants.** Gifts and grants for purposes other than research may be accepted from entitie University under conditions specified in this Section. Staff members may conduct preliminary negotia prospective donors or grantors with the prior knowledge and approval of the department head or othe administrative officers, but are not authorized to bind the University to accept a gift or grant. Gifts are president of the University who may delegate the acceptance authority to others.

(b) **Scholarships and Fellowships.** Scholarships are gratuitous payments to students to provide fin assistance during the period of their training. Fellowships are awards involving cash stipends for grad In certain exceptional cases, fellowships may be granted to postdoctoral scholars. Fellowships are int the recipient pursuing educational objectives; they are not awarded for carrying on specific research shall be required of a fellow by the University.

The president is authorized to accept funds for scholarships and fellowships. The president may dele for accepting scholarships and fellowships to the chancellors or to the chancellors' designees.

Funds for scholarships and fellowships shall not be accepted under terms which require prohibited di

When funds are received from a donor for fellowships or scholarships, neither the University nor the s recipients shall be obligated to the donor in any way except to comply with the terms of the gift and to established academic requirements are met. The recipient of a scholarship or fellowship shall be cho appropriate university units in accordance with established criteria based upon scholastic attainment need unless the funds are accepted under other terms.

The vice president for business and finance may receive and disburse funds for a donor who wishes recipient of a grant for financial assistance. In such circumstances, the vice president acts only as the donor; the funds thus received are not university funds; and the funds thus administered, although pe designated as a scholarship or fellowship by the donor, have no official university status.

(c) **Endowment Gifts.** The conditions of the gift as stated by the donor ordinarily specify the use to w principal and income shall be put although the determination may be left to the Board of Trustees. Gi received and accepted with the condition that the principal sum thereof shall be either held intact as a or expended upon authorization of the Board of Trustees. The University may temporarily transfer fur endowment status to be invested and only the income expended. Such funds are designated as "func functioning as endowment" or as "quasi-endowment funds."

The terms of an offer of a gift to create an endowment shall be reviewed by the department concerne appropriate campus administrator, the university counsel, and the vice president for business and fin president may accept offers of endowment funds, reporting the gift when received to the Board of Tru trustees may direct. The president may delegate authority to act on such offers to the chancellors. Nc fund money may be accepted under terms which require prohibited discrimination.

(d) **Nonmonetary Gifts.** Every offer of nonmonetary gift shall be reported by the unit involved to the c campus concerned who is authorized to accept the gift on behalf of the president and who shall repor president, who shall report it to the Board of Trustees as the trustees may direct.

No object of art shall be accepted until its artistic quality has been determined.

Loans of nonmonetary property are accepted subject to the condition that the University will take reas the property but will not be responsible for loss or damage thereto unless otherwise agreed to in writi approved by the vice president for business and finance.

**SECTION 8. TECHNICAL TESTS**

(a) The University may undertake specified tests using unique or special university facilities on a cont basis for individuals, institutions, or commercial entities (applicants). In general, such tests are justifie desired facilities do not exist elsewhere or are not readily accessible and when the work to be perfom only established, preexisting methods of a primarily technical nature which can be specified in advan testing contract should not be used if the work entails original, creative research. The University will n testing for external parties if equivalent service is known to be available and feasibly obtainable from

entity.

(b) The unit executive officer is responsible for determining the appropriateness of the work before th accepts the contract. Such work will be arranged by the unit executive officer with the involved memb in accordance with the nature of their employment as part of their service to the University unless suc at times when services are not required by the University. When necessary or desirable, special assis employed to conduct a specified testing project. Subject to conflict of interest review and prior written unit executive officer and college dean, testing using university equipment and facilities may also be individual members of the university faculty or academic professional employees on their own time ar

(c) A fee shall be assessed for each testing project sufficient to cover all direct and indirect costs of se including any and all facilities of the University used in carrying out the test and the technical support necessary to operate it.

(d) Both the testing methods and the objectives toward which they will be applied shall be specified ir of the agreement covering the testing work. The University makes no claim of ownership in observati measurements, or other results from such specified testing. In general, it is not anticipated that any n technology (and resulting intellectual property) would result from such specified testing. However, in s situations, such as when the proposed testing involves an applicant's proprietary technology or speci specific objective or application of interest to the applicant which is potentially patentable can be iden advance, the University may agree not to seek a proprietary position in the applicant's intellectual pro Otherwise, inventions and discoveries (hereafter, "inventions") shall belong solely or jointly to the Uni the applicant in accordance with the U.S. laws of inventorship and Article III, Section 3. For any such which the University has an ownership interest, the University will grant the applicant a limited first op a license to use the University invention on reasonable commercial terms.

(e) The name of the University of Illinois shall not be used in publicity concerning the tests or test res prior written permission.

(f) Technical testing agreements shall be approved and executed in accordance with Article II, Sectio policies and procedures provided for each campus by the assistant vice presidents for business affair

**SECTION 9. DELEGATION OF SIGNATURES**

An administrative officer is authorized to delegate to another responsible staff member authority to sig documents under conditions approved by the vice president for business and finance. Such delegatio relieve the administrative officer of responsibility for what is done there under.

Back to Top

**ARTICLE III. INTELLECTUAL PROPERTY**

- Objectives
- Definitions
- Application
- Copyrights
- Other Intellectual Property
- Trademarks
- Intellectual Property Administration
- Proceeds Distribution

**SECTION 1. OBJECTIVES**

Inventions, discoveries, copyrightable works and other creative works that have the potential to be br practical use may result from the activities of university employees in the course of their duties or thr any person, of university resources such as facilities, equipment, or funds.

The primary purpose of this intellectual property policy is to provide the necessary protections and inc encourage both the discovery and development of new knowledge and its transfer for the public bene purpose is to enhance the generation of revenue for the University and the creators. The University is following objectives:

*(i)* To optimize the environment and incentives for research and for the creation of new knowledge at

*(ii)* To ensure that the educational mission of the University is not compromised;

*(iii)* To bring technology into practical use for the public benefit as quickly and effectively as possible;

*(iv)* To protect the interest of the people of Illinois through a due recovery by the University of its inves research.

**SECTION 2. DEFINITIONS**

(a) *Intellectual Property.* The term "intellectual property" as used herein is broadly defined to include i discoveries, know-how, show-how, processes, unique materials, copyrightable works, original data ar creative or artistic works which have value. Intellectual property includes that which is protectable by : legislation, such as patents, copyrights, trademarks, service marks, trade secrets, mask works, and p protection certificates. It also includes the physical embodiments of intellectual effort, for example, mc machines, devices, designs, apparatus, instrumentation, circuits, computer programs and visualizatio materials, chemicals, other compositions of matter, plants, and records of research.

(b) *Traditional Academic Copyrightable Works.* "Traditional academic copyrightable works" are a sub: copyrightable works created independently and at the creator's initiative for traditional academic purp include class notes, books, theses and dissertations, educational software (also known as coursewar lessonware), articles, non-fiction, fiction, poems, musical works, dramatic works including any accom| pantomimes and choreographic works, pictorial, graphic and sculptural works, or other works of artist that are not created as an institutional initiative (as specified in Section 4(a)(2) below).

(c) *Creator.* "Creator" refers to an individual or group of individuals who make, conceive, reduce to pr or otherwise make a substantive intellectual contribution to the creation of intellectual property. "Crea definition of "inventor" used in U.S. patent law and the definition of "author" used in the U.S. Copyrigh

(d) *University Resources Usually and Customarily Provided.* When determining ownership and licens copyrightable works, "university resources usually and customarily provided" includes such support a library facilities, ordinary access to computers and networks, or salary. In general, it does not include or employees as support staff to develop the work, or substantial use of specialized or unique facilitie equipment, or other special subventions provided by the University unless approved as an exception.

Exceptions are expected in units where the tradition is to provide subvention to some faculty in the fo assistants to help prepare traditional academic copyrightable works. Exceptions are also expected in where creators use university-provided facilities and resources in the creation of works of artistic imag example, use of studios, pottery wheels, or kilns for the creation of paintings, sculpture or ceramics; u computer hardware and software in the creation of artistic graphical images; and so on. Other individu may be approved on a case-by-case basis [see section 7(j)].

**SECTION 3. APPLICATION**

This policy as amended from time to time shall be deemed a part of the conditions of employment for employee of the University and a part of the conditions of enrollment and attendance at the University is also the policy of the University that individuals (including visitors) by participating in a sponsored r and/or making significant use of university-administered resources thereby accept the principles of ov intellectual property as stated in this policy unless an exception is approved in writing by the Universit of intellectual property shall execute appropriate assignment and/or other documents required to set t ownership and rights as specified in this policy.

[SEE END NOTE 1]

This policy applies only to intellectual property disclosed after the effective date of the policy (Septem

Back to Top

**SECTION 4. COPYRIGHTS**

(a) *Ownership.* Unless subject to any of the exceptions specified below or in Section 4(c), creators ret traditional academic copyrightable works as defined in Section 2(b) above. (See, however, Sections 4

The University shall own copyrightable works as follows:

(1) Works created pursuant to the terms of a university agreement with an external party, or

(2) Works created as a specific requirement of employment or as an assigned university duty specified, for example, in a written job description or an employment agreement. Such specifi define the full scope or content of the employee's university employment duties comprehensi limited to terms applicable to a single copyrightable work. Absent such prior written specificat will vest with the University in those cases where the University provides the motivation for th the work, the topic or content of which is determined by the creator's employment duties and/ work is prepared at the university's expense. [***see end note 2***]

(3) Works specifically commissioned by the University. The term "commissioned work" is here describe a copyrightable work prepared under a written agreement between the University ar when (1) the creator is not a university employee or (2) the creator is a university employee b be performed falls outside the normal scope of the creator's university employment. Contracts commissioned works shall specify that the author convey by assignment, if necessary, such r required by the University.

(4) Works that are also patentable. The University reserves the right to pursue multiple forms protection concomitantly if available. Computer software, for example, can be protected by cc trade secret and trademark.

(b) University Rights in Creator-Owned Works

(1) Traditional academic copyrightable works created using university resources usually and c provided are owned by the creators. Such works need not be licensed to the University.

(2) Traditional academic copyrightable works created with use of university resources over ar usually and customarily provided shall be owned by the creators but licensed to the Universit terms of such license shall grant the University the right to use the original work in its internal programs of teaching, research, and public service on a perpetual, royalty-free, non-exclusive University may retain more than the minimum license rights when justified by the circumstanc development.

(c) *Student Works.* Unless subject to the provisions of paragraph (a) or provided otherwise by written copyrightable works prepared by students as part of the requirements for a university degree progran be the property of the student but are subject to the following provisions:

(1) The original records (including software) of an investigation for a graduate thesis or disser property of the University but may be retained by the student at the discretion of the student's department.

(2) The University shall have, as a condition of the degree award, the royalty-free right to reta distribute a limited number of copies of the thesis, together with the right to require its publica use.

(d) *Copyright Registration and Notice.* University-owned works should be protected by copyright notic of the Board of Trustees of the University of Illinois. Such copyright notice should be composed and a accordance with the United States Copyright Law. Registration of the copyright for university-owned v accordance with the operational guidelines and procedures established by the vice chancellor for resi campus. The University may also decide to release a work to the public domain and if so, should so ii

(e) *University Press Publications.* The University Press shall be responsible for copyright registration by the University and published by the Press and for administering contracts with its authors. Such cc define the rights and obligations of the author and the University and shall be processed as are other contracts.

(f) *Compliance with the Copyright Act.* University units that administer activities involving any usage ri Copyright Act are responsible for knowing applicable regulations, monitoring their continuing evolutioi conducting their programs in full compliance with the applicable laws and regulations.

**Back to Top**

**SECTION 5. OTHER INTELLECTUAL PROPERTY**

*Ownership.* Except as otherwise specified herein or by the University in writing, intellectual property s the University if made: (1) by a university employee as a result of the employee's duties or (2) througl person, including a university employee, of university resources such as facilities, equipment, funds, ( the control of or administered by the University. (See also Section 4(a)(4) above.)

**SECTION 6. TRADEMARKS**

Trademarks and service marks are distinctive words or graphic symbols identifying the source, produ distributor of goods or services. Registration of trademarks or service marks, at the state or federal le approved by the appropriate campus or university level officer. Proceeds received from commercializ: that is related to an intellectual property license will be shared with all creator(s) of the associated pro specified in Sections 8(b) and 8(c) below. For proceeds received from commercialization of a mark th independently and is not directly related to an intellectual property license, the share that would norm distributed to the creator(s) will be assigned to the unit(s) from which the trademark or service mark o Except as provided herein or unless subject to prior written agreement between the creator(s) and the University will not share the proceeds from commercialization of a mark with the individual(s) who cre

**SECTION 7. INTELLECTUAL PROPERTY ADMINISTRATION**

(a) *Disclosure.* All intellectual property in which the University has an ownership interest under the prc policy and that has the potential to be brought into practical use for public benefit or for which disclosu by law shall be reported promptly in writing by the creator(s) to the designated campus officer througt appropriate unit executive officer(s) using the disclosure form provided by the campus. The disclosure constitute a full and complete disclosure of the subject matter of the discovery or development and id persons participating therein. The creator(s) shall furnish such additional information and execute suc from time to time as may be reasonably requested.

(b) *Evaluation and Exploitation Decisions.* After evaluation of the intellectual property and review of a| contractual commitments, the University may develop the property through licensing, may release it t the research under which it was made (if contractually obligated to do so), may release it to the creat by law, or may take such other actions as are determined to be in the public interest. Exploitation by t may or may not involve statutory protection of the intellectual property rights, such as filing for patent registering the copyright, or securing plant variety certification.

(c) *Questions Related to University Ownership.* In the event there is a question as to whether the Uni valid ownership claim in intellectual property, such intellectual property should be disclosed in writing University by the creator(s) in accordance with Section 7(a). Such disclosure is without prejudice to th ownership claim. The University will provide the creator with a written statement as to the university's interest.

(d) *Informing Creators of Decisions.* The University will inform principal creators of its substantive dec protection, commercialization and/or disposition of intellectual property which they have disclosed. Hc terms of agreements with external parties may be proprietary business information and subject to cor restrictions.

(e) *University Abandons Intellectual Property.* Should the University decide to abandon development university-owned intellectual property, ownership may be assigned to the creator(s) as allowed by law rights of sponsors and to the retention of a license to practice for university purposes. The minimum t license shall grant the University the right to use the intellectual property in its internally administered teaching, research, and public service on a perpetual, royalty-free, non-exclusive basis. The Universit more than the minimum license rights, and the assignment or license may be subject to additional ter conditions, such as revenue sharing with the University or reimbursement of the costs of statutory prc justified by the circumstances of development.

(f) *Commercialization by Creator(s).* The University may, at its discretion and consistent with the publ license intellectual property to the creator(s) on an exclusive or non-exclusive basis. The creator(s) m demonstrate technical and business capability to commercialize the intellectual property. The creator required to assume the cost of statutory protection. Agreements with creators will be subject to reviev of conflict of interest issues in accordance with applicable university policy.

(g) *University's Acceptance of Independently Owned Intellectual Property.* The University may accept intellectual property from other parties provided that such action is determined to be consistent with th interest. Intellectual property so accepted shall be administered in a manner consistent with the admi other university-owned intellectual property.

(h) *Consulting Agreements.* Employees engaged in external consulting work or business are respons that agreements emanating from such work are not in conflict with university policy or with the univers commitments. Such employees should make their university obligations known to others with whom t agreements and should provide other parties to such agreements with a statement of applicable univ regarding ownership of intellectual property and related rights.

Back to Top

(i) *Statement by Creators.* The creators of intellectual property owned by the University under the terr may be required to state that to the best of their knowledge the intellectual property does not infringe patent, copyright or other legal rights of third parties; that if the work is not the original expression or c creators, the necessary permission for use has been obtained from the owner; and that the work cont material nor material that invades the privacy of others.

(j) *Administrative Responsibility.* The president has ultimate authority for the stewardship of intellectu developed at the University. Pursuant to Article I, Section 2, Paragraph (d) the vice president for tech economic development has direct line authority for University offices and entities involved in technolo commercialization and related economic development. In consultation with the vice president for aca and vice chancellors for research, the vice president for technology and economic development will e operational guidelines and procedures for the administration of intellectual property, including but not determination of ownership, assignment, protection, licensing, marketing, maintenance of records, ov revenue or equity collection and distribution, approval of individual exceptions, and resolution of dispu creators and/or unit executive officers.

(k) *Campus Responsibility.* Each campus may establish an office which has responsibility for adminis policies regarding intellectual property as defined herein.

(l) *Contractual Authority.* Licenses, options for licenses and other agreements related to commercializ exploitation of intellectual property will be granted in the name of the Board of Trustees of the Univers such contracts shall be executed in accordance with Article II of these General Rules.

(m) *Administrative Guidelines and Procedures.* General guidelines and procedures for the administra intellectual property shall be established by the president in consultation with the University Intellectu Committee (as specified in Section 7(n) below) and the campuses. Detailed operational guidelines ar for the administration of campus-based responsibilities shall be established by the vice chancellor for

each campus.

(n) *University Intellectual Property Committee.* The University Intellectual Property Committee shall b annually by the president to make recommendations to the president regarding procedures, guideline responsibilities for the administration and development of intellectual property and such other matters president shall determine.

(o) *Appeals.* After following the administrative guidelines and procedures established by each campu creator or unit executive officer may appeal to the University Intellectual Property Committee to seek complaints or questions regarding the matters addressed in this article.

(p) *Preferential Treatment of Sponsors.* Sponsored research agreements shall provide that all intellec developed as a result of the sponsored research project shall belong to the University unless otherwi writing. The sponsor may receive an option to license such resulting intellectual property on terms to said option to be exercised within a specified period following the disclosure of the intellectual proper nature of the proposed research allows identification of a specific area of intellectual property or appli of interest to the sponsor, the University may accept research agreements with terms which entitle th specific commercial rights within the defined field of interest. Otherwise, the specific terms of licenses commercial development shall be based on negotiation between the sponsor and the University at th exercise of an option by the sponsor and shall depend on the nature of the intellectual property and it the relative contributions of the University and the sponsor to the work, and the conditions deemed m advance the commercial development and acceptance of the intellectual property. In all cases where licensing is deemed appropriate, such license agreements shall require diligent commercial developm intellectual property by the licensee. The University may also determine, on a case-by-case basis, th university's interest to assign ownership of resulting intellectual property to the sponsor as an excepti when circumstances warrant such action, in accordance with guidelines established by the University Property Committee.

(q) *Exceptions to Policy.* Recommendations for exceptions to the provisions of the policy in this articl by the University Intellectual Property Committee to the president for presentation to the Board of Tru individual exceptions, see Section 7(j).

Back to Top

**SECTION 8. PROCEEDS DISTRIBUTION [see end note 3]**

(a) *Proceeds.* For purposes of this policy, "proceeds" shall refer to all revenue and/or equity, as defin received by the University from transfer, commercialization, or other exploitation of university-owned i property.

(1) *Revenue.* "Revenue" shall mean cash from payments including, but not limited to, royaltie license fees or from the sale of the university's equity interest.

(2) *Equity.* "Equity" shall include, but not be limited to, stock, securities, stock options, warran real or personal property, or other non-cash consideration.

(b) *Revenue Distribution.* When revenue is received by the University, all out-of-pocket payments or c in some cases, a reasonable reserve for anticipated future expenses) attributable to protecting (incluc against infringement or enforcement actions), marketing, licensing or administering the property may from such income. The income remaining after such deductions is defined as net revenue.

(1) *Creator's Share.* The creator (or creator's heirs, successors, and assigns) normally shall r percent (40%) of net revenue. If there are joint creators, the net income shall be divided equa absent a mutual agreement to the contrary.

(2) *Originating Unit's Share.* The originating unit normally shall receive twenty percent (20%) If a creator is affiliated with more than one originating unit or if there are joint creators from di originating unit(s) share shall be divided among such units as agreed in writing by the respon

executive officers.

(3) *University's Share.* The University normally shall receive forty percent (40%) of net revenu of the university's share shall be allocated in support of its technology transfer activities and a research programs as determined by the vice chancellor for research.

(c) *Equity Distribution.* In any instance wherein the University executes an agreement with a corporati business entity for purposes of exploiting intellectual property owned by the University and the Univer is entitled to receive equity, such equity or the proceeds of the equity shall be shared among the crea originating unit(s), and the University in the same proportions as revenue distributions (except as spe 8(d) below).

(d) *Exceptions When the Creator(s) Have No Entitlement.* If the University accepts research support i sponsored research agreement or unrestricted grant as part of the consideration in an intellectual pro lieu of an option fee, license fee or royalty, the creator(s) shall have no entitlement to receive a share income. For the subset of equity that is buildings, real or personal property, or other non-cash conside creator(s) shall have no entitlement to receive a share as personal income.

(e) *Special Distributions.* Special facts or circumstances may warrant a different distribution of procee specified above and such distributions will be determined on a case-by-case basis under the authority chancellor for research.

(f) *Revenue from Actions for Defense or Enforcement of Intellectual Property Rights.* When the Unive revenue from third parties that results from successful actions for the purpose of defending or enforcii university's rights in its intellectual property, such revenue may first be used to reimburse the Univers sponsor or licensee, if appropriate) for expenses incurred in such actions. The creator(s) and their ori shall be entitled to recovery of lost royalties from the remaining net revenue, in the same proportions Section 8(b) above. The remaining net revenue shall be allocated in support of the university's technc activities and academic and research programs as determined by the vice chancellor for research.

Back to Top

**ARTICLE IV. EMPLOYMENT POLICIES**

**SECTION 1. TERMS OF EMPLOYMENT OF ACADEMIC AND ADMINISTRATIVE STAFF**

(a) The terms of employment of the academic and administrative staff, as defined in the University of shall be explicitly stated by the nominating officer, indicating that services are required for:

(1) The academic year, which shall consist of two semesters.

(2) Twelve months, including allowable vacation.

(3) The summer session.

(4) Other stated periods.

(b) The teaching staff shall be appointed with services required for either the academic year or for twe Those who are appointed for the academic year shall be free for other employment, either in the Univ elsewhere, during the summer months, except that they shall report for any departmental meetings b registration and render all services requested of them in connection with registration and the preparat and reports for the academic year. No vacation benefits accrue on appointments with services require academic year.

(c) The administrative, research, and extension staffs generally shall be appointed with services requ months, including allowable vacation. Allowable vacations for those appointed for twelve months shal working days per appointment year. Vacation shall be arranged to accommodate the convenience of member and the requirements of the unit. Vacation may be accumulated up to a maximum of 48 worl During a partial-year appointment, vacation shall be prorated. Vacations taken during the holiday rece

than the actual holidays recognized by the University, shall be considered a part of the annual vacatic 24 days. Holidays recognized by the University shall be New Year's, Martin Luther King Day, Memori: Independence Day, Labor Day, Thanksgiving, Christmas, and such other days as may be determinec president of the University.

(d) Procedures for the determination of compensation for services for periods less than the full acade be approved by the appropriate chancellor and by the president.

(e) Members of the staff required to render services during the academic year may be employed in th session or to perform research or other services during a period not exceeding two months and recei month of such service additional compensation at the monthly rate of one-ninth of the full-time rate pa required during the preceding academic year. Such employment may be for longer periods during the upon the advance approval of the chancellor. Staff members required to render services for twelve m allowable vacation, shall not receive additional compensation for services rendered during the summe members rendering services partly on a twelve-month basis and partly on an academic-year basis, th applies only to the twelve-month portion.

(f) Full-time employees shall not receive compensation for services in excess of a normal schedule w University except for a reasonable amount of instruction in continuing education courses or grading o examinations (outside regular course work), all to be done at a time that does not conflict with other u Exceptions may be made to this rule only with advance approval of the chancellor. These exceptions to a minimum.

(g) All staff members rendering services on a twelve-month basis with allowable vacation shall be cor twelve equal monthly installments.

(h) Staff members with the exception of assistants rendering services during the academic year shall compensated in twelve monthly installments or on a pro rata basis for shorter periods. Assistants sha compensated in monthly installments during the period over which services are rendered.

(i) In case of termination of service of members of the academic and administrative staff, the followinc govern the determination of salaries:

(1) Services required for twelve months, with allowable vacation:

a) After the first month of service, a pro rata share of earned vacation shall be paid.

b) A pro rata reduction in final salary payment shall be made for any vacation taken b

(2) Services required for the academic year: Total payments shall equal a percentage of the a determined by the services rendered in relation to the academic year established for the cam

(j) All employees of the University, unless excepted by the president, are required to present medical their capability to safely perform the duties necessarily associated with the position that is being soug which this evidence is to be presented will be prescribed by the director of the health service at each Employees securing a rating of "unemployable" may not be employed except on approval of the presi deemed necessary by the directors of the health services, new employees are required to be immuni: communicable diseases. Employees of the University whose duties require them to handle food prod subject to periodic medical examinations given under the supervision of the directors of the health se individual shall be employed in duties of this nature who shows evidence of any communicable disea:

(k) Failure on the part of an employee to take any required physical examination after being notified t serve to make the university employment contract inoperative and salary payments shall cease.

(l) Upon request, an academic staff member shall be granted, without loss of salary, bereavement lea three work days due to the death of a member of his or her immediate family or household and one w the death of a relative outside the immediate family. Leave beyond these amounts may be approved circumstances. However, such additional leave will normally be taken without pay or be charged to ac Substantiation of the reason for bereavement leave may be required.

"Immediate family" shall be interpreted to be: father, mother, sister, brother, spouse, and child of the ε included as immediate family are mother-, father-, brother-, sister-, son-, and daughter-in-law, as well grandchildren and/or grandparents (includes grandparents-in-law). Biological, adopted, foster, legal w loco parentis relationships are considered as immediate family under this policy. "Relative outside the family" shall be interpreted to be: aunt, uncle, niece, nephew, or cousin of the employee. For purpose of the Bereavement Policy, relationships existing due to marriage will terminate upon the death or div relative through whom the marriage relationship exists. Current marital status will be defined in accor Illinois State law.

(m) Upon request, an eligible academic staff member shall be granted, without loss of salary, parenta two weeks immediately following the birth of a child, or upon either the initial placement or the legal a child under 18 years of age. An employee must have completed six continuous months of employmel eligible for parental leave, which is limited to one leave per academic appointment year. An employee employment before or at the expiration of the parental leave normally shall be required to reimburse t for the cost of wages paid during the leave.

Back to Top

**SECTION 2. TERMS OF EMPLOYMENT OF CIVIL SERVICE EMPLOYEES**

All employment of civil service employees is controlled by the law and the rules governing the State U Service System of Illinois. These include provisions for employment on merit through a system of exa establishment of job classifications and the assignment to such classifications of all positions, and the of appropriate salary rates or ranges for each classification. Detailed University rules and regulations staff members are promulgated and published in the ***Policy and Rules--Nonacademic***, as adopted a by the Board of Trustees.

**SECTION 3. WAGES OF STUDENT EMPLOYEES**

All student employees are to be paid on the basis of classification and scale of wages approved by th each campus.

**SECTION 4. RETIREMENT, DEATH, SURVIVOR, DISABILITY, AND SICK LEAVE BENEFITS**

University policy provides for sick leave with the payment of salary in case of illness or other disability periods as described below. In addition to the benefits provided by the University, a system of retirem survivor, and disability benefits is established by the law creating the State Universities Retirement Sy a state agency separate and distinct from the University of Illinois.

(a) **Participation in State Universities Retirement System.** With certain exceptions, University emp required to participate in the State Universities Retirement System.

(b) **Sick Leave Benefits.** The University of Illinois provides sick leave benefits as follows:

(1) **Civil Service Employees.** Sick leave with full pay is granted in the amounts and in accor eligibility criteria set forth in the ***Policy and Rules--Nonacademic*** for those employees subje creating the State Universities Civil Service System.

(2) **Academic or Administrative Staff.** Academic and administrative staff members (with the medical residents and postdoctoral research associates) who are participants in the State Un Retirement System or the Federal Retirement System, and who are appointed for at least 50 a position for which service is expected to be rendered for at least nine consecutive months, as provided in this subparagraph (2). Medical residents, postdoctoral research associates, St and other academic and administrative staff members who are not participants in the State U Federal Retirement Systems, and those who are appointed for less than 50 percent time and nine consecutive months earn sick leave of 13 work days for each appointment year, no part cumulative, and the 13 days will be prorated for those on part-time appointments, or on appoi than a full appointment year.

Under the Public Act 90-65 and actions of the Board of Trustees, one-half of the number of days of ui leave earned and accumulated between January 1, 1984 and December 31, 1997, is eligible for payn employee's death, retirement, resignation, or other termination of employment.

Academic or administrative staff members who, on December 31, 1983, had an unused balance of ac leave, retained the same to a maximum of 180 work days, which may be utilized either (1) for establis credit in the State Universities Retirement System; or (2) for sick leave before all sick leave earned ar on or after January 1, 1998 is utilized by the staff member. Unused sick leave earned by an academic administrative staff member between January 1, 1984 and December 31, 1997, may be accumulated maximum of 240 work days, and upon termination of employment, a staff member may designate the accumulation (up to one-half) to be paid pursuant to Public Act 90-65, and the remainder thereof will l establishing service credit in the State Universities Retirement System. Pre-January 1, 1984 and post 1998, accumulations of sick leave are to be utilized in full prior to the utilization of January 1, 1984 thr December 31, 1997, accumulations.

Effective January 1, 1998, academic and administrative staff members who are participants (except fi residents, postdoctoral research associates, and annuitants in SURS or the Federal Retirement Syste Universities Retirement System or Federal Retirement System, and who are appointed for at least 50 a position for which service is expected to be rendered for at least nine consecutive months, will earn work days for each appointment year, the unused portion of which shall accumulate without maximun days are fully utilized in any appointment year, up to 13 additional work days will be available for exte in that appointment year, no part of which 13 days shall be cumulative or eligible for payment. No adc leave is earned for a summer appointment. In the case of an appointment for less than a full appointn in the case of a part-time appointment, the 12 days cumulative and the 13 days noncumulative leave prorated.

In the event the 25 days of earned and extended sick leave described above, or any proration thereol in an appointment year, any balance of leave accumulated before January 1, 1984, will be available fi that amount is depleted, any balance of sick leave accumulated on or after January 1, 1998 will be us amount is depleted any balance of sick leave accumulated between January 1, 1984, and December used.

No deduction of time from sick leave is made at a time when a staff member is not expected to furnisl service to the University. Sick leave may be used for illness of, injury to, or need to obtain medical or consultation for the staff member, the staff member's spouse, children, parent, or members of the hou member may use sick leave for pregnancy. Following the adoption or birth of a child, sick leave may l period of time, not to exceed twelve weeks, to care for that child.

After an academic or administrative staff member has exhausted the 12 days of cumulative earned si days of noncumulative extended sick leave in an appointment year, the unused sick leave accumulat January 1, 1984, the unused sick leave accumulated after January 1, 1998, and the sick leave accum January 1, 1984 and December 31, 1997, and subject to the approval of the president, or chancellor a staff member who has completed at least three full years of service may be granted noncumulative full pay for a period (including the annual and extended leaves and accumulations described above) r one-half of the staff member's appointment year. (In the case of staff members of university administr the president will act.)

A staff member who within 120 days completes a direct transfer to the University of Illinois from anoth or employer will receive a credit for the balance of unused and uncompensated sick leave accrued at agency or employer from which the employee is transferring. Such transferred sick leave credit will be same manner as sick leave accumulated by University of Illinois employees prior to January 1, 1984. transferring staff member will accrue compensable sick leave at the beginning of employment with the until December 31, 1997, after which time all sick leave accrued will be noncompensable.

Academic or administrative staff members who return to university employment within two years of ar separation from university employment and who upon return are eligible for compensable sick leave u section shall have restored as sick leave accumulated prior to January 1, 1984, regardless of when it any sick leave which was not compensated to such individuals or used to establish service credit in th Universities Retirement System at the time of the prior separation from university employment only ur

31, 1997, after which time all sick leave accrued will be noncompensable.

Reporting on use of sick leave will be made at the unit level and recorded centrally as required.

(c) **Death, Disability, and Survivor Benefits**. For employees of the University, other than students p hourly basis and personnel whose principal employment is outside the University with at least six mo who are not members of the State Universities Retirement System or any other publicly supported re which pays a death benefit, a death benefit of an amount set by an appropriate authority is payable b For employees who are members of the State Universities Retirement System, death, disability, and are provided by that system.

Back to Top

**SECTION 5. REGISTRATION OF STAFF MEMBERS IN UNIVERSITY CLASSES**

With approval of the head of the employing unit, members of the academic, administrative, and civil s the University and of approved university-related agencies may register in university courses for whic eligible for admission and in which space is available. Under certain conditions, such employees may from payment of one or more of the usual charges for tuition or fees.

Waiver of tuition and service fees is granted for all members of the academic and administrative staff, graduate assistants, whose appointments are 25 percent or more of full-time service. Academic and staff members who qualify for tuition waivers are exempt from the service fee. Under this practice, su members will not have access to the benefits provided by the fee unless they wish to pay for them as and staff who wish to gain access to these services.

For graduate assistants, waiver of base-rate tuition, i.e., the in-State graduate (not professional) tuitio granted for all university graduate assistants on appointment for at least 25 percent but not more thar full-time service; a waiver of service fees is granted to those graduate assistants on appointment for percent of full-time service.

The Board of Trustees has authorized the president of the University or his or her designee(s) to awa number of tuition and fee waivers for graduate students and report to the Board on the number autho campus, as part of the annual budget and tuition setting process.

Tuition and fee waivers are also extended to members of the nonacademic staff in accordance with th policies set forth in ***Policy and Rules--Nonacademic***.

**SECTION 6. GRIEVANCE PROCEDURES FOR COMPLAINTS OF DISCRIMINATION**

Procedures shall be developed for each campus and for university administration offices in accordan guidelines approved by the Board of Trustees for the prompt, fair, and definitive resolution of grievan alleged discrimination by the University on the basis of race, sex, national origin, religion, age, handic disabled veteran or veteran of the Vietnam era.

Back to Top

**ARTICLE V. UNIVERSITY PROPERTY**

**SECTION 1. USE OF UNIVERSITY PREMISES AND FACILITIES**

(a) The use of university premises and facilities shall be subject to all applicable state and federal law be in accord with the actions of the Board of Trustees.

(b) The use of university premises and facilities by individuals other than in connection with university research programs will be permitted only under regulations formulated and administered by the appro chancellor and approved by the president.

(c) The president of the University is authorized to make such traffic and parking regulations and such therein as conditions may warrant from time to time and may delegate such authority to the chancello

**SECTION 2. CUSTODIANSHIP OF PROPERTY**

(a) Under the State Property Control Act, the president of the University is accountable to state officia

supervision, control, and inventory of all university property subject to that act. In discharging these ai responsibilities, the president is authorized to specify or to deputize the chancellors and other univers specify procedures and responsibilities for the supervision, control, and inventory of all university pro;

(b) Unless otherwise specified, the supervision, control, and inventory of university personal property responsibility of the head of the unit to which the property is assigned. An inventory of all such proper maintained in a manner determined by the comptroller and the comptroller may require reports conce The individual responsible shall report to the comptroller all items of university personal property whic further use to the unit, and the comptroller may transfer the same to another unit or direct other dispo

(c) Land which has been assigned by the Board of Trustees to a college or department for particular ı definite period may not be used for any other purpose or beyond the period designated without autho Board of Trustees. The assignment of land, equipment, or any other property to a department or divis give the department a title to the same, but only the right to use as long as necessary for accomplishi of the department or division; and the use of land or equipment or other property shall not exclude its same time, for other purposes by other departments or divisions of the University on approval of the ; provided that any such second use shall not interfere with the efficient utilization of said land, equipm property for the purpose for which it was first assigned.

**SECTION 3. PRIVATE USE OF UNIVERSITY PROPERTY FORBIDDEN**

No one connected with the University in any capacity shall use for any personal purpose any universi whatever description, and no one shall be permitted to remove from the buildings or grounds any pro; to the University, even though it may seem to be of no value, unless it be temporarily removed pursu well-established regulation, or with the approval of the appropriate chancellor or the vice president for in the instance of university-level property.

**SECTION 4. NAMING OF BUILDINGS, STREETS, AND DRIVES**

(a) Buildings given to the University may be named for the donors of funds for the same or for donors individual contributions have been crucial in the financing of such buildings.

(b) Buildings should be named in such a way as to denote their general use as a matter of convenien as well as to visitors except as provided for in paragraphs (d) and (e) below.

(c) Residence halls may be named for donors of funds for such halls; for distinguished former membe of Trustees; and for distinguished members of the University faculty, especially those who were ident phases of student life outside the classroom.

(d) Buildings and other campus facilities may be named for deceased or retired former members of th faculty in accordance with guidelines issued by the president of the University. Living former member must have been retired from the University of Illinois for at least ten years.

(e) Buildings may be named for distinguished persons in the public life of the state or nation.

(f) Except as provided for in paragraphs (a), (c), or (d) above, buildings and other campus facilities sh named for living persons.

(g) Plaques or tablets may be installed in buildings in recognition of distinguished members of the uni whose services were identified with the functions of said buildings with the approval of the appropriat the chancellor's designee.

(h) The designation of names of buildings, streets, and drives shall be exclusively within the authority Trustees. A building name may include a designation such as auditorium, center, gymnasium, hall, in or laboratory.

Back to Top

**ARTICLE VI. GENERAL PROVISIONS**

**SECTION 1. UNIVERSITY COUNCILS AND COMMITTEES**

The president is authorized to establish and to appoint the members of university councils and comm

as advisers on educational and other service programs affecting all campuses and to provide for inter relationships in such matters.

**SECTION 2. ADMINISTRATIVE COMMITTEES**

The president of the University is authorized to appoint such administrative and other committees or t necessary for assistance in discharging the president's duties as the official advisor to and executive Board of Trustees.

**SECTION 3. ADVISORY COMMITTEES**

The president of the University may recommend to the Board of Trustees the appointment of consulta committees to advise the colleges and schools and other divisions of the University.

**SECTION 4. UNIVERSITY ARCHIVES**

(a) The University Archives, a division of the Library under the direction of an archivist on each campu depository for records having research or historical value and includes records transferred to its custo University Archives also includes professional and personal manuscripts of members of the academic administrative staffs and records of faculty and student organizations that may be given to the Univer preservation and use.

(b) Records produced or received by any agency or employee of the University in the transaction of u business become university property. For the purposes of this paragraph, records shall be defined as documents, correspondence, accounts, files, manuscripts, publications, photographs, tapes, drawings material bearing upon the activities and functions of the University or its officers and employees.

No university records shall be discarded or destroyed except upon the prior approval of the archivist p finding and recommendation by the administrative unit involved that such records have no further adr value. The archivist shall withhold the approval of any such action until satisfied that the records invol value for other administrative offices and that they need not be retained for legal reasons, as determi appropriate officers. Where appropriate, the archivist may arrange for the transfer of records to the U Archives as an alternative to destruction.

(c) Pursuant to the State Records Act, Illinois Compiled Statutes, 5 ILCS 160/16, 17, and 18, January university archivist shall forward approved requests for permission to discard or destroy records to the to the State Records Commission for their approvals.

(d) The archives of the university-level administration shall be under the jurisdiction of the archivist at Champaign campus.

Back to Top

**ARTICLE VII. AMENDMENTS**

*The General Rules Concerning University Organization and Procedure* document supplements and is the University of Illinois *Statutes*. In the event of conflict between the provision of the *General Rules* a the *Statutes* shall prevail.

*The General Rules* are adopted by the Board of Trustees acting on the advice of the president of the board may make changes in *The General Rules* after consultation with the president of the University providing such advice or consultation, the president shall consult with the University Senates Confere give due regard to the provisions of Article XII, Section 4 of the University of Illinois *Statutes*. Howeve with the conference is not required when because of exceptional circumstances a proposed action of Trustees would authorize a deviation from *The General Rules* for a specific transaction.

Note: The University of Illinois *Statutes* and *The General Rules Concerning University Organization a* make reference to and/or are supplemented by a variety of internal policy documents as well as feder statutes and regulations. References within the *Statutes* and *The General Rules* to external documen will be noted in the indexes currently being developed for the two documents. Policy documents intern University exist in various forms: some printed as pamphlets, e.g., *Policy on Patents and Copyrights a Procedures on Academic Integrity in Research and Publication*; some as extensive, comprehensive p such as *Policy and Rules* (Civil Service); some updated yearly, e.g., *Guidelines for Sabbatical Leaves* some unique to each campus, e.g., *Campus Administrative Manual.*

Use the following URL addresses to access the ***Statutes*** and T***he General Rules Concerning Unive Organization and Procedure.***

http://www.uillinois.edu/trustees/rules.html

http://www.uillinois.edu/trustees/statutes.html

Back to Top

**END NOTES**

1 The creator's obligation to assign rights to the University is subject to the provisions of the Illinois Er Act, which provides in part:

*A provision in an employment agreement which provides that an employee shall assign or offer to ass employee's rights in an invention to the employer does not apply to an invention for which no equipme facilities, or trade secret information of the employer was used and which was developed entirely on t own time unless (a) the invention relates (i) to the business of the employer, or (ii) to the employer's a demonstrably anticipated research or development, or (b) the invention results from any work perform employee for the employer. Any provision which purports to apply to such an invention is to that exten public policy of the state and is to that extent void and unenforceable. The employee shall bear the bu establishing that his invention qualifies under this subsection.*[Return to reference.]

2 Provisions (1) and (2) under Article III, Section 4. Copyrights, (a) Ownership define those works tha scope of university employment as that term is used in the definition of "work made for hire" in the U.S Statute (see Title 17, USC, Section 101).[Return to reference.]

3 These proceeds distribution provisions shall apply only to revenue and equity received from agreem commercialization that are executed subsequent to the effective date of this policy (September 3, 199 otherwise agreed in writing between the University and the creator(s), distribution of income for comm prior to the effective date of this policy shall be in accordance with the policy in effect at the time the a approved. Where no policy exists (e.g., for equity), this policy shall prevail.[Return to reference.]

Back to Top

08-19-04



© Copyright 2004 The Board of Trustees of the Universityof Illinois | Web Privacy Statement