Council of Academic Professionals Home Page
2:05-cv-02132-DGB   # 39-6   Page 1 of 3
EXHIBIT "D"
Page 1 of 2
E-FILED
Thursday, 15 December, 2005  12:09:02 PM
Clerk, U.S. District Court, ILCD



## CAP
### Council of Academic Professionals
### University of Illinois at Urbana-Champaign

- Home
- Historical Information
- CAP Representation
- Calendar
- Meeting Information
- Current Issues
- Election Information
- Grievances
- CAPE Awards
- Bylaws/Policies
- Reports
- University Resources
- Links
- Feedback/Contact Us



**What's New**

**Benefits You May Not Know About** and **2005 CAP Election Results**

# Who We Are

In 1973, the chancellor created the Council of Academic Professionals (formerly known as Professional Advisory Committee or PAC) to serve the several hundred academic professionals working on campus, and provide advice to the University of Illinois Urbana-Champaign Chancellor on behalf of all academic professionals. Today, there are more than 2200 academic professionals at the University of Illinois at Urbana-Champaign, providing a variety of administrative and professional support on the campus and throughout the state.

Academic professionals campus-wide elect colleagues to represent ten campus districts. For information on the current members of CAP, click here. These individuals serve three-year staggered terms. A non-voting liaison, from the Office of Academic Human Resources, is also a member. A summary of the areas served by each district is given below, and is linked to a complete description of the units included in a particular election district

   UIUC CAP Members

   UIUC CAP Election Districts

# What We Do

The Council of Academic Professionals serves the interests of full time, part time, and retired academic professionals by:

- providing a communication channel between academic professionals, the Chancellor and other administrative officers of the University, through monthly meetings, and informal and formal communications with administration,

- drafting and reviewing policies affecting academic professionals,

- appointing representatives to University and campus committees, including liaisons to Faculty Senate committees,

- annually guiding the selection process for the Chancellor's Academic Professional Excellence (CAPE) award, promoting recognition of academic professionals,

- interviewing candidates for key campus administrative positions,

- mediating and arbitrating Academic Professional grievances.



# Grievances

## Council of Academic Professionals

***Council of Academic Professional Grievance Procedures and
Guidelines for Potential Academic Professional Grievants***

- Home
- Historical Information
- CAP Representation
- Calendar
- Meeting Information
- Current Issues
- Election Information
- Grievances
- CAPE Awards
- Bylaws/Policies
- Reports
- University Resources
- Links
- Feedback/Contact Us

Print - CAP Grievance Procedures (entire document)

Approval by Chancellor of Grievance Procedures

CAP actively advocates for APs. However, we have been given the specific charge by the Chancellor and the University of Illinois to investigate AP grievances with total impartiality, and make recommendations based on the facts. This prevents CAP from being an advocate for any grievant.

Flowchart - CAP Grievance Procedure
Grievance Checklist for Possible Conflict of Interest
Example Grievance

## I. Introduction

The Council of Academic Professionals (CAP) strongly encourages attempts to resolve problems through informal discussions at the lowest possible administrative level, typically with the academic professional's immediate supervisor. Such discussions may progress to higher-level administrators when resolution cannot be accomplished. The CAP believes amicable mutual settlement of issues is preferable to formal grievance procedures, because such settlement is more conducive to a satisfactory continuing employment relationship.

Any academic professional may approach any member of the CAP for informal advice, consultation, and/or mediation. Academic Human Resources (http://webster.uihr.uiuc.edu/ahr/default.asp) and the Faculty/Staff Assistance Program (http://www.admin.uiuc.edu/fsap/) are other valuable resources when seeking advice and/or help in resolving a problem informally.

Formal grievance procedures should be invoked only after good-faith informal efforts have left part or all of the problem unresolved.

NOTE: The CAP makes every effort to expedite the grievance but a variety of factors influence the length of the procedure. Generally the grievance process requires a number of months to complete.

II. Grievable Matters III. Filing Procedures IV. Processing Procedures V. Investigative Procedures VI. Reporting Procedures FOOTNOTES

Grievance Archive • Contact Us

## UIUC Council of Academic Professionals

## VI. Reporting Procedures

- **Preliminary Report:** Following appropriate investigation, the committee will report, in closed session, to the CAP. The CAP will then propose an appropriate remedy or remedies. Among its possible actions, the CAP may:
    1. dismiss the matter,
    2. direct the Chair or the committee to conduct further investigations,
    3. direct the Chair or the committee to attempt to resolve the matter,
    4. communicate its conclusions and recommendations to the grievant, and as appropriate, to others involved in the case or officially concerned with its outcome.

    The CAP recommendations are not restricted to the grievant's requested remedy. CAP recommendations may include but are not limited to specific suggestions related to the grievant's requested remedy, suggestions for changes or review of University policies and procedures related to the grievance, or a suggestion that no further action be taken.

    Upon the recommendation of the CAP, affected parties **shall be provided a copy of the written report and shall have 14 working days from the date notification is received to inform the grievance committee**, in writing, of additional relevant information or of errors of fact that may have influenced the committee's recommendations. The committee will consider such additional information before making its final recommendation to the full Council.

- **Final Report:** Upon formal acceptance of the committee's report, the CAP will communicate its conclusions and recommendations, in writing, to the grievant, the Chancellor or President and, as appropriate, to others officially involved in the case or concerned with its outcome.

- **Decision Process:** The Chancellor or the President makes all final decisions in grievance cases. The grievant may appeal the decision to the Chancellor or the President directly. There is no formal appeal process.

    The Chancellor or the President4 shall inform the CAP Chair and grievant in writing of the final disposition of the case when the decision has been reached. If the Chancellor or President4 chooses not to endorse a CAP recommendation, CAP may request a meeting.

II. Grievable Matters

III. Filing Procedures

IV. Processing Procedures

V. Investigative Procedures

FOOTNOTES

Return to Grievance Page

http://www.cap.uiuc.edu/pages/secondary/griev4.html                                12/12/2005