E-FILED
Monday, 23 January, 2006  03:34:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS and ) | |
| VAN ALLEN ANDERSON, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

The undersigned attorney certifies that a true copy of the foregoing document(s) along with a copy of this Notice was sealed in an envelope addressed as set forth below with postage fully prepaid and deposited in a U.S. Post Office Box in Peoria, Illinois, on this 23rd day of January, 2006.

**PLAINTIFF'S ANSWERS TO REQUEST FOR ADMISSION OF FACTS AND GENUINENESS OF DOCUMENTS**

TO:   Edward M. Wagner
      Heyl, Royster, Voelker, & Allen
      102 E. Main Street, Suite 300
      P.O. Box 129
      Urbana, IL 61803-0129

s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602
TELEPHONE: (309) 677-5950
FAX: (309) 677-5952
E-MAIL: nilew@aol.com