E-FILED
Thursday, 02 February, 2006  10:35:28 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GEOFFREY W. BANT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 05-2132 |
| | ) | |
| FRANCES G. CARROLL, KENNETH D. | ) | |
| SCHMIDT, DAVID V. DORRIS, DEVON | ) | |
| C. BRUCE, NIRANJAN S. SHAH, ROBERT | ) | |
| Y. SPERLING, LAWRENCE C. EPPLEY, | ) | |
| MARJORIE E. SODEMANN, & ROBERT | ) | |
| F. VICKREY, in their individual capacity, | ) | |
| as members of the Board of Trustees of the | ) | |
| University of Illinois and VAN ALLEN ANDERSON, | ) | |
| individually, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**PLAINTIFF'S MOTION TO DISMISS COUNT IV WITH PREJUDICE**

NOW COMES the plaintiff, GEOFFREY BANT, by his attorney NILE J. WILLIAMSON and moves to dismiss with prejudice Count IV of the complaint as to defendant VAN ALLEN ANDERSON and each and every other defendant.

WHEREFORE, plaintiff Geoffrey Bant prays for an order of court dismissing with prejudice Count IV of the original and amended complaints as to Van Allen Anderson and each and every other defendant.

GEOFFREY BANT, PLAINTIFF,

By: s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602
TELEPHONE: (309) 677-5950
FAX: (309) 677-5950

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2006, I electronically filed the foregoing Plaintiff's Motion to Dismiss Count IV with Prejudice with the Clerk of the U.S. District Court by using the CM/ECF system which will send notification of such filing to the following:

Edward M. Wagner
Heyl, Royster, Voelker, & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
Telephone: (217) 344-0060
Fax: (217) 344-9295

        s/Nile J. Williamson
        NILE J. WILLIAMSON
        ATTORNEY AT LAW
        1926 ASSOCIATED BANK PLAZA
        PEORIA, ILLINOIS 61602-1104
        TELEPHONE: (309) 677-5950
        FAX: (309) 677-5952
        E-MAIL: nilew@aol.com