**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v.  ) | CASE NO. 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS and ) | |
| VAN ALLEN ANDERSON, ) | |
| ) | |
| DEFENDANTS. ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true copy of the following documents along with a copy of this notice were sealed in an envelope addressed as set forth below with postage fully prepaid and deposited in a U.S. Postal Box in Peoria, Illinois, on the 22nd day of February, 2006.

**PLAINTIFF'S INTERROGATORIES
PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

TO:  Edward M. Wagner
     Heyl, Royster, Voelker, & Allen
     102 E. Main Street, Suite 300
     P.O. Box 129
     Urbana, IL 61803-0129

As requested by the Federal Court of the Central District of Illinois, the originals of said Interrogatories and Request for Production of Documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

                                        s/Nile J. Williamson
                                        NILE J. WILLIAMSON
                                        ATTORNEY AT LAW
                                        1926 ASSOCIATED BANK PLAZA
                                        PEORIA, ILLINOIS 61602
                                        TELEPHONE: (309) 677-5950
                                        FAX: (309) 677-5952
                                        E-MAIL: nilew@aol.com