**E-FILED**
Thursday, 16 March, 2006  03:45:13 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **GEOFFREY W. BANT,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| v. | ) | **CASE NO. 05-2132** |
| | ) | |
| **BOARD OF TRUSTEES OF THE** | ) | |
| **UNIVERSITY OF ILLINOIS and** | ) | |
| **VAN ALLEN ANDERSON,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**CERTIFICATE OF SERVICE FOR DISCOVERY**

The undersigned attorney hereby certifies that a true copy of the following documents along with a copy of this notice were sealed in an envelope addressed as set forth below with postage fully prepaid and deposited in a U.S. Postal Box in Peoria, Illinois, on the 16th day of March, 2006.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S INTERROGATORIES**
**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST TO PRODUCE**

TO:   Edward M. Wagner
      Heyl, Royster, Voelker, & Allen
      102 E. Main Street, Suite 300
      P.O. Box 129
      Urbana, IL 61803-0129

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602
TELEPHONE: (309) 677-5950
FAX: (309) 677-5952
E-MAIL: nilew@aol.com