05442-P7148
KBH:dkl
G:\48\P7148\P7148DCC 003

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GEOFFREY W. BANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 05-2132 |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS and | ) | |
| VAN ALLEN ANDERSON, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that Defendant's OBJECTIONS AND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS and OBJECTIONS TO PLAINTIFF'S INTERROGATORIES were served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Urbana, Illinois, on March 24, 2006 to:

    Mr. Nile J. Williamson
    Attorney at Law
    1926 Associated Bank Plaza
    Peoria, IL 61602-1104

As requested by the Federal Court of the Central District of Illinois, the original of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

          BOARD OF TRUSTEES OF THE
          UNIVERSITY OF ILLINOIS, Defendants

          s/ Keith B. Hill
          Attorney for Defendants
          Heyl, Royster, Voelker & Allen
          102 E. Main Street, Suite 300
          P.O. Box 129
          Urbana, IL 61803-0129
          217-344-0060 Phone
          217-344-9295 Fax
          E-mail: khill@hrva.com

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060