05442-P7148
EMW/slc
G:\48\P7148\P7148DCC 004

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| GEOFFREY W. BANT, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | No.: 05-2132 |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) |  |
| Defendant. | ) |  |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that **DEFENDANT'S SUPPLEMENTAL DOCUMENT PRODUCTION RESPONSE** was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Urbana, Illinois, on May 2, 2006 to:

Mr. Nile J. Williamson
1926 Associated Bank Plaza
Peoria, IL 61602-1104

As requested by the Federal Court of the Central District of Illinois, the original of said document was not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS, Defendant

s/ Edward M. Wagner
Attorney for Defendants
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: ewagner@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060