05442-P7148
EMW/slc
G:\48\P7148\P7148NDD 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GEOFFREY W. BANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 05-2132 |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO:  Mr. Geoffrey W. Bant           Area Wide Reporting Service
     c/o Nile J. Williamson          301 West White
     Attorney at Law                 Champaign, IL 61820
     1926 Associated Bank Plaza
     Peoria, IL 61602-1104

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on July 18, 2006, at 10:00 a.m., the attorneys for the defendant, THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, will take the deposition of GEOFFREY BANT, at the offices of Heyl, Royster, Voelker & Allen, 102 E. Main Street, Suite 300, Urbana, Illinois, pursuant to Rule 30 and other applicable rules of the Federal Rules of Civil Procedure.

At that time, the plaintiff, GEOFFREY BANT, is requested and required to bring with him the following "documents":

### DEFINITIONS

DOCUMENTS  The term "documents" as used in this Notice means any item of a tangible nature including, but not limited to, information stored in any computer which can be retrieved. **PLEASE NOTE THAT AMONG THE DOCUMENTS DESCRIBED ABOVE ARE ANY E-MAILS SENT TO OR RECEIVED BY ANYONE RELATING TO THE MATTER IN QUESTION.**

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1. The original document or any original duplicate of any document, e-mail, correspondence, memorandum, communication, form, report, notice, note, report, chart or any other document or item of a tangible nature (to include any information stored on computer) which reflects, states or suggests that at any time, Sonya Chambers held any position of Director or Deputy Director of Printing Services.

2. All documents, lists, calculations, worksheets, pay stubs, records, payroll or salary information, benefit documents, summary plan descriptions, retirement brochures or other documents, information from SURS, or any document or item of a tangible nature (to include information stored on computer) which reflect, document, suggest or support your claim for lost income and benefits or any claimed economic loss in this case.

3. All documents, records, calculations, correspondence, memoranda, communications, forms, reports, charts, binders, worksheets, spreadsheets or any other document of any kind or any item of a tangible nature (to include any information stored on computer) which would reflect, infer, suggest or support in any way your allegations of claimed damages in this case.

4. The original document or any original duplicate of any document, e-mail, correspondence, memoranda, communication, agreements, forms, purchase orders, spreadsheets, calculations, worksheets, notice, report, notes, chart or any document or item of a tangible nature (to include any information stored on computer) which would reflect, infer, suggest or support in any way your allegations of termination as a result of alleged race or sex discrimination.

5. The original document or any original duplicate of any document, e-mail, correspondence, memoranda, communication, form, report, notice, note, chart or any document or item of a tangible nature (to include any information stored on computer) which contain, reflect or state any contact or communications to, from or between Van Anderson, Sonya Chambers and yourself.

6. The original document or any original duplicate of any document, e-mail, correspondence, memoranda, communication, form, report, notice, note, chart or any document or item of a tangible nature (to include any information stored on computer) which you have received from Barb Childers, Duane Fitch or any current or former employee of the Office of Printing Services at any time after December 1, 2002 for any purpose or containing any information.

7. Any document or item of a tangible nature (to include any information stored on computer) which would supplement or update any prior response made by plaintiff to respond to and comply with this defendant's prior discovery request for documents.

8. The original document or any original duplicate of any document, e-mail, correspondence, memoranda, communication, form, report, notice, note, chart or any document or item of a tangible nature (to include any information stored on computer) which contains,

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

reflects, states or suggests the identity of the individual who replaced you after you were removed from the duties and position of being Director of the Office of Printing Services.

9. Any document or item of a tangible nature (to include any information stored on computer) which contains, reflects, states, suggests or infers the purpose, authority and scope of authority of the Council of Academic Professionals (CAP) at the University of Illinois at Urbana-Champaign.

Said deposition will be taken on oral interrogatories before Area Wide Reporting Service, Certified Shorthand Reporter and Notary Public, or any other officer authorized by law to take depositions in like cases, at which time and place you may appear and cross-examine said witness if you see fit so to do.

DATED:  June 27, 2006

BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, Defendant

s/Edward M. Wagner
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: ewagner@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, in addition to providing a copy to counsel via facsimile:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

                                            s/Edward M. Wagner
                                            Attorney for Defendants
                                            Heyl, Royster, Voelker & Allen
                                            Suite 300
                                            102 E. Main Street
                                            P.O. Box 129
                                            Urbana, IL 61803-0129
                                            217-344-0060 Phone
                                            217-344-9295 Fax
                                            E-mail: ewagner@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060