05442-P7148
EMW/cp
G:\48\P7148\P7148PMI 006

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PROTECTIVE ORDER

NOW COMES the defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, by one its attorneys Edward M. Wagner of Heyl, Royster, Voelker & Allen, and notes there is an agreement between the defendant and the plaintiff that a Protective Order can be entered to govern certain confidential records or documents from current or former employee personnel files.

That attached hereto and incorporated by reference herein and marked as Exhibit "A" is a copy of a proposed **PROTECTIVE ORDER** which has been tendered to the plaintiff and agreed to by plaintiff's counsel, this date. That attached hereto and incorporated by reference herein and marked as Exhibit "B" is a true and correct copy of a letter from the undersigned defense attorney to the plaintiff's attorney which was then signed by plaintiff's counsel and faxed back noting "Agreed 7/17/06 Nile Williamson". That the actual handwritten signatures of Edward M. Wagner and Nile Williamson are redacted from that attached and faxed back letter so that they are not placed in the public domain.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

WHEREFORE, this defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, and noting plaintiff's agreement, requests that this Court enter the attached and agreed Protective Order.

FURTHER, this defendant requests any other relief which this Court deems to be just and equitable under the circumstances.

                                                  BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, Defendant

                                                  s/Edward M. Wagner
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: ewagner@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

                                              s/Edward M. Wagner
                                              Attorney for Defendants
                                              Heyl, Royster, Voelker & Allen
                                              Suite 300
                                              102 E. Main Street
                                              P.O. Box 129
                                              Urbana, IL 61803-0129
                                              217-344-0060 Phone
                                              217-344-9295 Fax
                                              E-mail: ewagner@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3