# HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

[partners list redacted]

July 17, 2006

## VIA REGULAR U.S. MAIL & FAX: 309-677-5952

Mr. Nile J. Williamson
1926 Associated Bank Plaza
Peoria, IL 61602-1104

IN RE:   Our File No.  :   05442-P7148
         Case No.      :   05-2132
         Geoffrey W. Bant v. Board of Trustees of the University of Illinois

Dear Nile:

In the packet of copied records which were tabbed and ordered by plaintiff, we did identify and locate some personnel file records, documents or excerpts which we will still provide to plaintiff as long as a protective order is in place concerning those documents.

In the identified stack, the following personnel records are found or located:

| | | |
|---|---|---|
| Robert L. Kelly, Jr., | - | 2241 - 2252 |
| Irene M. Cooke | - | 2253 - 2263 |
| Sandra Roberts | - | 2264 - 2278 |
| Sonya Chambers | - | 2279 - 2282 |

I attach our proposed Protective Order, and if it meets with your approval, please send me some written response or fax back the first page of this letter with some handwritten entry acknowledging an agreement and then I will add your electronic typed signature on the "s" line noting agreement on the last page of the Protective Order, and file a brief motion with the Court. I anticipate that if I hear from you that I can have this completed today.

Thank you for your help.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

By: [signature redacted]
Edward M. Wagner
Ext. 219
ewagner@hrva.com
EMW/cp
Enclosure: As Indicated
G:\48\P7148\P7148LPA.019

*Agreed 7/17/06* [handwritten]

EXHIBIT "B"