05442-P7148
EMW:tlp
G:\48\P7148\P7148DCC 007

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 05-2132 |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

NOW COMES the Defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, by EDWARD M. WAGNER of HEYL, ROYSTER, VOELKER & ALLEN, and provides the following Certificate of Service to document and confirm this Defendant's additional or supplemental disclosure and production of documents.  This Defendant states that of materials previously made available to the Plaintiff, these materials were subsequently inspected by the Plaintiff, Geoffrey Bant, on June 28-29, 2006, at which time Plaintiff selected and requested copies of certain of those records from those materials, all of which were then copied and personally received by the Plaintiff on July 18, 2006, which selected copies were Bates-stamped numbers #001419 through 002600; and further, that from those records copied and received by Plaintiff, Bates-stamped numbers #2241-2282, were additionally stamped "CONFIDENTIAL" on the top center of those pages.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

As requested by the U.S. Federal District Court of the Central District of Illinois, this Certificate was electronically filed with the Clerk of the Court on July 20, 2006, using the CM/ECF system, which will send notification of such filing to the following:

Mr. Nile J. Williamson  
Attorney at Law  
1926 Associated Bank Plaza  
Peoria, IL 61602-1104

BOARD OF TRUSTEES OF THE  
UNIVERSITY OF ILLINOIS, Defendant

s/ Edward M. Wagner  
Attorney for Defendants  
Heyl, Royster, Voelker & Allen  
102 E. Main Street, Suite 300  
P.O. Box 129  
Urbana, IL 61803-0129  
217-344-0060 Phone  
217-344-9295 Fax  
E-mail: ewagner@hrva.com

HEYL ROYSTER  
VOELKER  
&ALLEN  

Suite 300  
102 E. Main Street  
P.O. Box 129  
Urbana, IL 61803-0129  
Fax (217) 344-9295  
(217) 344-0060