05442-P7148
EMW/slc
G:\48\P7148\P7148PMI 007

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO AMEND ANSWER**

NOW COMES the defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, by Edward M. Wagner of Heyl, Royster, Voelker & Allen, and pursuant to Fed. R. Civ. P. 15, requests that this Court grant defendant leave to amend its Answer and add two Affirmative Defenses, as attached as **Exhibit "A"**, *instanter*, and for such other relief as this Court deems just and equitable under the circumstances, and in support thereof, further states:

1. That plaintiff has filed multiple, piece-meal amendments to his Complaint, some of which have added new parties or new causes of action.

   a. That the initial defense attorney on this case, Richard P. Klaus, left the undersigned defense firm to assume a position as an Associate Circuit Judge in Champaign County.

2. This defendant filed its Answer on January 20, 2006.

3. That this Motion for Leave to Amend and add the attached proposed Affirmative Defenses (**Exhibit "A"**) is made timely and within eight (8) days after the plaintiff's deposition

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

taken on July 18, 2006, wherein certain responses caused further investigation on certain matters.

4.  That the plaintiff is not unfairly prejudiced by the addition of the two Affirmative Defenses as this motion is brought within the time discovery is being conducted; it is or should be of no unfair surprise to plaintiff, and these matters could have been raised for the first time by way of a Motion for Summary Judgment.

5.  That this motion is brought prior to the close of discovery and approximately seven (7) months prior to trial.

6.  That this defendant has simultaneously filed a Memorandum of Law in Support of this Motion for Leave to Amend Answer.

WHEREFORE, this defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, requests that this Court grant it leave to amend its Answer and add the two Affirmative Defenses, *instanter*, all as attached as **Exhibit "A"**, and for any such other relief as this Court deems just and equitable under the circumstances.

> BOARD OF TRUSTEES OF THE UNIVERSITY
> OF ILLINOIS, Defendant
>
> s/Edward M. Wagner
> Attorney for Defendants
> Heyl, Royster, Voelker & Allen
> Suite 300
> 102 E. Main Street
> P.O. Box 129
> Urbana, IL 61803-0129
> 217-344-0060 Phone
> 217-344-9295 Fax
> E-mail: ewagner@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

s/Edward M. Wagner
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: ewagner@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060