E-FILED
Wednesday, 26 July, 2006 04:02:19 PM
Clerk, U.S. District Court, ILCD

05442-P7148
EMW/slc
G:\48\P7148\P7148PMI 008

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GEOFFREY W. BANT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.: 05-2132 |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) | |
| Defendant. | ) | |

**AFFIRMATIVE DEFENSES**

NOW COMES the defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, by Edward M. Wagner of Heyl, Royster, Voelker & Allen, and as and for its First and Second Affirmative Defenses to Counts I and II, states as follows:

**FIRST AFFIRMATIVE DEFENSE TO COUNTS I AND II**

For its first affirmative defense to Counts I and II, this defendant asserts the following:

1. The defendant and its employees acted appropriately and within appropriate authority to recommend and then terminate the plaintiff's employment based on legitimate, non-discriminatory reasons and grounds due to plaintiff's acts, inactions and performance of his job duties as Director of the Office of Printing Services.

WHEREFORE, the defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, prays for judgment in its favor and against the plaintiff as to Counts I and II.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**Exhibit "A"**

## SECOND AFFIRMATIVE DEFENSE TO COUNTS I AND II

For its second affirmative defense to Counts I and II, this defendant asserts the following:

1.    That the plaintiff filed his Complaint more than 90 days after receipt of the "Dismissal and Notice of Rights/Notice of Suit Rights" (right-to-sue) letter.

WHEREFORE, this defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, prays for judgment in its favor and against the plaintiff as to Counts I and II.

BOARD OF TRUSTEES OF THE UNIVERSITY
OF ILLINOIS, Defendant

s/Edward M. Wagner
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: ewagner@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060