# UNIVERSITY OF ILLINOIS
## AT URBANA-CHAMPAIGN

Office of the Vice Chancellor for Administration
and Human Resources

517 Swanlund Administration Building
601 East John Street
Champaign, IL 61820



December 17, 2002

Geoffrey W. Bant, Director
Office of Printing Services
University of Illinois at Urbana-Champaign
234 Printing Services Building
54 East Gregory Drive, Champaign
MC-570

Re: Statement of Justification for Proposed Notice of Nonreappointment

Dear Geoff:

You were hired as the Director, Office of Printing Services (OPS) on November 11, 1988, and have worked the ensuing 14 years in that capacity as an academic professional at the University of Illinois at Urbana-Champaign.

Please be advised that the decision has been reached not to continue your appointment due to the fact that the quality of your work product was not sufficient as evidenced by performance deficiencies noted by my letter of Monday, December 2, 2002 (my letter), and as stated during our meeting on that date.

Your letter of response dated December 11, 2002, does not alter my evaluation of your performance. It clearly shows you still have not taken responsibility for the financial and business deficiencies of OPS. Your response was defensive and relied on blaming others for the problems at OPS rather than trying to constructively engage in addressing the noted deficiencies. This has been the pattern of our relationship in the time I have been your supervisor. Also, I would note that you have been provided with the business expertise needed for the unit. Two of the three individuals fulfilling the major duties of business manager for OPS since I began overseeing the unit had business credentials that included MBAs.

The deficiencies noted in my letter and in our discussion highlighted gross mismanagement of the OPS business and business units over a period of years as evidenced by the OPS cash deficit in excess of $1 million, the lack of effective business plans, and failure to administer programs according to the policy and rules of the University of Illinois. I have a responsibility to the employees of OPS and to the campus to ensure a viable business entity.

Geoffery Bant
December 17, 2002
Page 2

Therefore, this letter is to inform you that I am formally recommending to the Board of Trustees of the University of Illinois that you be issued a Notice of Nonreappointment. Per University policy, you are due a 12-month Notice of Nonreappointment. Please be advised that, if the Board of Trustees accepts my recommendation, your current contract will be extended to accommodate this notice period. During the period of your terminal appointment, you will be assigned work in another unit on campus. Also, please be advised that your benefits will expire upon termination of your contract. For more information regarding your individual benefit status and options, or retirement eligibility, you can contact the campus Benefits Center (333-3111) or the State Universities Retirement System (378-8800), respectively.

You are immediately relieved of all duties, supervisory and administrative, related to your position of Director, Office of Printing Services.

In lieu of a Notice of Nonreappointment, I am willing to accept your resignation at this time.

Sincerely,

Van Allen Anderson, Ph.D.
Associate Vice Chancellor

c: Academic Human Resources

Additional Approvals:

Charles C. Colbert    12-17-2002
Vice Chancellor    Date

Kathleen H. Pecknold    12/17/02
Director, Academic Human Resources    Date