Page 118

1 is it not? That office has no legal authority to
2 alter --
3    MR. WAGNER: Objection as to form.
4    A. I don't know the legal authority of the
5 different offices.
6    Q. Anything else other than that?
7    A. They could contact the ethics officer if
8 they felt there was a case of whistle blowing. If
9 they felt they were being punished for some action
10 in the workplace.
11    Q. Anything else?
12    A. Not that I recall.
13    Q. Were you uncomfortable working with Mr.
14 Bant?
15    A. During what time?
16    Q. The time you worked with him?
17    A. There were times when I felt
18 uncomfortable working with him only from the
19 standpoint that we weren't getting the performance
20 out of Mr. Bant that I felt he was capable of.
21 And that we didn't get the responses. And so that
22 the responses that I requested, having to request
23 work from him on multiple occasions made it so
24 that it was an uncomfortable working situation.

Page 119

1    Q. Did you feel he had antiquated work
2 methods?
3    MR. WAGNER: Objection as to form.
4 Please answer if you can.
5    A. I never would have used the term
6 antiquated. He did not have good business
7 management practices.
8    Q. Did you feel that his business practices
9 were not up to date, so to speak, as to the
10 current employees of the University of Illinois?
11    MR. WAGNER: Same objection as to form.
12 Please answer if you can.
13    A. I felt that he was deficient in
14 management skills in the business realm.
15    Q. And you apparently were the first person
16 that had ever felt that about Mr. Bant in the 11
17 or 12 years he had been director of printing
18 services at that point, is that correct?
19    A. I can't speak for others.
20    Q. You did speak for Katherine Pecknoid
21 earlier, didn't you?
22    MR. WAGNER: Objection as to the form and
23 the use of the last name. Please answer if you
24 can.

Page 120

1    Q. Did I mispronounce her name?
2    MR. WAGNER: I think you said Pecknoid.
3    Q. I did. How is it pronounced?
4    MR. WAGNER: Pecknold.
5    Q. Thanks.
6    A. When I referred to Kathleen Pecknold
7 earlier, I referred to letters that were in the
8 personnel file of Mr. Bant.
9    Q. All of which showed excellent prior
10 written evaluations, did they not?
11    A. You are talking about performance
12 evaluations, and I already stated that I don't
13 know if they all contained all excellent. I was
14 referring to letters that were in the file that
15 were not performance evaluations on the forms that
16 we looked at in Exhibits 3 and 2.
17    Q. And after you sent the January 24th,
18 2002 memorandum or e-mail to Mr. Bant, didn't he
19 identify for you a different figure as to the
20 deficit?
21    A. In discussions, the UFAS balances were
22 discussed, as well as the balances that were
23 quoted in this statement.
24    Q. What does the acronym UFAS mean?

Page 121

1    A. I believe it's University Financial
2 Accounting System.
3    Q. Was that the recognized accounting
4 system at the time?
5    A. That was the University's accounting
6 system at the time.
7    Q. And did that differ from your own
8 reference to deficits?
9    A. It did, because there was business not
10 represented in the UFAS accounts that the office
11 of printing services had conducted.
12    Q. So, the UFAS accounts contained
13 different figures than what you were using in that
14 January 24th, 2002 e-mail?
15    A. Correct.
16    Q. And how do you explain those
17 differences?
18    A. As I stated before, an example would be
19 the Xerox business where there were continuous
20 purchase orders that were not in place for that
21 fiscal year, and many of those were completed all
22 the way up through December, and there may have
23 even been some past that time. And so that means
24 the approximately first six months of business for

Page 122

1 that fiscal year, there could be no revenue booked
2 in the UFAS system because there was no accounting
3 mechanism to do it. There was no agreement in
4 place for them to be able to bill the University.
5 Q. I assume that would be true throughout
6 the University in any business unit?
7 A. You would assume what to be true?
8 Q. There could be unaccounted for income,
9 accounts payable, as you say? Could be true in
10 any unit?
11 MR. WAGNER: Objection as to form,
12 speculative nature. Answer if you can.
13 A. It's quite possible.
14 Q. Why then did you use a different
15 definition of deficits than the UFAS system used,
16 which was used throughout the University when you
17 attempted to terminate Mr. Bant?
18 A. Because the data that I was using was
19 more correct. And it was more correct based on
20 the business office of the office of printing
21 services.
22 Q. Did you get the permission of any
23 superior at the University of Illinois to use a
24 different definition for deficits in the office of

Page 123

1 printing services in your actions to terminate Mr.
2 Bant?
3 MR. WAGNER: Object to the form and the
4 conclusions within it. Please answer if you can.
5 A. I would have to state that I did not use
6 a different definition for deficit. And my
7 superiors and others were fully informed of the
8 reasons why the University accounting system
9 numbers did not match those that we were providing
10 them out of the office of printing services.
11 The UFAS system was continually updated
12 and became more and more correct over time.
13 Q. Let me see if I can ask a question that
14 you will answer it by rephrasing it. Did you get
15 the permission, oral or written, at any point in
16 time, to terminate Mr. Bant using a different
17 definition of deficit than the UFAS system used?
18 MR. WAGNER: Objection to the form of the
19 question, part of it has been asked and answered.
20 It's an improper recharacterization of what he
21 testified; he didn't terminate Mr. Bant. And it
22 assumes that there was some need to get some
23 permission, but answer if you can. Let's have it
24 reread for you.

Page 124

1 (At this point the court reporter read
2 the requested portion of the record.)
3 A. There is not permission required in the
4 University accounting systems. What they're
5 interested in is what is the accurate data. And
6 so there was no permission needed or asked for
7 because what we were doing was in the accepted
8 business practices of the University. So there
9 was no need to seek permission. We were not doing
10 anything outside the normal of the business
11 environment.
12 Q. If it was in the accepted business
13 practice of the University, why did the UFAS
14 system use a different definition of deficit than
15 you did?
16 A. The UFAS system does not use a different
17 definition of deficit. The UFAS system identified
18 a different level of deficit. The UFAS system can
19 only be as accurate as the day that are in
20 the UFAS system. One of the problems with the
21 UFAS system that I've already stated is the fact
22 that the business systems of the office of
23 printing services were not properly managed,
24 continuous purchase orders that were supposed to

Page 125

1 be in place on March, early March 2002, so that
2 you could begin the fiscal year on July 1, 2002,
3 were still being put in place in December 2002 due
4 to the mismanagement of that unit.
5 And so therefore the UFAS systems could
6 not be, and could not possibly have an accurate
7 deficit number. And so the number we are
8 providing was the accurate deficit number to the
9 best ability of the business office of the office
10 of printing services.
11 Q. Why wasn't Sonya Chambers disciplined by
12 you for the inadequate management of the deficit
13 in printing services during the year 2001 and 2002
14 when she was responsible for management of that
15 budget deficit?
16 MR. WAGNER: Objection as to not only
17 form. Objection as to relevancy. Please answer
18 if you can.
19 A. Sonya Chambers was the individual
20 working with the employees of the office of
21 printing services to establish proper business
22 practices that had not been in place prior to that
23 time. She was the individual that was doing a
24 tremendous amount of work with companies like

Page 126

1 Xerox and others to get CPOs established within
2 the business office. She was doing everything and
3 more that she was asked to do in her position and
4 for her responsibilities in the office of printing
5 services.
6    Q. Well, you've never indicated Sonya
7 Chambers was the one who called these problems to
8 your attention, have you?
9       MR. WAGNER: Objection as to form.
10 Answer if you can.
11    A. For the problems we've been talking
12 about, Sonya Chambers the specifically referenced
13 ones, she was not the one that necessarily brought
14 those to my attention. She is the one that
15 brought to my attention poor business practices.
16 And these were discussed with Mr. Bant in joint
17 meetings with the three of us. And over time.
18 And she was the one that led the effort to
19 identify the practices, and insure compliance with
20 the policies and rules of the University of
21 Illinois.
22       So she brought lots of different issues
23 to my attention that were problems in the
24 management of the business systems of the office

Page 127

1 of printing services, but not necessarily the ones
2 we've talked to up to this point.
3       She did work extensively on the Xerox
4 issue, and she is the one that is responsible for
5 the -- mostly responsible for the positive outcome
6 that came out of that, and getting the work done
7 to make sure that we could get the CPOs and other
8 things in place that were needed to do the
9 business of printing services.
10    Q. You said earlier that CAP, after their
11 investigation, did not issue an opinion that
12 criticized your own performance in this case; why
13 did you say that?
14       MR. WAGNER: Object to the form. That is
15 not what he said, but answer it anyhow.
16    A. I didn't say that they didn't issue an
17 opinion. I made no reference to whether or not
18 they made an opinion.
19       MR. WAGNER: There was absolutely no
20 reference by Mr. Anderson to that, but --
21    Q. Having given that sort of explanation,
22 you can answer the question.
23       MR. WAGNER: What is the question?
24       (At this point the court reporter read

Page 128

1 the requested portion of the record.)
2    A. Again, CAP did issue an opinion. And
3 there were findings that indicated things that
4 they felt were deficiencies.
5    Q. Did they also find deficiencies in the
6 action you had taken?
7       MR. WAGNER: Objection.
8    Q. Deficiencies, inaccuracies and
9 misstatements?
10       MR. WAGNER: Objection as to form.
11 Please answer if you can.
12    A. I don't recall the specific substance
13 of, and how the CAP response was written.
14       MR. WAGNER: Again, the document speaks
15 for itself.
16    Q. So, you don't recall anything in that
17 opinion that was critical of your own performance?
18    A. I recall things that were critical. I
19 don't recall the exact nature of those statements.
20       (A break was taken, and the deposition
21 continued as follows:)
22       MR. WILLIAMSON: I have concluded my
23 questioning of Mr. Anderson at this point.
24          EXAMINATION BY

Page 129

1          MR. WAGNER:
2    Q. I have just a couple questions. Mr.
3 Anderson, how many of the formal performance
4 evaluations similar to the ones that are marked as
5 your Deposition Exhibit No. 2 and 3 have you had
6 done on you?
7    A. How many have I had?
8    Q. Yes.
9    A. I don't know the exact number, but in
10 the last six years I've had one.
11    Q. Okay. With respect to the Xerox
12 agreements that we were discussing earlier, did
13 the agreements that you discovered Xerox to be
14 holding in that meeting in May of 2002, did they
15 include provisions for penalties as well as
16 multi-year leases?
17       MR. WILLIAMSON: I would prefer that you
18 not ask him questions about documents that are not
19 exhibits. Of course if you want to make them
20 exhibits, that would be fine. But it's hard for
21 me to cross examine him about documents that are
22 not here or marked as exhibits.
23    Q. Please answer my question.
24    A. Could you repeat the question.

Page 130

1    (At this point the court reporter read
2 the requested portion of the record.)
3    A. Yes, they did.
4    MR. WILLIAMSON: I will move to strike
5 the answer on the basis it's irrelevant and
6 immaterial. Best evidence of the agreements are
7 the agreements themselves. It's speculative,
8 hearsay, and primarily because it's depriving me
9 of the opportunity of cross examining the witness
10 on these issues.
11    Q. And you brought with you here today
12 certain boxes?
13    A. Yes, I did.
14    Q. That is all I have. We will reserve
15 signature.
16    EXAMINATION BY
17    MR. WILLIAMSON:
18    Q. You got me on that one. All right.
19 I'll bite. What boxes did you bring with you in
20 terms of relevance to this case?
21    A. The boxes that are against the wall that
22 contain documents relevant to the proceedings
23 here.
24    Q. Do you have those Xerox contracts you

Page 131

1 referred to in those boxes?
2    A. I do.
3    Q. Could you find them?
4    MR. WAGNER: In addition, it's my
5 understanding, at least the set that was at the
6 meeting of May '02 was already exchanged with you
7 in discovery. But you can go ahead and get those.
8 First of all, describe, are these binders that you
9 have located?
10    A. These two binders, there is one that is
11 a light gray in color, it's three ring binder that
12 contains the Xerox business service document
13 source, client services agreement, and the
14 amendments to that agreement. And so that is the
15 set of documents from the Xerox corporation.
16    Q. Are these the documents you're
17 referring to that you first saw in the May 2002
18 meeting?
19    A. In this binder, the light gray binder,
20 yes.
21    Q. Were you aware at that time, or are you
22 aware now, that printing services obtained the
23 approval of the University of Illinois purchasing
24 department prior to those documents being signed

Page 132

1 by University of Illinois employees?
2    A. It is my understanding from meetings
3 with the purchasing division that no one at
4 purchasing or at the office of printing services
5 had authority to sign these documents, and they
6 were specifically cautioned about wording in these
7 documents, which is why a form that was acceptable
8 to the University of Illinois was created, and
9 that's the documents that the purchasing division
10 provided.
11    Q. Has persons or person at purchasing told
12 you that, and when?
13    A. During the discovery following the May
14 2nd and 3rd meeting with the Xerox corporation
15 there was numerous meetings held with individuals
16 from the purchasing division. Donna Crotchett.
17    Q. Spell her last name.
18    A. Her last name is C-R-O-T-C-H-E-T-T. And
19 I must note that each of the binders has a yellow
20 stickie on it with her name on it because she is
21 the one that provided these copies to me.
22    Q. Is she the only individual at purchasing
23 that told you that?
24    A. Absolutely not.

Page 133

1    Q. Was Donna Crotchett an employee of
2 purchasing in 1999?
3    A. I believe so, but -- I believe so. She
4 was there at the time this contract was initiated.
5    MR. WILLIAMSON: I don't have anything
6 else.
7    MR. WAGNER: I have nothing. We will
8 reserve signature.
9    (Deposition adjourned.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 134

```
1        IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF ILLINOIS
2                   STATE OF ILLINOIS

3
    GEOFFREY W. BANT,
4
            Petitioner,
5
    -vs-                No. 05-2132
6
    BOARD OF TRUSTEES OF THE
7  UNIVERSITY OF ILLINOIS,

8            Respondent.

9        This is to certify that I have read the
    transcript of my deposition taken in the
10  above-entitled cause, and that the foregoing
    transcript taken on June 23rd, 2006, accurately
11  states the questions asked and the answers given
    by me, with the exception of the corrections, if
12  any, on the attached errata sheet(s).

13  _____
            VAN ANDERSON
    Subscribed and Sworn before
14  me this _____ day of
    _____, 2006.
15  _____
    Notary Public
16

17

18

19

20

21

22

23

24
```

Page 135

```
1  STATE OF ILLINOIS     )
                          )  SS
2  COUNTY OF CHAMPAIGN )

3        I, DEANN K. PARKINSON, a Notary Public
    in and for the County of Champaign State of
4  Illinois, do hereby certify that VAN ANDERSON, the
    deponent herein, was by me first duly sworn to
5  tell the truth, the whole truth and nothing but
    the truth in the aforementioned cause of action.
6        That the foregoing deposition was taken
    on behalf of the Petitioner on June 23rd, 2006.
7        That said deposition was taken down in
    stenographic notes and afterwards reduced to
8  typewriting under my instruction and said
    transcription is a true record of the testimony
9  given; and that it was agreed by and between the
    witness and attorneys that said signature on said
10  deposition would be not waived.
        I do hereby certify that I am a
11  disinterested person in this cause of action; that
    I am not a relative of any party or any attorney
12  of record in this cause, or an attorney for any
    party herein, or otherwise interested in the event
13  of this action, and am not in the employ of the
    attorneys for either party.
14        In witness whereof, I have hereunto set
    my hand and affixed my notarial seal June 27th,
15  2006.

16

17  _____
    (DEANN K. PARKINSON, CSR
18  NOTARY PUBLIC

19  "OFFICIAL SEAL"
    DEANN K. PARKINSON
20  Notary Public, State of Illinois
    My Commission Expires 11-16-08
21

22

23

24
```

CHECK
AGAIST
AD

**DIRECTOR**
**OFFICE OF PRINTING SERVICES**



Anderson #1

## FUNCTION

Under the general supervision of the Associate Vice Chancellor for Administrative Affairs to supervise and manage the Office of Printing Services and to advise the Campus on printing related matters.

## CHARACTERISTIC DUTIES

A. Manage the Office of Printing Services, which includes the Printing Division, Quick Copy Centers, and Duplicating and Desktop Publishing.

1. Develop business plans for the unit, including marketing strategies, expansion and/or reduction of services and implementation of new technologies.

2. Develop strategic plans and policy recommendations for approval by the Associate Vice Chancellor, which directly reflect the Campus' needs.

3. Review, revise where necessary, and approve the operating and capital equipment budgets.

4. Direct the Managers of each Printing Services unit.

5. Resolve customer grievances.

B. Represent the Unit to administration and the Campus community.

1. Attend all appropriate Campus meetings.

2. Handle interdepartmental relationships between Printing Services and other Campus units.

C. Advise the Campus on printing related matters.

1. Bidding of Printing.

a. Directly supervise the Campus Expediter (bid development and outside service procurement).

b. Coordinate with the Purchasing Division all external printing related matters.

2. Negotiate billings/services and related business affairs with vendors.

3. Locate and evaluate new vendors/services/equipment.

D. Other duties as assigned by the Associate Vice Chancellor.

## REQUIRED EDUCATION AND EXPERIENCE

A Bachelor's Degree, with a minimum of 4 years full-time experience in some aspect of the printing trade, two of those years in a supervisory capacity, required. Demonstrated ability to effectively interact with a wide range of individuals {academic customers, union craftsmen, commercial vendors, other managers). Knowledge of printing procedures and processes, modern photocomposition systems, and desktop publishing technologies also required.

June 20, 2000



## *Academic Professional Review*
## *University of Illinois at Urbana-Champaign*

| | | |
|---|---|---|
| Name: Geoffrey W. Bant | Review Date: | June 20, 2000 |
| Position: Director | Date appointed to position: | November 1, 1988 |
| Department/Unit: Printing Services | Supervisor: | Van A. Anderson |

## PERFORMANCE RATINGS

**Outstanding:** Work was outstanding in nearly all areas. This is the kind of person who will keep the department and the institution successful. The employee's exemplary contributions are recognized and appreciated.

**Commendable:** Work has been consistently above the requirements in most areas. While the employee has a few areas to work on, his/her commitment and contribution are appreciated.

**Good:** Work generally met or exceeded the requirements in most areas and is fulfilling the requirements of the job. The employee should continue his/her efforts and the supervisor will work with the employee to help him/her attain his/her potential.

**Improvement Required:** Work meets only the most basic requirements of the position. While the employee may have performed acceptably in most areas, performance should be improved. Failure to show improvement may result in additional action.

**Not Acceptable:** Work is below the basic requirements in the critical aspects of the job and immediate improvement is required. As a result of this evaluation, the job description will be reviewed with the employee, in addition to written communication concerning expectations of job performance on a regular basis. He/she will have a period of _____ months in which to raise the evaluation. After this interval, another formal evaluation will be conducted. Failure to improve will result in notice of non-reappointment.

Geoffrey W. Bant                    Performance Evaluation                    June 20, 2000

## KNOWLEDGE
How well does the employee understand the concepts, techniques, requirements, and other aspects of the position? To what extent has he/she mastered the procedures, techniques and instructions required for the job? Does he/she keep up with trends in the field, as well as in the specific area? Does he/she have a good working knowledge of the unit and its mission and goals? How quickly and easily does the employee grasp and apply instructions and new methods?

RATING: Outstanding

Geoff has an excellent understanding of the field of printing and the trends in printing. He can be counted on to follow the advancements in the field of printing and to assess which advances may be beneficial to Printing Services.

## JUDGEMENT
Does the employee anticipate and identify problems; evaluate alternative solutions? Is he/she open to new or different solutions? Does the employee demonstrate maturity in taking or recommending appropriate actions and in determining which problems to handle independently and which to refer to more senior personnel? Does he/she follow up on problems and help to bring about resolution?

RATING: Good/Commendable

Geoff demonstrates maturity in the actions he takes and has excellent tendencies to seek the counsel of the Personnel Services Office in dealing with personnel issues. Geoff demonstrates good judgment in identifying areas for improvement of services. Areas to work on include better identification of personnel problems and early intervention to prevent conflicts that reduce the effectiveness of the workforce.

## PRODUCTIVITY
How does the employee's productivity compare to others who have done or are doing the job? Does he/she consistently meet deadlines? Does he/she translate efforts and actions into tangible results? Is the employee focusing on high-impact activities? Is he/she able to work independently with little supervision?

RATING: Good/Commendable

Need to work to ensure that managers do not impede progress within the units of Printing Services and that high impact activities (e.g., billing) receive the attention needed.

## PROFESSIONAL RELATIONSHIPS
How well does the employee work with others as a team member? Does he/she act as a unifying or divisive force with others? Does the employee take the initiative in solving problems or offering solutions when appropriate? How cooperative and supportive is he/she? Does the employee express disagreement in an appropriate way?

RATING: Good/Commendable

Does a good job in solving the problems of customers. Has the ability to work well with employees and act as a unifying force but needs to take the initiative to solve personnel problems to prevent conflicts that reduce the effectiveness of the workforce.

Page 2

Geoffrey W. Bant                    Performance Evaluation                    June 20, 2000

## ORGANIZATION

Does the employee prioritize and plan work effectively? Is he/she able to juggle multiple projects and priorities? Is the employee a conscientious goal setter and list maker? How effective are the employee's planning skills? Is he/she proactive or does the employee react to work?

RATING: <u>Good</u>

Overall, Geoff does a good job managing multiple projects and priorities. In areas of oversight, prioritization of work (e.g., billing) and planning (e.g., personnel changes, business systems) needs to be addressed.

*DUCK* (handwritten)

## RELIABILITY

Does the employee take initiative in addressing problems? Does he/she meet promised deadlines without sacrifice of accuracy, quality, or service recipient satisfaction? Does he/she report unavoidable delays in advance of deadlines? Does the employee demonstrate flexibility and willingness to assist by taking on difficult or inconvenient responsibilities? Does the employee comply with University and unit policies and procedures?

RATING: <u>Commendable</u>

Geoff has demonstrated a willingness to take on difficult or inconvenient responsibilities to assist the Campus with the placement of personnel. This has sometimes created difficulties within Printing Services. Needs to work to ensure benefits to Printing Services from such transactions and that promised deadlines are met (e.g., financial reports).

*DEFICIT.* (handwritten)    *BUDGET PERFORM* (handwritten)    *DUCK* (handwritten)

## SUPERVISION (if applicable)

Do people in the unit support and respect the employee? How does the employee work to develop trust? What kind of a role model is he/she for the people supervised? Does he/she elicit cooperation from them? Does the employee delegate tasks wisely and follow up on tasks assigned to others?

RATING: <u>Good</u>

Shows good leadership potential and is able to identify a vision for Printing Services. Has dealt effectively with personnel issues but in some cases has been slow to intervene. Needs to improve the communication within the unit and to work with managers to develop and pursue a common vision.

## OVERALL PERFORMANCE

After a careful review of the performance factors above, the employee has earned the following overall rating for this appraisal period: <u>Good/Commendable</u>

Reviewer's Signature: _____ Date: _____

Employee's Comments: _____

_____

Employee's Signature:* _____ Date: _____

* Note: Your signature does not necessarily indicate agreement with the appraisal, only that it has been discussed. You are obligated to acknowledge the appraisal if your supervisor has discussed it with you.

This form and any attached items will be placed in the employee's personnel file.

# CONFIDENTIAL

11/7/2003



### Academic Professional Review
### University of Illinois at Urbana-Champaign

| | | | |
|---|---|---|---|
| Name: | Geoffrey W. Bant | Review Date: | June 12, 2001 |
| Position: | Director | Date appointed to position: | November 1, 1988 |
| Department/Unit: | Printing Services | Supervisor: | Van A. Anderson |

**Note:** This performance evaluation was completed and discussed with Geoff Bant on June 12, 2001. Due to two errors found, the rating of the ORGANIZATION section and the written comment of the RELIABILITY section were revised and discussed on July 5, 2001. The ACTION PLAN was revised based on discussions on June 12, 2001, and finalized on July 5, 2001.

## PERFORMANCE RATINGS

**Outstanding:** Work was outstanding in nearly all areas. This is the kind of person who will keep the department and the institution successful. The employee's exemplary contributions are recognized and appreciated.

**Commendable:** Work has been consistently above the requirements in most areas. While the employee has a few areas to work on, his/her commitment and contribution are appreciated.

**Good:** Work generally met or exceeded the requirements in most areas and is fulfilling the requirements of the job. The employee should continue his/her efforts and the supervisor will work with the employee to help him/her attain his/her potential.

**Improvement Required:** Work meets only the most basic requirements of the position. While the employee may have performed acceptably in most areas, performance should be improved. Failure to show improvement may result in additional action.

**Not Acceptable:** Work is below the basic requirements in the critical aspects of the job and immediate improvement is required. As a result of this evaluation, the job description will be reviewed with the employee, in addition to written communication concerning expectations of job performance on a regular basis. He/she will have a period of _____ months in which to raise the evaluation. After this interval, another formal evaluation will be conducted. Failure to improve will result in notice of non-reappointment.

52

# CONFIDENTIAL

11/7/2003



Geoffrey W. Bant                    Performance Evaluation                    June 12, 2001

### KNOWLEDGE
How well does the employee understand the concepts, techniques, requirements, and other aspects of the position? To what extent has he/she mastered the procedures, techniques and instructions required for the job? Does he/she keep up with trends in the field, as well as in the specific area? Does he/she have a good working knowledge of the unit and its mission and goals? How quickly and easily does the employee grasp and apply instructions and new methods?

RATING: Outstanding

Geoff has an excellent understanding of the field of printing and the trends in printing. He can be counted on to follow the advancements in the field of printing and to assess which advances may be beneficial to Printing Services.

### JUDGEMENT
Does the employee anticipate and identify problems; evaluate alternative solutions? Is he/she open to new or different solutions? Does the employee demonstrate maturity in taking or recommending appropriate actions and in determining which problems to handle independently and which to refer to more senior personnel? Does he/she follow up on problems and help to bring about resolution?

RATING: Commendable

Geoff continues to demonstrates maturity in the actions he takes and has excellent tendencies to seek the counsel of the Personnel Services Office in dealing with personnel issues. Geoff demonstrates good judgment in identifying areas for improvement of services. As noted last year, areas to work on include better identification of personnel problems and early intervention to prevent conflicts that reduce the effectiveness of the workforce. Especially important is the early intervention. As an example, Geoff repeatedly indicated Larry Lutz was an impediment to progress and plans for the Printing Division but failed, as Larry's direct supervisor, to take appropriate actions choosing instead to wait for Larry's retirement. Also, Geoff needs to improve follow-up to issues through timely discussion to bring those issues to resolution (e.g., performance evaluation).

### PRODUCTIVITY
How does the employee's productivity compare to others who have done or are doing the job? Does he/she consistently meet deadlines? Does he/she translate efforts and actions into tangible results? Is the employee focusing on high-impact activities? Is he/she able to work independently with little supervision?

RATING: Commendable

Geoff readily assists when rush projects are requested by ensuring that the necessary resources are Printing Services resources are made available. Geoff needs to work to ensure that managers do not impede progress within the units of Printing Services (e.g., Printing Division) by more effectively translating his vision into tangible results. One specific request still unmet is the development of an equipment replacement plan for Printing Services to allow for improved financial planning.

Page 2

# CONFIDENTIAL

11/7/2003



Geoffrey W. Bant                    Performance Evaluation                    June 12, 2001

**PROFESSIONAL RELATIONSHIPS**
How well does the employee work with others as a team member? Does he/she act as a unifying or divisive force with others? Does the employee take the initiative in solving problems or offering solutions when appropriate? How cooperative and supportive is he/she? Does the employee express disagreement in an appropriate way?

RATING: Commendable

Geoff continues to do a good job in solving the problems of customers. For example, Public Affairs called praising the work done by one of Photo Services' photographers but were worried they would lose the photographers services due to equipment issues. Geoff worked with University Risk Management to determine how to insure personally-owned photographic equipment for use on the job. This will allow the photographer to continue using his personal equipment that is unavailable in Photo Services to continue to provide the services needed to Public Affairs. Efforts like the consolidation of the AITS mainframe printing with Printing Services is another example of the support and cooperation Geoff provides to the Campus and University. A relationship for further review in the coming year is the relationship with Campus Stores, Mail, and Receiving in the ordering of paper. Finally, Geoff needs to ensure open and timely communication with his supervisor to ensure issues are addressed in a timely manner (e.g., follow-up to performance evaluation).

**ORGANIZATION**
Does the employee prioritize and plan work effectively? Is he/she able to juggle multiple projects and priorities? Is the employee a conscientious goal setter and list maker? How effective are the employee's planning skills? Is he/she proactive or does the employee react to work?

RATING: Edited July 5, 2001: Commendable

Geoff conscientiously identifies goals and juggles multiple projects and priorities. An area for improvement is the realization and reporting of goals as they are achieved.

**RELIABILITY**
Does the employee take initiative in addressing problems? Does he/she meet promised deadlines without sacrifice of accuracy, quality, or service recipient satisfaction? Does he/she report unavoidable delays in advance of deadlines? Does the employee demonstrate flexibility and willingness to assist by taking on difficult or inconvenient responsibilities? Does the employee comply with University and unit policies and procedures?

RATING: Commendable

Edited July 5, 2001: Geoff has demonstrated a willingness to take on difficult or inconvenient responsibilities at times. With regards to compliance with University and unit policies and procedures, Geoff has worked with multiple units to solve personnel issues involving Workers Compensation and the use if personal equipment for work (mentioned above).

**SUPERVISION (if applicable)**
Do people in the unit support and respect the employee? How does the employee work to develop trust? What kind of a role model is he/she for the people supervised? Does he/she elicit cooperation from them? Does the employee delegate tasks wisely and follow up on tasks assigned to others?

RATING: Commendable

Over the past year, Geoff has dealt more effectively with personnel issues. As a supervisor, Geoff needs to work to gain the cooperation of those reporting directly to him to translate the vision for Printing Services into tangible results.

Page 3

4

# CONFIDENTIAL

11/7/2003



Geoffrey W. Bant                    Performance Evaluation                    June 12, 2001

**OVERALL PERFORMANCE**

After a careful review of the performance factors above, the employee has earned the following overall rating for this appraisal period: <u>Commendable</u>

Reviewer's Signature: _Van R Anderson_ _____ Date: _7/5/2001_

Employee's Comments: _____

_____

Employee's Signature:* _____ Date: _____

\* Note: Your signature does not necessarily indicate agreement with the appraisal, only that it has been discussed. You are obligated to acknowledge the appraisal if your supervisor has discussed it with you.

This form and any attached items will be placed in the employee's personnel file.

,5

# CONFIDENTIAL

11/7/2003



Geoffrey W. Bant                    Performance Evaluation                    June 12, 2001

### Academic Professional Review
### 2001 - 2002 Action Plan

**The unit's goals for the coming year are:**

**A. To be completed by the supervisor:**
   1. Based on this review and the function of your position within the unit, your goals are:



**Goal:** Improve fund balance and cash balance and develop an equipment reserve.
**Measure:** Monthly statements.

**Goal:** Develop an overall 5 year plan by November 2001 for Printing Services to direct equipment purchases, staffing, marketing and customer service.
**Measure:** Produced plan.

**Goal:** Rework management and organization of Printing Division. Develop a strategic plan by September 2001 for Printing Division to include equipment, staffing, procedures, systems and policies.
**Measure:** Strategic plan produced.

**Goal:** Consolidate Quick Copy centers (close centers), merge Digital Color with other units, relocate main Quick Copy to 54 E. Gregory, integrate Printing Division with other production units by October 2001.
**Measures:** Report produced on consolidation. Centers closed. Main Quick Copy relocated. Color functions merged.

**Goal:** Produce a marketing plan for all units by September 2001. Increase sales over this year by 10%.
**Measure:** Marketing plan produced. Baseline revenue reports produced. Increase of 10% documented quarterly.

**Goal:** Hire an accountant by July 2001, produce accurate monthly financial reports, and analyze price structures on a quarterly basis.
**Measure:** Accountant hired. Monthly reports produced and analyzed. Quarterly review of prices produced.

**Goal:** Develop customer service procedures for all departments by October 2001 and train all staff before May 2002.
**Measure:** Procedures document produced. Training progress reports produced January 2002, March 2002, and May 2002.

**Goal:** Renovate web presence and totally integrate into production systems.
**Measure:** Report of work. Number of uses by customers, customer feedback on web utilities.

**Goal:** Develop plans and goals for design, photography, publishing, outlab photographic services, and specialty advertising.
**Measure:** Reports on each detailing potential revenue, costs, customer needs and plans for development produced. Reports of revenue and expense on each service area broken out for analysis.

2. To meet these goals, you will:

Utilize the resources of your department and the University that are available. You are encouraged to advise the Associate Vice Chancellor for Administration and Human Resources of any assistance that she may provide or difficulty encountered with achieving any of these goals.

Page 5

6

# CONFIDENTIAL

11/7/2003



Geoffrey W. Bant                Performance Evaluation                June 12, 2001

**B. To be completed by the employee:**
1. To support your efforts in achieving these goals, what is needed?

**C. The above actions/objectives have been discussed and agreed to:**

Employee's signature: _____ Date: _____

Supervisor's signature: _____ Date: 7/5/2001

Revised 07/05/2001

Page 6

.57

# UNIVERSITY OF ILLINOIS
## AT URBANA-CHAMPAIGN

Office of the Vice Chancellor for Administration
and Human Resources

517 Swanlund Administration Building
601 East John Street
Champaign, IL 61820





December 2, 2002

Geoffrey W. Bant
Office of Printing Services
University of Illinois at Urbana-Champaign
234 Printing Services Building
54 East Gregory Drive, Champaign
MC-570

RE: Performance Evaluation 2001 - 2002

Dear Geoff:

During my first two years of oversight of OPS, my evaluations of your performance were based almost exclusively on my meetings with you and your appraisal of the status of OPS, both financially and organizationally. As the worsening financial condition of the unit became apparent at the close of fiscal year 2001, I became more involved in reviewing the business of OPS both from a financial standpoint and from a business standpoint.

Your performance review was delayed this year due to the ongoing discovery of problems at OPS, especially those related to the Xerox agreement. Since March, the work at my level that has been focused on correcting those problems and ensuring the Xerox agreements were processed to establish the continuous purchase orders (CPOs) for last fiscal year and this fiscal year. Only now are we completing the CPO process for this year that units are supposed to complete by March 1st each year. The problems that have been uncovered point to gross mismanagement of OPS business and business units over a period of years. I feel you have not displayed nor do you have an ability to effectively manage the unit as indicated in the following examples:

1. Inability to effectively manage the resources of OPS as evidenced in the fact that OPS continues to post losses and now has an adjusted cash deficit of greater than $1 million which greatly affects the viability of OPS;
2. Business has not been conducted according to the policy and rules of the University with the most glaring example being the management of the Xerox agreement in which unauthorized persons were allowed to sign what the vendor believed to be binding contractual obligations;

Geoffery Bant
December 2, 2002
Page 2

3.  Effective business plans have not been developed for your operating units with operating units allowed to operate in deficit without effective action being taken and to the detriment of OPS as a whole;
4.  Failure to establish and maintain sound business practices which has resulted in not processing continuing purchase orders (CPOs) in a timely manner as evidenced by some CPOs for fiscal year 2002 (FY2002) not being completed until FY2003 and with major CPOs for FY2003 still just being completed;
5.  Failure to reach important business decisions based on data developed to determine the actual impacts, costs and/or savings through a consultative process; and,
6.  Failure to effectively manage the workforce to ensure viability of the unit as evidenced by your plan last December to idle the entire workforce for half a day.

Based on the information presented above and other information that has come to light concerning the management of the OPS as a result of my review, I have lost all confidence in your ability to make financially sound business decisions for OPS and in your ability to manage the unit. Because of this, I may have no choice but to remove you from your role as Director, OPS. However, I want to give you a final opportunity to reply to my concerns, but please understand that time is of the essence and your response should be delivered to me by 5:00 p.m., Wednesday, December 4, 2002. You have been given numerous opportunities to correct the problems at OPS and have been unable to do so. I have concerns for the viability of OPS and the impact on the employees. Therefore, I must take responsible action to protect both. By December 6, 2002, I will make a final decision regarding requesting the Board of Trustees to issue you a Notice of Nonreappointment.

Sincerely,

Van A. Anderson

Van Allen Anderson
Associate Vice Chancellor

EXHIBIT
Anderson #5

University of Illinois                                                                 Page 1                                   3/7/2003

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office of Printing Services | | | | | | | | Cash minus Fund SPREAD BETWEEN CASH AND FUND BAL. | w/o Photo Inv. COMBINED INVENTORIES | PHOTO INVENTORY ONLY | Cash minus Fund Difference- Inventory w/o Photo (COLUMN I + J) |
| | | CASH BALANCE | | | | FUND BALANCE | | | | | |
| July 1998 | | ($543,559) | Overdraft | | | ($277,944) | Deficit | ($265,623) | $198,202 | $63,727 | ($66,422) |
| Aug 1998 | | ($361,017) | Overdraft | | | ($90,924) | Deficit | ($270,093) | $199,528 | $64,054 | ($70,565) |
| Sept 1998 | | ($444,949) | Overdraft | | | ($186,243) | Deficit | ($258,705) | $198,633 | $51,159 | ($72,072) |
| Oct 1998 | | ($561,568) | Overdraft | | | ($373,381) | Deficit | ($187,786) | $198,186 | $66,961 | ($66,858) |
| Nov 1998 | | ($50,000) | Overdraft 11 | | | $223,309 | Surplus | ($282,909) | $204,235 | $66,961 | ($55,474) |
| Dec 1998 | | ($15,841) | Overdraft 12 | | | $222,883 | Surplus | ($239,474) | $205,860 | $71,366 | ($32,834) |
| Jan 1999 | | ($26,175) | Overdraft Jan99 | | | $266,705 | Surplus | ($292,123) | $206,049 | $66,510 | ($34,142) |
| Feb 1999 | | $119,159 | Surplus | | | $352,267 | Surplus | ($233,108) | $201,631 | $66,157 | ($31,866) |
| Mar 1999 | | $101,133 | Surplus | | | $321,945 | Surplus | ($220,813) | $198,916 | $63,444 | ($21,995) |
| Apr 1999 | | $59,053 | Surplus | | | $288,567 | Surplus | ($229,514) | $198,489 | $61,005 | ($13,225) |
| May 1999 | | ($113,292) | Overdraft 5 | | | $140,008 | Surplus | ($243,296) | $191,006 | $55,533 | ($97,441) |
| June 1999 | | $112,456 | Surplus 6 | | | $361,007 | Surplus | ($248,545) | $155,103 | $47,719 | ($97,441) |
| July 1999 | | $225,048 | Surplus July99 | | | $416,651 | Surplus | ($181,603) | $155,506 | $52,122 | ($26,097) |
| Aug 1999 | | $210,101 | Surplus 8 | | | $387,630 | Surplus | ($177,471) | $151,610 | $53,101 | ($25,289) |
| Sept 1999 | | $386,833 | Surplus 9 | | | $180,288 | Deficit | $188,103 | $158,568 | $57,183 | $27,537 |
| Oct 1999 | | ($159,032) | Overdraft10 | | | $30,477 | Surplus | ($189,509) | $164,089 | $60,704 | ($25,421) |
| Nov 1999 | | ($121,600) | Overdraft11 | | | $51,277 | Surplus | ($232,277) | $155,966 | $65,581 | ($46,311) |
| Dec 1999 | | ($231,983) | Overdraft12 | | | $172,108 | Surplus | ($206,045) | $194,948 | $65,748 | ($54,923) |
| Jan-00 | | ($453,233) | Overdraft Jan00 | | | ($83,312) | Deficit | ($369,045) | $188,887 | $70,563 | ($94,098) |
| Feb-00 | | ($340,545) | Overdraft2 | | | ($132,388) | Deficit | ($232,542) | $189,903 | $69,540 | ($54,677) |
| Mar-00 | | ($321,931) | Overdraft3 | | | ($150,280) | Deficit | ($245,464) | $173,948 | $71,709 | ($52,460) |
| Apr-00 | | $377,783 | Overdraft4 | | | $236,597 | Deficit | ($215,092) | $190,602 | $51,723 | ($41,513) |
| May-00 | | ($195,347) | Overdraft5 | | | ($126,870) | Deficit | ($215,865) | $175,092 | $65,085 | ($49,759) |
| Jun-00 | | ($341,191) | Overdraft6 | | | ($149,399) | Surplus | $963,239 | $155,108 | $56,911 | $52,751 |
| Jul-00 | | $377,789 | Overdraft Jul00 | | | $171,079 | Surplus | $200,337 | $166,338 | $62,279 | ($81,773) |
| Aug-00 | | ($195,347) | Overdraft | | | $85,515 | Surplus | ($280,862) | $127,564 | $66,643 | ($147,930) |
| Sep-00 | | ($537,717) | Overdraft9 | | | ($313,248) | Overdraft | ($225,460) | $132,032 | $59,589 | ($98,831) |
| Oct-00 | | ($81,887) | Overdraft10 | | | ($418,752) | Surplus | $336,726 | $139,206 | $57,437 | ($55,318) |
| Nov-00 | | $157,310 | Surplus 11 | | | $371,063 | Surplus | ($273,454) | $139,907 | $59,593 | ($167,745) |
| Dec-00 | | $157,310 | Surplus 12 | | | $388,455 | Surplus | ($231,146) | $137,712 | $68,356 | ($87,739) |
| Jan-01 | | ($261,201) | Overdraft Jan01 | | | $367,410 | Overdraft | ($628,797) | $143,403 | $72,751 | ($552,945) |
| Feb-01 | | ($235,519) | Overdraft2 | | | ($81,355) | Overdraft | ($054,318) | $143,152 | $65,046 | ($110,632) |
| Mar-01 | | ($571,559) | Overdraft3 | | | ($332,250) | Deficit | ($241,809) | $143,896 | $73,033 | ($105,830) |
| Apr-01 | | ($492,662) | Overdraft4 | | | ($454,075) | Deficit | ($326,603) | $135,326 | $65,326 | ($150,904) |
| May-01 | | ($454,805) | Overdraft5 | | | ($543,816) | Deficit | ($311,075) | $134,388 | $63,751 | ($176,697) |
| Jun-01 | | ($555,196) | Overdraft6 | | | ($584,636) | Deficit | $33,500 | $165,485 | $63,886 | $213,985 |
| Jul-01 | | ($974,499) | Overdraft Jul01 | | | ($496,285) | Deficit | ($286,174) | $181,232 | $59,733 | ($186,843) |
| Aug-01 | | ($449,922) | Overdraft8 | | | ($316,623) | Deficit | ($266,299) | $133,925 | $57,437 | ($108,238) |
| Sep-01 | | ($895,717) | Overdraft9 | | | ($418,753) | Deficit | ($476,962) | $170,036 | $59,462 | ($317,927) |
| Oct-01 | | ($424,189) | Overdraft10 | | | ($140,195) | Deficit | ($284,063) | $165,491 | $70,057 | ($182,436) |
| Nov-01 | | ($155,608) | Overdraft11 | | | ($34,111) | Deficit | ($120,777) | $160,060 | $65,191 | ($61,064) |
| Dec-01 | | ($1,097,612) | Overdraft12 | | | ($793,511) | Deficit | ($304,101) | $200,035 | $51,322 | ($109,041) |
| Jan-02 | | ($1,186,600) | Overdraft Jan02 | | | ($810,987) | Deficit | ($366,864) | $200,035 | $61,878 | ($266,656) |
| Feb-02 | | ($588,411) | Overdraft2 | | | ($174,260) | Deficit | ($402,238) | $174,120 | $55,852 | ($270,650) |
| Mar-02 | | ($235,293) | Overdraft3 | | | $225,945 | Surplus | ($402,238) | $178,699 | $64,191 | ($131,519) |
| Apr-02 | | ($390,567) | Overdraft4 | | | $208,972 | surplus | ($604,839) | $173,120 | $51,322 | ($431,634) |
| May-02 | | ($815,075) | Overdraft5 | | | ($433,942) | Deficit | ($519,142) | $167,182 | $61,878 | ($375,954) |
| Jun-02 | | ($479,100) | Overdraft6 | | | $19,122 | surplus | $19,122 | $167,162 | $54,348 | $304,980 |
| Jul-02 | | ($683,548) | Overdraft Jul02 | | | ($230,077) | Deficit | ($453,470) | $365,598 | $54,087 | ($57,872) |
| Aug-02 | | ($424,534) | Overdraft8 | | | $55,593 | surplus | ($511,232) | $366,149 | $56,656 | ($143,082) |
| Sep-02 | | ($588,051) | Overdraft9 | | | $58,625 | surplus | ($444,381) | $365,134 | $57,565 | ($415,513) |
| Oct-02 | | $57,135 | Surplus10 | | | $330,054 | surplus | ($472,999) | $374,864 | $57,565 | ($398,205) |
| Nov-02 | | $149,057 | Surplus11 | | | $759,344 | surplus | ($613,287) | $373,965 | $58,837 | ($239,322) |
| Dec-02 | | ($272,421) | Overdraft12 | | | $256,233 | surplus | ($554,093) | $373,497 | $57,411 | ($180,596) |
| Jan-03 | | ($587,101) | Overdraft Jan03 | | | $585,011 | surplus | ($518,449) | $317,128 | $55,916 | ($273,832) |
| Feb-03 | | $558,729 | Surplus3 | | | $816,176 | surplus | ($516,449) | $317,128 | $57,411 | ($109,321) |
| Mar-03 | | $259,847 | Surplus3 | | | $699,671 | surplus | ($463,624) | $317,128 | $56,510 | ($142,693) |
| Apr-03 | | ($85,133) | Overdraft | | | $381,612 | surplus | ($446,745) | $317,128 | $55,161 | ($89,510) |
| May-03 | | | | | | | | | | | |
| Jun-03 | | | | | | | | | | | |

| | Cash | | Fund | | | Jun-03 | Diff of cash/FB | Combined Inv | Photo Inventory | |
|---|---|---|---|---|---|---|---|---|---|---|
| Avg all of '96 | ($837,997) | | ($499,388) | | | | ($348,619) | $341,950 | $120,469 | |
| Avg all of '97 | ($584,530) | | ($554,568) | | | | ($299,563) | $275,390 | $112,665 | |
| Avg all of '98 | ($447,355) | | ($179,340) | | | | ($308,613) | $227,517 | $96,345 | |
| Avg all of '99 | ($137,135) | | $133,111 | | | | ($249,346) | $194,393 | $51,700 | |
| Avg YTD '00 | ($164,339) | | $23,975 | | | | ($187,214) | $162,920 | $62,243 | |
| Avg YTD 01 | ($547,675) | | ($126,634) | | | | ($321,041) | $340,451 | $65,553 | |
| Avg YTD 02 | ($584,540) | | ($296,616) | | | | ($387,424) | $301,996 | $64,483 | |
| Avg YTD 03 | ($584,721) | | $422,668 | | | | ($511,388) | $349,455 | $56,503 | |

EXHIBIT
Anderson # 6

> Sent:       Thursday, January 24, 2002 5:25 PM
> To:    Bant, Geoffrey W.
> Cc:   Chambers, Sonya
> Subject:      Deficit Reduction Plan
>
> Geoff:
>
> I had a chance to meet with Sonya today to go over the Office of
> Printing Services deficit as of 12/31/2001. That deficit stood at
> $845,808 on that date. Therefore, I need you to complete your deficit
> reduction plan that includes:
>
> 1) A statement as to the reason for the existence of the deficit
> (beyond our earlier discussions, you need to provide information
> explaining the deficits in each Ledger 3 account);
>
> 2) The actions that will be taken to eliminate the deficit including
> how each of your Ledger 3 deficits will be handled; and,
>
> 3) Specific benchmark targeted balances for the deficit account for
> each quarter (quarters ending March 31, June 30, September 30, and
> December 31) until the deficit is eliminated.
>
> Your plan needs to ensure that the deficit will be retired within 36
> months (by December 31, 2004). Please note that this is six months
> beyond the original date the Provost's office was allowing as they are
> wanting units to clear deficits within three fiscal years with this
> fiscal year counting as year one. Before implementing your plan, we
> will need to discuss and agree on the plan. Please have your plan
> completed for discussion on Wednesday, January 30th at 9:00 a.m.
> Please allow two hours. We will meet in my office.
>
> To clear the deficit in 36 months that means that on average, monthly
> revenues must meet all operating costs and pay down approximately
> $23,500 on the deficit. This is an immense task and all necessary
> measures (i.e., revenue enhancement and expenditure reduction) must be
> taken to achieve the goal. Please understand that this means that all
> expenditures must be scrutinized very closely. Please make sure that
> all nonessential expenditures are stopped immediately. This would
> include conferences, seminars, equipment upgrades, etc. unless prior
> approval is obtained from me. Please let me know what those
> expenditures are and the impact on the unit.
>
> As you move to increase your business productivity, please remember
> that Printing Services must not enter into competition with local
> vendors.
>
> I look forward to discussing your deficit reduction plan next
> Wednesday.
>
> Van
>
>
> Van Allen Anderson, Ph.D.
> Associate Vice Chancellor for Administration
>     and Human Resources
> Swanlund Administration Building, MC-304
> 601 East John Street
> Champaign, Illinois 61820
>
> Phone: (217) 244-4457   FAX: (217) 244-0752
>          E-mail: van@uiuc.edu
>

**From:** Anderson, Van [mailto:van@uiuc.edu]
**Sent:** Tuesday, February 05, 2002 10:00 AM
**To:** Bant, Geoffrey W.; Chambers, Sonya L (Facilities & Services)
**Cc:** Neukomm, Karie
**Subject:** Deficit Elimination Plan: Timetable Reduction
**Im    `ance:** High

EXHIBIT

*Anderson #7*

Geoff and Sonya:

I just finished meeting with Dr. Colbert. He has asked that we be very aggressive in the deficit elimination plan for Printing Services. He has asked that we look at ways to eliminate the deficit in eighteen months or sooner (i.e., by the end of FY2003 or sooner) with sooner being preferred (he would like all his units out of deficit prior to his leaving the university)

Please have some ideas ready for discussion this afternoon on ways to accomplish this task.

Thank you!

Van

Van Allen Anderson, Ph.D.
Associate Vice Chancellor for Administration
    and Human Resources
Swanlund Administration Building, MC-304
601 East John Street
Champaign, Illinois 61820
Phone: (217) 244-4457    FAX: (217) 244-0752
        E-mail: van@uiuc.edu

001411

# UNIVERSITY OF ILLINOIS
## AT URBANA-CHAMPAIGN

Office of the Vice Chancellor for Administration
and Human Resources

Swanlund Administration Building
601 East John Street
Champaign, IL 61820





September 18, 2001

Sonya Chambers
898 Philadelphia Drive
Westerville, Ohio 43081

Dear Sonya:

I am pleased to write to you and conditionally offer to you the position of Director of Financial Affairs, Administrative Services. The position is offered conditioned on the check of references that is underway and the final approval of the establishment of the position. Below please find the details of the position we have been discussing as it is being offered.

**Proposed Title:** Director of Financial Affairs, Administrative Services
> Please note that the title is subject to approval by the Office of Academic Human Resources.

**Position Type:** Full-time Academic Professional

**Starting Date:** Tuesday, October 2, 2001

**Salary:** $70,000 (Annual)

**General Position Description:** The Director of Financial Affairs, Administrative Services, has broad responsibility for developing and implementing financial and business planning services for Administrative Services units. The Director of Financial Affairs will establish broad direction to assure accountability and systems for long-range financial planning and budget development in support of and consistent with the strategic plans and missions of Administrative Services units. The Director of Financial Services reports directly to the Associate Vice Chancellor having responsibility for Administrative Services and works directly for and with the Directors of the Administrative Services units as assigned.

**Specific Areas of Responsibility: Office of Printing Services (80%)**
> The Director of Financial Services will initially be assigned 80%-time to the Office of Printing Services. Under the direction of the Director, Printing Services, the Director of Financial Services will serve as a member of the management team of the Office of

Sonya Chambers
September 18, 2001
Page 2 of 3

> Printing Services with responsibility for the oversight and direction of the business and
> financial systems. Duties include:
>> **Cash Flow Management:** Oversight and management of the expense, billing,
>> and payable systems including reconciliation, budget preparation, and payroll
>> financial services.
>> **Compliance:** Ensure financial and business system compliance with all
>> applicable University of Illinois policy and rules and with the laws and
>> regulations of the State of Illinois and federal agencies.
>> **Analysis, Budgeting, and Reporting:** Manage financial analysis of capital
>> expenditures and contracts; co-lead budgeting and forecasting processes; develop
>> strategies for better use of financial resources; assess financial implications of
>> personnel changes; assess financial implications of capital requests; oversee and
>> manage financial report generation; assess and manage unrelated business
>> income; and, ensure proper tax accounting.
>> **Project Management and Continuous Improvement:** Perform production and
>> marketing projects financial assessment; develop quality initiatives focusing on
>> timeliness and accuracy; determine appropriate automated information systems
>> for the financial and business systems; assess skills of the business and financial
>> affairs personnel to determine training needs; and, conduct business and financial
>> process analyses to determine gaps in the systems and plans for bridging those
>> gaps.

Per our discussions, and your discussions with Geoff Bant, an accountant position will be
immediately available to hire and will be under your direct supervision at Printing Services. The
current personnel in the business office will also be under your direct supervision.
Recommendations for changes in the organizational structure of the business unit will be your
responsibility and will be subject to approval by the Director, Printing Services.

**Specific Areas of Responsibility: Administrative Services (20%)**
> The Director of Financial Services will initially be assigned 20%-time to Administrative
> Services. Under the direction of the Associate Vice Chancellor, the Director of Financial
> Services will serve as a member of the Administrative Services Management Team with
> duties for Administrative Services that include liaison activities with UI Integrate;
> planning, development, and recommendation of business and financial system policies
> and procedures; coordination of internal and external audits; and special financial
> analyses. In addition, activities related to the areas of cash-flow management;
> compliance; analysis, budgeting, and report generation; and, project management and
> continuous improvement as outlined above may be assigned.

The Director of Financial Affairs will work at several levels within the Administrative Services
group and will have peer groups at each level. It is important for this position to establish close

Sonya Chambers
September 18, 2001
Page 3 of 3

working ties at each level and establish a true team environment in all areas of work. Success within the University environment is dependent on a collaborative approach that values the input of all stakeholders.

During our conversations, I have enjoyed the discussions we have had concerning potential future directions for Administrative Affairs and the role this new position may play as the future unfolds. I look forward to further discussions along those lines especially as you learn the University systems and its organization. Although I strongly believe in the direction for Administrative Services that we have discussed, please know that this position is being offered as represented above with no guarantee of future direction or change implied.

I look forward to our discussion later today at which time I can answer any remaining questions you may have.

Sincerely,

Van Anderson

Van Allen Anderson, Ph.D.
Associate Vice Chancellor