IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| THE UNIVERSITY OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S OBJECTION TO MOTION FOR LEAVE TO AMEND ANSWER**

NOW COMES the plaintiff, GEOFFREY W. BANT, by his attorney, NILE J. WILLIAMSON, and objects to the Motion for Leave to Amend Answer e-filed July 26, 2006, and for reasons thereof states as follows:

1. That the record of parties planning meeting e-filed July 29, 2005, which was subsequently incorporated by the court provided that all amendments to pleadings would be filed by December 30, 2005.

2. That the parties have now sent and received responses to numerous discovery items including without limitation Rule 26 disclosures, interrogatories and requests for production of documents.

3. That the plaintiff has taken the deposition of the three key witnesses to prove his case against the defendant including Van Allen Anderson, plaintiff's superior and the person who instituted and finalized plaintiff's termination as well as Sonya Chambers, the similarly situated person who was targeted by Anderson to take over the position of director of the Office of Printing Services and the subsequent interim director of the Office of Printing Services.

4.  That the only remaining deposition to be taken of a witness of substance at the University of Illinois is the present director of the Office of Printing Services.

5.  That in light of the extensive discovery above noted, plaintiff will be significantly prejudiced by the allowance of the filing of the affirmative defenses sought to be filed and no memorandum is necessary for this objection in accordance with local rules.

6.  That notwithstanding the foregoing, defendant is now requesting 8 months after the deadline for amendment of pleadings, the filing of affirmative defenses of matters and legal issues which could readily have been determined at the time defendant filed its initial answer.

WHEREFORE, plaintiff prays that the motion to amend the answer and to add two affirmative defenses be denied and for such other orders as are proper.

GEOFFREY W. BANT, PLAINTIFF,

By: s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602
TELEPHONE: (309) 677-5950
FAX: (309) 677-5950

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2006, I electronically filed the foregoing <u>Plaintiff's Objection to Motion for Leave to Amend Answer</u> with the Clerk of the U.S. District Court by using the CM/ECF system which will send notification of such filing to the following:

Edward M. Wagner
Heyl, Royster, Voelker, & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
Telephone: (217) 344-0060
Fax: (217) 344-9295

                                                  s/Nile J. Williamson
                                                  NILE J. WILLIAMSON
                                                  ATTORNEY AT LAW
                                                  1926 ASSOCIATED BANK PLAZA
                                                  PEORIA, ILLINOIS 61602-1104
                                                  TELEPHONE: (309) 677-5950
                                                  FAX: (309) 677-5952
                                                  E-MAIL: nilew@aol.com