IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GEOFFREY W. BANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-2132 |
| | ) | |
| BOARD OF TRUSTEES OF | ) | |
| THE UNIVERSITY OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO AMEND COMPLAINT

NOW COMES the plaintiff GEOFFREY W. BANT, by his attorney, NILE J. WILLIAMSON, and moves to amend paragraph 26 of the amended complaint e-filed 7/11/05 by changing the word and date reference "October, 2003" to "October, 2002" instanter and by interlineation.

WHEREFORE, plaintiff Geoffrey W. Bant prays for an order of court allowing the amended complaint e-filed 7/11/05 to be amended to reflect that the date "October, 2003" be changed to "October, 2002" and for such other orders as are proper.

GEOFFREY W. BANT, PLAINTIFF,

By: s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602
TELEPHONE: (309) 677-5950
FAX: (309) 677-5950

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2006, I electronically filed the foregoing <u>Motion to Amend Complaint</u> with the Clerk of the U.S. District Court by using the CM/ECF system which will send notification of such filing to the following:

Edward M. Wagner
Heyl, Royster, Voelker, & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
Telephone: (217) 344-0060
Fax: (217) 344-9295

                        s/Nile J. Williamson
                        NILE J. WILLIAMSON
                        ATTORNEY AT LAW
                        1926 ASSOCIATED BANK PLAZA
                        PEORIA, ILLINOIS 61602-1104
                        TELEPHONE: (309) 677-5950
                        FAX: (309) 677-5952
                        E-MAIL: nilew@aol.com