UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
|                 Plaintiff, ) | |
| v. ) | |
| ) | Case No. 05-2132 |
| BOARD OF TRUSTEES OF ) | |
| UNIVERSITY OF ILLINOIS, ) | |
| ) | |
|                 Defendant. ) | |

## O R D E R

Before the Court is the Motion for Leave to Amend Answer (#58) filed by Defendant Board of Trustees of the University of Illinois. Plaintiff has filed a written objection. The Court has thoroughly considered the written submissions of the parties and now grants the motion.

Defendant seeks to amend its answer by adding two affirmative defenses. It premises its request on FED. R. CIV. P. 15 which clearly allows the court to grant leave to amend which "leave shall be freely given when justice so requires."

Plaintiff correctly points out that the deadline for amendment of pleadings established in the Court's Discovery Order has expired. However, the Court retains discretion under Rule 15 to grant leave to amend. Arbitrary enforcement of the deadline established in the Discovery Order, regardless of the facts, would be an abuse of the Court's discretion.

Plaintiff argues that he has taken the deposition of "three key witnesses" and makes the conclusory statement that he will be prejudiced. The Court believes that the claim of prejudice is not well founded.

The first affirmative defense does little more than clarify Defendant's answer. It previously denied that it acted for any discriminatory or improper purpose. Plaintiff has engaged in discovery on this point. The second proposed affirmative defense appears to require no discovery.

According to the cases cited by movant, this Court clearly has the authority to allow the affirmative defenses to be raised at this stage of the proceedings. The Court has concluded that it is in the interest of justice that this motion be allowed.

The Motion for Leave to Amend Answer **(#58)** is **GRANTED**. The affirmative defenses maybe filed instanter.

ENTER this

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE