05442-P7148
EMW/slc
G:\48\P7148\P7148DCC 008

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

NOW COMES the defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, by Edward M. Wagner of Heyl, Royster, Voelker & Allen, and provides the following Certificate of Service to document and confirm this defendant's additional or supplemental discovery response.

This defendant states that on August 1, 2006, the defendant served upon the plaintiff by mail, in PDF format on a compact disc (CD), copies of the following documents: (1) the deposition of Sonya Chambers, taken on June 22, 2006; (2) the deposition of Kip Mecum, taken on June 22, 2006; (3) the deposition of Van Anderson, taken on June 23, 2006, and (4) all exhibits utilized and marked in the deposition of Geoffrey Bant, taken on July 18, 2006.

Further, the defendant discloses the identity of an additional witness, Regina Roberts, from the U.S. Postal Service, who has knowledge with respect to mailing, delivery and receipt of items and/or documents, as well as providing copies of items or documents received or delivered to or on behalf of the plaintiff in March 2005.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

Further, this defendant discloses a potential witness from the EEOC, Regina Husar, as an individual who would have knowledge of mailing, delivery and receipt of items or documents addressed to and/or received by or behalf of the plaintiff in March 2005.

As requested by the U.S. Federal District Court of the Central District of Illinois, this Certificate was electronically filed with the Clerk of the Court on August 4, 2006, using the CM/ECF system, which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

    BOARD OF TRUSTEES OF THE
    UNIVERSITY OF ILLINOIS, Defendant

    s/ Edward M. Wagner
    Attorney for Defendants
    Heyl, Royster, Voelker & Allen
    102 E. Main Street, Suite 300
    P.O. Box 129
    Urbana, IL 61803-0129
    217-344-0060 Phone
    217-344-9295 Fax
    E-mail: ewagner@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060