# A

| ONE SMALL WHITE BANKER'S BOX |
|---|
| Model/Size 789 with taped label on lid |

| | |
|---|---|
| 1. | hard-bound text <u>Deming</u> "Out of the Crisis" |
| 2. | brown file folder (expando unmarked) with 4 individual MANILA folders, marked: <br><br> 1) "Administrative Services Staff Meetings 1999 Agenda/Notes" <br><br> 2) "Administrative Services Staff Meetings 1998 Agenda/Notes" <br><br> 3) "Administrative Services Staff Meetings 1997 Agenda/Notes" <br><br> 4) "Administrative Services Staff Meetings 1996 Agenda/Notes" |
| 3. | one (1) BLACK LARGE 3-ring BINDER, tabbed:   "Donna Crotchett – Purchasing Division - UIUC" |
| 4. | one (1) BLACK LARGE 3-ring BINDER, tabbed:   "Donna Crotchett – Purchasing Division - UIUC" |

Exhibit "A"

**B**

| | |
|---|---|
| **LARGE WHITE/BLACK COVER BANKER'S BOX** (w/grey trim)  Model/Size 371 | |
| 1. | packet of loose documents. (campus profile, policy and Van Anderson's CV) |
| 2. | brown file (unmarked expando) with one (1) MANILA FILE inside marked "PERSONNEL - PS    Geoff Bant" |
| 3. | brown file (expando) marked: "Bant, Geoffrey Personnel File - 12/11/02 Response" |
| 4. | MANILA folder marked: "BANT, GEOFFREY W.  Search" |
| 5. | MANILA folder marked: "BANT, GEOFFREY W.  Whistleblower Filing" |
| 6. | brown file (expando unmarked) with bound CAP report dated 12DEC03 <u>and</u> MANILA folder marked "BANT, GEOFFREY Grievance 03-05" (had PRIVILEGED materials)  NOTE: the MANILA folder marked "BANT, GEOFFREY Grievance 03-05" had documents which were privileged and withheld on 6/28/06 meeting/document review . . . 30 pages/black medium clip . . . ATTORNEY-CLIENT PRIVILEGE . . . communications with/between VAN ANDERSON and OFFICE OF UNIVERSITY COUNSEL |
| 7. | brown folder (expando unmarked) with one (1) MANILA folder marked (handwriting) "Notes: Bant, Geoffrey" which did contain various individual (or multi-page) documents or notes which were privileged and withheld on the 6/28/06 meeting document review session . . . ATTORNEY-CLIENT PRIVILEGE  1) 6-pages communications between VAN ANDERSON and LISA HUSON/Office of University Counsel  2) 4-pages communications between VAN ANDERSON and LISA HUSON/MARK HENSS/Office of University Counsel  3) 2-pages of VAN ANDERSON notes from communications with LISA HUSON/Office of University Counsel from 1/14/04 and 7/14/03  4) 1-page of VAN ANDERSON notes from communications with MARK HENSS/Office of University Counsel on 12/19/02, and LISA HUSON & MARK HENSS/Office of University Counsel on 12/20/02  5) 1-page of VAN ANDERSON notes from communications with PEG RAWLES/Office of University Counsel ON 12/18/02 |

|   |   |   |
|---|---|---|
|   | 6) | 1-page containing routing/reply sticker from VAN ANDERSON to LISA HUSON/Office of University Counsel with message on 12/12/02 |
|   | 7) | 1-page of VAN ANDERSON notes from communications with LISA HUSON/Office of University Counsel on or about 12/4/02 |
|   | 8) | 2-pages of VAN ANDERSON notes and LISA HUSON's notes/Office of University Counsel reflecting communications on or about 12/11/02 |
|   | 9) | 2-pages of VAN ANDERSON communications with or from LISA HUSON/Office of University Counsel on or about 11/21 and 22/02 |
|   | 10) | 1-page VAN ANDERSON notes of communication with LISA HUSON/Office of University Counsel on 11/20/02 |
|   | 11) | 1-page VAN ANDERSON notes of communications or efforts to communicate with MARCIA ROTUNDA and LISA HUSON/Office of University Counsel on 11/19/02 |
| 8. | \multicolumn{2}{l|}{brown file (expando unmarked) contains 2 bound documents (black) <u>and</u> one (1) MANILA folder marked "BANT, GEOFFREY IDHR Complaint", and this MANILA folder <u>did</u> have PRIVILEGED matter which contained various individual/multi-page documents or notes which were privileged and withheld on the 6/28/06 meeting document review session . . . ATTORNEY-CLIENT PRIVILEGE} |
|   | 1) | 1-page VAN ANDERSON notes of communications with MARK HENSS, PAM PIRTLE and VAN ANDERSON on 4/2/04 |
|   | 2) | 1-page VAN ANDERSON notes of communications with MARK HENSS, PAM PIRTLE and VAN ANDERSON on 4/5/04 |
|   | 3) | 12-pages of communications between VAN ANDERSON, MARK HENSS and PAM PIRTLE |
|   | 4) | 31-pages of communications, documents reviewed and notes of communications between MARK HENSS/Office of University Counsel and VAN ANDERSON |

2

| | |
|---|---|
| 9. | brown file (expando unmarked) contains light grey file folder marked "Discuss with Colbert" which grey file folder did possess some ATTORNEY-CLIENT PRIVILEGED or irrelevant documents<br><br>1) 2 copies of a letter from Thomas Rettker to Jessie Knox dated 10/20/00 which is irrelevant to this case<br><br>2) 1-page e-mail from LISA HUSON/Office of University Counsel to VAN ANDERSON on 7/20/00 re: Gift Bant Act which is irrelevant and privileged<br><br>3) 9-pages of notes or reports and communications concerning March 2000 Environmental Liabilities Annual Report which is irrelevant and privileged with communications from RENOTTA YOUNG-KELLY/Office of University Counsel |
| 10. | individual MANILA folder marked "Printing Services Appreciation Luncheon 12/2001" |
| 11. | individual MANILA folder marked "Printing Services Xerox Credits" |
| 12. | individual MANILA folder marked "Printing Services Organizational Structure" |
| 13. | brown file folder (expando unmarked) which contains <u>11</u> individual MANILA folders <u>and</u> 1 small 4-page folded postcard size OPS ad <u>and</u> 1 loose 2-page letter from Mary Beastall to Scott Carter dated 11/27/02<br><br>the 11 individual MANILA folders were labeled as follows:<br><br>1) Printing Services/Development Office<br>2) Printing Services/All OPS Financial Mtgs<br>3) Printing Services/Print Division<br>4) Printing Services/Purchasing RFP<br>5) Printing Services/: IFSI<br>6) Merger<br>7) Printing Services: AITS<br>8) Printing Services: Phonak<br>9) Printing Services: Audit April 2002<br>10) Printing Services: Jeffrey Gallagher<br>11) Printing Services: Duane Fitch |
| 14. | brown file folder (expando unmarked) with light grey folder marked "Administrative Services Staff Meetings" |

3

C

| | | |
|---|---|---|
|  | **LARGE BROWN BOX ("Set 1: 1-9")**<br>with NINE (9) 3-RING BINDERS and envelope<br>with letter dated May 8, 2002 from Barb Childers to Van Anderson<br>with white labels on BOX "Vice Chancellor for Administration and Human Resources<br>Administrative Services Files<br>Van Anderson<br>Contents: Xerox Files, Office of Printing Services" | |
| 1. | envelope with letter dated May 8, 2002 from Barb Childers to Van Anderson | |
| 2. | WHITE BINDER labeled: | "XEROX INFORMATION<br>SEPTEMBER - DECEMBER<br>1999" |
| 3. | WHITE BINDER labeled: | "XEROX INFORMATION<br>JUNE - AUGUST<br>1999" |
| 4. | BLACK BINDER labeled: | "XEROX INFORMATION<br>JANUARY - JUNE<br>1999" |
| 5. | WHITE BINDER labeled: | "XEROX INFORMATION<br>1998" |
| 6. | BLACK BINDER labeled: | "XEROX INFORMATION<br>1997" |
| 7. | BLACK BINDER labeled: | "Letters of Understanding for all Amendments &<br>Amendments 11-15 Documentation" |
| 8. | WHITE BINDER labeled: | "Amendments 16-17 Documentation" |
| 9. | WHITE BINDER labeled: | "Amendments 18-26 Documentation" |
| 10. | BLACK BINDER labeled: | "Amendments 27-40 Documentation" |

**D**

| | **LARGE BROWN BOX ("Set 2: 10-17")** with EIGHT (8) 3-RING BINDERS and envelope with extra copy of letter dated May 8, 2002 from Barb Childers to Van Anderson with white labels on BOX "Vice Chancellor for Administration and Human Resources Administrative Services Files Van Anderson Contents: Xerox Files, Office of Printing Services" | |
|---|---|---|
| 1. | envelope with extra copy of letter dated May 8, 2002 from Barb Childers to Van Anderson | |
| 2. | BLACK BINDER labeled: | "XEROX INFORMATION JANUARY - SEPTEMBER 2000" |
| 3. | WHITE BINDER labeled: | "XEROX INFORMATION OCTOBER - DECEMBER 2000" |
| 4. | WHITE BINDER labeled: | "XEROX INFORMATION JANUARY - JUNE 2001" |
| 5. | BLUE BINDER labeled: | "XEROX INFORMATION JULY - DECEMBER 2001" |
| 6. | BLACK BINDER labeled: | "XEROX INFORMATION 2002" |
| 7. | BLUE BINDER labeled: | "E-mail from Dave McCall" |
| 8. | WHITE BINDER labeled: | "E-mail from Barb Childers" |
| 9. | BLACK BINDER labeled: | "Correspondence, E-mail and Notes from Mark Montgomery" |