05442-P7148
EMW/slc
G:\48\P7148\P7148PMI 011

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO AMEND/CORRECT DOCKET TEXT/MINUTE ENTRY**

NOW COMES the defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, by its attorney, Edward M. Wagner of Heyl, Royster, Voelker & Allen, and hereby requests that this Court correct and revise the "docket text" and "minute entry" for the proceedings and Status Conference held April 20, 2006, to accurately reflect the appearance of the plaintiff's counsel, Nile Williamson, for the plaintiff. The "docket text" recently retrieved by the undersigned attorney does not reflect plaintiff's counsel's appearance during that telephone Status Conference, but rather indicates that the plaintiff, himself (Geoffrey Bant), was present. The plaintiff was not personally present nor in attendance.

Further, this defendant requests any other relief which this Court deems to be just and equitable under the circumstances.

BOARD OF TRUSTEES OF THE UNIVERSITY
OF ILLINOIS, Defendant

s/Edward M. Wagner
Attorney for Defendants
Heyl, Royster, Voelker & Allen

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: ewagner@hrva.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

s/Edward M. Wagner
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: ewagner@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2