E-FILED
Thursday, 24 August, 2006  04:22:41 PM
Clerk, U.S. District Court, ILCD

05442-P7148
EMW/slc
G:\48\P7148\P7148PMD 009

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| Plaintiff, ) | |
| vs. ) | No.: 05-2132 |
| BOARD OF TRUSTEES OF THE ) UNIVERSITY OF ILLINOIS, ) | |
| Defendant. ) | |

**MOTION TO DISMISS AND STRIKE
"THIRD AMENDED COMPLAINT"
FILED AUGUST 14, 2006**

NOW COME the defendants, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and VAN ALLEN ANDERSON, by Edward M. Wagner of Heyl, Royster, Voelker & Allen, and pursuant to Fed. R. Civ. P. 12(b)(2) and (6) and 12(f), moves to dismiss with prejudice and strike Counts III, IV and V, as well as Van Allen Anderson, and certain irrelevant paragraphs referencing or attempting to support previously dismissed counts, from the so-called "Third Amended Complaint" (#66), filed August 14, 2006, as all such challenged counts and parties were previously dismissed by this Court or the plaintiff himself, or alternatively should now be dismissed with prejudice, and in support thereof further states:

  1.  That Counts III, IV and V of the "Amended Complaint Modified Per Text Order Entered 8/11/06" (#66) and the improperly renamed and joined Van Allen Anderson should be stricken and dismissed with prejudice from this amendment and suit in its entirety, as each has

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

been previously dismissed by this Court, and Count IV was previously voluntarily dismissed with prejudice by plaintiff.

2. In the alternative, if this Court allows the new Count IV to withstand its prior dismissal Orders and plaintiff's own voluntary dismissal, then it still must be dismissed as an untimely First Amendment claim alleging a violation in or prior to October 2002 which does not relate back to plaintiff's initial filing, and nonetheless would still be time-barred in any event.

3. Further, paragraphs 3, 4 and 5 of the "Third Amended Complaint" should be stricken as solely relating to counts previously dismissed, namely Counts III, IV and V. Also, paragraphs 21-26, inclusive, of the "Third Amended Complaint" should also be stricken as solely relating to Count IV which was, again, previously dismissed, as well as all "now named defendants" have been previously dismissed.

4. Defendants have concurrently filed their Memorandum of Law in Support of Motion to Dismiss and Strike "Third Amended Complaint" filed August 14, 2006 and incorporate the same herein by reference.

WHEREFORE, these defendants, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and VAN ALLEN ANDERSON, pray that this Court enter an Order again dismissing with prejudice Counts III, IV and V from the "Third Amended Complaint" (#66), and again dismiss Van Allen Anderson with prejudice from this suit and the caption of this

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2

case. Further, these defendants requests any other relief which this Court deems just and equitable under the circumstances.

                          BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and VAN ALLEN ANDERSON, Defendants

                          s/Edward M. Wagner
                          Attorney for Defendants
                          Heyl, Royster, Voelker & Allen
                          Suite 300
                          102 E. Main Street
                          P.O. Box 129
                          Urbana, IL 61803-0129
                          217-344-0060 Phone
                          217-344-9295 Fax
                          E-mail: ewagner@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

                                                     s/Edward M. Wagner
                                                     Attorney for Defendant
                                                     Heyl, Royster, Voelker & Allen
                                                     Suite 300
                                                     102 E. Main Street
                                                     P.O. Box 129
                                                    Urbana, IL 61803-0129
                                                    217-344-0060 Phone
                                                    217-344-9295 Fax
                                                    E-mail: ewagner@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

4