**E-FILED**
Thursday, 24 August, 2006   04:24:16 PM
Clerk, U.S. District Court, ILCD

**HEYL ROYSTER**

**VOELKER
&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOI

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM L. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLERNGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
ANNA A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRIEHBLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
EDWARD K. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. BEELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
ROBERT M. BENNETT
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANIELS
APRIL G. TROEMPER
MATTHEW R. BOOKER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
ADAM J. LAGOCKI
LORI E. MCGRK
JANA L. BRADY
GREGORY J. RASTATTER
MONICA H. SHOLAR
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
PETER E. NAYLOR
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. WELCH
DANIEL P. HISER

August 15, 2006

**VIA FAX AND REGULAR MAIL**
Mr. Nile J. Williamson
1926 Associated Bank Plaza
Peoria, IL 61602-1104

IN RE:     Our File No.   :   05442-P7148
              Case No.       :   05-2132
              *Geoffrey W. Bant v. Board of Trustees of the University of Illinois*

Dear Nile:

We have received your "Amended Complaint", which internally appears to be called a "Third Amended Complaint".

Unfortunately, Mr. Van Anderson was somehow added back in as a defendant in your caption, and also somehow Counts III, IV and V reappeared. There are also portions of paragraph 1, as well as all of paragraphs 3-5, 13 and 21-26, which are no longer relevant in light of the prior Orders of the Court dismissing Counts II, IV and V.

I do not feel it necessary from the defendant's position to have to file a new Motion to Dismiss and Strike any of these matters which have been previously ruled upon.

Thus, I am requesting at this point that the plaintiff file a new Amended Complaint rectifying this situation.

As was the case in our last conference call with Judge Bernthal, Counts I and II are the only counts that remain, and the sole defendant is the Board of Trustees of the University of Illinois.

Exhibit "___A___"



**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Mr. Nile J. Williamson
File No.: 05442-P7148
August 15, 2006
Page 2


Please let me know your position on this matter, and we thank you for your help.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN


By:
Edward M. Wagner
Ext. 219
ewagner@hrva.com
EMW/slc
G:\48\P7148\P7148LPA 023