**NILE J. WILLIAMSON**
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104

309-677-5950

FAX 309-677-5952
EMAIL nilew@aol.com

LICENSED ILLINOIS
IOWA (INACTIVE)
U.S. SUPREME COURT

August 15, 2006

Edward Wagner
Heyl, Royster, Voelker, & Allen
102 E. Main Street, Suite 300
Urbana, IL 61803

RE: <u>Bant v. Board of Trustees of the University of Illinois</u>
    Case No. 05-2132

Dear Ed:

In response to yours of 8/15/06, you will note that I requested that the date change be made instanter and by interlineations to prevent the exact problem that you bring up. That is why I labeled the new amended complaint "Amended Complaint Modified Per Text Order Entered 8/11/06". We all understand the courts ruling on prior motions to dismiss and since the text order of August 11th directed me to re-file the amended complaint, I did so with a view to minimize further action. It is not necessary for me to file any additional amended complaints and by this letter you will understand that the plaintiff recognizes the prior rulings of the court and the existing contents.

Very truly yours,

*[signature]*

NILE J. WILLIAMSON
NJW/am

cc: Geoff Bant

Exhibit "B"