**NILE J. WILLIAMSON**
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104

309-677-5950

FAX 309-677-5952
EMAIL nilew@aol.com

LICENSED ILLINOIS
IOWA (INACTIVE)
U.S. SUPREME COURT

August 18, 2006

VIA FAX: (217) 344-9295

Edward M. Wagner
Heyl, Royster, Voelker, & Allen
102 E. Main Street, Suite 300
Urbana, IL 61803

RE: **Bant v. Board of Trustees of the University of Illinois**
      Case No. 05-2132

Dear Ed:

In response to yours of 8/17/06, why don't you prepare the format for an unopposed motion to dismiss. I have explained to the plaintiff that the changing of the October date will toll the statute of limitations for the pending action under 42 USC § 1983 in Count IV per the 10/3/05 order. Accordingly, although your previous correspondence suggests otherwise, there is still a count to be dismissed by motion and the only remaining actions will be the gender and race counts against the Board of Trustees under Counts I and II. I trust this elucidates the situation and that you will prepare an appropriate pleading.

Very truly yours,

NILE J. WILLIAMSON
NJW/am

Exhibit "D"