# HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOI

ROBERT V. DEWEY, JR.
  *Managing Partner*
BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM L. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
ROBERT M. BENNETT
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANIELS
APRIL G. TROEMPER
MATTHEW R. BOOKER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
ADAM J. LAGOCKI
LORI E. MCGIRK
JANA L. BRADY
GREGORY J. RASTATTER
MONICA H. SHOLAR
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
PETER E. NAYLOR
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. WELCH
DANIEL P. HISER

August 21, 2006

**VIA FAX AND REGULAR MAIL**
Mr. Nile J. Williamson
1926 Associated Bank Plaza
Peoria, IL 61602-1104

IN RE:   Our File No.   :   05442-P7148
         Case No.       :   05-2132
         Geoffrey W. Bant v. Board of Trustees of the University of Illinois

Dear Nile:

I have reviewed the prior pleadings as well as your correspondence of last week. I do not find any basis for any other possible conclusion than withdrawing the previously dismissed Counts III, IV and V, as well as Van Anderson, from this new "Amended Complaint" which you filed last Monday. Even looking at the cryptic reasons in your note of last Friday, August 18, 2006, there is no basis to bringing back previously dismissed counts or parties.

In order to handle this matter by way of stipulation, and to forego any further efforts on this, I enclose an **AGREED MOTION FOR DISMISSAL AND STIPULATION** for your review and approval.

If the proposed stipulation meets with your approval, please provide me with a written response allowing me to put your electronic signature over your signature line, after which I will put mine and then file it.

If you are not in agreement nor approving the proposed stipulation, I would still appreciate a written response.

Thank you for your help.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN


By:
Edward M. Wagner
Ext. 219
ewagner@hrva.com
EMW/slc
Attachment/Enclosure: As Indicated
G:\48\P7148\P7148LPA 025

Exhibit "E"

05442-P7148
EMW/slc
G:\48\P7148\P7148PMI 010

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 05-2132 |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) |
| Defendant. | ) |

**AGREED MOTION FOR DISMISSAL AND STIPULATION**

NOW COME the plaintiff, GEOFFREY W. BANT, by his attorney, Nile J. Williamson, and the defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, by its attorney, Edward M. Wagner of Heyl, Royster, Voelker & Allen, and request that this Court, pursuant to the agreement and stipulation of the parties, dismiss with prejudice the recently filed Counts III, IV and V, as well as VAN ALLEN ANDERSON, and any reference to ANDERSON as a "defendant", from the "Amended Complaint Modified Per Text Order Entered 8/11/06" (document #66) and from this suit in its entirety.

Mr. Nile J. Williamson
Attorney for Plaintiff, GEOFFREY W. BANT
1926 Associated Bank Plaza
Peoria, IL 61602-1104
(309) 677-5950 (Phone)
(309) 677-5952 (Fax)
E-mail: nilew@aol.com

Edward M. Wagner
Attorney for Defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 29
Urbana, IL 61803-0129
217-344-0060 (Phone)
217-344-9295 (Fax)
E-mail: ewagner@hrva.com