# HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. McCLENATHAN
LISA A. LaCONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
ROBERT M. BENNETT
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANIELS
APRIL G. TROEMPER
MATTHEW R. BOOKER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
ADAM J. LAGOCKI
LORI E. McGIRK
JANA L. BRADY
GREGORY J. RASTATTER
MONICA H. SHOLAR
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
PETER E. NAYLOR
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. WELCH
DANIEL P. HISER

January 17, 2006

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

IN RE:  Our File No.  :  05442-P7148
Case No.      :  05-2132
Geoffrey W. Bant v. Board of Trustees of the University of Illinois

Dear Nile:

Enclosed please find a Request To Admit Facts.

We would, at this time, request that the plaintiff voluntarily dismiss with prejudice Count IV in its entirety and as to any and all defendants, with Anderson being dismissed with prejudice, specifically.

Thank you for your help in this matter.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

BY:
Edward M. Wagner
Ext. 227
ewagner@hrva.com
EMW/cp
Enclosure: As Indicated
G:\48\P7148\P7148LPA 007



Exhibit "G"