E-FILED
Friday, 25 August, 2006  03:27:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS & STRIKE THIRD AMENDED COMPLAINT**

1. That in accordance with the text order entered 8/11/06, plaintiff filed an amended complaint reflecting the change in paragraph 26 altering the date October, 2003 to October, 2002. At no time did plaintiff suggest that previous orders of court were not enforced or that plaintiff was attempting to file any new cause of action, rather plaintiff was adhering to the text order of the court to physically re-file the complaint that had been amended by changing one year in one paragraph. In filing this response, plaintiff does not accede or consent to any prior ruling of this court dismissing plaintiff's claims and stands upon his prior arguments.

2. That in so far as Count IV is now barred because of the change of the date as herein described and as more fully discussed in the court's order e-filed October 10, 2005 (pages 10 and 11), plaintiff does not object or contest the dismissal of Count IV of the amended complaint or other components thereof.

3. That it would be inappropriate to strike the amended complaint since plaintiff was corresponding to the court's text order as described.

WHEREFORE, plaintiff prays that the motion to dismiss Count IV be allowed and for such other orders as is appropriate.

                    GEOFFREY W. BANT, Plaintiff,

By: s/Nile J. Williamson
     NILE J. WILLIAMSON
     ATTORNEY AT LAW
     1926 ASSOCIATED BANK PLAZA
     PEORIA, ILLINOIS 61602-1104
     TELEPHONE: (309) 677-5950
     FACSIMILE: (309) 677-5952
     E-MAIL: nilew@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify on <u>August 25, 2006</u>, I electronically filed the foregoing <u>Plaintiff's Response to Motion to Dismiss & Strike Third Amended Complaint</u> with the Clerk of the U.S. District Court by using the CM/ECF system which will send notification of such filing to the following parties who are participants:

Edward M. Wagner
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, Illinois 61803-0129

s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, IL 61602-1104
TELEPHONE: (309) 677-5950
FACSIMILE: (309) 677-5952
E-MAIL: nilew@aol.com