E-FILED
Wednesday, 30 August, 2006  01:45:44 PM
Clerk, U.S. District Court, ILCD

05442-P7148
EMW/slc
G:\48\P7148\P7148DCC 010

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GEOFFREY W. BANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 05-2132 |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

NOW COMES the defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, by Edward M. Wagner of Heyl, Royster, Voelker & Allen, and provides the following Certificate of Service to document and confirm this further supplement of prior discovery responses and in further supplement of this defendant's Rule 26 Disclosures, and provides a one-page performance review of Sonya Chambers dated June 25, 2003, and marked by the parties as "CONFIDENTIAL" and exchanged pursuant to the prior Protective Order, to the plaintiff's counsel, Nile Williamson, by fax and by regular mail on this date.

As requested by the U.S. Federal District Court of the Central District of Illinois, this Certificate was electronically filed with the Clerk of the Court on August 30, 2006, using the CM/ECF system, which will send notification of such filing to the following:

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

                                         BOARD OF TRUSTEES OF THE
                                         UNIVERSITY OF ILLINOIS, Defendant

                                         s/ Edward M. Wagner
                                         Attorney for Defendants
                                         Heyl, Royster, Voelker & Allen
                                         102 E. Main Street, Suite 300
                                         P.O. Box 129
                                         Urbana, IL 61803-0129
                                         217-344-0060 Phone
                                         217-344-9295 Fax
                                         E-mail: ewagner@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060