05442-P7148
KBH
G:\48\P7148\P7148PSJ 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR SUMMARY JUDGMENT**

Defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, by its attorneys, Edward M. Wagner and Keith B. Hill of HEYL, ROYSTER, VOELKER & ALLEN and pursuant to Rule 56 of the Federal Rules of Civil Procedure and CDIL-LR 7.1(D), respectfully moves this Court for summary judgment as the sole remaining Counts I and II are time-barred[1]. For its motion, Defendant states as follows:

1.       On June 3, 2005, Plaintiff, Geoffrey Bant, filed *pro se* a Complaint (#1) against the Board of Trustees of the University of Illinois ("Board of Trustees"). Shortly thereafter, Plaintiff retained counsel and has since amended his complaint four times, attempting to state various claims against the Board of Trustees and various other parties (#8, 17, 30, 66).

---

[1] This Motion for Summary Judgment is being brought now as the limitations defense raised is dispositive of all issues on the sole remaining Counts I and II. In the event this Motion for Summary Judgment is still pending at the time set by this Court for the filing of dispositive motions, this defendant intends to file and reserves the right to file a further Motion for Summary Judgment on other, different grounds.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

Motions to dismiss were filed in response to each of Plaintiff's amended complaints (#11, 23, 34, 38) and rulings were entered by this Court on each of theses motions (#28, 29, 40, 41), except for the Board of Trustees' most recently filed motion to dismiss (#69, 70). Based on this Court's rulings and Plaintiff's admission at the telephone status conference held on April 20, 2006[2], the sole remaining counts are Counts I and II against the Board of Trustees only[3]. Counts I and II allege discrimination against the Board of Trustees in violation of Title VII, based on gender and race, respectively (#8).

2.  Title VII provides that the Equal Employment Opportunity Commission ("EEOC") shall notify the person aggrieved of his right to sue, "and [that] within ninety days after the giving of such notice, a civil action may be brought." 42 U.S.C. § 2000e-5(f)(1).

3.  The 90-day period of limitations begins to run on the date that the EEOC "right-to-sue" notice is actually received either by the claimant or by the attorney representing him. *Jones v. Madison Service Corp.*, 744 F.2d 1309, 1312 (7th Cir. 1984).

4.  Summary judgment should be granted in favor of the Board of Trustees because Plaintiff's *pro se* Complaint was filed beyond the 90-day limitation period. The undisputed material facts establish that Plaintiff had actual or constructive notice and receipt of his "right-to-sue" letter on March 3, 2005, and that he filed suit 92-days later on June 3, 2005.

5.  The Board of Trustees has concurrently filed its Memorandum of Law in Support of this Motion for Summary Judgment and incorporate the same herein by reference.

---

[2] The parties and this Court agreed on April 20, 2006, that the sole remaining counts were Counts I and II against the Board of Trustees only.

[3] For a more detailed discussion of the pleading history of this case, the Board of Trustees refers this Court to its "Memorandum of Law in Support of Motion to Dismiss and Strike 'Third Amended Complaint' filed August 14, 2006", and incorporate the same herein by reference. (#70)

HeylRoyster VOELKER &ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

WHEREFORE, the Board of Trustees of the University of Illinois respectfully requests that this Court enter an order granting summary judgment in its favor and against Plaintiff as to the sole remaining counts, Counts I and II, and thus, judgment as to this suit in its entirety, and costs of suit, together with other such relief as the Court deems appropriate and equitable under the circumstances.

        BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, Defendant

        s/Edward M. Wagner
        Attorney for Defendant
        Heyl, Royster, Voelker & Allen
        Suite 300
        102 E. Main Street
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: ewagner@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

                                              s/Edward M. Wagner
                                              Attorney for Defendant
                                              Heyl, Royster, Voelker & Allen
                                              Suite 300
                                              102 E. Main Street
                                              P.O. Box 129
                                              Urbana, IL 61803-0129
                                              217-344-0060 Phone
                                              217-344-9295 Fax
                                              E-mail: ewagner@hrva.com

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060