05442-P7148
KBH
G:\48\P7148\P7148AFF 003

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF LARINE Y. COWAN

NOW COMES the affiant, Larine Y. Cowan, first being duly sworn upon oath and of full legal age and under no legal disability, and states that if called to testify at time of trial or hearing in this matter, she could competently testify to the matters and facts contained in this Affidavit all as follows:

1. I am employed as the Director, University of Illinois at Urbana-Champaign Office of Equal Opportunity and Access ("OEOA").

2. The OEOA responsibilities include handling complaints of alleged discrimination filed with Federal and State agencies. To carry out this function, OEOA staff gathers, creates and receives documents relating to charges of alleged discrimination made against the University of Illinois and keeps and maintains these documents in its files according to its filing system.

3. The OEOA assisted the University of Illinois concerning the charges of alleged discrimination filed by Geoffrey Bant in the Illinois Department of Human Rights ("IDHR")

(Charge No. 2003SA3673) and Equal Employment Opportunity Commission ("EEOC") (Charge No. 21BA302456).

4. The documents gathered, created and received by the OEOA concerning the charges of alleged discrimination filed by Geoffrey Bant against the University of Illinois (Charge Nos. 2003SA3673 and 21BA302456) are kept and maintained by the OEOA, according to its filing system, in a file created and designated for documents concerning these charges of alleged discrimination.

5. Attached hereto as Exhibit A-1 and incorporated herein by reference is a true and correct copy of the Notice of Charge of Discrimination and the Charge of Discrimination dually filed in the IDHR and EEOC against the University of Illinois.

6. Attached hereto as Exhibit A-2 and incorporated herein by reference is a true and correct copy of the Entry of Appearance filed by Attorney Catherine Barbercheck as attorney for Geoffrey Bant and served on the IDHR and the OEOA. Ms. Barbercheck's entry of appearance was received by the OEOA on January 6, 2004.

7. Attached hereto as Exhibit A-3 and incorporated herein by reference is a true and correct copy of the "Order of Closure" entered by the IDHR on May 17, 2004, and served on Ms. Pamela Pirtle, former Assistant Director of OEOA, and Attorney Catherine Barbercheck as attorney for Geoffrey Bant. The IDHR's "Order of Closure" was received by the OEOA on May 20, 2004.

8. Attached hereto as Exhibit A-4 and incorporated herein by reference is a true and correct copy of correspondence dated June 23, 2004 from the EEOC to Pamela Pirtle, advising

that the EEOC had assumed responsibility for investigating Mr. Bant's alleged charge. The correspondence was received by the OEOA on June 28, 2004.

9. Attached hereto as Exhibit A-5 and incorporated herein by reference is a true and correct copy of the Dismissal and Notice of Rights letter issued by the EEOC and received by the OEOA on March 3, 2005.

10. The above records, attached hereto as Exhibits A-1 through A-5, are kept and maintained by the OEOA, according to its filing system, in a file it has created and designated for documents concerning the charges of alleged discrimination filed by Geoffrey Bant against the University of Illinois (Charge Nos. 2003SA3673 and 21BA302456).

11. It is the regular custom and business practice of the OEOA to keep and maintain such records.

12. I make this Affidavit and these statements after my review of the OEOA file for the alleged discrimination charges filed by Geoffrey Bant and to the best of my knowledge, information and belief.

FURTHER AFFIANT SAYETH NOT.

_____
Larine Y. Cowan

STATE OF ILLINOIS    )
                     ) SS:
COUNTY OF CHAMPAIGN )

On this 15th day of August, 2006, before me personally appeared Larine Y. Cowan, known to me to be the person who executed the above and foregoing Affidavit, and who this day acknowledged that she executed the same as her free act and deed for the uses and purposes therein set forth.

_____
NOTARY PUBLIC

OFFICIAL SEAL
DONNA JESSEE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-14-2008

Page 3 of 3

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| BANT GEOFFREY W.<br><br>Versus<br><br>UNIVERSITY OF IL AT URBAN | **PERSON FILING CHARGE**<br>BANT GEOFFREY W.<br><br>**THIS PERSON** (check one)<br>☐ CLAIMS TO BE AGGRIEVED<br>☐ IS FILING ON BEHALF OF ANOTHER<br><br>**DATE OF ALLEGED VIOLATION**<br>Earliest                Most Recent<br><br>**PLACE OF ALLEGED VIOLATION**<br><br>**EEOC CHARGE NUMBER**<br><br>**DHR Charge Number**<br>2003SA3673 |

**NOTICE OF CHARGE OF DISCRIMINATION** IN JURISDICTIONS WHERE A FEP AGENCY WILL INITIALLY PROCESS
(See EEOC "Rules and Regulations" for additional information)

YOU ARE HEREBY NOTIFIED THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

☐ Title VII of the Civil Rights Act of 1964        ☐ The Americans with Disabilities Act

☐ The Age Discrimination in Employment Act of 1967 (ADEA)

**HAS BEEN RECEIVED BY**

☐ The EEOC and sent for initial processing to _____
(FEP Agency)

[X] The Illinois Department of Human Rights and sent to the EEOC for dual filing purposes.
(FEP Agency)

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII or ADA charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances the Commission will take no further action, thereby avoiding the necessity of an investigation by both the Agency and the Commission. This likelihood is increased by your cooperation with the Agency.

☐ As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by the Commission. Regardless of whether the Agency or the Commission processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the "EEOC Rules and Regulations" apply.

For further correspondence on this matter, please use the charge number(s) shown.

☐ An Equal Pay Act investigation (29 U.S.C. (d)) will be conducted by the Commission concurrently with the Agency's investigation of the charge.

[X] Enclosure: Copy of Charge

**BASIS OF DISCRIMINATION**

See Copy of Charge

**CIRCUMSTANCES OF ALLEGED VIOLATION:**

| DATE<br>June 17, 2003 | TYPED NAME/TITLE OF AUTHORIZED EEOC OFFICIAL<br>John P. Rowe, District Director | SIGNATURE<br>*John P. Rowe* |
|---|---|---|

EEOC form 131-A S (05/02)

Exhibit "A-1"

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

RECEIVED JUN 13 2003
Dept. of Human Rights

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA<br>☐ EEOC | 2003SA3673 |

State of Illinois Department of Human Rights _____ and EEOC
_State or local Agency, if any_

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Geoffrey W. Bant | 217-344-4557 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | |
|---|---|---|
| 801 W. Pennsylvania | Urbana, Il 61801 | DATE OF BIRTH<br>9-21-48 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| University Of Illinois-Champaign | 15± | 217-333-6290 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 601 E. John St | Champaign, Il 61820 | Champaign |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)).

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| | Jan 10, 03 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. A. ISSUE/BASIS
   1. Discharge on Jan 10, 2003, because of age, 54.

   B. PRIMA FACIE ALLEGATIONS
   1. I am 54 years of age.

   2. I was well qualified and performed all duties as Director of Printing Operations in a manner consistent with policies.

   3. I was discharged on Jan 10, 2003. Respondent said my discharge was necessitated by my failure to improve business processes, failure to improve financial position, violation of financial policy and inability to manage my staff.

   4. Respondents presented justification necessitating my departure is pretext. I was replaced by Sonya Chambers-early 30's, an individual with considerably less experience and qualifications.

(cont.)

☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

6/5/03
Date

_Geoffrey W. Bant_
Charging Party (Signature)

NOTARY (When necessary for State and local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
_Geoffrey W. Bant_

Date 6/5/03

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)
6/5/03

Catherine H. Barbercheck
Notary Public, State of Illinois
My Commission Exp.

EEOC FORM 5 (Rev. 06/92)

Exhibit "A-1"

Page 2.
CP Name:

II. A. ISSUE/BASIS
1. Discharge on Jan 10, 2003, because of sex, male.

B. PRIMA FACIE ALLEGATIONS
1. My sex is male.

2. I was well qualified and performed all duties as Director of Printing Operations in a manner consistent with policies.

3. I was discharged on Jan 10, 2003. Respondent said my discharge was necessitated by my failure to improve business processes, failure to improve financial position, violation of financial policy and inability to manage my staff.

4. Respondents presented justification necessitating my departure is pretext. I was replaced by Sonya Chambers, an individual with considerably less experience and qualifications.

III. A. ISSUE/BASIS
1. Discharge on Jan 10, 2003, because of race, Caucasian.

B. PRIMA FACIE ALLEGATIONS
1. I am Caucasian.

2. I was well qualified and performed all duties as Director of Printing Operations in a manner consistent with policies.

3. I was discharged on Jan 10, 2003. Respondent said my discharge was necessitated by my failure to improve business processes, failure to improve financial position, violation of financial policy and inability to manage my staff.

4. Respondents presented justification necessitating my departure is pretext. I was replaced by Sonya Chambers, Black, an individual with considerably less experience and qualifications.

Exhibit "A-1"

RECEIVED
JAN 0 6 2004
OEOA

STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

GEOFFREY W. BANT,            )
   Complainant,              )
                          )
vs.                          )    Charge No. 2003SA3673
                          )
UNIVERSITY OF ILLINOIS URBANA, )
   Respondent.               )

### ENTRY OF APPEARANCE

NOW COMES LAWRENCE E. JOHNSON & ASSOCIATES, P.C., and enters its appearance as the attorneys of record for the Complainant, Geoffrey W. Bant, in the above-captioned matter.

_____
One of His Attorneys

### CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that I have served a copy of the Entry of Appearance, by enclosing the same in an envelope plainly addressed as follows:

Carolyn L. Toney
Human Rights Investigator
Charge Processing Division
222 S. College St., Room 101 A
Springfield, IL 62704

Lorine Cowan
Asst. Chancellor & Director
Office of Equal Opportunity & Assessment
100 Swanlund Administration Bldg.
MC-304
601 E. John Street
Champaign, IL 61820

and depositing said copies in the U.S. Mail in Champaign, Illinois, on this 5th day of December, 2003, with postage fully prepaid in accordance with Illinois Supreme Court Rule 11(b).

_____
CATHERINE H. BARBERCHECK

Catherine H. Barbercheck
Attorney for the Complainant
LAWRENCE E. JOHNSON & ASSOCIATES, P.C.
202 W. Hill St., P.O. Box 1127
Champaign, IL 61824-1127
Telephone (217) 352-3634

Exhibit "A-2"

STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

RECEIVED
MAY 2 0 2004
OEOA

IN THE MATTER OF:

GEOFFREY W. BANT,

    COMPLAINANT,

AND

THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS,

    RESPONDENT.

CHARGE NO. 2003SA3673
EEOC NO.

## ORDER OF CLOSURE

Charge Number 2003SA3673 having been filed with the Department of Human Rights by Complainant against Respondent, and Complainant having submitted a written request to withdraw the charge pursuant to the Department's Rules and Regulations;

NOW, THEREFORE, it is hereby ORDERED that Complainant's request to withdraw is approved and that Complainant's charge(s) be and the same is (are) closed.

ENTERED THIS 17th DAY OF MAY, 2004.

DEPARTMENT OF HUMAN RIGHTS

BY: *Alice M. Ralph*
Alice M. Ralph, Manager
Charge Processing Division

Exhibit "A-3"

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

RECEIVED
MAY 20 2004
OEOA

FILE NO (S) 2003SA3673

## AFFIDAVIT OF SERVICE

Ann E. Mosley, being first duly sworn, on oath states that she served a copy of the attached <u>ORDER OF CLOSURE</u> on each person named below by depositing same this 17th day of May, 2004, in the U.S. Mail Box at 100 West Randolph Street, Chicago, Illinois 60601, properly posted for FIRST CLASS U.S. MAIL, addresses as follows:

Ms. Catherine H. Barbercheck
Lawrence Johnson & Associates
Attorneys at Law
202 West Hill Street
Champaign, IL 61824

Ms. Pamela Pirtle
Assistant Director
University of Illinois at Urbana
100 Swanlund Adm. Building
601 East John Street
Champaign, IL 61820

_Ann E. Mosley_
Ann E. Mosley

SUBSCRIBED and SWORN to before me this 17th day of May, 2004.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
GLORIA J. POLK
Notary Public, State of Illinois
My Commission Expires 02/10/2006

Exhibit "A-3"



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office



RECEIVED
JUN 2 8 2004
OEOA

500 West Madison St., Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TDD: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
LEGAL FAX: (312) 353-8555

June 23, 2004

Pamela Pirtle
Asistant Director
University of Illinois at Urbana
100 Swanlund Adm. Building
601 East John Street
Champaign, IL 61820

Re: Charging Party: G. Bant
Respondent: University of IL - Urbana
EEOC Number: 21BA302456
IDHR Number: 2003SA3673

Dear Ms. Pirtle:

The above referenced matter was previously investigated by the Illinois Department of Human Rights. The Commission has now assumed responsibility for investigating this matter. Shannon Breen has been assigned to represent the Commission and will be in contact with you in the near future. The investigator may be reached at (312) 886-7494.

Your cooperation in this matter will be greatly appreciated.

Sincerely,

John P. Rowe
District Director

Exhibit "A-4"

Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

RECEIVED
MAR 03 2005

To: Geoffrey Bant
801 W. Pennsylvania
Urbana, IL 61801

From: Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, IL 60661-2511

Cert. No.: 7099 3400 0006 7303 7594 Cp atty.

[ ] On behalf of a person aggrieved whose
CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21BA302456 | Regina Husar, Enforcement Supervisor | (312) 353-0819 |

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON: (See the additional information attached to this form.)

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, i.e., you waited too long after the date(s) of the discrimination you allege to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days expired since you received actual notice of this settlement offer.

[X] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -

[X] Title VII and/or the Americans with Disabilities Act: This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.

[X] Age Discrimination in Employment Act: This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.

[ ] Equal Pay Act (EPA): EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA

_February 28, 2005_

On behalf of the Commission

_John P. Rowe_
John P. Rowe, District Director

nclosures
Information Sheet
Copy of Charge

: Respondent(s)   University of Illinois - Urbana

Exhibit "A-5"

EEOC Form 161 (Test 5/95)