2:05-cv-02132-DGB   # 74-3   Page 1 of 6                         E-FILED
                                                         Friday, 01 September, 2006  10:37:36 AM
                                                               Clerk, U.S. District Court, ILCD

05442-P7148
KBH
G:\48\P7148\P7148AFF 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 05-2132 |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT OF REGINA ROBERTS**

NOW COMES the affiant, Regina Roberts, first being duly sworn upon her oath and of full legal age and under no legal disability, and states that if called to testify at time of trial or hearing in this matter, she could competently testify to the matters and facts contained in this Affidavit all as follows:

1. I am employed by the United States Postal Service where I am a passport, claims, and inquiry clerk at the branch office located on 2001 N. Mattis, Champaign, IL 61821. My job duties include answering inquiries regarding proof of delivery, as well as missing, lost, and missent items.

2. On July 20, 2006, I received a telephone call from Keith Hill, requesting the delivery and receipt information for an item of mail delivered by the U.S. Postal Service in March, 2005. Mr. Hill advised that the item was sent certified mail by the U.S. Postal Service and that it had an article number of 7099 3400 0006 7303 7594.

3. The certified mail service is a numbered service that requires signature from the recipient or the recipient's agent before delivery can be completed.

4. The certified mail service also maintains a proof of delivery record (copy of the recipient's signature) that is kept at the Post Office.

6. It is the regular practice of the U.S. Postal Service to record the time, date and location of notice of certified mail and delivery of certified mail.

7. This time, date and location data is recorded in the U.S. Postal Service's computer data bank.

8. This time, date and location data is recorded in the U.S. Postal Service's computer data bank at or near the time the event or transaction occurred by persons with knowledge of the event or transaction.

9. This time, date and location data is recorded in the U.S. Postal Service's computer data bank during the course of a regularly conducted business activity.

10. I can access the U.S. Postal Service's computer data bank through the U.S. Postal Service's Intranet.

11. I performed a Domestic Item Inquiry of the item on our Intranet, revealing that notice of the item was left in Champaign, IL. 61824 on March 3, 2005 at 6:49 a.m. and the item was delivered in Champaign, IL. on March 3, 2005 at 10:43 a.m. The inquiry further indicated that the scanned signature/address image for the item had been archived and was no longer available for viewing. A true and correct copy of the inquiry is attached hereto as Exhibit B-1 and incorporated herein by reference.

12. I advised Mr. Hill of the information revealed in the inquiry. I further advised Mr. Hill that the scanned/address image had been archived but that I might be able to retrieve it. I asked Mr. Hill to call me back later that day or the next day to check the status of that information.

13. After speaking with Mr. Hill, I requested that the signature/address information for the item be retrieved from archive and sent to me.

14. Shortly thereafter, I received a fax from the U.S. Postal Service. A true and correct copy of the fax is attached hereto as Exhibit B-2 and incorporated herein by reference.

15. The fax indicated that Certified item number 7099 3400 0006 7303 7594 was delivered on March 3, 2005 at 10:43 a.m. in Champaign, IL. 61820.

16. The fax sheet included a scanned image of the recipient information and signature for Certified item number 7099 3400 0006 7303 7594. The recipient information and signature indicates that Catherine H. Barbercheck was the recipient of Certified item number 7099 3400 0006 7303 7594.

17. In the late afternoon of July 20, 2006, I received a telephone call from Mr. Hill, checking the status of the information he requested. I advised Mr. Hill that I had received the retrieved signature/address image and that I would provide the information upon completion of a request form and payment of a fee.

18. On July 21, 2006, I released the requested information to Mr. Hill, having received a completed request form and fee.

19. Proof of delivery records for the Post Office's certified mail service, including Exhibit B-2, are made at or near the time of the acts and events appearing on them by persons

with knowledge of the acts and events appearing on them.

20. It is the regular practice of the U.S. Postal Service to make proof of delivery records, including Exhibit B-2, for the Post Office's certified mail service.

21. Proof of delivery records for the Post Office's certified mail service, including Exhibit B-2, are kept in the course of a regularly conducted business activity.

FURTHER AFFIANT SAYETH NOT.

_____
Regina Roberts

STATE OF ILLINOIS        )
                         )  SS:
COUNTY OF CHAMPAIGN      )

On this 22nd day of August, 2006, before me personally appeared Regina Roberts, known to me to be the person who executed the above and foregoing Affidavit, and who this day acknowledged that she executed the same as her free act and deed for the uses and purposes therein set forth.

_____
NOTARY PUBLIC

OFFICIAL SEAL
NANCY KIDD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04-22-07

Page 4 of 4

Direct Query - Intranet - "Quick" Search                                    Page 1 of 1



## Track/Confirm - Intranet Item Inquiry - Domestic

| Item: 7099 3400 0006 7303 7594 | | | |
|---|---|---|---|
| **Destination** ZIP Code: 61824 | City: CHAMPAIGN | | State: IL |
| **Origin** ZIP Code: | City: | | State: |

Record Restored on 07/20/2006: This signature/address image has been archived and is no longer available for viewing.

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 03/03/2005 10:43 [Request Delivery Record] | CHAMPAIGN, IL 61820 | POSsys5004 |
| NOTICE LEFT | 03/03/2005 06:49 | CHAMPAIGN, IL 61824 | K497597 |

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

[Explanation of Quick and Extensive Searches]

[                                        ]

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.



Exhibit "B-1"

http://pts.usps.gov/pts/labelInquiry.do                                    7/20/2006



Date: 07/20/2006

Fax Transmission To: REGINA ROBERTS
Fax Number: 217-373-6004

Dear: REGINA ROBERTS:

The following is in response to your 07/20/2006 request for delivery information on your Certified item number 7099 3400 0006 7303 7594. The delivery record shows that this item was delivered on 03/03/2005 at 10:43 AM in CHAMPAIGN, IL 61820. The scanned image of the recipient information is provided below.

Signature of Recipient: *Delivery Section*
*[signature] Catherine H. Barbercheck*

Address of Recipient: *PO Box 1127*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely

United States Postal Service



Exhibit "B-2"