05442-P7148
KBH
G:\48\P7148\P7148AFF 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.: 05-2132 |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) ) ) ) |
| Defendant. | ) |

### AFFIDAVIT OF KEITH HILL

NOW COMES the affiant, Keith B. Hill, first being duly sworn upon his oath and of full legal age and under no legal disability, and states that if called to testify at time of trial or hearing in this matter, he could competently testify to the matters and facts contained in this Affidavit all as follows:

1. I am an attorney licensed to practice in the state courts of Illinois, the United States District Court for the Central District of Illinois, United States District Court for the Northern District of Illinois, and the Court of Appeals for the Seventh Circuit. I have entered my appearance in the above referenced matter.

2. On July 20, 2006, I telephoned Regina Husar, the EEOC Representative indicated on Plaintiff's Dismissal and Notice of Rights letter from the EEOC. I asked Ms. Husar if her office maintains any record of when a complainant receives his or her "right to sue" letter.

3.      Ms. Husar advised that her office sends "right to sue" letters to complainants by certified mail through the U.S. Postal Service. Ms. Husar further advised that although her office is not notified when "right to sue" letters are received, certification numbers are included on each "right to sue" letter and can be given to the U.S. Postal Service to determine delivery information.

4.      I retrieved Plaintiff's "right to sue" letter and obtained its certification number. A true and correct copy of Plaintiff's "right to sue" letter is attached hereto as Exhibit C-1 and incorporated herein by reference. The certification number for Plaintiff's "right to sue" letter is 7099 3400 0006 7303 7594. It appears in the top left hand corner of Plaintiff's "right to sue" letter and beneath Plaintiff's name and address.

5.      After speaking with Ms. Husar, I visited the U.S. Postal Service web site, http://www.usps.com, entered the above certification number into the "Track and Confirm" dialogue box, and clicked the "Go" button. The "Search Results" revealed that the item was delivered at 10:43 a.m. on March 3, 2005 in Champaign, IL 61820. A true and correct copy of the "Search Results" web page that I viewed and printed is attached hereto as Exhibit C-2 and incorporated herein by reference.

6.      While viewing the "Search Results" web page, I clicked the "Restore Offline Details" button and was prompted to enter my e-mail address to request that offline information be restored. I entered my e-mail address and requested restoration of the offline information.

7.      The "Search Results" web page indicated that a proof of delivery record might be available through a local Post Office for a fee; consequently, I called our local Champaign, Illinois Post Office and ultimately spoke with Ms. Regina Roberts.

8.  I asked Ms. Roberts for the delivery record for certification number 7099 3400 0006 7303 7594.

9.  Ms. Roberts advised that notice of the item was left in Champaign, IL 61820 on March 3, 2005 at 6:49 a.m., and that the item was delivered and received in Champaign, IL on March 3, 2005 at 10:43 a.m. Ms. Roberts further advised that the scanned signature/address image for the item had been archived but that she might be able to retrieve it. Ms. Roberts requested that I call her back later that day or the next day to check the status of that information.

10. In the early afternoon of July 20, 2006, I received an email message from the U.S. Postal Service. The message provided the restored information for certification number 7099 3400 0006 7303 7594. It indicated that notice of the item was left on March 3, 2005 at 6:49 a.m. in Champaign, IL 61824, and that the item was delivered on March 3, 2005 at 10:43 a.m. in Champaign, IL 61820. A true and correct copy of this email is attached hereto as Exhibit C-3 and incorporated herein by reference.

11. In the late afternoon of July 20, 2006, I called Ms. Roberts to check the status of the information I had requested. Ms. Roberts advised that she had received the retrieved signature/address image and that she would provide the information upon completion of a request form and payment of a fee.

12. On July 21, 2006, I requested that an office staff member retrieve the information held by Ms. Roberts. The office staff member retrieved the information from Ms. Roberts and delivered it to me. Attached hereto as Exhibit C-4 and incorporated herein by reference is a true and correct copy of the documents that I received from Ms. Roberts. Among the documents I received from Ms. Roberts was a fax sheet dated July 20, 2006 which included a scanned image

of the recipient information for Plaintiff's right to sue letter. The recipient information indicates that Catherine Barbercheck personally signed and took receipt of Plaintiff's "right to sue" letter on March 3, 2005 at 10:43 a.m.

13.    Catherine Barbercheck is a local attorney with an office in Champaign, IL.

FURTHER AFFIANT SAYETH NOT.

_____
Keith Hill

STATE OF ILLINOIS        )
                         )   SS:
COUNTY OF CHAMPAIGN      )

On this 29th day of August, 2006, before me personally appeared Keith Hill, known to me to be the person who executed the above and foregoing Affidavit, and who this day acknowledged that he executed the same as his free act and deed for the uses and purposes therein set forth.

_____
NOTARY PUBLIC

OFFICIAL SEAL
DIANNE K LOCKWOOD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/20/08

Page 4 of 4

# DISMISSAL AND NOTICE OF RIGHTS

| To: Geoffrey Bant<br>801 W. Pennsylvania<br>Urbana, IL 61801 | From: Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street, Suite 2800<br>Chicago, IL 60661-2511 |
|---|---|

Cert. No.: 7099 3400 0006 7303 7594 Cp atty.

[ ] On behalf of a person aggrieved whose
CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21BA302456 | Regina Husar, Enforcement Supervisor | (312) 353-0819 |

(See the additional information attached to this form.)

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, i.e., you waited too long after the date(s) of the discrimination you file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days expired since you received actual notice of this settlement offer.

[ X ] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other (briefly state) _____

- NOTICE OF SUIT RIGHTS -

[ X ] Title VII and/or the Americans with Disabilities Act: This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.

[ X ] Age discrimination in Employment Act: This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.

[ ] Equal Pay Act (EPA): EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA

February 28, 2005

On behalf of the Commission

John P. Rowe, District Director

Enclosures
  Information Sheet
  Copy of Charge
cc: Respondent(s)    University of Illinois - Urbana

EEOC Form 161 (Test 5/95)

Exhibit " C-1 "



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7099 3400 0006 7303 7594**
Status: **Delivered**

Your item was delivered at 10:43 am on March 03, 2005 in CHAMPAIGN, IL 61820. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

POSTAL INSPECTORS
Preserving the Trust
site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

Exhibit "C-2"

| | |
|---|---|
| **From:** | "U.S._Postal_Service_" <U.S._Postal_Service@usps.com> |
| **To:** | <khill@hrva.com> |
| **Date:** | 7/20/2006 11:28:41 AM |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7099 3400 0006 7303 7594 |

This is a post-only message. Please do not respond.

Keith Hill has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7099 3400 0006 7303 7594

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | CHAMPAIGN IL 61820 | 03/03/05 10:43am |
| Notice Left | CHAMPAIGN IL 61824 | 03/03/05 6:49am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

Exhibit "C-3"



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item: 7099 3400 0006 7303 7594**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 61824 | **City:** CHAMPAIGN | **State:** IL |
| **Origin** | **ZIP Code:** | **City:** | **State:** |

Record Restored on 07/20/2006: This signature/address image has been archived and is no longer available for viewing.

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 03/03/2005 10:43 | CHAMPAIGN, IL 61820 | POSsys5004 |
| | Request Delivery Record | | |
| NOTICE LEFT | 03/03/2005 06:49 | CHAMPAIGN, IL 61824 | K497597 |

Enter Request Type and Item Number:

Quick Search (•)   Extensive Search ( )

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.



Exhibit "C-4"

http://pts.usps.gov/pts/labelInquiry.do

7/20/2006



# UNITED STATES POSTAL SERVICE

Date: 07/20/2006

Fax Transmission To: REGINA ROBERTS
Fax Number: 217-373-6004

Dear: REGINA ROBERTS:

The following is in response to your 07/20/2006 request for delivery information on your Certified item number 7099 3400 0006 7303 7594. The delivery record shows that this item was delivered on 03/03/2005 at 10:43 AM in CHAMPAIGN, IL 61820. The scanned image of the recipient information is provided below.

Signature of Recipient: *Delivery Section*
*[signature] Catherine N. Barberich*
*CATHERINE H. BARBERATER*

Address of Recipient: *P O BOX 1127*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely

United States Postal Service



Exhibit "C-4"