05442-P7148
KBH
G:\48\P7148\P7148AFF 004

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GEOFFREY W. BANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 05-2132 |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF REGINA HUSAR

NOW COMES the affiant, Regina Husar, first being duly sworn upon oath and of full legal age and under no legal disability, and states that if called to testify at time of trial or hearing in this matter, she could competently testify to the matters and facts contained in this Affidavit all as follows:

1. I worked as an Enforcement Supervisor in the U.S. Equal Employment Opportunity Commission ("EEOC"), Chicago District Office.

2. I worked in that capacity throughout the 2005 calendar year.

3. On February 28, 2005, I signed on behalf of John P. Rowe, District Director of the Chicago District Office, the Dismissal and Notice of Rights letter sent to Mr. Geoffrey Bant. A true and correct copy of the letter is attached hereto as Exhibit D-1 and incorporated herein by reference. The statements in that letter are true and correct, accurately reflecting my review of the EEOC file.

Page 1 of 2                                                                 EXHIBIT "D"

4. In sending out Dismissal and Notice of Rights letters, commonly referred to as right-to-sue letters, the EEOC procedure is to send the Dismissal and Notice of Rights letter to the Complainant at the address that is reflected on the Order of Closure that we receive from the Illinois Department of Human Rights, unless we have been notified by the Complainant of a change of address. In this case, the Dismissal and Notice of Rights letter was sent to Mr. Bant's attorney as indicated on the letter with "Cp atty" next to the certification number.

FURTHER AFFIANT SAYETH NOT.

_____
Regina Husar

STATE OF ILLINOIS    )
                     ) SS:
COUNTY OF CHAMPAIGN  )

On this 31 day of August, 2006, before me personally appeared Regina Husar, known to me to be the person who executed the above and foregoing Affidavit, and who this day acknowledged that she executed the same as her free act and deed for the uses and purposes therein set forth.

"OFFICIAL SEAL"
HORICE TAYLOR
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 06/14/08

_____
NOTARY PUBLIC

Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

To: Geoffrey Bant
801 W. Pennsylvania
Urbana, IL 61801

From: Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, IL 60661-2511

Cert. No.: 7099 3400 0006 7303 7594 Cp atty.

[ ] On behalf of a person aggrieved whose
CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21BA302456 | Regina Husar, Enforcement Supervisor | (312) 353-0819 |

(See the additional information attached to this form.)

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, i.e., you waited too long after the date(s) of the discrimination you file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days expired since you received actual notice of this settlement offer.

[X] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other (briefly state) _____

- NOTICE OF SUIT RIGHTS -

[X] Title VII and/or the Americans with Disabilities Act: This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.

[X] Age discrimination in Employment Act: This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.

[ ] Equal Pay Act (EPA): EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA

*February 28, 2005*

On behalf of the Commission

*John P. Rowe*
John P. Rowe, District Director

Enclosures
Information Sheet
Copy of Charge
cc: Respondent(s)  University of Illinois - Urbana

EEOC Form 161 (Test 5/95)

Exhibit "O-1"