1

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
                    URBANA DIVISION

GEOFFREY W. BANT,              )
                               )
            Plaintiff,         )
                               )
       -vs-                    )    No. 05-2132
                               )
BOARD OF TRUSTEES OF THE       )
UNIVERSITY OF ILLINOIS,        )
                               )
            Defendant.         )
```

**ORIGINAL**

DEPOSITION

The Deposition of GEOFFREY W. BANT, a citizen of the State of Illinois, a witness of lawful age; produced, sworn, and examined upon his corporeal oath at the Law Offices of Heyl, Royster, Voelker & Allen, 102 East Main Street, Suite 300, Urbana, Illinois, at 10:00 A.M. on the 18th day of July, 2006, before Debra L. Brehm, CSR in and for the State of Illinois, CSR License No. 84-002690, as a witness in a certain suit and matter now pending and undetermined in the United States District Court for the Central District of Illinois.

Exhibit "F"

```
 1                A P P E A R A N C E S

 2

 3   MR. NILE J. WILLIAMSON, ESQ.
     Attorney at Law
 4   1926 Associated Bank Plaza
     Peoria, Illinois  61602-1104
 5   BY:  Mr. Nile J. Williamson, Esq.
          Appearing on behalf of Plaintiff
 6

 7
     HEYL, ROYSTER, VOELKER & ALLEN, P.C.
 8   102 East Main Street
     Suite 300
 9   Urbana, Illinois  61801
     By:  Mr. Edward M. Wagner, Esq.
10         Appearing on behalf of Defendant

11
     ALSO PRESENT:
12
         Mr. Van Anderson
13

14                 C O N T E N T S              Page

15   Examination by Mr. Wagner                    3

16

17                   E X H I B I T S

18   Bant 1              5    Bant 14           136
     Bant 2              7    Bant 15 & 16      151
19   Bant 3             26    Bant 17           161
     Bant 4             29    Bant 18           165
20   Bant 5             59    Bant 19 & 20      167
     Bant 6             73    Bant 21           182
21   Bant 7             89    Bant 22           183
     Bant 8             93    Bant 23           190
22   Bant 9             94    Bant 24           201
     Bant 10           111    Bant 25           211
23   Bant 11           119    Bant 26           212
     Bant 12           125
24   Bant 13           126
```

1   (Whereupon the deposition commenced at
2   10:10 A.M.)
3              GEOFFREY W. BANT,
4   called as a witness, having been first duly sworn,
5   was examined and testified as follows:
6                   EXAMINATION
7              BY MR. WAGNER:
8       Q.   Sir, please state your name for the
9   record.
10      A.   Geoffrey, with a G, G-e-o-f-f-r-e-y,
11  William, Bant, B-a-n-t.
12           MR. WILLIAMSON: Mr. Wagner, may I make
13  a brief statement for the record on the production
14  of documents? Pursuant to your notice of
15  deposition, Mr. Bant has produced today his
16  personal SURS, S-U-R-S, file dating back many
17  years consisting of a file of about one and a half
18  inches thick, which we brought for your copying
19  and production on this day. I have not reviewed
20  that file prior to today. A summary was made
21  prior to today.
22           Mr. Bant has also brought with him all
23  the documents that we believe that he produced to
24  me and have been previously produced to the

```
 1   their rights were and what they might want to do.
 2       Q.   Do you have any training for that
 3   position?
 4       A.   I have no training other than my own
 5   experience at the university.
 6       Q.   Do you receive any pay for that?
 7       A.   No, I don't.
 8       Q.   You had previously filed a grievance or
 9   a claim with the EEOC.  Do you recall that?
10       A.   Yes.
11       Q.   And do you recall receiving a letter
12   from them indicating that they were terminating
13   their investigation of that claim?
14       A.   I believe they sent me a letter saying
15   that the -- I filed it with the Human Rights
16   Commission in Illinois.  They then referred it to
17   the EEOC, who then, after a hearing, then sent me
18   a letter saying they were terminating and that
19   I was free to file suit if I wished.
20       Q.   I will hand you what I'm marking as your
21   Deposition Exhibit Number 3.  And except for the
22   fax header on the very top, does that appear to be
23   a copy of the Dismissal and Notice of Rights
24   letter that the EEOC from Chicago sent to you in
```

1  February or March of 2005?

2      A.   Yes, it appears to be.

3      Q.   Do you still have the original of that

4  letter somewhere in your possession or at home?

5      A.   I don't believe I do have the original

6  of this, actually. I was dealing with a different

7  attorney and it may be in that attorney's

8  possession. But I can't really say if I have the

9  original.

10     Q.   Do you have any recording or log or

11 document or e-mail notation or any record of any

12 sort or recollection as to when you received the

13 letter that the EEOC sent you that's marked as

14 your Deposition Exhibit Number 3?

15     A.   I don't myself.

16     Q.   Pardon me?

17     A.   I don't have any notation of that.

18     Q.   Do you have any recollection as to when

19 you would have received it?

20     A.   No, I don't.

21     Q.   The calendar that I was able to retrieve

22 for the date it was signed of February 28, 2005

23 indicates that that was a Monday. Do you recall

24 whether you would have received it during the

```
 1   first week of March 2005?  Do you recall one way
 2   or the other?
 3        A.   I don't recall.
 4        Q.   Do you recall when in reference to any
 5   week in March 2005 you would have received the
 6   letter?
 7        A.   No, I don't recall.
 8        Q.   Do you have any recollection or
 9   information or any type of document or evidence
10   that would show or establish the day or date upon
11   which you received the EEOC letter that's marked
12   as your Deposition Exhibit Number 3?
13        A.   I don't have that information.
14        Q.   The address on the letter states 801
15   West Pennsylvania in Urbana, 61801.  Is that your
16   address?
17        A.   That was my address.
18        Q.   That is and was your address?
19        A.   Yes.
20        Q.   And in March 2005 would someone have
21   been home to receive your mail regularly?
22        A.   I don't know if anyone would have been
23   home to receive mail specifically.
24        Q.   Were you out of town in March 2005?
```

1    A.    No.  It's just that we were often not at
2  home during the day.  I mean, we would have
3  received mail had it come in the mailbox, yeah.
4    Q.    Yes?
5    A.    Yes.
6    Q.    Would it be fair to say, then, that in
7  March 2005 if you received mail in the mailbox at
8  your home someone from your family would have
9  picked up that mail by the end of that day?
10    A.    I would say that that's probably the
11  case, yes.
12    Q.    I'll hand to you what's been marked as
13  your Deposition Exhibit Number 4.  And I would ask
14  you, is that a copy of a C.V. or a resume that you
15  had generated and provided to individuals at the
16  University of Illinois in connection with your job
17  application back in 1988?
18    A.    Yes, that appears to be my resume.
19    Q.    Do you have an updated resume that you
20  are using at the present time?
21    A.    I believe I do and I provided it as part
22  of the documents that we gave you in terms of
23  applications for employment.
24    Q.    And has that been updated?

```
 1   BY MR. WAGNER:
 2        Q.   Sure.  Point that out to us, please.
 3   Refer to the Exhibit Number.
 4        A.   Exhibit Number 25 on page 1, it says my
 5   birth date is August 21, 1948, but it's really
 6   September 21.  And then on page 4, question number
 7   4, identify persons claimant's alleged injuries or
 8   damages and it says Terry John and it should say
 9   Terry Jobin, J-o-b-i-n.
10        Q.   Okay.  And that was the individual you
11   told us about before?
12        A.   Yes.
13        Q.   And Exhibit Number 26 that we marked,
14   that was included within Exhibit Number 25?
15        A.   Yes.
16             MR. WAGNER:  I want to take a quick
17   break.  We'll be right back and we may be done.
18             (A break was taken from 4:34 to
19         4:45 P.M., and the deposition continued as
20         follows:)
21             MR. WAGNER:  That's all I have.  Reserve
22   signature?
23             MR. WILLIAMSON:  No.
24             MR. WAGNER:  Waive signature?
```

1        MR. WILLIAMSON: Yes.
2        (Whereupon the deposition concluded
3    at 4:46 P.M.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

1    STATE OF ILLINOIS      )
                            ) SS
2    COUNTY OF MACON        )

3

4

5        I, DEBRA L. BREHM, CSR in and for the State of Illinois, do hereby certify that GEOFFREY W. BANT, the deponent herein, was by me first duly
6    sworn to tell the truth, the whole truth and nothing but the truth, in the aforementioned cause
7    of action.

8        That the foregoing deposition was taken on behalf of the Defendant, on the 18th day of July,
9    2006.

10       That said deposition was taken down in stenograph notes, afterwards reduced to
11   typewriting by me, and is a true and accurate transcription of the testimony; and that it was
12   agreed by and between the witness and attorneys that said signature on said deposition would be
13   waived.

14       I do hereby certify that I am a disinterested person in this cause of action; that I am not a
15   relative of any party or any attorney of record in this cause, or an attorney for any party herein,
16   or otherwise interested in the event of this action, and am not in the employ of the attorneys
17   for either party.

18       IN WITNESS WHEREOF, I have hereunto set my hand this 26th day of July, 2006.
19

20

21

22                    *Debra L. Brehm*

23                    DEBRA L. BREHM, CSR

24