IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CASE NO. 05-2132 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS and ) | |
| VAN ALLEN ANDERSON, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

The undersigned attorney certifies that a true copy of the foregoing document(s) along with a copy of this Notice was sealed in an envelope addressed as set forth below with postage fully prepaid and deposited in a U.S. Post Office Box in Peoria, Illinois, on this 23rd day of January, 2006.

**PLAINTIFF'S ANSWERS TO REQUEST FOR ADMISSION OF FACTS AND GENUINENESS OF DOCUMENTS**

TO:  Edward M. Wagner
     Heyl, Royster, Voelker, & Allen
     102 E. Main Street, Suite 300
     P.O. Box 129
     Urbana, IL 61803-0129

                              s/Nile J. Williamson
                              NILE J. WILLIAMSON
                              ATTORNEY AT LAW
                              1926 ASSOCIATED BANK PLAZA
                              PEORIA, ILLINOIS 61602
                              TELEPHONE: (309) 677-5950
                              FAX: (309) 677-5952
                              E-MAIL: nilew@aol.com

Exhibit "H"

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 05-2132 |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS and | ) |
| VAN ALLEN ANDERSON, | ) |
| | ) |
| DEFENDANTS. | ) |

### PLAINTIFF'S ANSWERS TO REQUEST FOR ADMISSION OF FACTS AND GENUINENESS OF DOCUMENTS

NOW COMES the plaintiff GEOFFREY BANT by his attorney NILE J. WILLIAMSON and pursuant to F.R. Civil Procedure 36(a) answers as follows:

1. That the Big Ten Printing and Copyright Conference at Indiana University which is currently alleged in paragraph 26 of the plaintiff's Amended Complaint filed July 11, 2005, was held in October, 2002, and not in October, 2003.

**Answer:** Plaintiff admits the requested admission in paragraph 1.

2. That the allegations of all alleged activity of statements which are attributed to defendant Anderson and alleged to have been done, said or directed by defendant Anderson in paragraph 26 of the plaintiff's Amended Complaint filed July 11, 2005, should be alleged to have occurred in and prior to the month of October, 2002.

**Answer:** Plaintiff admits the requested admission in paragraph 2.

3. That attached hereto and incorporated by reference herein and marked as Exhibit "A" is a true and correct copy of "PLAINTIFF'S INITIAL RULE 26 DISCLOSURES", with all attachments.

**Answer:** Plaintiff admits the requested admission in paragraph 3.

4. That one of the attachments produced and exchanged by the plaintiff in and with his "PLAINTIFF'S INITIAL RULE 26 DISCLOSURES" was a three-page document, a true and correct copy of which is also attached hereto and incorporated by reference herein and separately marked as Exhibit "B".

**Answer:** Plaintiff admits the requested admission in paragraph 4.

5. That the "PLAINTIFF'S INITIAL RULE 26 DISCLOSURES" in section II, paragraph 2 establishes that the plaintiff's allegations in paragraph 26 of the Amended Complaint involve alleged statements, actions and directions by the defendant Anderson which allegedly occurred in and prior to the month of October, 2002, and not October, 2003.

**Answer:** Plaintiff admits the requested admission in paragraph 5.

GEOFFREY BANT, PLAINTIFF,

By: _____
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104
TELEPHONE: (309) 677-5950
FAX: (309) 677-5952
E-MAIL: nilew@aol.com

2

## CERTIFICATE OF SERVICE

Further, pursuant to Rule 11 of the Illinois Supreme Court Rules, the undersigned certifies that a copy of the foregoing was served upon all parties of record who have appeared and have not been defaulted for failure to plead by depositing the same in a U.S. Postal Box in Peoria, Illinois, addressed as disclosed by the pleadings and proper postage paid on the 23rd day of January, 2006.

*/s/ Nile J. Williamson*

NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104
TELEPHONE: (309) 677-5950
FAX: (309) 677-5952
E-MAIL: nilew@aol.com