NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104

309-677-5950

FAX 309-677-5952
EMAIL nilew@aol.com

LICENSED ILLINOIS
IOWA (INACTIVE)
U.S. SUPREME COURT

September 6, 2006

VIA FAX: (217) 344-9295
11:00 a.m.

Edward M. Wagner
Heyl, Royster, Voelker, & Allen
102 E. Main Street, Suite 300
Urbana, IL 61803

RE: **Bant v. Board of Trustees of the University of Illinois**
    Case No. 05-2132

Dear Mr. Wagner:

I have reviewed the motion for summary judgment filed by the defendants on the date of discovery cutoff and one day before the Labor Day weekend in the above captioned matter, e-filed September 1st, 2006. I have reviewed the defendant's Rule 26 disclosures, answers to interrogatories and production of documents in the file and I do not find at any point in time that the defendant has identified affiants Keith Hill, Larine Cowan, Regina Roberts, or Regina Husar in the disclosures or discovery response. Because I have a short date for response, I request that you advise me by e-mail or fax within 48 hours, specifying the date(s) and document(s) of identification of these affiants. Your response will clarify plaintiff's position with respect to the motion for summary judgment.

Very truly yours,

*[signature]*

NILE J. WILLIAMSON
NJW/ej

attachment 1