**HEYLROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

September 7, 2006

## VIA FAX AND REGULAR MAIL

Mr. Nile J. Williamson
1926 Associated Bank Plaza
Peoria, IL 61602-1104

IN RE:   Our File No.   :   05442-P7148
         Case No.       :   05-2132
         Geoffrey W. Bant v. Board of Trustees of the University of Illinois

Dear Nile:

Thank you for your note of September 6, 2006.

Please feel free to attach this response letter to any pleading you file with respect to our current Motion for Summary Judgment, or any other pleading. However, please attach this letter in its entirety.

I would note initially that when this Court entered its Order on August 4, 2006, granting leave *instanter* to file the Affirmative Defenses, the Court noted that there appeared to be no discovery needed with respect to this issue.

Also, on at least two occasions we have tendered documents to you for your inspection and review and you have refused to look at them, although you have once sent your client to look at them and another time simply had your client review the boxes during a deposition. You have not requested copies but have only ordered the few copies of records your client "tabbed" during his reviews. Specifically, we note the boxes of materials that were brought by Van Anderson to his deposition and the boxes of materials brought by Barb Childers to her deposition. In any event, Keith Hill is on the service list, and you have met him, as he is an Associate with our firm, and his Affidavit simply tracks the process of investigating. We invite you to undertake the same process. Larine Cowan's Affidavit simply authenticates certain documents and the information therein. Larine Cowan's name was also included on a document previously tendered for your inspection and viewed by your client on June 28-29, 2006 in Box "B"/file no. 8, manila folder "Geoffrey Bant IDHR Complaint", a courtesy copy of which is attached. Your client tabbed the very next document for copying, but somehow decided not to tab this one. A copy of the Order of Closure was and is also in that same manila folder.

attachment 2



**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Mr. Nile J. Williamson
File No.: 04552-P7148
September 7, 2006
Page 2


You indicated that you have reviewed our Rule 26 Disclosures and discovery responses, yet I fail to see how anyone could have actually reviewed them without noting the disclosure and identification of Regina Roberts and Regina Husar in our filing of August 4, 2006.

Quite frankly, after reviewing the facts, as well as the plaintiff's own allegations in this case, we must at this time request and demand that the plaintiff voluntarily dismiss with prejudice Counts I and II of the Amended Complaint.

Best regards,

HEYL, ROYSTER, VOELKER & ALLEN


By: *Edward M Wagner*
Edward M. Wagner
Ext. 219
ewagner@hrva.com
EMW/slc
G:\48\P7148\P7148LPA 028