
ILLINOIS DEPARTMENT OF
**HUMAN RIGHTS**
Rod R. Blagojevich, Governor
Rocco J. Claps, Director

RECEIVED
DEC 2 2 2003
VICE CHAN FOR RES

222 South College, Rm 101A
Springfield, Illinois 62704
(217) 785-5100
(217) 785-5125 (TDD)

E-FILED
Friday, 08 September, 2006 10:48:55 AM
Clerk, U.S. District Court, ILCD

December 19, 2003

<u>Complainant</u>
Geoffrey W. Bant
801 West Pennsylvania
Urbana, IL 61801

<u>Respondent</u>
Lorine Cowan
Asst. Chancellor & Director
Office of Equal Opportunity
& Assessment
100 Swanlund Administration Bldg.
MC-304
601 E. John Street
Champaign, IL 61820

Cc: Van Anderson
Cc: Sonya Chambers

Charge Number: <u>2003SA3673</u>
Complainant: <u>Geoffrey W. Bant</u>
Respondent: <u>University of Illinois at Urbana</u>

## NOTICE OF FACT FINDING CONFERENCE

The persons named above are hereby required to appear and participate in a Fact-Finding Conference scheduled for <u>January 29, 2004</u>, at <u>1:30 p.m.</u> to be held at <u>Champaign Park District, 706 Kenwood Road, Champaign, Illinois</u>. Said conference will be conducted by the Department representative whose name and telephone number appear at the bottom of this notice.

The Fact-Finding Conference is an investigative forum intended to define the issues, determine which facts are undisputed, obtain evidence and ascertain whether there is a basis for a negotiated settlement of the charge. An attorney or other representative (or a friend or relative) may accompany you to the conference. However, you may not send a substitute for yourself. If you bring persons whose presence has not been requested without first receiving express permission to do so from the Department representative, those persons will be heard only at the discretion of the Department representative.

RESPONDENT'S FAILURE TO ATTEND THE FACT FINDING CONFERENCE AS SCHEDULED MAY SUBJECT THE RESPONDENT TO <u>DEFAULT</u>. RESPONDENTS WHO APPEAR AT THE CONFERENCE EXCLUSIVELY THROUGH AN ATTORNEY OR OTHER REPRESENTATIVE