UNFAMILIAR WITH THE EVENTS AT ISSUE SHALL BE DEEMED TO HAVE FAILED TO ATTEND AND MAY SUBJECT THE RESPONDENT TO DEFAULT. If Respondent's representatives who are named in the fact finding notice no longer work for Respondent, or are not available, please contact the investigator immediately.

COMPLAINANT'S FAILURE TO ATTEND THE CONFERENCE MAY RESULT IN DISMISSAL OF THE CHARGE.

If a Questionnaire or Request for Further Information is enclosed with this notice, you are requested to complete and return it to the Department representative by January 2, 2004. You may submit complete written statement of your position including a proposal for settlement. Any evidence or statements you provide will be made a part of the file and will be considered by the Department in its investigation, but settlement discussions will not be used as evidence without the written consent of the parties.

You must provide all relevant evidence which is available to you, and you must tell the Department representative named below of any other material or witnesses you deem relevant at your earliest opportunity, but no later than at the fact finding conference on the date indicated above.

RESPONDENT'S FAILURE TO SUBMIT RELEVANT EVIDENCE MAY BE CONSTRUED AGAINST RESPONDENT AND RESULT IN A FINDING OF SUBSTANTIAL EVIDENCE.

COMPLAINANT'S FAILURE TO SUBMIT RELEVANT EVIDENCE AND INFORMATION MAY RESULT IN A FINDING OF LACK OF SUBSTANTIAL EVIDENCE OR DISMISSAL OF THE CHARGE FOR FAILURE TO COOPERATE.

The Department strongly encourages the settlement of charges prior to or during the Fact Finding Conference. If you would like to discuss the possibility of a settlement, please contact the investigator named below.

Persons with disabilities who need accommodation to participate in Department of Human Rights programs should request such help from the Americans with Disabilities Act Coordinator, by calling (312) 814-2412, (312) 263-1579 (TDD) or writing to her at 100 West Randolph, Suite 10-100, Chicago, Illinois 60601.

Please Note: Building security procedures require that any person requesting access to the offices at 100 West Randolph present proper photo identification.

Carolyn L. Toney
INVESTIGATOR
217-785-5112