## ILLINOIS DEPARTMENT OF HUMAN RIGHTS
## FACT-FINDING CONFERENCE EXPLANATION OF PROCEDURE

1. Ordinarily, all documents or other non-testimonial evidence submitted by each party in support of its position shall be submitted to the investigator <u>before</u> the fact-finding conference. In order to help narrow the issues and explore the possibility of settlement, the evidence will usually be discussed with the other parties, either before or at the fact-finding conference. If the fact-finding conference does not result in settlement or withdrawal of the charge, the investigator will determine what further investigation, if any, will be conducted before preparing the investigative report.

2. Each party may be accompanied by an attorney or other representative. A party who attends a conference <u>only</u> by attorney will be considered as having failed to attend and may be subject to default proceedings. Attorneys may advise their clients and offer input but they will <u>not</u> be permitted to answer factual questions for the parties or witnesses.

3. The investigator conducts the conference and determines what persons shall be present and who will be questioned. The parties should bring only those persons requested by the investigator, unless they have received the investigator's approval to bring other people. The parties may not submit affidavits instead of bringing the persons requested by the investigator unless the investigator agrees that there is good reason for the person not being present. All questions are asked by the investigator. A question that a party wants asked should be addressed to the investigator who will decide whether to ask it.

4. The investigator opens the conference by reading the fact-finding conference opening statement. The investigator reviews conference procedures. All persons attending the conference complete the sign-in sheet and the attorneys file appearances, if not previously filed. The charge is read by the investigator. Amendments to the charge should usually be made in advance of the fact-finding conference in order to allow the Respondent to file an amended response. However, if at the fact-finding conference, amendment is requested by Complainant and is deemed appropriate by the investigator, changes will be made on the charge form, initialed and dated by Complainant, with copies given to all parties.

5. An investigator will take notes during the fact finding conference, except for settlement discussions. These will be maintained in the Department's investigation file.