E-FILED
Friday, 04 August, 2006 02:40:56 PM
Clerk, U.S. District Court, ILCD
Friday, 08 September, 2006 10:52:42 AM
Clerk, U.S. District Court, ILCD

05442-P7148
EMW/slc
G:\48\P7148\P7148DCC 009

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 05-2132 |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

NOW COMES the defendant, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, by Edward M. Wagner of Heyl, Royster, Voelker & Allen, and provides the following Certificate of Service to document and confirm this defendant's additional or supplemental discovery response.

This defendant states that certain supplemental discovery documents from the offices of a prior defendant, Van Anderson, were identified and offered for availability to the plaintiff by letter dated June 5, 2006. Further, all identified documents from the offices of the prior defendant, Van Anderson, that may be in any way relevant were also brought by Van Anderson to his deposition on June 23, 2006 and present during his deposition, and at one point accessed by plaintiff. Further, the plaintiff, Geoffrey Bant, personally came to the offices of the defendant's counsel on June 28-29, 2006, at which time all discoverable and non-privileged documents were made available and these originals of the documents brought by Van Anderson to his deposition were produced to the plaintiff for viewing and some were tabbed by him for photocopying. That the documents which were tendered to the plaintiff, as above-described,

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

attachment 3

were in containers or boxes, and that attached hereto and incorporated by reference herein as Exhibit "A" are the four (4) lists marked A-D which describe those documents. Further, of the documents identified by the plaintiff, himself, on June 28-29, 2006 and tabbed by him for photocopying, those were copied and delivered to him after his deposition on July 18, 2006.

As requested by the U.S. Federal District Court of the Central District of Illinois, this Certificate was electronically filed with the Clerk of the Court on August 4, 2006, using the CM/ECF system, which will send notification of such filing to the following:

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS, Defendant

s/ Edward M. Wagner
Attorney for Defendants
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: ewagner@hrva.com



HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060