E-FILED
Tuesday, 17 October, 2006  09:29:49 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEOFFREY W. BANT, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>FRANCES G. CARROLL, KENNETH D. )<br>SCHMIDT, DAVID V. DORRIS, DEVON )<br>C. BRUCE, NIRANJAN S. SHAH, ROBERT )<br>Y. SPERLING, LAWRENCE C. EPPLEY, )<br>MARJORIE E. SODEMANN, & ROBERT )<br>F. VICKREY, in their individual capacity, )<br>as members of the Board of Trustees of the )<br>University of Illinois and VAN ALLEN ANDERSON, )<br>individually, )<br>)<br>DEFENDANTS. ) | CASE NO. 05-2132 |

## AFFIDAVIT OF GEOFFREY W. BANT

Geoffrey W. Bant, having first been duly sworn, states under his oath as follows:

1. That I filed a pro se charge of discrimination with the Illinois Department of Human Rights which charge was received by IDHR on June 13, 2003.

2. That with my permission attorney Catherine H. Barbercheck and the law offices of Lawrence E. Johnson & Associates entered their appearance on my behalf with in the Illinois Department of Human Rights as to said charge reviewed by IDHR on January 6, 2004 which charge had been designated as charge no. 2003SA3673.

3. That at no time did I request or consent to either Catherine H. Barbercheck or the law offices of Lawrence E. Johnson & Associates to enter their appearance on my behalf with the Equal Opportunity Employment Commission as to the IDHR charge referenced or as to any related charge of discrimination against the University of Illinois,

Urbana or to act as my attorney(s) in any capacity as to matters pertaining to administrative action conducted by EEOC.

    4.  That I did consent to the withdrawal of my charge with the IDHR and on order of closure was entered May 17, 2004.

    5.  That I do not recall any oral communication from Catherine Barbercheck or the law offices of Lawrence E. Johnson & Associates for the 7 day time frame after March 3, 2005.

    6.  That I have searched my records and I do not find any written communication regarding my case against the University of Illinois, Urbana from Catherine Barbercheck of the law offices of Lawrence E. Johnson & Associates for the 7 day time frame after March 3, 2005.

    7.  That I have personal knowledge of the foregoing and could testify competently thereto.

_____
Geoffrey W. Bant

Subscribed and sworn to before me this 3rd day of October, 2006.

_____
Notary Public

OFFICIAL SEAL
DENICE M PENNINGTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/16/09