# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**GEOFFREY W. BANT,**
**Plaintiff,**

vs.  Case Number:   **05-2132**

**BOARD of TRUSTEES of**
**UNIVERSITY of ILLINOIS, ET AL.,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.   The case is terminated.

ENTER this 21st day of November 2006.

s/JOHN M. WAT,ERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK